# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

ROGER PARKER, on his own behalf and
on behalf of all others similarly situated,

*Plaintiff,*

v.

PERDUE FARMS, INC. and PERDUE
FOODS, LLC,

*Defendants.*

CIVIL ACTION NO.: 5:22-cv-00268-TES

## ORDER GRANTING PLAINTIFF'S NOTICE OF DISMISSAL OF PERDUE FARMS, INC. WITHOUT PREJUDICE

Pursuant to Plaintiff's Notice of Dismissal, the Court hereby DISMISSES WITHOUT

PREJUDICE all of Plaintiff's claims against Defendant Perdue Farms, Inc.

DONE and ORDERED this 25 day of Oct , 2022.

Honorable Tilman Eugene Self, III
United States District Judge