# Exhibit 2

# *Parker v. Perdue Foods, LLC*, No. 5:22-cv-00268 (N. D. Ga.)

## OPT-IN CONSENT FORM

### Complete and Mail, Email, Fax or Submit to:

| | |
|---|---|
| **By Mail:** | Fairmark Partners, LLP<br>Attn: Jamie Crooks<br>1825 7th St NW, #821<br>Washington, DC 20001 |
| **By Email:** | jamie@fairmarklaw.com |
| **By Fax:** | (617) 721-3587 |
| **Electronically:** | [DocuSign Submission Page] |

### CONSENT TO JOIN CLASS AND COLLECTIVE ACTION

**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims against Perdue Foods, LLC for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*.

2. I grew chickens for Perdue in the United States under a Perdue Broiler Grower Contract during the past three years.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq*. I hereby agree and opt in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

4. I specifically authorize the Named Plaintiffs and their attorneys, Fairmark Partners, LLP and Caplan Cobb LLC, as my agents to prosecute this lawsuit on my behalf and to negotiate a settlement of any and all claims I have against Perdue Foods, LLC in this case.

Date: _____  Signature: _____

Print Name: _____

**The personal information below will be redacted in filings with the Court.**

Address: _____

Telephone: _____  E-Mail: _____

**\*\*IMPORTANT NOTE\*\***
**If you choose to complete and return this form, you should return it as soon as possible to preserve any rights that you may have at issue in this lawsuit.**