IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ROGER PARKER, on his own behalf and on behalf of all others similarly situated,

    Plaintiff

v.

PERDUE FOODS, LLC,

    Defendant.

Case No. 5:22-cv-00268-TES

**ORDER GRANTING
CONSENT MOTION TO AMEND COMPLAINT**

Upon consideration of Plaintiff's Consent Motion to Amend Complaint, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff may file his Amended Complaint. The class allegations Parker asserted, as the only class representative and named Plaintiff, shall be dismissed with prejudice as to Parker's ability to pursue these claims as a class representative and dismissed without prejudice otherwise. The unjust enrichment claims are also dismissed with prejudice. Plaintiff is instructed to file his Amended Complaint into the record as a separate docket entry by close of business on October 16, 2024. Further, the parties are **ORDERED** to confer and present to the Court within 21 days an amended proposed scheduling order in light of the amended complaint.

    SO ORDERED**,** this  15th  day of  October , 2024.

                                 S/ Tilman E. Self, III

                                 TILMAN E. SELF, III
                                 JUDGE, UNITED STATES DISTRICT COURT