# EXHIBIT 1

DECLARATION OF AMANDA R. VAUGHN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ROGER PARKER,

    *Plaintiff*,

v.

PERDUE FOODS, LLC,

*Defendant*.

Case No. 5:22-cv-00268-TES

### **DECLARATION OF AMANDA R. VAUGHN**

I, Amanda R. Vaughn declare as follows:

    1.    I am an attorney duly licensed to practice law before this Court. I am a member of the Bars of the District of Columbia and Maryland, and I have been admitted to this Court *pro hac vice*. I am an attorney at Fairmark Partners, LLP, and counsel for Plaintiff in the above-captioned action.

    2.    I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss, ECF No. 104.

    3.    I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the facts reported herein.

    4.    In connection with Plaintiff's Opposition to Defendant's Motion to Dismiss, Plaintiff has or will file certain discovery materials as exhibits, including excerpts from Plaintiff's deposition transcripts.

1

2

5.     Pursuant to Local Rule 5.1, I hereby certify that all discovery documents filed as exhibits to Plaintiff's Opposition to Defendant's Motion to Dismiss have been used in this proceeding and are being filed consistent with the requirements of the local rules.

6.     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 12, 2025, in Washington, D.C.

_____
Amanda R. Vaughn