# EXHIBIT 3

EXCERPTS FROM DEFENDANTS'

2023 DEPOSITION OF ROGER DALE PARKER

Roger Parker

November 9, 2023

Parker, Roger v. Perdue Foods, LLC

Page 57

1          Q.    About any conversations you might have had

2     in the past.

3          A.    I don't.  Not to my knowledge.

4          Q.    When did you start poultry farming?

5          A.    I was 19 years old.

6          Q.    Okay.  So what year would that be?

7          A.    I'm 65.  I don't know the year.

8          Q.    And when -- so you have done that all your

9     life, poultry farming?

10         A.    One of the things I've done, yeah.

11         Q.    When did you first start farming in the role

12    of someone who -- a grower, for an integrator?

13         A.    My mother and father had a farm.  I was 19.

14    I ran the farm.

15              MR. WADDELL:  Dale, we have been

16         going for about an hour.  Are you good?

17              MR. ETTER:  Why don't we just take

18         a break?

19              THE WITNESS:  Yeah.

20              MR. ETTER:  That's good.

21              So we are good to go off the

22         record?

23              THE VIDEOGRAPHER:  Just one

24         second, please.

25              This is the end of Media Unit 1.

Roger Parker                                      November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 70

1          A.    If I remember right, I think so.  Yeah.

2          Q.    Okay.  And your association with Perdue as a

3     poultry grower is as a 1099 contractor?

4                MR. WADDELL:  Object to the form.

5                THE WITNESS:  d/b/a, yes.

6     BY MR. ETTER:

7          Q.    And you operate through the -- you enter

8     into that through the d/b/a, the same d/b/a Parker

9     Poultry?

10               MR. WADDELL:  Object to the form.

11               THE WITNESS:  Yes.

12    BY MR. ETTER:

13         Q.    But that is just the d/b/a?  It has never

14    been licensed or registered anywhere; correct?

15         A.    Not to my knowledge.

16         Q.    So is it your understanding that throughout

17    the whole time, you were really operating as a sole

18    proprietorship?

19         A.    Uh-huh (affirmative).

20               MR. WADDELL:  Object to the form.

21               THE WITNESS:  Yes.

22    BY MR. ETTER:

23         Q.    Okay.  And during the time that you were in

24    association with Perdue, you were actually a sole

25    proprietor with your wife?

Roger Parker
Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 125

1        Q.    All right.   So I'm showing you what has been

2    marked as Parker Deposition Exhibit 11.

3              This is -- purports to be your 2017 IRS

4    1040; is that right?

5        A.    Yes.

6        Q.    And is this a true and accurate copy of the

7    Form 1040 that you submitted to the IRS for tax year

8    2017?

9        A.    I assume it is.

10             MR. WADDELL:   You don't need to

11        assume things, Dale.

12             THE WITNESS:   I don't -- I mean

13        I --

14   BY MR. ETTER:

15        Q.    You see at the bottom, it's labeled Parker

16   974 to Parker 978 so these are documents that you

17   produced.

18        A.    So I guess it is, yeah.

19        Q.    Okay.   I only ask because it's not signed.

20   So you believe it was submitted?   You filed taxes for

21   2017?

22        A.    I filed taxes in '17.

23             MR. WADDELL:   Object to the form.

24   BY MR. ETTER:

25        Q.    Okay.   So looking at Parker 977, it says

Page 126

1      Schedule F, Profit or Loss From Farming?

2           A.    Uh-huh (affirmative).

3           Q.    Okay.  Your expenses in number 11, it's

4      chemicals, 15,765.  Do you see that?

5           A.    No, I don't.

6           Q.    It's at line 11.

7           A.    Okay.  Yeah.  I see that.

8           Q.    Were these chemicals for -- that were used

9      for the raising of chickens?

10          A.    Actually, I'm assuming it was because we

11     used it, but my wife did this so --

12          Q.    Okay.

13          A.    Or ex-wife.

14          Q.    So you are not sure what chemicals this

15     refers to?

16          A.    I couldn't tell you exactly, no.

17          Q.    Okay.  But you do believe it's related to

18     the chicken growing?

19               MR. WADDELL:  Objection to the

20          form.

21               THE WITNESS:  Yeah.  In some way,

22          I would say it was.

23     BY MR. ETTER:

24          Q.    Okay.  And did you -- other than growing

25     chickens, did you do any other type of farming?

Roger Parker

Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 127

1          A.    No.

2          Q.    So everything on this Schedule F should

3    relate to the growing of chickens?

4          A.    It should.

5          Q.    Okay.  At Line 14, depreciation in section

6    179, Expense.  What equipment does this depreciation

7    expense relate to?

8          A.    I know they had a depreciation schedule, but

9    I do not know everything that was on that schedule.

10          Q.    What equipment did you use to perform the

11    chicken growing on your farms?

12          A.    I would estimate I had around $200,000 worth

13    of equipment that set there.

14          Q.    Okay.  What type of equipment is it?  I'm

15    asking what is the equipment?

16          A.    We have a house processor.  We had a house

17    windrow machine.  We had two tractors -- actually, four

18    tractors total, but had two main tractors; and we had

19    scrape blades, box scrapes, post hole diggers, cutting

20    harrow, turn plow, had Rangers, two of those that we

21    used on the farm.

22                Just trying to think what else.

23                28-foot gooseneck trailer for hauling

24    equipment.

25                I'm trying to think.  I'm sure there is

Page 128

1      more, but in my mind I can't think of them all.  I have

2      got a list somewhere.

3          Q.    Did all growers or former growers have that

4      same equipment to do their work?

5               MR. WADDELL:  Objection to the

6               form of the question.

7               THE WITNESS:  I don't know about

8               all growers, but everything I had was

9               pretty much mandatory to do the job or

10              needed, you know, to do what they

11              required.

12     BY MR. ETTER:

13         Q.    So do you know what equipment other growers

14     or former growers had to do the job?

15         A.    I didn't keep up with theirs.

16         Q.    Okay.  At Line 19, you have gasoline, fuel,

17     and oil.  That's just for the operations?

18         A.    You have got a diesel generator.  You have

19     got tractors and stuff like that.  Yeah.

20         Q.    Okay.

21         A.    Hydraulic fluid -- just, yeah.

22         Q.    And on Line 25, expense for repairs and

23     maintenance.

24              Do you recall what repairs and maintenance

25     were performed in this year?

Roger Parker

November 9, 2023

Parker, Roger v. Perdue Foods, LLC

Page 129

1          A.    '17?

2                I don't know if that was the year I bought

3     new mowers.  I did buy -- I went from three-quarter

4     horse to one horse.  I had a whole pallet and a half of

5     those come in, and I don't remember exactly what that

6     is for.

7          Q.    Okay.  And then at Line 28, supplies,

8     $14,706.  Do you know what supplies this was relating

9     to?

10         A.    A lot of that, too, comes from, of course,

11    the things that Perdue charges back to us to grow.  We

12    had to have stuff, you know, for the birds that we have

13    to pay for, but I don't know what this is --

14         Q.    Okay.

15         A.    -- exactly.

16         Q.    And then in 32A, you have employees 1099,

17    29,475.  What does that reference?

18         A.    That would be guys that had helped me, I

19    guess, on the farm.  We were doing, I guess, maybe

20    upgrades.  I think that's when we did upgrades in 2017.

21         Q.    So how many employees did you have working

22    your farm or employee 1099 as we put here working your

23    farm in 2017?

24         A.    Well, 1099 don't necessarily mean that was

25    an employee of mine.

Page 141

1          A.    Okay.

2          Q.    Correct?

3          A.    It says no.

4                Yes.  It says no.

5          Q.    Okay.  And you filed nothing at all with the

6     Bankruptcy Court to change any of those responses in

7     these schedules, did you?

8          A.    Yeah, I did.

9          Q.    You did?

10         A.    I sure did.

11         Q.    So you have amended it to add your claims?

12         A.    I don't know what all was added, but I did

13    amend it --

14         Q.    Okay.

15         A.    -- and there is an amended version of this.

16         Q.    And why was that not produced?

17         A.    Because some of the equipment I didn't know

18    where it was, and then I found where it was and then we

19    changed some stuff.

20         Q.    Okay.

21         A.    Yeah.

22         Q.    And you are sure that is not this version

23    already?

24         A.    I don't know.

25         Q.    Okay.

Roger Parker
November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 142

1          A.    When did --

2          Q.    Do you know whether -- are you aware of a

3     version where the schedules --

4          A.    Does this say amended?

5          Q.    This is what you produced to us, so --

6          A.    Yeah.  Yeah.  This is the bankruptcy.  I

7     don't know that this is the amended or not.

8          Q.    Okay.

9          A.    I don't think it is.

10         Q.    Are you aware of any version that includes

11    the claims that you are making in this case as part of

12    your assets?

13         A.    Like I said, as far as things I own, there

14    was a revision.  I don't know if this is the revision

15    or -- the other one is out there, but there is two of

16    them.

17         Q.    Okay.  But do you recall in the amended

18    version whether or not you have made a claim that money

19    was owed to you as wages by anybody?

20         A.    Not that -- I don't think so, no.

21         Q.    Okay.  Do you know whether any poultry

22    growers or former poultry growers have filed for

23    bankruptcy?

24         A.    I can't remember the guy's name, but there

25    was a guy that I talked to once that he went bankrupt,

Roger Parker

Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 158

1    that's the controller side of things.

2        Q.    Okay.  So the manufacturer provided training

3    on it.

4        A.    Yeah.

5        Q.    Okay.  Did Perdue -- so it's your testimony

6    that everyday you were directed what specific work you

7    had to perform by Perdue?

8        A.    In one way or the other, yeah; either the

9    guidelines of what we had to do, you know, to keep it

10   up or whatever the fieldmen would leave for us to do

11   that he picked up on that needed done when he was

12   there.

13       Q.    Okay.  And so what would be done on a daily

14   basis on your farm?

15            MR. WADDELL:  Objection to the

16       form of the question.

17            THE WITNESS:  Oh, it changed

18       everyday.

19   BY MR. ETTER:

20       Q.    So the work that needed to be performed

21   changed everyday?

22       A.    Most days, yeah.  It is not -- it wasn't a

23   stamped thing.

24       Q.    And was it different for each of your farms,

25   as well?

Page 160

1      Q.    Are you aware of any Perdue policy requiring

2   growers to personally perform the work on their farm?

3      A.    They know everything we did.

4      Q.    My question is:  Are you aware of any policy

5   that required you, meaning that only you could do the

6   work on the farm, that no one else could do any of the

7   work associated with growing the chickens?

8      A.    No.  I didn't see anything saying that I

9   couldn't get help.

10      Q.    Okay.  How did you determine what hours you

11   would work?

12      A.    That's according to what it took to keep

13   schedule with what they desired.

14      Q.    No one from Perdue ever told you that you

15   had to start at a certain time in the morning, did

16   they?

17      A.    I just had to get it done.

18      Q.    Right.

19      A.    They did want us to go -- to start early and

20   then, like, check the birds, and then we had to come

21   back.  We daily had to check our fee, turn a feed

22   inventory in, and then about midday we would go back

23   and, you know, look in, and check; but now the first

24   time we had physically walked and picked up the dead,

25   check for problems inside the house, and tried to

Roger Parker                                    November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 161

1    observe anything, are any birds sick.

2              And then, I mean, that was the one thing,

3    and then you get into the maintenance that they desired

4    and what we had to do to keep up with what they wanted

5    or try our best to.

6         Q.    Okay.  And so you were free, though, to

7    choose the time of day when you would do each of those

8    things?

9         A.    Choose the time of day?  That is a catchy

10   question.  They didn't specifically say I had to be

11   there at 5 in the morning, no.

12        Q.    Are you aware of what time any other growers

13   or former growers started their days?

14        A.    Most everyone started and did the process

15   like I said.  You know, they would start early and go

16   through the houses and pick up the dead and then later

17   on go through and check them, at least, twice; and then

18   at nighttime before you go to bed, you have got to go

19   back and do it again.

20        Q.    But my question is about --

21        A.    Turn in feed inventories.

22        Q.    -- specific time.  So I'm talking about

23   schedules here.  Are you aware of --

24        A.    They didn't say you got to do this at 10,

25   this at 11; but that is like anywhere.  I mean, you

Roger Parker                                    November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 167

1        Q.    Do you know of Perdue requiring any poultry
2   growers to work specific hours of the day?
3        A.    Perdue?
4              Well, yes.
5        Q.    Okay.  Tell me what you know.
6        A.    When we catch birds, I worked 24 hours two
7   days in a row, and I might get a little sleep here and
8   there, but I had to get the house ready for them to
9   catch and then I had to have the next house ready for
10  them to catch, and they would catch three houses one
11  day and then I would get a short rest and had to be
12  back in them to work those other houses to get prepared
13  for the next catch night and do that.  It's mandatory
14  to have those houses set up when the catch group gets
15  there.  They mandated that.  I didn't.
16       Q.    You weren't required to personally do that.
17  You could have Brian or one of your other people do
18  that; correct?
19       A.    If I had a worker, that was their
20  responsibility; but if I was doing the farm, it was my
21  responsibility.
22       Q.    Okay.  And when you did these catches, I saw
23  multiple documents you produced, you talk about
24  assistants helping with the catch days; right?
25       A.    No.

Roger Parker                                              November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 184

1          Q.    Were you subject to guidelines during your

2     time as a grower for Perdue?

3          A.    Yes.

4          Q.    Did you look at those guidelines on a

5     regular basis?

6          A.    I actually thought this was my -- I don't

7     know how I wound up not getting it, but yeah.  These

8     are -- look the same.

9          Q.    Can you turn to the page that's marked

10    Parker 18, 000018?  I believe that's the right number.

11         A.    18.  Yeah.  I got you.

12         Q.    What is the title of this page?

13         A.    Bio Security Never Evers and Dedicated To's

14         Q.    Were you subject to guidelines for bio

15    security never evers and dedicated to's?

16              MR. ETTER:  Objection; asked and

17         answered.

18              THE WITNESS:  Always.

19    BY MR. WADDELL:

20         Q.    Did you understand these guidelines to be

21    mandatory?

22              MR. ETTER:  Objection; asked and

23         answered.

24              THE WITNESS:  Yes.

25    BY MR. WADDELL:

Roger Parker

Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 185

1      Q.    What is the reason why you understood these

2   guidelines to be mandatory?

3           MR. ETTER:   Objection; asked and

4           answered.

5           THE WITNESS:   Because of the title

6           saying never evers and dedicated to's,

7           not suggestions.

8   BY MR. WADDELL:

9      Q.    Reviewing the guidelines on this page, are

10  these -- are there any differences between these

11  guidelines and the one that you understood yourself to

12  be subject to?

13          MR. ETTER:   Objection; asked and

14          answered, calls for speculation.

15          I'm going to object probably every

16          question so you might just want to

17          wait.

18  BY MR. WADDELL:

19     Q.    You can go ahead and answer.

20     A.    To my knowledge, what I'm reading it looks

21  exactly the same.

22     Q.    Were you subject to guidelines like these

23  the entire time you worked for Perdue?

24          MR. ETTER:   Objection; asked and

25          answered, calls for speculation.

Roger Parker
Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 186

```
 1              THE WITNESS:  Yes.
 2    BY MR. WADDELL:
 3        Q.    Were you subject to guidelines like these on
 4    both of the farms that you worked on?
 5              MR. ETTER:  Objection to form.
 6        Objection.  Asked and answered.  It
 7        calls for speculation.
 8              THE WITNESS:  Yes.
 9              MR. WADDELL:  I'm sure you know
10        this, but the local rules only permit
11        objections as to form.
12              MR. ETTER:  Okay.  You objected to
13        various things beyond the form.
14              MR. WADDELL:  Every objection that
15        I lodged was either form or privilege.
16              MR. ETTER:  Okay.
17    BY MR. WADDELL:
18        Q.    Can I ask you to turn to page -- what is
19    marked Parker 22?
20        A.    Summer temperatures; is that correct?
21        Q.    I'm actually on the winter temperatures.
22    The Bates stamps are cut off.
23        A.    You can't see the numbers.
24        Q.    Were you subject to guidelines for winter
25    temperatures?
```

Roger Parker

November 9, 2023

Parker, Roger v. Perdue Foods, LLC

Page 187

1          A.    Certainly.

2          Q.    Reviewing this document, are you aware of

3      any variations between these guidelines and those that

4      you were subject to?

5              MR. ETTER:  Objection; asked and

6              answered, calls for speculation.

7              THE WITNESS:  These guidelines,

8              according to Perdue, whatever program

9              they are running changed, but they are

10             mandatory guidelines.

11     BY MR. WADDELL:

12         Q.    Would you turn to the page that is

13     identified as Parker 31?

14         A.    31?

15              I don't have numbers.

16         Q.    On the bottom right-hand side, the Bates

17     stamp.

18              MR. ETTER:  It looks like this

19              (indicating).

20              THE WITNESS:  Okay.  I'm not

21              seeing it.  28.  Okay.

22     BY MR. WADDELL:

23         Q.    Would you please read the title, I guess, on

24     the top of that page?

25         A.    Management guidelines for Perdue houses.

Page 188

1    Follow these guidelines unless authorized by flock

2    advisor.

3            Q.    You can take your time.

4            Would you mind reviewing -- we will just do

5    the first two pages, and see if any of those guidelines

6    in any way vary from what you recall being subject to

7    while you were a grower for Perdue?

8            MR. ETTER:  Objection; asked and

9            answered, calls for speculation.

10           THE WITNESS:  It looks like pretty

11           much what we was made to do.

12   BY MR. WADDELL:

13           Q.    Were you subject to guidelines like those on

14   pages Parker 31 and Parker 32 for the entire time that

15   you worked for Perdue?

16           MR. ETTER:  Objection; asked and

17           answered, calls for speculation.

18           THE WITNESS:  Yes.  Yes.  They --

19           I mean, we had a catch regimen.  We had

20           placement regimen.  They had the hours

21           set.  We followed the instructions.

22           These are them.

23   BY MR. WADDELL:

24           Q.    Did you understand during the entire time

25   that you worked for Perdue that these, quote, from the

Page 189

1      top of these document, guidelines, must be followed

2      unless authorized by a flock advisor?

3                  MR. ETTER:  Objection; asked and

4          answered, calls for speculation.

5                  THE WITNESS:  Yes.

6    BY MR. WADDELL:

7          Q.    I believe you testified that your work

8      varied day-to-day?

9          A.    Yeah.

10         Q.    Were you subject to guidelines like those in

11     this document for all of the tasks, regardless of how

12     they varied?

13                 MR. ETTER:  Objection; asked and

14         answered, calls for speculation.

15                 THE WITNESS:  Well, we had the

16         general oversight of everyday pretty

17         much, you know, work them in the

18         morning, regimen of coming at noon and

19         then evening for all -- that's what

20         they asked us to do, you know, every

21         day; and then whatever the field people

22         added or put down that they saw, we

23         added to that.

24    BY MR. WADDELL:

25         Q.    How often were or did field people come to

Roger Parker
Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 190

```
 1    your farm?
 2              MR. ETTER:  Objection; asked and
 3         answered.
 4              THE WITNESS:  Basically, once a
 5         week, but I have had them come every
 6         day for like a few days; but it's
 7         really -- we never knew as a grower
 8         when exactly that was.
 9    BY MR. WADDELL:
10         Q.   Would you be given a heads-up that an
11    advisor was coming?
12         A.   Hardly ever.
13              If we call them and they are coming,
14    sometimes they'd say they were or wasn't, or they
15    brought our chemicals to us that we purchased so we
16    would have to, you know, call and get -- we would know
17    usually when they are bringing those type things, and
18    usually, when they come to do their service call, they
19    would bring them.
20         Q.   Was it your understanding that you had to be
21    there when a flock advisor was there?
22              MR. ETTER:  Objection; asked and
23         answered.
24              THE WITNESS:  It was suggested
25         that we be there, but really you want
```

Page 191

1          to be there because sometimes you

2          misinterpret what they write instead of

3          what they necessarily want you to do

4          and you want to -- that's why you want

5          to be there because you don't want to

6          mess up.

7    BY MR. WADDELL:

8          Q.   And what would happen if you messed up and

9       didn't follow what they wrote?

10              MR. ETTER:  Objection; calls for

11          speculation.

12              THE WITNESS:  If you don't do what

13          you are supposed to do, you don't grow

14          chickens.  It is just part of growing,

15          you know.  Any supervisor that has a

16          person working for them, you tell them

17          what to do, they got to do it.  They

18          don't have options.

19   BY MR. WADDELL:

20          Q.   Based on your conversations with other

21       growers, was that the understanding of other growers,

22       as well?

23              MR. ETTER:  Objection; asked and

24          answered.

25              THE WITNESS:  Well, in general

Roger Parker                                    November 9, 2023
Parker, Roger v. Perdue Foods, LLC

                                                    Page 192

1          conversation, it's not -- you don't

2          have to say it.  It's just it is what

3          it is.

4    BY MR. WADDELL:

5          Q.    Along those same lines, would you mind

6    grabbing Exhibit 10?

7          A.    10?

8          Q.    I'm going to direct you to page Perdue 2272.

9          A.    I'm sorry.  Would you repeat the page?

10         Q.    Sure.  2272.

11         A.    Okay.

12         Q.    In the column identified with the title

13   Comments, Recommendations?

14         A.    Uh-huh (affirmative).

15         Q.    Would you read the first entry?

16         A.    Lower the water flow in house six, place on

17   drinker.  Flow is 60 milliliters a minute.  Pull the

18   water flow to 25 milliliters a minute.

19         Q.    When this document says lower the water

20   flow, what did you understand that to mean?

21              MR. ETTER:  Objection; asked and

22         answered.

23              THE WITNESS:  The water line has a

24         tube, and we had to set the volume on

25         that as far as lower the water flow in

Page 193

1          that and sometimes it would be lower,

2          raise the water line; but the flow

3          itself would be an instrument on the

4          end that pushed water through the

5          lines.

6    BY MR. WADDELL:

7          Q.    And you -- there was a good bit of testimony

8     earlier about how this column is called Comments and

9     Recommendations, but what is your understanding of what

10    would happen if you did not lower the water flow in

11    house six?

12               MR. ETTER:  Objection; asked and

13          answered.

14               THE WITNESS:  Well, you would get

15          in trouble with Perdue.  Like anybody,

16          you know, you do what they say.

17    BY MR. WADDELL:

18          Q.    When you say get in trouble, what do you

19    mean by that?

20          A.    Well, I mean, you -- at first, probably --

21    which I have been written up before.  I can't remember

22    when it was.  You don't do it and you get written up.

23    If you get -- you know, like any employer, you get so

24    many write-ups, you get fired.

25          Q.    Based on your conversation with other Perdue

Roger Parker                                        November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 194

1     growers, was that the understanding widely shared among

2     growers?

3                  MR. ETTER:  Objection; asked and

4          answered.

5                  THE WITNESS:  Yes.

6     BY MR. WADDELL:

7          Q.    So other growers agreed that if they did not

8     do what was instructed on these forms, they would

9     not -- they would get written up?

10                 MR. ETTER:  Objection; asked and

11         answered.

12                 THE WITNESS:  Yes.  I mean, the

13         whole book of stuff we keep up with is

14         guidelines to make it or break it.

15    BY MR. WADDELL:

16         Q.    There was a handful of questions about big

17    birds and small birds.

18                 Was the type of work that you performed if

19    you had a flock of big birds or a flock of small birds

20    the same?

21         A.    Well, the regiment of daily work would be,

22    you know, as far as walking the chickens and picking

23    up, and those things are pretty much the same no matter

24    the size of the bird; but the small bird did put a

25    demand on you where you had to clean out -- in other

Page 195

1    words, that's wash, you know, the thousand pans per,

2    you know, and then usually if I remember right, it's

3    two to three -- maybe 600 pans per house.  I would have

4    to look it up.  I can't remember exactly how many we

5    placed.  But times 6.  That had to do with another

6    flock.  So really, our work that's mandated had to be

7    done.

8             The hard work was when you didn't have birds

9    and you had a regimen of stuff that you had to

10   accomplish sometimes as low as a week is, I think, the

11   shortest turnaround I have had, but couldn't -- I mean,

12   you are literally night and day trying to complete

13   everything that has to be done because it has to be

14   done the same way every time, and the birds come back

15   and they let you know exactly when they come back.

16        Q.    That gets to my next question which is, were

17   you subject, based on your understanding, to the same

18   requirements if you had a flock of big birds versus a

19   flock of small birds?

20             MR. ETTER:  Objection; asked and

21        answered.

22             THE WITNESS:  Say that again now.

23   BY MR. WADDELL:

24        Q.    Were you subject to the same guidelines,

25   requirements?

Page 196

1      A.     Yeah.

2             MR. ETTER:   Objection; asked and

3      answered.

4             THE WITNESS:   The requirements

5      were exact.   Usually, just the amount

6      of days are different in growing.

7      Sometimes the ventilation plan was a

8      little different for the size

9      difference bird.   So you'd have to, you

10     know, have a little more advanced fans

11     or, you know, stuff because they had

12     another few thousand birds to the small

13     birds if you don't get, you know, when

14     you grow them larger.

15   BY MR. WADDELL:

16     Q.     But you were still subject to guidelines

17   ABOUT ventilation?

18     A.     Exactly.

19            And in our last year of growing, I

20   understood it was EPA, but -- that's what we were

21   told -- but our placement had dropped tremendously, you

22   know, for that time; but that's the difference, you

23   know, big bird, little bird, more birds per placement,

24   more times a year for the small.

25     Q.     I believe you testified that chicks were

Roger Parker

Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 197

1    delivered six or seven times a year; is that right?

2         A.    Yeah.

3         Q.    Did you decide when chicks were delivered?

4         A.    No.  I had no say in it.

5         Q.    Who decided?

6         A.    They did.  They hatched them.  They had them

7    ready and brought them out.  Said okay, they will be

8    here this time.  Now, I have had different

9    circumstances where they -- one truck showed up and the

10   chickens had all turned over and they were dead in the

11   truck, you know, and we had to get another batch.

12            Of course, usually that's not the case and

13   they tell you.  And they are there at a certain time.

14        Q.    Did you have work that you had to complete

15   before chicks arrived?

16        A.    Oh, yeah.  It's in the book.

17            The placement two days prior, you start

18   preheating.  The houses had to be -- usually, they want

19   you to heat it up to the point where if there's any

20   cake left in the house where you run your tractor and

21   your clean-out machine through there, that will burn

22   off basically and dissipate; and then, you know, two

23   days prior and then that drops the temperature down to

24   placement.

25            You have to have it lowered.  They have a

Roger Parker

Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 198

1     schedule in the book of things we do that, you know, it

2     is a regimen of how you do it and everything.  And so

3     when we place, the chicken has to be a certain

4     temperature, certain amount of ventilation amount of

5     air coming through.

6              And then prior to that we have to put down

7     what's called PLT.  We had a spreader on the back of

8     the tractor.  Later they had a truck come to give us --

9     but you had to pay.  $300 was my cost to that guy so I

10    normally did it myself.

11             Anyway, we would spread it out PLT, and that

12    killed the ammonia in the front side of the house

13    because you divide the house in half for the little

14    birds, and then when they grow so many days you put

15    them in the full house.

16    Q.    What, based on your understanding, would

17    have happened if you did not complete those tasks

18    before the chicks were delivered?

19    A.    You'd get in real trouble for that one.

20    Q.    What kind of real trouble?

21    A.    Well, I mean, they have to have a place for

22    those birds to go, and you have no option.  You got to

23    have it.  If you didn't, if they took it somewhere

24    else, then you wouldn't get birds until -- I don't

25    know.  I have never had to experience that, so -- it

Roger Parker
Parker, Roger v. Perdue Foods, LLC
November 9, 2023

Page 199

1    wouldn't be good, though.

2        Q.    How many days leading up to the delivery of

3    chicks did the work that you described require?

4            MR. ETTER:  Objection; asked and

5        answered.

6            THE WITNESS:  If we had usually 20

7        days, that's -- that gives you enough

8        time where you don't have to work night

9        and day to do it.  You could work a,

10       you know, normal day's shift; but if

11       they were lower, you know, if they

12       lowered that, then you really would

13       have to dig in and either hire help or,

14       you know, work longer hours.  When you

15       can't afford the help, you worked

16       longer hours.

17   BY MR. WADDELL:

18       Q.    So your hours were dictated by Perdue's

19   needs?

20           MR. ETTER:  Objection; form.

21           THE WITNESS:  I'm sure.  No other.

22   BY MR. WADDELL:

23       Q.    When Perdue came to catch chickens, did you

24   decide what time?

25       A.    No.

Roger Parker
Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 200

1          Q.      Who decided?

2          A.      Well, they would call me.

3                  We would find out through our supervisor

4     when they were going to come catch, and then they would

5     give us -- Perdue would say this time is when this

6     house is going to start.

7                  So prior to that, you have got to have all

8     the feed lines in the air, all the waterlines in the

9     air raised to the ceiling of the house, all the dead

10    birds picked up out of the house ready for them to come

11    and start, and you had to have it by the time that they

12    had allotted, you know, for the catch crew to be there.

13                 The only change would be in that is, I mean,

14    I have had a catch crew go to the wrong farms before,

15    do different stuff.  I have had to lower my waterlines

16    back and even though they haven't drank because we have

17    a regimen set up prior to the catch where they have to

18    be off of food and water for so many hours.

19                 So we would have to pull the feed lines up,

20    you know, so many hours prior to the catch time and

21    leave the water lines down and let them drink and then

22    raise the waterlines and feed lines when they actually

23    got there when you see, basically, I would say when you

24    see the white of their eyes; but it's the time that

25    usually that Perdue sets for us to catch.

Roger Parker
Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 201

1          Q.    I believe you just testified there was a

2      regimen of when food had to be removed.

3               Who set that regimen?

4               MR. ETTER:  Objection;

5          misrepresents testimony, asked and

6          answered.

7               THE WITNESS:  It's in the book.

8          It's in the book, I believe, where

9          catch times and all are set by them and

10         how to do it, you know, exactly the

11         process, the regimen process goes.

12   BY MR. WADDELL:

13         Q.    How long would catch typically take for all

14     of the houses on the farm?

15         A.    My six-house farm, I'll just use it for

16     example.  Say if we are started early evening that day,

17     it's based a lot on how fast the trucks get there and

18     go to the plant and come back; but normally, I would

19     work, get the first house ready, you know.  I have

20     already, you know, had them off feed.  I've already

21     gone through that regimen of whatever, you know, the

22     desired is, hours, and had everything ready for the

23     catch crew.  See the catch crew.  I've raised the

24     waterlines.  The catch crew would come in, whether it

25     be a machine that catches them or by hand.  They have

Roger Parker
Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 202

1    employees that come, I think, catch them by hand.

2              And then, usually, it takes around two and a

3    half to three hours to catch a house, and you have got

4    to have the next house ready and they give you all the

5    cut feed times, when to cut it and then raise the feed

6    times, when to raise it.

7              Each time, you get a piece of paper usually

8    from the -- or a call saying raise -- cut the feed at

9    this time.  Raise the feed at this time on each house,

10   and you have to basically go by that and catch each

11   house back to back, and we would work, usually, three

12   houses a day or an evening.

13             We would do three, but that means I'm up --

14   I may catch a nap here and there, but that is 24 pretty

15   much me.  Time I get them ready in the morning one day

16   for that catch that night, I work all that night

17   through into the next day when they finish, you know,

18   catching those three, and then I have got to have the

19   next three ready for the next day.

20             So I'm still not asleep.  You know, just a

21   nap and run.  Start to get the next three houses ready,

22   and they have the catch times laid out for those just

23   like they do the others.  The catch crew comes, and

24   that's how that works, you know.

25        Q.   So in total, it sounds like that is two



# P.V.P

# Management

# Guidelines





EXHIBIT

9

Confidential

| A | BIRDS UNFIT FOR TRAVEL |
| --- | --- |
| B | FARM RISK AND BIOSECUIRTY ASSESMENTS |
| C | BIOSECURITY GUIDELINES |
| D | POULTRY CARE OFFICER |
| E | HOT LINE PHONE NUMBER |
| F | EUTHANASIA PROCEDURE |
| G | EMERGENCY CONTACT LIST |
| H | WINTER VENTILATION GUIDELINES |
| I | SUMMER GUIDELINES |
| J | SOP FOR VENTILATING DURING HARVEST |
| K | LIGHTING PROGRAM |
| L | WATER SANITATION GUIDELINES |
| M | WATER FLOW GUIDELINES |
| N | BROODING FEED GUIDELINE |
| O | MIGRATION GUIDELINES |
| P | MANAGEMENT GUIDELINES |
| Q | GENERATOR LOG CHECK LIST |
| R | PESTICIDE PROGRAM |
| S | RODENT PROGRAM |
| T | PLT and ALUM INSTRUCTIONS |
| U | PRODUCER POULTRY CARE TRAINING |
| V | |
| W | |
| X | |
| Y | |
| Z | |



# Biosecurity:
## 'Never Evers' and 'Dedicated TOs'

### NEVER EVERS

- Never visit or associate with Live Bird Markets or the Live Bird Market System.
- Never keep any non-Perdue fowl, wild, exotic, pet, or domestic birds.
- Never allow anyone close to your chicken houses without knowing where they have previously been.
- Never allow equipment that has been to other farms into your poultry houses when live poultry are present unless it is associated with Perdue live haul or if you are sure it has been properly cleaned and disinfected.
- Never allow any animal to scavenge Mortality from your farm.
- Never use common Mortality disposal for multiple farms or multiple farm pickup of Mortality.
- Never allow any birds other than Perdue birds in your poultry houses during the production period.

### DEDICATED TOS

- Only authorized visitors.
- All visitors must comply with biosecurity requirements.
- Farm dedicated shoes and clothes (or biosecurity garb) for producer and all poultry Site-Specific Personnel.
- Only state and company approved Mortality disposal procedures.
- Proper cleaning and disinfection of all non-farm-dedicated equipment prior to entering poultry house while birds are present.
- Know your Line of Separation (LOS) and Perimeter Buffer Area (PBA).
- Keep wild birds from nesting on houses and feed bins and keep waterfowl out of your Perimeter Buffer Area.

Revision Date: 10.17.22 Confidential
Commercial Information/Trade Secret

Home

Confidential

SOPs

Parker_000018

# Abuse of our chickens will not be tolerated under any circumstances!

## "It's Your Call" Hot Line

## (877-587-2463)

If you have a poultry care concern or observe an improper act or abuse, contact your flock advisor or a Poultry Care Officer. If they are unable to assist you or you are uncomfortable discussing the issue with them, you can call the toll-free "It's Your Call" hot line. Calls made to this number are confidential, and you don't have to leave your name.

Confidential

Poultry Care Process Verified Program / Perdue Foods LLC



# Euthanasia/Culling

- Euthanasia: The act of humanely ending a bird's life.
- Culling: Selecting birds that need to be euthanized.
- Birds unlikely to thrive or unable to reach food and water due to leg or other chronic problems should be euthanized.
- Grower is responsible for humanely euthanizing uncaught birds within 24 hours after end of catch and for documenting this on mortality chart or other appropriate document.
- Perdue flocks may only be euthanized by cervical dislocation unless otherwise directed by a Perdue Poultry Care Officer.
- Perdue will provide on farm euthanasia training and Flock Advisors will monitor culling by Caretaker.

DO NOT COPY/Confidential Trade Secret [5U.S.C Section 552(b)[4]]

Parker_000020

Parker_000021

## Emergency Contact List (updated 8/3/22)

### "IT'S YOUR CALL"
### HOT LINE
### 877-587-2463

**Growout**

| | |
|---|---|
| Clay Copeland | 478.973.7034 |
| Beth Norris | 478.994.7831 |
| Dan Roberts | 478.235.2588 |
| Jana Starkey | 478.733.0248 |
| Bailey Good | 478.550.2979 |
| Charlie Jakes | 478.283.0161 |
| Corey Youngblood | 478.297.9496 |
| James Norris | 478.972.6097 |
| Kate Fosberry | 478.319.6181 |
| Katie Hanson | 478.330.1848 |
| Keith Smith | 478-999-6556 |
| Leah Thompson | 478.342.7386 |
| Richard Ridgeway | 478.733.6714 |
| Sherrie Cowart | 478.972.6743 |
| Todd Harmon | 478.973.4115 |
| Zack Lewis | 478.508.6732 |

**Hatchery**

| | |
|---|---|
| Jake Kime | 478.214.6945 |
| Sasha Smith | 478.972.6699 |
| Scott Edwards  (AAS Trucking) | 256.591.5434 |
| Tyler Edwards  (AAS Trucking) | 256.788.5187 |

**Feed Mill**

| | |
|---|---|
| FEED INVENTORY | 478.994.7804 |
| FEED INVENTORY | 800.277.8017 |
| DISPATCH LAND LINE | 478.994.7811 |
| DISPATCH CELL NUMBER | 478.214.4493 |

| | |
|---|---|
| Kathryn Mizell | 478.258.1185 |
| Rusty Hardesty | 478.972.5528 |

**Live Haul**

| | |
|---|---|
| Gene Owens | 843.506.2074 |
| Jeremy Sears | 229.212.2488 |
| JB Hunt Trucking | 478.313.6066 |

**Equipment Contractors**

| | |
|---|---|
| Brant Bailey | 478.258.1601 |
| BTST Installations (Sam Davis) | 478.214.2281 |
| Fairmount Poultry | 770.714.2371 |
| GA Poultry | 478.836.5072 |
| Haande Supply | 912.384.5919 |

**Electrical Contractors**

| | |
|---|---|
| Fairmount Poultry | 770.714.2371 |
| George Westberry | 478.951.7860 |

**Building Contractors**

| | |
|---|---|
| Brant Bailey | 478.258.1601 |
| Fred Rockenhaus | 229.938.9930 |
| GPC | 706.498.7909 |
| Lionheart Construction (Roger Hart) | 706.680.5089 |

**Water Contractors**

| | |
|---|---|
| Aqua Wells | 770.228.2518 |
| DJ Pump Service | 478.935.3325 |
| Morgan Well Drilling | 770.227.8231 |

**Generators**

| | |
|---|---|
| Atlantic Power | 800.253.1528 |
| Fairmount Poultry | 770.714.2371 |
| G&C Generators (Charlie Westberry) | 478.954.5937 |
| Power Systems (Merv Hoover) | 229.294.0683 |
| Power Source | 205.665.7975 |
| State Line | 770.540.9331 |
| Taylor Power | 601.932.5674 |

Right-column additional numbers:

| | |
|---|---|
| Fairmount Poultry | 478.472.5774 |
| George Westberry | 478.472.5774 |
| GPC | 706.498.0825 |
| Lionheart Construction (Roger Hart) | 706.245.0447 |
| Aqua Wells | 478.836.5126 |
| DJ Pump Service | 478.960.6801 |
| Atlantic Power | 919.548.5255 |
| Fairmount Poultry | 478.472.5774 |
| Power Systems (Merv Hoover) | 229.221.4016 |
| Power Source | 205.901.3960 |
| Taylor Power | 205.901.3960 |

Confidential

# Winter Guidelines 2022

## 20,000 ft2 House

| DAY | COBB TEMP | ROSS TEMP | % | SECS | CFM/Bird | Total CFM |
|---|---|---|---|---|---|---|
| M | 1 | 94 - 91 | 94 - 91 | 15% | 45 | 0.11 | 20,000 |
| I | 7 | 87 | 87 | 40% | 120 | 0.30 | 20,000 |
| N | 14 | 83 | 84 | 55% | 165 | 0.40 | 20,000 |
| I | 21 | 78 | 80 | 74% | 225 | 0.55 | 20,000 |
| M | 22 | 77.5 | 79.5 | 37% | 110 | 0.55 | 40,000 |
| U | 28 | 73 | 74 | 51% | 150 | 0.75 | 40,000 |
| M | 35 | 68 | 71 | 58% | 175 | 0.85 | 40,000 |
|  | 42 | 66 | 68 | 65% | 195 | 0.95 | 40,000 |
|  | 49 | 65 | 66 | 68% | 205 | 1.00 | 40,000 |

° ADJUST TARGET TEMPS AS NEEDED FOR BIRD COMFORT.
° First two fans in power mode should use a 1 degree offset.

° Day 1 temperatures
Furnace heat house set point 94, Heat ON at 92, Run 1 degree
Radiant brooder house set point 92, Heat ON at 90, Run 0.5 degree
Tube heat house set point 91, Heat ON at 89, Run 0.5 degree

* Day 28 Heat ON may be set 3 degrees below set  (maintain till end of flock)

* Increase Minimum Ventilation CFM's.  This will decrease min vent run time.
Use the same fans for minimum ventilation at + 2 degrees to maintain vent opening.

* Min Vent Calculation  (# placed X CFM/Bird)  /  (Timmer CFM's X  300 seconds)

* Recommended Timer Setting Adjustments
Slight Ammonia = +15 seconds
Heavy Ammonia = +30 seconds (call your flock advisor)

| AGE--> | 0 - 14 | | 15 - 21 | | 22-28 | | 29-35 | | 36-MOVE | |
|---|---|---|---|---|---|---|---|---|---|---|
| Set-Up | 20K CFM at +2 | Total 20K CFM | 20K CFM at +2 | Total 20K CFM | 40K CFM at +2 | Total 40K CFM | 40K CFM at +1 | Total 40K CFM | 40K CFM at +1 | Total 40K CFM |
| Reg | 20K CFM at +4 | Total 40K CFM | 20K CFM at +3 | Total 40K CFM | 20K CFM at +3 | Total 60K CFM | 20K CFM at +3 | Total 60K CFM | 20K CFM at +3 | Total 60K CFM |
| Vent | 20K CFM at +5 | Total 60K CFM | 20K CFM at +5 | Total 60K CFM | 20K CFM at +5 | Total 80K CFM | 20K CFM at +5 | Total 80K CFM | 20K CFM at +5 | Total 80K CFM |
| Tunnel | Tunnel @ +8 Using 60K CFM | | Tunnel @ +8 Using 60K CFM | | Tunnel @ +8 Using 80K CFM | | Tunnel @ +7 Using 80K CFM | | Tunnel @ +7 Using 80K CFM | |
| | 20K CFM at +9 | Total 80K CFM | 20K CFM at +9 | Total 80K CFM | 20K CFM at +9 | Total 100K CFM | 20K CFM at +8 | Total 100K CFM | 20K CFM at +8 | Total 100K CFM |
| Fan | 20K CFM at +10 | Total 100K CFM | 20K CFM at +10 | Total 100K CFM | 20K CFM at +10 | Total 120K CFM | 20K CFM at +9 | Total 120K CFM | 20K CFM at +9 | Total 120K CFM |
| Set-Up | 20K CFM at +11 | Total 120K CFM | 20K CFM at +11 | Total 120K CFM | 20K CFM at +11 | Total 140K CFM | 20K CFM at +10 | Total 140K CFM | 20K CFM at +10 | Total 140K CFM |
| | | | | | | | 20K CFM at +11 | Total 160K CFM | 20K CFM at +11 | Total 160K CFM |
| | | | | | | | 20K CFM at +12 | Total 180K CFM | 20K CFM at +12 | Total 180K CFM |
| | | | | | | | | | 20K CFM at +13 | Total 200K CFM |
| | | | | | | | | | 20K CFM at +14 | Total 220K CFM |
| | Target 330 fpm @ 120K CFM | | Target 330 fpm @ 120K CFM | | Target 400 fpm @ 340K CFM | | Target 510 fpm @ 180K CFM | | Target 620 fpm @ 220K CFM | |
| | Cool pad +14 | | Cool Pad +14 | | Cool Pad +14 | | Cool Pad +16 | | Cool pad +14 not less than 82 (< 800 fpm) | |
| | | | | | | | | | Cool pad +14 not less than 84 (600 + fpm) | |
| | | | | | | | | | Cool pad +16 not less than 86 (700+ fpm) | |

° Allow Cool Cells to run from 9am to 9pm.
° Always use the last two sensors in tunnel.
* Remember to adjust the target temperature or fan CFM's for bird comfort.

Revised 11/1/22

Parker 000022

Confidential

# Summer Temperature Guidelines 2023

## 20,000 ft2 house

| DAY | COBB TEMP | ROSS TEMP | SECS | % | CFM/Bird | Total CFM |
|-----|-----------|-----------|------|-----|----------|-----------|
| 1 | 92-89 | 92-89 | 60 | 20% | 0.15 | 20,000 |
| 7 | 86 | 86 | 120 | 40% | 0.30 | 20,000 |
| 14 | 81 | 81 | 165 | 55% | 0.40 | 20,000 |
| 21 | 74 | 76 | 220 | 74% | 0.55 | 20,000 |
| 22 | 73.5 | 75.5 | 115 | 38% | 0.55 | 40,000 |
| 28 | 68 | 72 | 155 | 51% | 0.75 | 40,000 |
| 35 | 63 | 67 | 175 | 58% | 0.85 | 40,000 |
| 42 | 60 | 62 | 195 | 65% | 0.95 | 40,000 |
| 49 | 60 | 62 | 205 | 68% | 1.00 | 40,000 |

* Day 1 temperatures

Furnace heat house set point 94, Heat ON at 92, Run 1 degree

Radiant brooder house set point 92, Heat ON at 90, Run 0.5 degree

Tube heat house set point 91, Heat ON at 89, Run 0.5 degree

* Increase Minimum Ventilation CFM's. This will decrease min run time.

Use the same fans for minimum ventilation at + 2 degrees to maintain vent opening.

* Min Vent Calculation (# placed X CFM/Bird) / (Timmer CFM's X 300 seconds)

## ADJUST TARGET TEMPS AS NEEDED FOR BIRD COMFORT.

* The COBB temp column is for the COBB and ROSS 308 breeds.

* The ROSS temp column is for the ROSS 708 breed.

* Recommended Timer Setting Adjustments

Slight Ammonia = +15 seconds

Heavy Ammonia = +30 seconds (call your flock advisor)

Revised 3/2/23

Confidential

Perdue_000093

## Summer Ventilation Guidelines 2023

### 20,000 ft2 house

| AGE--> | 0-14 | 15-21 | 22-28 | 29-35 | 36-MOVE |
|---|---|---|---|---|---|
| **POWER** Set-Up | 20K CFM at +1  Total 20K CFM | 20K CFM at +1  Total 20K CFM | 20K CFM at +1  Total 40K CFM | 40K CFM at +1  Total 40K CFM | 40K CFM at +1  Total 40K CFM |
| Neg | 20K CFM at +3  Total 40K CFM | 20K CFM at +2  Total 40K CFM | 20K CFM at +2  Total 60K CFM | 20K CFM at +2  Total 60K CFM | 20K CFM at +2  Total 60K CFM |
| Vent | 20K CFM at +5  Total 60K CFM | 20K CFM at +4  Total 60K CFM | 20K CFM at +4  Total 80K CFM | 20K CFM at +4  Total 80K CFM | 20K CFM at +4  Total 80K CFM |
| **TUNNEL** Tunnel | Tunnel @ +8 Using 60K CFM | Tunnel @ +8 Using 60K CFM | Tunnel @ +8 Using 80K CFM | Tunnel @ +7 Using 80K CFM | Tunnel @ +7 Using 80K CFM |
| Fan | 20K CFM at +9  Total 80K CFM | 20K CFM at +9  Total 80K CFM | 20K CFM at +9  Total 100K CFM | 20K CFM at +8  Total 100K CFM | 20K CFM at +8  Total 100K CFM |
| Set-Up | 20K CFM at +10  Total 100K CFM | 20K CFM at +10  Total 100K CFM | 20K CFM at +10  Total 120K CFM | 20K CFM at +9  Total 120K CFM | 20K CFM at +9  Total 120K CFM |
|  | 20K CFM at +11  Total 120K CFM | 20K CFM at +11  Total 120K CFM | 20K CFM at +11  Total 140K CFM | 20K CFM at +10  Total 140K CFM | 20K CFM at +10  Total 140K CFM |
|  |  |  |  | 20K CFM at +11  Total 160K CFM | 20K CFM at +11  Total 160K CFM |
|  |  |  |  | 20K CFM at +12  Total 180K CFM | 20K CFM at +12  Total 180K CFM |
|  |  |  |  | 20K CFM at +13  Total 200K CFM | 20K CFM at +13  Total 200K CFM |
|  |  |  |  |  | 20K CFM at +14  Total 220K CFM |
|  |  |  |  |  | 20K CFM at +15  Total 240K CFM |
|  |  |  |  |  | 20K CFM at +16  Total 260K CFM |
|  | Target 330 fpm @ 120K CFM | Target 330 fpm @ 120K CFM | Target 400 fpm @ 140K CFM | Target 570 fpm @ 200K CFM | Target 210,000 CFM 40'x500' tier 3 (600 fpm) |
|  |  |  |  |  | Target 260,000 CFM 40'x500' tier 4 (700 fpm) |
|  |  |  |  |  | Do Not exceed 750 fpm |
|  | Cool pad +14 | Cool Pad +14 | Cool Pad +14 | Cool pad +16 not less than 82 (< 600 fpm) | Cool pad +16 not less than 82 (<600 fpm) |
|  |  |  |  | Cool pad +16 not less than 84 (600+ fpm) | Cool pad +16 not less than 84 (600+ fpm) |
|  |  |  |  | Cool pad +18 not less than 86 (700+ fpm) | Cool pad +18 not less than 86 (700+ fpm) |
|  |  |  | **Goal 22-31** | **Goal 32-35** | **Goal 36-Harvest** |
|  |  |  | Night Temps above 55 degrees | Night Temps above 55 degrees | Night Temps above 55 degrees |
|  |  |  | Minimum Night Ventilation | Minimum Night Ventilation | Minimum Night Ventilation |
|  |  |  | Power Mode minimum 60K CFM | Tunnel Mode with minimum 80,000 cfm | Tunnel Mode with minimum 100,000 cfm |

* Remember to adjust the target temperature or fan CFM's for bird comfort.
* Allow Cool Cells to run from 9am to 10pm.
* Always use the last two sensors when in tunnel
* Inside foggers ON at 90 degrees and run for 1/2 degree (or run on a timer).
Use foggers if birds are older than 30 days and house temps are greater than 90 degrees.
Check plumbing connections and fogger spray tips for leaks before using each flock.

Revised 3/2/23

Confidential

## SOP - Ventilation During Harvest

**70 degrees or greater outside temperature**

    **Minimum 8 fans**

**50 to 70 degrees out side temperature**

    **Minimum 6 fans**

**40 to 50 degrees outside temperature**

    **Minimum 4 fans**

**30 to 40 degrees outside temperature**

    **MAXIMUM 4 fans**

    **Minimum 3 fans**

**Less than 30 degrees outside temperature**

    **Use 3 fans**

**ADJUST FOR BIRD COMFORT**
**LOCK TUNNEL FANS IN THE "ON" POSITION**
**USE TUNNEL FANS ON BOTH SIDES OF THE HOUSE**

**BE AVAILABLE TO MAKE CHANGES**
**KNOW YOUR CATCH CREW LEADER and SHARE MOBILE PHONE NUMBERS**

**Open front door 100%**
**Adjust tunnel opening to a minimum of 0.05 static pressure**
**Follow Cool Cell settings on the temperature/ventilation guide**

Rev. 1.7.21

Confidential

## Lighting Program

| Days | Duration | Light Intensity |
|---|---|---|
| Days 0 - 7 | 23 hrs. light - 1 hr. darkness @ 11 p.m. | 2 - 3 ft. candles minimum |
| Day 8 to full house | 6 hours of darkness 11 pm - 5 am | 1.0 ft. candle |
| Full house to 5 days prior to move | 6 hours of darkness 11 pm - 5 am | 1.0 ft. candle  (consult flock advisor if birds are flighty) |
| 5 days prior to movement | 0 hours of darkness | 1.0 ft. candle  (consult flock advisor if birds are flighty) |

Revised 5/22/20

Perdue premium

Confidential

# Water Treatment Program 2021
## Farms with a Dutrion or Neoclor Chlorination System

| | | |
|---|---|---|
| **AGE**<br>**0 - 29 Days** | If your pH is higher than **5.5** then<br>Run a **PWT** stock solution at a rate of **1-4 bags (\*) per 5 Gallons of Water**<br>\* maintain a pH of 5-6 throughout the flock | Optional |
| **Day 7** | Test water at drinker nipple on far side of house 100' from front wall.<br>Make adjustments to maintain a range of .60 to .90 on electronic test instrument. | Required |
| **7 Days Prior**<br>**to Movement** | Run a **PWT** stock solution at a rate of **2 packs per 4 Gallons of Water** | Optional |
| **In a Mortality Situation** | If mortality doubles from one day to the next ....i.e.:<br>4 to 8    10 to 20    6 to 11    9 to 17<br>**AND / OR**  water consumption decreases from one day to the next.<br>Run a **COPPER SULFATE** stock solution at the rate of **2 packs per 5 Gallons on Water**<br>for 3 days or until mortality goes back to normal | Required |
| **After Flock Moves** | Flush water lines with Sanidate using the Proportioner at a 3% solution.<br>Allow Sanidate to sit in water lines as directed on the label.<br>**Flush lines with plain water following the Sanidate Flush to clear lines of product.** | Required |

\* Revision Date 12/16/21

Confidential

Parker  000027

# Water Guidelines



| Week 1 – 2 | Week 2 – 3 | Week 3 – 4 | Week 4 – Move |
|---|---|---|---|
| 2 inches | 4-6 inches | 6-8 inches | 10 inches |
| Goal 15 ml | Goal 25 ml | Goal 30 ml | Goal 40 ml |

- Low flow drinkers (Ziggity) may need more water in sight tube to reach flow ml goal.
- Monitor water consumption daily. Watch for drops in consumption.
- Monitor drinker height. Low drinkers will wet floors.
  - Day 1-4 – Set height so birds turn their head to drink.
  - Day 5-7 – Set height so birds are transitioning from turning their head to drink to looking up to drink.
  - Day 8 till the end of the flock – Heads Up Drinking
- Set water regulator and the end sight tube 1 inch higher than the drinker line. This will help reduce air locks in the drinker line.
- Be sure that you have water at the end of each drinker line. If not, adjust drinker pressure. Then check water at the end of the drinker line. Do not over adjust pressure!
- Sight tubes need to be cleaned every flock inside and out. Cover sight tubes with a plastic sleeve. This will make it easier to see the ball floating in the sight tube.

Revised 3/3/22

Confidential

# Brooding Feed Guideline

➢ Standard feed tray under every chick mate (red tray or turbo feeder)

➢ Supplemental trays in addition to red feed tray or turbo under chick mates.

|  | | Jumbo Tray | | Red Feed Tray |
|---|---|---|---|---|
| ⊚ | 36' house | 15 | OR | 60 |
| ⊚ | 40' x 500' | 38 | OR | 150 |
| ⊚ | 42' x 600' | 54 | OR | 216 |
| ⊛ | 44' x 600' | 54 | OR | 216 |
| ⊚ | 50' x 500' | 38 | OR | 150 |

○ Cobb Recommendations

   ❖ Cobb standard is 1 feed tray per 75 chicks placed.

   ❖ Cobb feed conversion is 1:1 for the first 9 days.

### More Feeder Space = More Bird Weight

○ One-third brooded houses should add 16 jumbos or 64 standard feed trays.

○ Supplemental trays should be at water & feed lines and in the center of the house.

○ Do not put trays against the side walls of the house. This pulls chicks away from heat, feed and water.

○ Do not put feed trays directly under a radiant heater.

○ Fill trays as needed to keep feed available to the chicks. **Do not over fill trays.**

○ Feed tray removal guideline

   ▪ Jumbo feed trays at 9 days.

   ▪ Red trays not under chick mates at 9 days.

   ▪ Red trays or turbo under chick mates, remove a third of the trays each day on day 10, 11 and 12. Shut off the feed slide at the chick mate 2 days before removing tray.

➢ Cumberland HI-LO feed pans need to be raised out of the collapsed pan position at day 4.

➢ Start closing flood window on feed pans at day 9 and have flood window closed at day 12.

➢ FEEDING ON PAPER AT PLACEMENT IS STRONGLY ENCOURAGED FOR OPTIMUM PERFORMANCE.

11/1/22

Confidential

Parker_000029

# MIGRATION GUIDELINES

## Half house End Brood

- 1/2 house end brood summer: 7 days whole house
- 1/2 house end brood winter: 9 days whole house

## Half House Center Brood

- 1/2 house center brood summer: 7 days whole house
- 1/2 house center brood winter: 9 days move to the front, 12 days move to whole house

## Third House Center Brood

- 1/3 house center brood summer: 4 days whole house
- 1/3 house center brood winter: 4 days move to the front, 12 days move to whole house

## Two Third House Brood

- 2/3 house brood summer: 10 days whole house
- 2/3 house brood winter: 12 days whole house

Revised 10/15/20

Confidential

# MANAGEMENT GUIDELINES FOR PERDUE HOUSES
# FOLLOW THESE GUIDELINES UNLESS AUTHORIZED BY FLOCK ADVISOR

## AFTER FLOCK MOVES:

1) Empty all feed pans of old withdrawal feed and clean bins of any caked feed.

2) Houses must be cleaned of all dust, dirt and spider webs. This includes the ceiling, sidewalls, fans, screens, cables, feed lines, heaters, water lines and standpipes.

3) Follow recommendations on litter management.
   - Cake out or windrow litter within 24 hours of harvest.
   - When windrowing, litter should be rolled a minimum of 2x and each time should reach a minimum temp of 130 degrees
   - All cake should be removed from sidewalls and corners
   - Litter should be leveled to be spread evenly across the house

4) Close houses during downtime to allow for litter to dry and ammonia to burn off. Ventilation should be run at a minimum of 10% fan time on a 10-minute timer. Set sidewall vents to run in the auto position. Follow Flock Advisor recommendations for static pressure settings.

5) Apply recommended insecticide for darkling beetle control, only use insecticides approved for poultry houses. Insecticide should be applied at label rate and correct time for flock placement.

6) Treat for fire ants as needed with recommended product. Must be approved for use in poultry houses.

7) House should be checked for rodent activity. Any active areas should be baited with approved rodenticide. All bait stations (minimum of 10 per house) should have fresh bait applied.

8) Litter depth should always be maintained at a minimum of 5-6 inches across the house.

8) Change water filters.

9) Check generator for proper operation and check general maintenance.

10) Cut grass prior to placement.

11) Ensure all farm lanes and driveway are free of holes and in good condition.

Confidential

13) No litter should be uncovered on the farm.

14) Clean any feed on feed bin pad.

15) Clean drinker lines with recommended product. Follow label instructions. Flush drinker lines with fresh water after cleaning drinker lines.

## 48 HOUR PREPLACEMENT

1) Clean bulbs and replace those no longer working to achieve a 3.0 ft candle. The lights must meet growout specifications.

2) Clean drinker lines with recommended product. Standpipes must be cleaned in order to see the floater.

3) Lower drinker lines to approximately three feet, flush drinker lines until water is clear. Trigger drinker nipples to insure none are sticking, check the lines for air locks. Adjust pressure to achieve proper flow rate for brooding based of ml per minute recommendations.
   - Adjust drinker regulator to 2 inches higher than drinker line.
   - Check end of the lines for water
   - Check for leaks.

4) Lower feed pans, set-out a minimum of 14/1000 feed trays and recommended supplemental feeders placed in houses as required by growout. Flood pans and feed all trays full.

5) Install migration partition securely and be sure it is chick proof, fasten brood skirt.

6) Lower brood curtains and latch all vents outside of brood chamber.
   - Have correct number of vents unbuttoned in brood chamber to satisfy minimum ventilation requirements as recommended by Flock Advisor.

7) Check sensors for proper calibration.

8) Set controllers to maintain 90-degree target in brood chamber-heat should be on by noon.
   - No fan time needed for 1st 24 hrs. of preheating.
   - Pre-heat may differ with radiant heaters – follow Flock Advisor recommendations.

9) Check fans for proper operation.

Confidential

## 24 HOUR PREPLACEMENT

1) Increase heat settings to Growout recommendations to achieve a 90 - 92 degree floor temp at placement.
   - Sensors should hang 2 inches off floor.
   - In houses with radiant heat sensors should be adjusted as Flock Advisor recommends.

2) Lower drinkers to have nipples 4" off litter and level lines

3) Check thermalarms, siren and backups for proper operations.

4) Set thermalarms +20 to -20 degrees of set point.

   Set backup heating and first cooling +12 or -12 degrees of target

5) Apply recommended litter treatment. Follow application guidelines.

6) Start timer fans to control ammonia prior to placement times.
   - Ammonia must be under 25ppm at placement

7) Set vents to open approximately 2 inches when timer fans are on. Follow Flock Advisor recommendations for static pressure settings.

8) Place foot pans at line of separation and fill with fresh disinfectant.


## DAY OF PLACEMENT

1) By 7am check air quality (note A & B) * Placement should be ready by 7am.
   A- Ammonia 25 ppm or less by placement
   B- Humidity kept 50-70%

2) Remember to maintain 90 - 92 degrees litter temps.

3) Turn on alarm system. Test alarm to call programed phone numbers. Test alarm battery.
   Reset thermalarms +20 to -20 degrees of set point.
   Reset back-ups +12 or -12 degrees of average house temperature.
   Turn on siren.

4) Sweep off nipples and tap drinker lines to get a drop of water on all nipples, recheck pressure, check for air locks and check for leaks.

5) Follow current lighting program.

Confidential

6) After bird arrival walk chicks and tap lines a minimum of 4-5 times per day for first week.

7) Recheck stand pipes and each end of lines for correct ml per min water flow.

8) Adjust drinker line height as needed to have drinker nipple eye level to chick for first 3 days.

## DAY 1, 2 &3

1) Check air quality
   - Ammonia no greater than 25ppm
   - Humidity between 50-70%
   - Adjust ventilation if needed

2) Maintain floor temp of 90 degrees, adjust target as needed for bird comfort.

3) Feed chick's morning and evening, or more if needed to ensure trays and pans do not run empty.

4) Continue to walk and tap lines a minimum of 4-5 times per day.

5) Check drinker pressure.

6) Follow current lighting program.

## DAY 4 & 5

1) Check air quality
   - Ammonia no greater than 25ppm
   - Humidity between 50-70%
   - Adjust ventilation if needed

2) Lower target temp to maintain chick comfort.

3) Reset thermalarms +20 to -20 degrees of set point. Reset backup +12 or -12 degrees of average house temperature.

4) Follow current lighting program.

5) Raise drinker nipples to top of chicks' head.

Confidential

6) Continue to feed up as needed to ensure no empty trays and pans.
   - Both feed pans and trays should be no less than half full.

7) Continue to walk birds and tap drinker lines

## DAY 6-10

1) Check air quality.
   - Ammonia no greater than 25ppm
   - Humidity between 50-70%
   - Adjust ventilation if needed

2) Follow temperature guidelines and adjust to keep chicks comfortable.

3) Adjust pressure in standpipes to maintain recommended ml per minute.
   - Ensure water is reaching the end of the lines.

4) Thermalarms + 20 to -20 degrees of set point and backups +12 or -12 of set point.

5) Raise drinker lines to keep the drinker nipple at a 45 degree angle for average chick.

6) Keep feed pans and supplemental trays at least half full of feed.

## ALARMS:

1) Be sure all thermalarms are clean and functional.

2) Where applicable check battery function on alarm system.

3) Proper alarm settings:
   A. All thermalarms set + 20 to -20 degrees of set point.
   B. Backups should be kept +12 or -12 degrees from average house temperature
   C. Siren should be functional and ON always.

## MIGRATION

Follow migration guidelines.
- Always discuss migration plan with Flock Advisor.

### 24 hrs. Prior to migrating

1) Flush drinkers on non-brood end and lower lines, set pressure at recommended ml per minute.

2) Tap all nipples to ensure none are sticking.

3) Lower feed pans and activate control switch.

4) Place out recommended feed trays and position as recommended by Flock Advisor. Fill both feed pans and trays full, feed pans should be flooded.
- Do not start removing feed until day 12-14 – discuss plan with Flock Advisor

5) Adjust feed lines to ensure feed availability.

6) Start preheating growout chamber.

## DAY OF MIGRATION

1) Move birds to next chamber and follow recommendations for ventilation.

2) Ensure extra light intensity over the control pan.

4) Have birds spread evenly within 48 hrs.

5) Set out migration fences as soon as possible use a minimum of 3 fences dividing birds evenly.

# DAILY CHECK LIST

1) Check Air quality - Check Ammonia levels and adjust timer fans as needed. Adjust fan time based on ammonia levels and humidity. Ammonia should be maintained at 25ppm or less and humidity at 50-70% to prevent house from being too dry or too damp.

2) Check temperature for bird comfort, adjust target as needed

3) Water
   - Record Daily Consumption
   - Adjust drinker regulator to 1-2 inches higher than drinker line.
   - Maintain proper drinker height and pressure in stand pipe.
   - Check chlorine dioxide systems daily for proper operation.

4) Feed
   - If brooding chicks, feed at least twice daily in supplemental feeders and feed line pans, chicks should never have empty trays or pans.
   - Check fill system and feed lines for proper operation.
   - Raise feedlines daily to maintain proper height.

5) Lights
   - Be sure all lights are functioning properly, maintain extra light intensity over control pans
   - Follow current lighting program.

6) Euthanize cull birds by approved methods, pick up dead and record on mortality charts twice a day.

7) Adjust alarms and backups.

8) Check foot pans daily and replace disinfectant as needed

Revised 2/21/20

Confidential

Poultry Care Process Verified Program / Perdue Foods LLC

**G2 Grow Out Generator Testing Log**      Farm Name: _____

| Date | Hours | Checks Performed By (Initials) | Comments |
|------|-------|------------------------------|----------|
|      |       |                              |          |
|      |       |                              |          |
|      |       |                              |          |
|      |       |                              |          |
|      |       |                              |          |
|      |       |                              |          |
|      |       |                              |          |
|      |       |                              |          |
|      |       |                              |          |
|      |       |                              |          |
|      |       |                              |          |
|      |       |                              |          |
|      |       |                              |          |
|      |       |                              |          |
|      |       |                              |          |
|      |       |                              |          |

DO NOT COPY/Confidential Trade Secret [5U.S.C Section 552(b)(4)]

Confidential

Parker_000038

## Perdue Foods

## Forsyth Pesticide Program

1. For the prevention of darkling beetles and larva.  The pesticide will be applied 3 to 4 days before placement or as directed by the flock advisor.
2. Chemicals to be used will be delivered by flock advisors within one week of final movement of current flock.
3. All labeled directions to be followed.

Confidential

## Forsyth Rodent Program

Program to facilitate the use of bait stations

1. Bait stations can be either commercial or the producer can use 2 inch to 3 inch PVC pipe.
2. Stations need to be strategically placed around poultry houses.
3. Placement of stations to be determined by flock advisor.
4. Producer needs to keep a check on stations to ensure fresh bait is in them.
5. Flock advisors need to check stations for fresh bait on a routine basis.
6. Stations should be baited with fresh bait at the beginning of each flock.
7. Bait to be distributed to producer by flock advisor.

Parker_000040

## Summer Application Rate (Placements April 1 - September 30)

| Number of Flocks Since Total Cleanout | PLT Application Rate for Brood Area | ALUM Application Rate for Brood Area |
|---|---|---|
| 1 to 3 flocks | 50 pounds per 1000 ft2 | 20 gallons per 1000 ft2 |
| 4 to 6 flocks | 75 pounds per 1000 ft2 | 25 gallons per 1000 ft2 |
| More than 6 flocks | 100 pounds per 1000 ft2 | 30 gallons per 1000 ft2 |
| Windrowed Litter | 100 pounds per 1000 ft2 | 30 gallons per 1000 ft2 |

## Winter Application Rate  (Placements Oct 1 - March 31)

| Number of Flocks Since Total Cleanout | PLT Application Rate for Brood Area | ALUM Application Rate for Brood Area |
|---|---|---|
| 1 to 3 flocks | 75 pounds per 1000 ft2 | 25 gallons per 1000 ft2 |
| 4 to 6 flocks | 100 pounds per 1000 ft2 | 30 gallons per 1000 ft2 |
| More than 6 flocks | 125 pounds per 1000 ft2 | 35 gallons per 1000 ft2 |
| Windrowed Litter | 125 pounds per 1000 ft2 | 35 gallons per 1000 ft2 |

Revised 1/17/23

Confidential

# Poultry Guard® Liquid Litter Amendment

## Pre Application Procedures

1. Close house immediately upon bird removal to retain litter temperature and drive off ammonia.

2. *Run minimum ventilation to remove ammonia from house.*

3. Manage litter according to integrator guidelines (decaking, windrowing) within 48 hours of bird removal.

4. Do NOT till or overwork litter to powder-like consistency.

5. Litter should set for at least 3 days undisturbed prior to application.

6. Schedule application 2-4 days before placement.

7. Exhaust ammonia from house before application by running 2 tunnel fans. Doors should be open with lights on and tunnel fans running upon applicator arrival.

## Post Application Procedures

1. Close house and run minimum ventilation.

2. Drop brooding curtains as soon as possible.

3. Prepare house for chick placement and preheat per integrator guidelines.

4. Run minimum ventilation during preheat.



**POULTRY GUARD**

Parker_000043

Poultry Care Process Verified Program / Perdue Foods LLC



# Producer/Caretaker

# Poultry Care Training

DO NOT COPY/Confidential Trade Secret FSII S C Section 552(b)(4)l

Parker 000044

## Poultry Care Process Verified Program / Perdue Foods LLC

- Reasons for poultry care training
- Training topics:
  - Chick Delivery
  - Euthanasia/Culling
  - Litter Condition/Ammonia
  - Lighting
  - House and Flock Inspection
    - Biosecurity
    - Rodent/Vermin Control Program
    - Emergency Backup System



Producer/
Caretaker

Poultry
Care
Training

Confidential

Poultry Care Process Verified Program / Perdue Foods LLC

# Reasons for Poultry Care Training

- ◦ Chickens can feel pain and discomfort.
- ◦ They may even be able to experience anxiety or fear.
- ◦ Humans and animals don't live in a pain free world but we need to minimize pain when possible.
- ◦ We have a responsibility to care for chickens properly.

DO NOT COPY/Confidential Trade Secret [5U.S.C Section 552(b)(4)]

Parker_000045

Confidential

Poultry Care Process Verified Program / Perdue Foods LLC



Abuse of our chickens will not be tolerated under any circumstances.



Parker 000046

Confidential

Parker_000047

Confidential

## Poultry Care Process Verified Program / Perdue Foods LLC



### Litter

### Moisture/Ammonia

- Written minimum ventilation and temperature program must be on farm
- Ammonia levels should not exceed 25ppm
  - Increase ventilation and consider use of litter amendments to reduce ammonia
- Litter should be loosely compacted when squeezed. Cake should not extend more than 2 ft. from drinkers/feeders.
  - Maintain and adjust waterlines at appropriate height and flow rate.

Parker 000048

Poultry Care Process Verified Program / Perdue Foods LLC

## Producer Euthanasia Procedure

Euthanasia Training for Cervical Dislocation:

— The legs of the bird should be grasped and the neck stretched by pulling on the head while applying a ventrodorsal rotational force to the back of the skull until separation is felt between skull and cervical vertebrae.

— **Confirm death before disposal.**

Confidential

## Poultry Care Process Verified Program / Perdue Foods LLC

### Litter

### Moisture/Ammonia

- Litter management and ventilation in the first 3 weeks impacts footpad quality greatly.
- Footpad (paw) quality is evaluated at processing.
- Two sets of 200 paws are scored daily from two different flocks. At least 90% must score "PASS".

DO NOT COPY/Confidential Trade Secret [5] U.S.C Section 552(b)(4)]

Parker_000049

Confidential

Poultry Care Process Verified Program / Perdue Foods LLC

# Lighting

| AGE | DURATION | INTENSITY |
|---|---|---|
| Placement to 7 Days | ≥ 1 hour of continuous darkness, with dark period occurring between 7pm and 5am | ≥ 2 footcandles during the light period. Dark period intensity must be ≤ 10% of the intensity during the light period. |
| ...d Migration to Full House (+/- 2 Day) | ≥ 4 hours of continuous darkness, with the dark period occurring between 7pm and 5am | ≥ 0.1 footcandle during the light period. Dark period intensity must be ≤ 10% of the intensity during the light period. |
| ...ys to Full House (+/- ? Days) Prior to Movement (+/- 1 Day) | ≥ 6 hours of continuous darkness, with the dark period occurring between 7pm and 5am | ≥ 0.1 footcandle during the light period. Dark period intensity must be ≤ 10% of the intensity during the light period. |
| ...ays (+/- 1 Day) Prior to Movement | ≥ 0 hours of continuous darkness, with dark period occurring between 7pm and 5am | ≥ 0.1 footcandle during the light period. Dark period intensity must be ≤ 10% of the intensity during the light period. |

Parker_000050

## Poultry Care Process Verified Program / Perdue Foods LLC





- Caretaker must walk through houses at least twice per day and record mortality and culls (separately). Dead birds must be removed daily.

- House and equipment should be in good working order to maintain good husbandry and protect birds from the environment.

- All birds should be able to reach food and water.

- Company has a written water sanitation program to control bacterial growth in the drinker system.

- In flocks older than one week, if mortality exceeds 3 birds/1000 on two consecutive days or 5/1000 on a single day, veterinary consultation is required .

- If mortality exceeds this threshold, contact your Flock Advisor immediately so veterinarian can be consulted.

- One house of each flock must be gait scored during the week prior to slaughter by either a farm caretaker or Perdue associate and corrective action taken (and documented) if gait score is 10 or greater.

- Birds must be free to roam in the growing area. Migration barriers are acceptable but cages are not. On farms where outdoor access is provided, it must comply with either National Organic Program, GAP Step 3 or higher, or **section 4.7 guidelines.**

DO NOT COPY/Confidential Trade Secret JELL S C Section EEDIAIAN

Parker_000051

## Poultry Care Process Verified Program / Perdue Foods LLC



Flock/House Inspection

- Rodent/Vermin Control measures in place and checked quarterly.
- Biosecurity program must be in place
- Written minimum ventilation program must be on farm.
- Emergency protocol for loss of power.
- Backup generator maintained, tested monthly and **documented.**

Parker_000052

Confidential

Parker_000053

Poultry Care Process Verified Program / Perdue Foods LLC



Producer/Caretaker

Poultry Care Training

> Be sure to sign the training log after completion of training.

ↄ If you have questions regarding poultry care procedures at any time please contact a Flock Advisor or Perdue Poultry Care Officer

● END

Confidential

## Poultry Care Process Verified Program / Perdue Foods LLC



# Bird Handling

○ Chicks to Two (2) Weeks of Age:

— When individual chicks are handled, they should be picked up using a cupped hand supporting their entire body.

— When held, they should be in a cupped hand or allowed to stand on both legs on a cupped hand.

— When expedient (to avoid injury to a chick or employee), they can be picked up by both legs briefly and then held as described above.

— Chicks should not be picked up by the head, neck, wing, wings, or one leg.

— A flexible edged tool (such as a squeegee or rubber rake) can be used to gently move a chick from a hazardous area so it can then be retrieved with another approved method.

○ Two weeks of age to movement

— Bird(s) must be caught by the leg(s) or whole body.

— Birds are to be carried by the leg(s) or whole body.

— Birds must never be lifted, carried or dragged by the wing(s) or neck.

— Live birds must never be thrown, kicked or used as an object towards other birds.

○ Acceptable tools for use can include a grabber, hand held fish net and leg hook. This list is not all inclusive.

Confidential

Parker 000054

Parker_000055

## Poultry Care Process Verified Program / Perdue Foods LLC

# Euthanasia / Culling



- ⟩ Euthanasia: The act of humanely ending a bird's life.
- ⟩ Culling: Selecting birds that need to be euthanized.
- ⟩ Birds unlikely to thrive or unable to reach food and water due to leg or other chronic problems should be euthanized.
- ⟩ Grower is responsible for humanely euthanizing uncaught birds within 24 hours after end of catch and for documenting this on mortality chart or other appropriate document.
- ⟩ Perdue flocks may only be euthanized by cervical dislocation unless otherwise directed by a Perdue Poultry Care Officer.
- ⟩ Perdue will provide on farm euthanasia training and Flock Advisors will monitor culling by Caretaker.

Poultry Care Process Verified Program / Perdue Foods LLC



Chick Delivery

- Chick delivery personnel should not step on or drive over chicks as they move about the house.

- Chicks should be placed relatively uniformly (along the placement line) in the brood area.

- Chicks should be placed near available feed and functioning water lines.

- Chick boxes should be emptied from waist high or lower.

Parker 000056

Confidential

Parker_000057

## Poultry Care Process Verified Program / Perdue Foods LLC



Perdue "It's Your Call" Hotline

- If you have a poultry care concern or observe an improper act/abuse, please contact your flock advisor or a Poultry Care Officer. If they are unable to assist you or you are uncomfortable discussing the issue with them, you can call the Perdue "It's Your Call" hotline (877-587-2463).

## Poultry Care Process Verified Program / Perdue Foods LLC



Training

- ○ All Perdue Producers/Caretakers are trained on:

  - ○ Chick Delivery

  - ○ Euthanasia/Culling

  - ○ Litter Moisture/Ammonia

  - ○ Lighting

  - ○ House and Flock Inspection

    - ○ Rodent/Vermin Control Program

    - ○ Biosecurity

    - ○ Emergency Backup System

- ○ Producers/Caretakers verify with signature that they understand the Perdue Poultry Care requirements.

Parker 000058

Confidential

 **Perfect Placement**

**Farm Name:** *Hazel Lee*

**Flock Supervisor:** *Dan*

**Date:** *01/20/2012*

**Time:** *3:40 PM*

**Alarm/Backup Standards Met?**   YES   (NO)        **Producer Present:**   (YES)   NO

## Placement

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| **Air** | | | | | | | | |

Litter temp 90 - 92 degree (average)

Ammonia less than 25 PPM and litter ammendment used at proper rate and or new litter

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | | | | | 90 | 91 | | |
| | | | | | 20 | 20 | | |

Minimum static pressure .10 w/ two 36" fans or must meet tier requirements

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | | | | | .12 | .11 | | |

## Water

Water 15-25 ML/min

Less than 8 grams activation

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | | | | | 25 | 50 | | |
| | | | | | | | | |

*each line should be checked 10' from end

Verify drinker lines cleaned and flushed between flocks

Lines level, eye height, nipples activated

* activate minimum of five per line

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | | | | | Yes | Yes | | |
| | | | | | Yes | Yes | | |

## Feed

Supplemental feed standards met

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | | | | | Yes | Yes | | |

## Light

Target 3.0 Footcandles.  Maintain 2.0 Footcandles.

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | | | | | 2.10 | 2.00 | | |

## 1 Week Qualifier

One week mortality % (1.0% or less)

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Total Score Y/N**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Comments:**

*Dont forget to do the following before the birds place.*
*Turn on alarm at controller and dailer system.*
*Turn on backup at breakers and set them about 10-12 degrees above set point.*
*Turn on water and set the flow at 20-25 ml/min at the end of each line.*
*Set water height so the stainless nipple is eye level to the chick.*
*Check for stuck nipples once you lower water lines and roll nipples if needed.*
*The ammonia should come down to 25 ppm or less once the PLT is applied.*

Revised 11/03/09

**EXHIBIT** 10 depobook.com

GRO/076

**Perdue 002268**



# Perfect Placement

**Farm Name:** Hazel Lee

**Flock Supervisor:** Dan

**Date:** 01/23/2012

**Time:** 12:45 PM

**Alarm/Backup Standards Met?**   YES   (NO)   **Producer Present:** (YES)   NO

## Placement

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|

### Air

Litter temp 90 - 92 degree (average)

Ammonia less than 25 PPM and litter ammendment used at proper rate and or new litter

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| 90 | 87 | 83 | 77 | | | | |
| 20 | 20 | 15 | 20 | | | | |

Minimum static pressure .10 w/ two 36" fans or must meet tier requirements

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| .12 | .10 | .11 | .11 | | | | |

### Water

Water 15-25 ML/min

Less than 8 grams activation

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| 20 | 20 | 20 | 20 | | | | |
| | | | | | | | |

*each line should be checked 10' from end

Verify drinker lines cleaned and flushed between flocks

Lines level, eye height, nipples activated

* activate minimum of five per line

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | | | | |
| Yes | Yes | Yes | Yes | | | | |

### Feed

Supplemental feed standards met

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | | | | |

### Light

Target 3.0 Footcandles. Maintain 2.0 Footcandles.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| 2.20 | 2.10 | 2.00 | 2.10 | | | | |

### 1 Week Qualifier

One week mortality % (1.0% or less)

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### Total Score Y/N

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Comments:**

The floor temps are low becauce PLT was just applied.  The heaters are warming up the house's.  The temps should come back in limits soon.

Do the following before the birds place.

Turn on water and set water flow at the end of each line at 25 ml/min.

Lower water lines so the nipples are eye level to the chick.

Check for stuck water nipples before placement and roll nipples if needed.

Turn on backup breakers and set backups 12 degrees above set point.

Turn on alarm system at controller and dailer system.

Revised 11/03/09

GRO/076

**Perdue 002269**



# PEST INSPECTION FORM


*01/20/2012*

| COMPLEX: | *Perry* | CONTRACT: | *375* |
|---|---|---|---|
| FARM: | *Hazel Lee* | FLOCK SUPERVISOR: | *Dan* |
| FLOCK PLACEMENT DATE: | *01/20/2012* | ROUTE: | *841* |

HOUSE# *1-2*          HOUSE# *3-4*          HOUSE# *5-6*          HOUSE#



*Front*              *Front*              *Front*              *Front*

Mark the following columns as Yes or No. Write in NA if not applicable. Place the respective corresponding number of any non-conformance above and explain below under Comments.

| | | yes | no | | | yes | no |
|---|---|---|---|---|---|---|---|
| 1 | Area inside of drip line free of vegetation | | X | 11 | No Rodent burrows present | | X |
| 2 | Grass around houses cut | | X | 12 | Rodent blocks present and fresh | | X |
| 3 | Trash removed around the houses | | X | 13 | Cool cells/pads free of rodent holes | X | |
| 4 | Doors close tightly | X | | 14 | Ceiling free of rodent holes | X | |
| 5 | Feed Bin Pads clean of feed | X | | 15 | Dirt floor free of rodent burrows | X | |
| 6 | Dead bird compost / disposal inspected | | X | 16 | Brooder curtain free of rodent signs | X | |
| 7 | Walls free of holes | | X | 17 | Litter free of darkling beetles | | X |
| 8 | Signs of other animals | | X | 18 | Sidewalls free of darkling beetles | | X |
| 9 | Houses free of wild birds | X | | 19 | All mortality removed | | X |
| 10 | Rodent bait stations present with fresh bait | | X | | | | |
| | | | | | | | |

Rodenticide used:                          Date of last application:
Pesticide used:     *Permacap*     Date of last application: *01/18/2012*    Amount used per house: *1 jug*

**Comments:**
*Continue to treat for beetles between flocks.*
*The following will help reduce rodent problems on the farm.*
*Put out fresh rat bait at bait stations.*
*Cut grass around house's.*
*Haul off trash around house's.*

Revised 11/01/09

GRO/036



# GROWOUT GENERAL BMP LOG

PRODUCER:  *Hazel Lee*

| BMP-1<br>Pest<br>Control | Wild Birds Present:<br>Yes  (No)<br><br>Rodents Present:<br>Yes  (No) | Corrective Actions | Corrective Actions Performed | | |
|---|---|---|---|---|---|
| | | | Yes/No | Date | Initials |
| | | | | | |
| | | | | | |
| | | | | | |

| BMP-2:<br>Sanitation | Description | Date | Satisfactory (Y/N) | Corrective Actions |
|---|---|---|---|---|
| | Crust Out | 01/09/2012 | X | |
| | Cleaning | 01/12/2012 | X | |
| | Disinfection | | X | |

| BMP-3:<br>Biosecurity | Action | Status (Y/N) | Corrective Actions |
|---|---|---|---|
| | No other animal in house | X | |
| | Limited access posted | X | |

| Flock Supervisor Signature:<br>*Hawks* | Date:<br>01/20/2012 |
|---|---|

Comments:

GRO/036

**Perdue 002271**

# Perdue Flock Visitation - Week 1

Farm Name: *Hazel Lee*

Age: (Days) *3*

Date: *01/23/2012*

Time: *1:01 PM*

| TEMPERATURE: | Hs 1 | Hs 2 | Hs 3 | Hs 4 | Hs 5 | Hs 6 | Hs 7 | Hs 8 |
|---|---|---|---|---|---|---|---|---|
| Actual: | | | | | 85.6 | 85.5 | | |
| Target: | | | | | 86.8 | 86.8 | | |

Producer Present During Visit: (Yes)  No

Mortality / 1000   *2.10*

**Comments / Recommendations:**

**BIOSECURITY**

Farm Dedicated Footwear & Clothing in Use: PNP (Yes)  No

Level 1 Parking, Mailbox, and Visitor's Log in use: (Yes)  No

All equipment allowed in poultry houses properly cleaned and disinfected: (Yes)  No

Evidence of wild bird, rodent or domestic animals living in or near poultry houses: Yes (No)

**PRODUCTION**

Ventilation Mode: *Power*

Min.Run Time: *40/300*

Ventilation Adequate: (Yes)  No

Static Pressure Alarm Enabled: (Yes)  No

Actual Pressure: *.07*

Feeder Height Adequate: (Yes)  No

All Lines Have Feed: (Yes)  No

Water Flow Rate (ml/min): *25--60*     *Lower the water flow in house 6. The plasson drinker water flow is 60 ml/min. Lower the water flow to 20-25 ml/min.*

Water Height Adequate: (Yes)  No

Alarm Functional: (Yes)  No      *99/77*

Dialer & Siren Functional: (Yes)  No

Backup Thermostats Set Properly: (Yes)  No    *100*

**WELFARE**

Lighting Adequate: (Yes)  No

Current Lighting Program:       *24 hours*

Minimum ventilation and emergency backup system protocols posted: (Yes)  No

Litter conditions acceptable: (Yes)  No

Ammonia level acceptable: (Yes)  No

Euthanasia / Culling acceptable: (Yes)  No

**SPECIAL NOTES / MESSAGE** *Repair the broke side vent cable in house #5.*

Flock Supervisor Signature: 

# Perdue Flock Visitation - Week 2

Date: *01/30/2012*

Farm Name: *Hazel Lee*

Age: (Days) *7--10*    Time: *5:19 PM*

Producer Present During Visit: (Yes)    No

| TEMPERATURE: | Hs 1 | Hs 2 | Hs 3 | Hs 4 | Hs 5 | Hs 6 | Hs 7 | Hs 8 |
|---|---|---|---|---|---|---|---|---|
| Actual: | 85.8 | 86.9 | 85.5 | 86.9 | 84.7 | 85.2 | | |
| Target: | 87 | 87 | 87 | 87 | 86.6 | 86.6 | | |

Mortality / 1000    *1.10*

**Comments / Recommendations:**

**BIOSECURITY**

Farm Dedicated Footwear & Clothing in Use: PNP (Yes) No

Level 1 Parking, Mailbox, and Visitor's Log in use: (Yes) No

All equipment allowed in poultry houses properly cleaned and disinfected: (Yes) No

Evidence of wild bird, rodent or domestic animals living in or near poultry houses: Yes (No)

**PRODUCTION**

Ventilation Mode: *Power*

Min.Run Time: *50/300*

Ventilation Adequate: Yes (No) — *Increase the min vent to control ammonia.*

Static Pressure Alarm Enabled: (Yes) No

Actual Pressure: *.04* — *The static pressure is low during min ventilation. Shut off*

Feeder Height Adequate: (Yes) No — *some of the vents in each house.*

All Lines Have Feed: (Yes) No

Water Flow Rate (ml/min): *40---25* — *Adjust water flow so the water is about 6 inches in sight tube.*

Water Height Adequate: (Yes) No

Alarm Functional: (Yes) No — *96/76*

Dialer & Siren Functional: (Yes) No

Backup Thermostats Set Properly: (Yes) No — *98*

Birds Migrated Properly: (Yes) No

Lane / Load Out Area: (Good) Fair Poor

Outdoor Appearance: (Good) Fair Poor

**WELFARE**

Lighting Adequate: (Yes) No

Current Lighting Program: *18 hour*

Litter conditions acceptable: (Yes) No

Ammonia level acceptable: Yes (No) — *The ammonia in house 4 is 40 ppm. Increase min vent to*

Euthanasia / culling acceptable: (Yes) No — *control ammonia.*

**SPECIAL NOTES / MESSAGE**    *Shut off the feed drop tubes in each house. Take out feed trays over the next 3 days as discussed. Raise low water regulators so they will pull air out of the water lines (air locks).*

Flock Supervisor Signature: 

**Perdue 002273**

# Perdue Flock Visitation - Week 3

Farm Name: *Hazel Lee*

Age: (Days) *14*

Date: *02/06/2012*

Time: *1:28 PM*

Producer Present During Visit: (Yes)  No

| TEMPERATURE: | Hs 1 | Hs 2 | Hs 3 | Hs 4 | Hs 5 | Hs 6 | Hs 7 | Hs 8 |
|---|---|---|---|---|---|---|---|---|
| Actual: | 81.0 | 80.8 | 81.3 | 80.3 | 82.3 | 80.5 | | |
| Target: | 83.5 | 83.5 | 83.5 | 83.5 | 81.4 | 81.4 | | |

Mortality / 1000   *.30*

**Comments / Recommendations:**

**BIOSECURITY**

Farm Dedicated Footwear & Clothing in Use: PNP (Yes) No

Level 1 Parking, Mailbox, and Visitor's Log in use: (Yes) No

All equipment allowed in poultry houses properly cleaned and disinfected: (Yes) No

Evidence of wild bird, rodent or domestic animals living in or near poultry houses: Yes (No)

**NUTRITION**  Proper feed type utilized: (Yes) No

**PRODUCTION**

Ventilation Mode: *Power*

Min.Run Time: *50/300*

Ventilation Adequate: (Yes) No

Static Pressure Alarm Enabled: (Yes) No

Actual Pressure: *.10*

Feeder Height Adequate: (Yes) No — *When the birds spread out even, raise the feed pans so the*

All Lines Have Feed: (Yes) No — *pans swing free of the floor.*

Water Flow Rate (ml/min): *30*

Water Height Adequate: (Yes) No

Alarm Functional: (Yes) No — *94/74*

Dialer & Siren Functional: (Yes) No

Backup Thermostats Set Properly: (Yes) No — *94*

Birds Migrated Properly: Yes (No)

**WELFARE**

Lighting Adequate: Yes (No) — *Replace the burned out light bulbs.*

Current Lighting Program: *20 hour*

Litter conditions acceptable: Yes (No) — *Some cake at drinkers*

Less than 30% of birds have cracks or ulcers on their feet: (Yes) No

Ammonia Level acceptable: (Yes) No

Euthanasia / Culling acceptable: (Yes) No

House / Flock inspection requirements being met: (Yes) No

**SPECIAL NOTES / MESSAGE**

Flock Supervisor Signature: *Marks*

# Perdue Flock Visitation - Week 5

Date: *02/20/2012*

Farm Name: *Hazel Lee*

Age: (Days) *31--28*    Time: *2:16 PM*

| TEMPERATURE: | Hs 1 | Hs 2 | Hs 3 | Hs 4 | Hs 5 | Hs 6 | Hs 7 | Hs 8 |
|---|---|---|---|---|---|---|---|---|
| Actual: | 74.2 | 75.3 | 75.8 | 75.4 | 74.4 | 76.9 | | |
| Target: | 74.8 | 74.8 | 74.8 | 74.8 | 74.5 | 74.5 | | |

Producer Present During Visit:  Yes  (No)

Mortality / 1000    .40

**Comments / Recommendations:**

## BIOSECURITY

Farm Dedicated Footwear & Clothing in Use: (PNP)  Yes  No

Level 1 Parking, Mailbox, and Visitor's Log in use: (Yes)  No

All equipment allowed in poultry houses properly cleaned and disinfected (Yes)  No

Evidence of wild bird, rodent or domestic animals living in or near poultry houses: Yes  (No)

## PRODUCTION

Ventilation Mode: *Power*

Min.Run Time: *80/300*

Ventilation Adequate: (Yes)  No

Static Pressure Alarm Enabled: (Yes)  No

Actual Pressure: *.09*

Feeder Height Adequate: (Yes)  No

All Lines Have Feed: Yes  (No)    *One feed line in house 4 has no feed. Feed line being repaired.*

Water Flow Rate (ml/min): *30*    *The water flow is set too low. Increase the water in sight*

Water Height Adequate: Yes  (No)    *tube to 10 to 12 inches high. Also raise low water line 5&6.*

Alarm Functional: (Yes)  No    *88/65*

Dialer & Siren Functional: (Yes)  No

Backup Thermostats Set Properly: Yes  (No)    *I changed the backups. They are now set on 88 and 90.*

Adequate Fences: (Yes)  No

Migration Status: (Good)  Fair  Poor

## WELFARE

Lighting Adequate: Yes  (No)    *Replace burned out lights.*

Current Lighting Program: *3:1*

Litter conditions acceptable: (Yes)  No

Ammonia Level acceptable: (Yes)  No

Euthanasia / Culling acceptable: (Yes)  No

**SPECIAL NOTES / MESSAGE**
*I dimmed the light intensity in each house.*
*Feed up the feed in the barells in house 1 ASAP.*
*Put up the front and back fence ASAP.*
*Take down the plywood that is over the tunnel area. We will need to go in tunnel soon.*

Flock Supervisor Signature: 

Perdue 002275

# Perdue Flock Visitation - Week 6

Farm Name: _Hazel Lee_

Age: (Days) 40--37

Date: _02/29/2012_

Time: _2:31 PM_

Producer Present During Visit: (Yes)  No

Mortality / 1000  _.35_

| TEMPERATURE: | Hs 1 | Hs 2 | Hs 3 | Hs 4 | Hs 5 | Hs 6 | Hs 7 | Hs 8 |
|---|---|---|---|---|---|---|---|---|
| Actual: | 79.3 | 79.0 | 79.3 | 80.1 | 80.4 | 81.6 | | |
| Target: | 72 | 72 | 72 | 72 | 70.8 | 70.8 | | |

**Comments / Recommendations:**

### BIOSECURITY

Farm Dedicated Footwear & Clothing in Use: PNP  (Yes)  No

Level 1 Parking, Mailbox, and Visitor's Log in use:  (Yes)  No

All equipment allowed in poultry houses properly cleaned and disinfected:  (Yes)  No

Evidence of wild bird, rodent or domestic animals living in or near poultry houses:  Yes  (No)

### PRODUCTION

Ventilation Mode: _Tunnel_

Min.Run Time:  _100/300_

Ventilation Adequate:  (Yes)  No

Static Pressure Alarm Enabled:  (Yes)  No

Actual Pressure:  _.06_

Feeder Height Adequate:  (Yes)  No

All Lines Have Feed:  (Yes)  No

Water Flow Rate (ml/min): _40_

Water Height Adequate:  (Yes)  No

Alarm Functional:  (Yes)  No    _90/61_

Dialer & Siren Functional:  (Yes)  No

Backup Thermostats Set Properly:  (Yes)  No    _88_

Adequate Fences:  (Yes)  No

Migration Status:  (Good)  Fair  Poor

Lane/Load Out Condition:  (Good)  Fair  Poor

Outdoor Appearance:  (Good)  Fair  Poor

### WELFARE

Lighting Adequate:  (Yes)  No

Current Lighting Program:  _3:1_

Litter conditions acceptable:  Yes  (No)    _Some cake at drinkers_

Ammonia level acceptable:  (Yes)  No

Euthanasia / Culling acceptable:  (Yes)  No

**SPECIAL NOTES / MESSAGE**  _Catch is scheduled for 5&6 on Tuesday (3-6-12) and 1-4 on Wednesday (3-7-12). Start 24 hour of light by Tuesday._

Flock Supervisor Signature: _Thanks_

Biosecurity: Protect Your Livelihood

# Farm Visitor Log

Farm Name: _Hazel Lee_

Date Placed: _____

Date Moved: _____

| VISITOR NAME | COMPANY | DATE | ENTERED HOUSE Y/N | PURPOSE OF VISIT |
|---|---|---|---|---|
| Dan | Perdue | 1-19 | Y | visit |
| D | " | 1-20 | Y | visit / placement 5th |
| D | " | 1-23 | Y | visit |
| D | " | 1-26 | Y | update #'s |
| D | " | 1-30 | Y | visit |
| Sandy | WEMC | 1-31 | N | read meter |
| D | Perdue | 2-6 | Y | visit |
| Daylin | | 2-15 | | Feed Aversion Trainer |
| D | Perdue | 2-20 | Y | visit |
| Sandy | WEMC | 2-28 | No | read meter |
| Greg | Perdue | 2-28 | Y | Blood RV |
| D | " | 2-27 | Y | visit |
| D | " | 3-1 | N | feed Inv |
| D | " | 3-5 | N | Feed Inv |
| | | | | |



A Family Commitment to Quality Since 1970

Perdue 002277