# EXHIBIT 4

EXCERPTS FROM DEFENDANTS'

2025 DEPOSITION OF ROGER DALE PARKER

30(b)(6) Roger Parker , Vol.I                          April 23, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 31

1          A.    I'm assuming -- I mean, I really don't
2     know.   I honestly don't know.   Because when I left
3     the farm -- she left the farm last, and I really
4     don't know what was left or what was not left.
5          Q.    Okay.   Have you saved -- since you filed
6     your lawsuit, have you saved all documents you
7     believe are relevant to the claims in this case?
8          A.    To my knowledge, yes.
9          Q.    Okay.   Is it your understanding that you
10    have an obligation to save all documents that are
11    relevant to this case?
12         A.    Yes, ma'am.
13         Q.    Okay.   We went over your Poultry
14    Producer Agreements with Perdue last time.   And I
15    will show you those again here shortly.   But just to
16    clarify, do you recall when the first date was when
17    you first signed a Poultry Producer Agreement with
18    Perdue?
19         A.    I know -- I think 2006, if I am -- if I
20    remember right, it's 2006.
21         Q.    And which location was that in
22    connection with?
23         A.    The Hillsboro farm was purchased before
24    the other farm, so that's what I'm thinking, it was
25    2006.

30(b)(6) Roger Parker , Vol.I                        April 23, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 36

1            Q.    And then you were a grower with ConAgra
2       for five or six years.  Is that right?
3            A.    Yes, ma'am.
4            Q.    How many flocks did you accept when you
5       were with ConAgra?
6            A.    Like per year?  Per --
7            Q.    Per year.
8            A.    Usually five to six, sometimes seven.
9            Q.    Do you recall how you were compensated
10      when you were a grower with ConAgra?
11           A.    I believe, given a check.
12           Q.    Was it based on bird weight?  Or do you
13      recall what the basis for your check was?
14           A.    So much per pound is my understanding.
15           Q.    Did it work similar to your compensation
16      with Perdue?
17           A.    No, ma'am.
18           Q.    Okay.  How was it different?
19           A.    Well, with the tournament system
20      everything is different.  I don't remember ever
21      being pitted against anyone else to grow with them.
22                 And with the system that Perdue has
23      you're given baby birds, sometimes from an old hen
24      to a young hen, and that's a big difference on how
25      they perform.

30(b)(6) Roger Parker , Vol.I                    April 23, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 37

1           You're given different type birds that
2      you don't know what you're growing.  Some like air,
3      some don't like air.  All these factors are going to
4      come into how you grow.
5                 Sometimes you're given more feed.  You
6      have got three types of feed, starter, finisher and
7      grower.  And sometimes if you're given -- because I
8      had two farms I could know how much feed of each one
9      was given.  Sometimes you would get better feed,
10     because you would get more of the better feed than
11     other times.
12                And then you were -- as you grew and the
13     birds got larger you then -- you know, it was
14     similar about the catch times and stuff like that
15     was, you know, almost the same, but the rest of it
16     was a good bit different.
17          Q.   Okay.  So my question was, were you
18     compensated similarly, and your answer is "No."  Is
19     that right?
20          A.   Yes, ma'am.
21          Q.   Did you operate as an independent
22     contractor grower with ConAgra?
23          A.   I had a contract with ConAgra.  I didn't
24     feel -- you know, I don't really know how to answer
25     that.  But I had a contract.

30(b)(6) Roger Parker , Vol.I                    April 23, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 45

1          Q.   Did you believe you found out things

2     were going to be different immediately when you

3     became a grower with Perdue?

4               MS. VAUGHN:   Objection to form, vague.

5               THE WITNESS:   Immediately.   It happened

6     pretty fast, yeah.

7     BY MS. SANTEN:

8          Q.   Okay.   When do you first feel like

9     things were different with Perdue?

10         A.   Well, let's see.   Let's take the first

11    growout, I remember going through -- having a lot

12    more, do this, do that, don't do this, type things.

13              I could use very -- seemingly, very

14    little of my past experience coming over to growing

15    for them.   The houses, themselves, had computers.

16    And pretty much they controlled everything inside

17    the computer as far as everything it operated.   They

18    had guidelines for everything.

19         Q.   So fair to say in 2006 you felt as

20    though things were working differently with Perdue

21    and you were subjected to much more control.   Is

22    that right?

23              MS. VAUGHN:   Object to form.

24              THE WITNESS:   Well, yeah.   The houses

25    itself, with computers, made it in their control,

Page 194

1    Let's start at the beginning.

2            A.    It would be similar to Monday.

3            Q.    Okay.  When would you wake up and when

4    would you start?

5            A.    Same time.

6            Q.    All right.  What would you do?

7            A.    Same.  I would go to the chicken houses.

8    It's redundant.  I mean --

9            Q.    Well, talk me through it.

10           A.    It's every day, the same thing.

11           Q.    So you would go to the chicken houses.

12   What would you do?

13           A.    Whatever the field man had laid out for

14   us to do.

15           Q.    Which would include things like what?

16           A.    Picking up the birds, whatever they --

17   you know, when they came they would give us -- they

18   were over everything we did.  I mean, there was

19   nothing we did --

20           Q.    I'm asking what you did.  What you did,

21   was it all related to walking the chicken houses,

22   checking on the chickens?

23           A.    No.  It's all related to what Perdue

24   wants done.

25           Q.    I'm asking, was it related to the

Page 195

```
 1      chicken houses?  Were you walking the chicken houses
 2      and performing maintenance work regarding the
 3      chicken houses when you were walking them?
 4            A.    Not when I was walking them, no.
 5            Q.    What were you doing when you were
 6      walking the chicken houses?
 7            A.    Picking up dead chickens.
 8            Q.    Okay.  So you would walk them.  On a
 9      Tuesday would you walk them four times?
10            A.    You walk them every day.
11            Q.    Okay.  And then what would you do after
12      you would walk the chicken houses on a Tuesday?
13            A.    You would go back and look at -- you
14      look at your list every day and see what they have
15      left you.  Sometimes they would come during the
16      night, when you're not there, and leave another
17      list.
18            Q.    But what sorts of things would you do on
19      a Tuesday after you would walk the chicken houses?
20            A.    Okay.  You had -- you had ten 52-inch
21      fans you had to keep running.  You had side fans
22      that had to run.  You had vent machines that opened
23      on the side of the house that were 500-foot long,
24      you had to keep cabling on those and ropes going to
25      them that wore out.
```

Page 196

1          You have overhead cables that held the
2    feed lines that broke.  You're continually having to
3    replace those that break.
4          You have ziggity -- you have nipples
5    that -- because my houses had age on them, the
6    drinkers had to -- I had to put new ones in if one
7    is leaking somehow.
8          Q.   So is this maintenance -- maintenance
9    work on the chicken houses?
10         A.   Yes.  That's what we are talking about,
11   yeah.  And then --
12         Q.   And then would you take lunch?
13         A.   And then -- I mean, we are way -- a long
14   way from all we had to do in the chicken house,
15   though.  I mean, you had overhead belts, they
16   control the vent machines, that break.
17          You have got the curtains that hold the
18   vent machines up that come loose.
19          You have got the doors that hold the
20   cool cells.  You have got those that the ropes would
21   break on those.
22          Cool cells, themselves, had to be taken
23   out and cleaned.  And we are talking 80-foot-long
24   cool cells on both sides had to be totally taken
25   out, washed down and put back in.

Page 197

1          I'm trying to think of what else we were
2     doing.  Oh.  The control rooms had to be cleaned on
3     a daily basis.  The field --
4          Q.   Was that maintenance work regarding the
5     chicken houses?
6          A.   Yes.  The field man would make you do
7     that.
8               You had to climb the feed bins every day
9     to make sure that you had adequate feed for those
10    houses.  There again --
11         Q.   Is it your testimony that you would get
12    a list every single day of what you had to do on the
13    chicken houses?
14         A.   We would get one to two a week that
15    would pretty much cover everything we had to do or
16    could do, even.
17         Q.   What would that list look like?
18         A.   I don't know.  Perdue would make the
19    list and it would be left.
20         Q.   What would the list -- what would the
21    name of the list say?
22         A.   I don't -- I don't remember what they
23    put on it, honestly.
24         Q.   And what, exactly, would it have on it?
25         A.   It would just have stuff that we were

30(b)(6) Roger Parker , Vol.I                    April 23, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 199

1              THE WITNESS:  Now, they -- they didn't

2      say:  Come in at 8 and leave at 8.  They didn't say

3      that, but you had to.

4      BY MS. SANTEN:

5              Q.   Okay.  So on a Tuesday what would you do

6      in the afternoon?

7              A.   Well, like I said, I tried to finish

8      what I -- maintenance that I had to do or whatever

9      needed done.

10             Sometimes you had -- you would have

11     times where there was chickens that were sick.  And

12     I have had that quite a few times.  They quit giving

13     them any antibiotics and all of a sudden we are --

14     you know, we are having sick chickens a lot and we

15     had a lot of dead.  And they make us cull -- those

16     that are not dead, basically you had to pull their

17     heads off.  And that was their right way of doing

18     it, they said.  The only way we could do it was

19     their way.

20             And you had to -- you know, to cull them

21     that way.  And that was the hardest part because

22     they were alive.

23             But then you -- if they were ever out of

24     feed and they brought feed back for any amount of

25     time -- one day I was out feed two days, and when

Page 200

```
 1    they come back they claw each other's back trying to
 2    get to the feed, and then you have got real diseases
 3    in there.  And you're picking up thousands.  I'm
 4    talking bucket loads.  Because there's 30,000 you
 5    would -- well, later went to 24, 25,000, but we
 6    started with 30,000 to the house.
 7              And you're picking up, you know,
 8    thousands a day and you can't -- it's hard to keep
 9    up with, as far as what you do like here and here
10    and here on a daily basis, because the chickens
11    declare what you have to do, versus -- and Perdue
12    declares, because they tell you, you can't just
13    leave the dead on the floor.  You know, you have got
14    to do what they say.
15         Q.   But your job was looking after the
16    chickens.  Right?
17         A.   Yeah, that's one of them.
18         Q.   What was another job?
19         A.   All the maintenance.
20         Q.   But that was regarding the chicken
21    houses too.  Right?
22         A.   Yeah, yeah.  Yeah.  But I mean, as far
23    as looking at the chickens versus -- and growing
24    them versus the maintenance, it's like -- I guess
25    it's the same but it's a little bit different.
```

Page 215

1    you would have to patch the hole.  I have had to put

2    whole new feed bins in before.  And I have done that

3    myself.

4              Q.    When you say "yardwork," is that what

5    you were talking about earlier?

6              A.    Mowing, weed eating, yeah.

7                    Just everything in the chicken -- I

8    mean, even the slide doors up front, I have had to

9    rebuild those before so they would open.  They would

10   come off track.  They would get rusted up.

11             Q.    So a lot of maintenance work related to

12   upkeep of the chicken houses?

13             A.    Yeah.  The house, 40 by 500 foot times

14   6, you know, that's -- it's just a lot of work.

15             Q.    Now, during a catch week what would you

16   all be doing?

17             A.    Well, you had to -- well, it was

18   according to what Perdue required.  Sometimes you --

19   they had a -- they had a system set and then they

20   controlled it.  Sometimes you could crust, which is

21   taking out the litter, and sometimes you had to

22   windrow.  W-I-N-D-R-O-W.

23                   Windrow means that you go down and take

24   the chicken litter and pile it up in a pile, and

25   come back the other side and make one big pile of

Page 216

1    it.   It has to go through a heat for a couple of

2    days.   And then after it goes through a heat it's

3    supposed to kill the darkling (correct spelling)

4    beetles.   And then you have to spread -- level out

5    all that litter back into the house, perfectly level

6    to where your, you know, feed lines will be all the

7    same on top of it.

8              Then you have to wash those pans that I

9    told you about.   There is -- I think there is 500.

10   And then you have got boxes that are four foot by

11   four foot, they call them lids, but they are

12   pasteboard about this high (indicating).   You have

13   to go get those from Perdue.   And you put those in

14   the house.   I think there is -- I think twelve, if I

15   remember right, in each house.   And if you wash --

16   you wash and dry those pans.   You put them under the

17   feed lines, let the feed -- you have to let the feed

18   lines back down out of the roof.   And you put out

19   those boxes.   And each box has to be filled up by

20   hand.

21             And then we -- we would always let the

22   feed lines actually run and feed the other small

23   pans as much as we could.   But we still had to

24   hand-feed those pans also.

25             Q.   So were you cleaning the feed lines so

Page 217

```
1      they were clean for the birds, or were you cleaning
2      the pans?
3              A.    We were cleaning the pans.
4              Q.    Okay.  And that's --
5              A.    We had to blow out the entire house too,
6      I didn't say that, with air.  It was -- it's in our
7      contract.
8              Q.    So when you're cleaning the pans for the
9      birds, are those pans that the birds drink out of?
10             A.    No, ma'am.  No.  It's what they eat out
11     of.
12             Q.    Eat out of.  Okay.  So you're cleaning
13     the pans that the birds eat out of.  You windrow
14     which, in essence, involves killing the beetles?
15             A.    The darkling beetles.
16             Q.    Darkling beetles, in litter that will go
17     back in the chicken house.  Right?
18             A.    Exactly.
19             Q.    So that's to prevent the chickens from
20     having litter with beetles?
21             A.    Well, it's from -- it really does away
22     with the moisture too.  It does away with the heat.
23     It goes through a heat and burns all the -- you have
24     to -- you actually have to run heat, keep your
25     chicken houses at 90 degrees winter and summer,
```

30(b)(6) Roger Parker , Vol.I                    April 23, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 221

1    working during catch week?

2             A.    Oh.    In catch week?    That's a whole

3    different story.    Well, I worked two days in a row

4    solid because it took them two days to catch my six

5    houses.    I would start that morning preparing.

6    There again, when I say they -- Perdue controls

7    every facet of that.    They give you when you start

8    the catch time and when you have got to raise your

9    feed time, when you're supposed to cut off your feed

10   time.    And you have got to have that done before the

11   first trailer gets there for them to start loading.

12   It usually started around 3:00 because the birds eat

13   out the feed when you cut them -- when you cut the

14   feed off, the bird then eats out the feed that's in

15   the pan so you're not raising feed up in the air.

16   And you then have to clear -- clear out what's in

17   the tubes and in the lines by cutting off the feed

18   bin, the big feed bin outside so you can run all

19   that feed out and give them a chance to eat that

20   before you raise it up.

21             And then you want to raise your -- they

22   have raised feed, which you raise your feed about

23   knee high.    That's the raise feed time.    But you

24   couldn't raise it all the way to the ceiling,

25   because if you raise it higher than knee high your

Page 222

1    chickens will no longer drink water.  They just lay

2    down.

3              So you leave your water lines down and

4    your feed lines knee high.  And then you -- then

5    they have -- you see the whites of the eyes of the

6    catcher's coming, that's when you put your feed

7    lines in the ceiling.  You cut your waters off and

8    give them a little while -- chickens a little while

9    to drink the waters, and then you put your water

10   lines in the ceiling.

11             And then you have to pick up all those

12   divider walls that you have put down between the

13   birds to keep them separated.  You have to pick

14   those up.

15             And then the catchers, you open a door

16   and the catchers come in and they start catching.

17   And after that starts, around 3:00, you know, they

18   will catch three houses, usually three and a half

19   the first night.  And then they finish that -- they

20   finish up usually about 7, 8:00.  You might get an

21   hour or two sleep, but then the next catch time

22   starts, raise feed time starts and all that for the

23   next day.

24        Q.   So real fast, you mentioned so you will

25   start at 3 a.m.  And Perdue gives you a list of what

30(b)(6) Roger Parker , Vol.I                      April 23, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 235

1    mean, I didn't really -- because I 1099'd them and

2    they did their thing, you know?

3         Q.   Tell me how you were compensated as a

4    grower.  How did that work?

5         A.   I was compensated as a grower?  A lot of

6    factors in the money you make, if that's what you're

7    asking.

8         Q.   Yeah.  So it was a tournament system, so

9    what factors impacted the money you made?

10        A.   Oh, Lord.  That controlled everything.

11   That controlled the baby birds that you got.  I

12   mean, if you got baby birds -- just say you have got

13   a young flock of hens that are laying these eggs and

14   then an older flock that had been there and

15   seasoned, the older flock, those baby chickens would

16   produce a lot better than the younger flock so

17   they -- you know, even getting the birds you get

18   different -- in other words, even though it's

19   competition, you're at battle with each other, you

20   know, I guess.  And it goes through -- all the way

21   through everything that's controlled inside the

22   house to -- there is -- there is no end.

23            Like I said, if I get more -- better

24   feed, you know, in one house than I do another farm,

25   that throws the competition off.  But you're paid by

30(b)(6) Roger Parker , Vol.I                    April 23, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 236

1    that -- you know, competition system.

2            Q.   So are you paid by bird weight?

3            A.   You're paid by bird weight.  But you get

4    money taken away from you because of the

5    competition.

6            Q.   So if you have more houses, you can make

7    more money.  Right?

8                 MS. VAUGHN:  Objection to form.

9                 THE WITNESS:  Not necessarily.

10   BY MS. SANTEN:

11           Q.   Would you agree that in Milledgeville

12   you had six houses and you viewed that as a way to

13   make more money?

14           A.   I looked at that initially as a way to

15   make -- to do better, yeah, because I was -- I

16   was -- I knew I was going under in the other with

17   the -- the way everything was headed.

18           Q.   And you could make upgrades?  Like you

19   testified earlier, you upgraded one to tier 4 to

20   make more money.  Right?

21           A.   Yeah.  That's the only way to get a

22   raise with Perdue.  I mean, it's like, literally,

23   twelve years I grew that I never got a regular

24   raise.

25           Q.   If you had upgrades to your house in a

30(b)(6) Roger Parker , Vol.I                    April 23, 2025
Parker, Rogerv. Perdue Foods, LLC

                                                        Page 238

1                THE WITNESS:   I didn't say that.

2    BY MS. SANTEN:

3            Q.   I'm asking.

4            A.   I didn't -- I don't -- I mean, if I

5    didn't do any work, of course they are going to

6    suffer.  But I don't control the type birds I get.

7    They have Ross Cobb and Cobb birds, C-O-B-B.  They

8    have different kind of birds.  One bird likes more

9    air than the other.

10               And they didn't tell you what you was

11   getting so you had -- you just had to try to figure

12   it out.

13               You had -- they controlled everything

14   inside your controller, how much wind speed, how

15   much -- there is on the wall of every chicken house

16   I saw they had regulations and rules of how much

17   wind speed the birds get, how much they didn't get,

18   to -- I mean, everything was controlled.

19   Everything.  You controlled very little because -- I

20   mean, how much water consumption, how high the water

21   bubble was.  How much water is given to the birds,

22   they control that.

23           Q.   How do people -- how do people make more

24   in the tournament system if Perdue controls

25   everything?

30(b)(6) Roger Parker , Vol.I                                April 23, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 245

1          Q.    Were the -- were your two farms or just
2    one ultimately foreclosed on by the bank?
3          A.    It's my understanding, my youngest son
4    still has the other farm.  But I bankrupt against --
5    had to bankrupt against both.  Both farms was my
6    understanding, and I had to do it.
7          Q.    Okay.  And when you say you had to
8    bankrupt against both farms, what do you mean?
9          A.    That's what the lawyer said.
10         Q.    Okay.  Why did you file for bankruptcy?
11         A.    Because Perdue cut me off.  I couldn't
12   grow any more birds.
13         Q.    Do you believe that your properties were
14   foreclosed on because Perdue cut you off?
15         A.    Yeah.  I mean, if they would have
16   allowed me to keep growing I could have continued to
17   make payments.
18         Q.    What have you done since you stopped
19   your relationship with Perdue?
20         A.    Basically, I found that I had congestive
21   heart failure and I no longer -- basically, I just
22   get Social Security now.  I'm 66.
23         Q.    Do you recall ever seeing this document
24   that we have marked as Exhibit 20?
25               MS. VAUGHN:  Counsel, it looks like it's

Page 281

1    they tell you about how the relationship would work?

2          A.    As in -- what do you mean

3    "relationship"?

4          Q.    What did they explain to you about how

5    it would work?  Did they explain you would be an

6    independent contractor?

7          A.    No.  They basically told me that they

8    would come out and show us everything to do; what to

9    do, how to do it.  And we had to abide by the rules

10   that they had.

11              And whenever we were -- you know, we

12   would -- you know, if something happened, you know,

13   you get written up.  And if you didn't comply,

14   basically, you got cut off.  Of course that wasn't

15   my case, but --

16         Q.    So it's your testimony that they told

17   you that at the very beginning of the relationship?

18         A.    Yeah.  That was -- that was -- I mean,

19   they were up front with telling us, you know, we had

20   everything -- you know, we had to follow the

21   guidelines and, you know, everything they said for

22   daily working the birds and everything, yeah.

23         Q.    Okay.  What else did they tell you when

24   you sat down and first discussed how things would

25   work?