# EXHIBIT 5

MOTION TO REOPEN CHAPTER 7 CASE FOR THE PURPOSE OF
DISCLOSING PREPETITION CLAIM

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 21-55658-sms |
| Roger Dale Parker, ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |

**MOTION TO REOPEN CHAPTER 7 CASE FOR THE PURPOSE OF DISCLOSING PREPETITION CLAIM**

COMES NOW THE DEBTOR in the above-styled Chapter 7 case, by and through counsel, and files this "Motion to Reopen Chapter 7 Case for the Purpose of Disclosing Prepetition Claim", showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

This instant Chapter 7 case was filed on July 29, 2021.

5.

After Debtor received his discharge, he was made aware of a potential claim against a former employer/contractor (Perdue Foods, LLC) that arose prior to the filing of his Chapter 7.

6.

The Debtor's case was discharged and closed February 2, 2022.

7.

The Debtor would like to make amendments to Schedules A/B and C to disclose this claim and exempt the proceeds as appropriate.

8.

The Debtor had no knowledge of this claim prior to the filing of this case or before the discharge. It is in the best interests of both the Debtor and the Estate that this Chapter 7 Case be reopened for the purpose disclosing this claim and having it administered appropriately by the Chapter 7 Trustee.

WHEREFORE, Debtor prays:

(a) That this Motion be filed, read, and considered;

(b) That this Honorable Court grant this Motion; and,

(c) That this Honorable Court grant such further relief as it may deem just and proper.

Respectfully submitted,

_____/s/_____
J. Keith Cornwell
GA Bar No. 940503
Attorney for Debtor
Cherney Law Firm, LLC
1744 Roswell Road Suite 100
Marietta, GA 30062
(404) 791-4449

## CERTIFICATE OF SERVICE

      This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

John Lewis, Jr.
Suite 1200
1230 Peachtree Street
Atlanta, GA 30309

Roger Dale Parker
259 Black Road
Abbeville, SC 29620

(Plus to all Creditors on the attached Creditor Mailing Matrix)

      This the 12th day of June, 2025.

                                        /s/
                                J. Keith Cornwell
                                GA Bar No. 940503
                                Attorney for Debtor
                                Cornwell Law Firm, LLC
                                2180 Satellite Blvd., Suite 400
                                Duluth, GA 30097
                                (404) 791-4449

```
Label Matrix for local noticing      Allen & Lucinda Schrock              Ally Financial
113E-1                               5945 Highway 11 S                    P.o. Box 380901
Case 21-55658-sms                    Hillsboro, GA 31038-3721             Bloomington, MN 55438-0901
Northern District of Georgia
Atlanta
Thu Jun 12 11:56:59 EDT 2025

Patti H. Bass                        Bass & Associates                    Bk Of Amer
Bass & Associates, PC                3936 E. Fort Lowell Road             Po Box 982238
Suite 200                            Suite 200                            El Paso, TX 79998-2238
3936 E. Ft. Lowell Road              Tucson, AZ 85712-1083
Tucson, AZ 85712-1083


Bk Of Mnti                           Burns and Burns PC                   Business Revenue Systems, Inc
1141 Green St                        200 N Jefferson St NE                P.O. Box 15097
Monticello, GA 31064                 Milledgeville, GA 31061-3418         Fort Wayne, IN 46885-5097



Capital One Bank Usa N               Matthew John Cherney                 Stephen P. Drobny
Po Box 31293                         Cherney Law Firm, LLC                Jones Walker LLP
Salt Lake City, UT 84131-0293        Suite 100                            Suite 1030, One Midtown Plaza
                                     1744 Roswell Road                    1360 Peachtree St., NE
                                     Marietta, GA 30062-3979              Atlanta, GA 30309-3284


Emory Healthcare                     Extremity Healthcare Inc             First Financial Bank
P.O. Box 406939                      P.O. Box 26001                       Po Box 1754
Atlanta, GA 30384-6939               Miami, FL 33102-6001                 El Dorado, AR 71731-1754



(p)FROST ARNETT                      Gatlinburg Town Square               (p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT                PO Box 150                           BANKRUPTCY
PO BOX 198988                        Scottsdale, AZ 85252-0106            2595 CENTURY PKWY NE SUITE 339
NASHVILLE TN 37219-8988                                                   ATLANTA GA 30345-3173


I.c. System, Inc                     Internal Revenue Service             Internal Revenue Service
Po Box 64378                         401 W. Peachtree Street, N.W.        P.O. Box 7346
Saint Paul, MN 55164-0378            Stop 334-D                           Philadelphia, PA 19101-7346
                                     Atlanta, GA 30308


Kubota Credit Corporat               (p)JOHN LEWIS JR                     Linda Gail Hawkins
Po Box 2046                          SHOOK HARDY & BACON LLP              2609 Belle Arbor Avenue
Grapevine, TX 76099-2046             1230 PEACHTREE STREET SUITE 1200     Chattanooga, TN 37406-3718
                                     ATLANTA GA 30309-7502


Linda Gail Hawkins                   Mcintosh                             Nissan
2609 Belle Arbor Drive               3796 Hwy 42 South                    Pob 660366
Chattanooga, TN 37406-3718           Jackson, GA 30233                    Dallas, TX 75266-0366



Northside Hospital                   Northside Hospital                   Oconee Radiolog
P.O. Box 101565                      PO Box 101757                        Pob 688
Atlanta, GA 30392-1565               Atlanta, GA 30392-1757               Wrightsville Beach, NC 28480-0688
```

```
Office of the United States Trustee      Online Information Ser              PRA Receivables Management, LLC
362 Richard Russell Building              Pob 1489                           PO Box 41021
75 Ted Turner Drive, SW                   Winterville, NC 28590-1489         Norfolk, VA 23541-1021
Atlanta, GA 30303-3315


Roger Dale Parker                         Quest Diagnostics                  Simon Parker
259 Black Road                            P.O. Box 7306                      122 Gordon Road
Abbeville, SC 29620-3345                  Hollister, MO 65673-7306           Hillsboro, GA 31038-3759


Stephen Drobny                            Syncb/care                         Syncb/jcp
Jones Walker, LLP                         C/o Po Box 965036                  Po Box 965007
1360 Peachtree St., Ste. 1030             Orlando, FL 32896-0001             Orlando, FL 32896-5007
Atlanta, GA 30309-3284


Syncb/lowes                               Syncb/payp                         Syncb/sams
Po Box 956005                             Po Box 965005                      Po Box 965005
Orlando, FL 32896-0001                    Orlando, FL 32896-5005             Orlando, FL 32896-5005


Synchrony Bank                            Tiaa Bank                          United Consumer Financial Serv.
c/o PRA Receivables Management, LLC       301 West Bay Street                Bass & Associates, P.C.
PO Box 41021                              Jacksonville, FL 32202-5147        3936 E. Ft. Lowell Road, Suite #200
Norfolk, VA 23541-1021                                                       Tucson, AZ 85712-1083


United Consumer Finl S                    United States Attorney             Verizon Wireless
865 Bassett                               Northern District of Georgia       National Recovery Operations
Westlake, OH 44145-1194                   75 Ted Turner Drive SW, Suite 600  Minneapolis, MN 55426
                                          Atlanta GA 30303-3309


Wellstar Health System
P.O. Box 742625
Atlanta, GA 30374-2625
```

     The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
     by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Frost - Arnett Company                    Georgia Department of Revenue      John Lewis Jr.
The Collection Company                    ARCS - Bankruptcy                  John Lewis, Chapter 7 Trustee
PO Box 198988                             1800 Century Blvd., Ste. 9100      Shook, Hardy & Bacon, LLP
Nashville, TN 37219-8988                  Atlanta, GA 30345-3202             1230 Peachtree Street, Suite 1200
                                                                             Atlanta, GA 30309
```

     The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)First Financial Bank          (d)Linda Gail Hawkins            End of Label Matrix
                                 2609 Belle Arbor Avenue          Mailable recipients    48
                                 Chattanooga, TN 37406-3718       Bypassed recipients     2
                                                                  Total                  50
```