**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| ROGER PARKER,<br><br>        Plaintiff,<br><br>v.<br><br>PERDUE FOODS, LLC,<br><br>        Defendant. | Case 5:22-cv-00268-TES |

**[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE**

Upon consideration of the Defendant's Unopposed Motion for Leave, it is hereby

ORDERED that the Motion be, and for good cause shown, GRANTED as follows:

Margaret Santen and Richard Etter have the Court's permission to attend the hearing via

zoom and shall coordinate with the Clerk to make arrangements for the same; OR

[Other relief as the Court deems appropriate, to include continuance or requirement to

attend in person]


**SO ORDERED,** this __ day of June, 2025.

_____
TILMAN E. SELF, III,
JUDGE UNITED STATES DISTRICT COURT

87885906.v1-OGLETREE