IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROGER PARKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PERDUE FOODS, LLC,<br><br>　　　　Defendant. | Case 5:22-cv-00268-TES |

**[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE**

Upon consideration of the Defendant's Unopposed Motion for Leave, it is hereby ORDERED that the Motion be, and for good cause shown, GRANTED as follows:

Margaret Santen and Richard Etter have the Court's permission to attend the hearing via zoom and shall coordinate with the Clerk to make arrangements for the same; OR

[Other relief as the Court deems appropriate, to include continuance or requirement to attend in person]

**SO ORDERED,** this ___ day of June, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TILMAN E. SELF, III,
　　　　　　　　　　　　　　　　　　JUDGE UNITED STATES DISTRICT COURT