IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROGER PARKER,<br><br>    Plaintiff,<br><br>v.<br><br>PERDUE FOODS, LLC,<br><br>    Defendant. | Case 5:22-cv-00268-TES |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE**

Upon consideration of the Defendant's Unopposed Motion for Leave, it is hereby ORDERED that the Motion be, and for good cause shown, GRANTED as follows:

Margaret Santen and Richard Etter have the Court's permission to attend the hearing via zoom. The Court will email Zoom instructions.

**SO ORDERED,** this 17 day of June, 2025.

_____
TILMAN E. SELF, III,
JUDGE UNITED STATES DISTRICT COURT

87885906.v1-OGLETREE