UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROGER PARKER,<br><br>                Plaintiff,<br><br>v.<br><br>PERDUE FOODS, LLC,<br><br>                Defendant. | CIVIL ACTION<br>NO. 5:22-CV-00268-TES |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(c) and Local Rule 56, Defendant Perdue Foods LLC ("Defendant") hereby moves this Court to grant its Motion for Summary Judgment on Plaintiff's claims for violations of the Fair Labor Standards Act, Breach of Contract, Negligent Misrepresentation, and Declaratory Judgement. As set forth more fully in Defendant's supporting Memorandum of Points and Authorities and Statement of Undisputed Material Facts, there is no genuine dispute as to any issue of material fact, and Defendant is entitled to judgment as a matter of law on Plaintiff's claims.

Defendant's Memorandum of Points and Authorities and Statement of Undisputed Material Facts cites the depositions, declarations, discovery materials, and exhibits offered in support of its Motion, which are submitted in the form of an Appendix, and all of which are filed concurrently herewith.

WHEREFORE, Defendant respectfully requests that the Court to grant its Motion, dismiss Plaintiff's claims with prejudice, and grant Defendant such other and further relief as the Court deems appropriate.

Respectfully submitted this 14th day of July 2025.

>OGLETREE, DEAKINS, NASH, SMOAK
> & STEWART, P.C.
>
> /s/ Margaret Santen
> Margaret Santen
> GA Bar No. 578314
> Kevin P. Hishta
> GA Bar No. 357410
> Michael Oliver Eckard
> GA Bar No. 238550
> **OGLETREE, DEAKINS, NASH, SMOAK**
> **  & STEWART, P.C.**
> 191 Peachtree St. NE, Suite 4800
> Atlanta, GA 30303
> Telephone:    404-881-1300
> Facsimile:    404-870-1732
> margaret.santen@ogletree.com
> kevin.hishta@ogletree.com
> michael.eckard@ogletree.com
>
> *Attorneys for Defendant Perdue Foods LLC*

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| ROGER PARKER,<br>                Plaintiff,<br><br>v.<br><br>PERDUE FOODS, LLC,,<br>                Defendant. | CIVIL ACTION<br>NO. 5:22-CV-00268-TES |

### CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of July 2025, I filed **Defendant's Motion for Summary Judgement,** with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to the following attorneys of record:

T. Brandon Waddell
Ga. Bar No. 252639
Jarred A. Klorfein
Ga. Bar No. 562965
Emily C. Snow
Ga. Bar No. 837411
CAPLAN COBB LLC
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Telephone: (404) 596-5600
bwadell@caplancobb.com
jklorfein@caplancobb.com
esnow@caplancobb.com

Jamie Crooks*
D.C. Bar No. 156005
Kritika Deb*
Amanda R. Vaughn*
FAIRMARK PARTNERS, LLP
1825 7th St. NW, #821
Washington, DC 20001
Telephone: (617) 721-3587
jamie@fairmarklaw.com
kritika@fairmarklaw.com
*Counsel for Plaintiff*
*admitted *pro hac vice*

This 14TH day of July, 2025.

        */s/ Margaret Santen*
        Margaret Santen GA Bar No. 578314
        Kevin P. Hishta
        GA Bar No. 357410
        Michael Oliver Eckard GA Bar No. 238550
        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
        191 Peachtree St. NE, Suite 4800
        Atlanta, GA 30303
        Telephone: 404-881-1300
        Facsimile: 404-870-1732 margaret.santen@ogletree.com
        kevin.hishta@ogletree.com michael.eckard@ogletree.com

        *Counsel for Defendant*