UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROGER PARKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PERDUE FOODS, LLC,<br><br>　　　　　Defendant. | CIVIL ACTION<br>NO. 5:22-CV-00268-TES |

**DEFENDANT'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Perdue Foods LLC ("Defendant") attaches hereto the excerpts of deposition transcripts, deposition exhibits, and declarations referred to in its Statement of Undisputed Material Facts, in support of its Motion for Summary Judgment:

1. Exhibit A: Declaration of Michael Levengood;

2. Exhibit B: Excerpts and Exhibits from April 23-24, 2025 Deposition of Roger Dale Parker;

3. Exhibit C: Excerpts and Exhibits from Deposition of Walter Clay Copeland;

4. Exhibit D: Excerpts from April 29, 2025 Deposition of Michael Levengood;

5. Exhibit E: Excerpts and Exhibits from November 14, 2023 Deposition of Michael Levengood;

6. Exhibit F: Excerpts from Deposition of Linda Gail Burns;

7. Exhibit G: Excerpts and Exhibits from November 9, 2023, Deposition of Roger Dale Parker;

8. Exhibit H: Excerpts of Plaintiff Roger Parker's Responses and Objections to Defendant's First Set of Interrogatories;

9. Exhibit I: Declaration of Clay Copeland;

10. Exhibit J: Declaration of Kathryn Mizell;

11. Exhibit K: Declaration of Bradley Bennett;

12. Exhibit L: Declaration of Daniel Roberts;

13. Exhibit M: October 1, 2017 Email from Plaintiff to USDA, Subject: Hazel Lee Flock 46

14. Exhibit N: Excerpts and Exhibits from Deposition of Kathryn Mizell; and

15. Exhibit O: Final Divorce Decree and Amended Final Divorce Decree Filed in *Parker v. Parker*, C.A. No. SUCV2018049099 (Super. Ct. Baldwin County, Georgia).

16. Exhibit P: Declaration of Margaret Santen.

Respectfully submitted this 14th day of July 2025.

                                       OGLETREE, DEAKINS, NASH, SMOAK
                                            &STEWART, P.C.

                                       /s/ Margaret Santen
                                       Margaret Santen
                                       GA Bar No. 578314
                                       Kevin P. Hishta
                                       GA Bar No. 357410
                                       Michael Oliver Eckard
                                       GA Bar No. 238550
                                     **OGLETREE, DEAKINS, NASH, SMOAK**
                                         **& STEWART, P.C.**
                                       191 Peachtree St. NE, Suite 4800
                                       Atlanta, GA 30303
                                       Telephone:    404-881-1300
                                       Facsimile:     404-870-1732
                                       margaret.santen@ogletree.com
                                       kevin.hishta@ogletree.com
                                       michael.eckard@ogletree.com

                                       *Attorneys for Defendant Perdue Foods LLC*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROGER PARKER,<br>         Plaintiff,<br><br>v.<br><br>PERDUE FOODS, LLC,,<br>         Defendant. | CIVIL ACTION<br>NO. 5:22-CV-00268-TES |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of July 2025, I filed **Appendix of Exhibits In Support of Motion For Summary Judgement,** with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to the following attorneys of record:


T. Brandon Waddell
Ga. Bar No. 252639
Jarred A. Klorfein
Ga. Bar No. 562965
Emily C. Snow
Ga. Bar No. 837411
CAPLAN COBB LLC
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Telephone: (404) 596-5600
bwadell@caplancobb.com
jklorfein@caplancobb.com
esnow@caplancobb.com

Jamie Crooks*
D.C. Bar No. 156005
Kritika Deb*
Amanda R. Vaughn*
FAIRMARK PARTNERS, LLP
1825 7th St. NW, #821
Washington, DC 20001
Telephone: (617) 721-3587
jamie@fairmarklaw.com
kritika@fairmarklaw.com
*Counsel for Plaintiff*
*admitted *pro hac vice*

3

This 14TH day of July, 2025.

/s/ *Margaret Santen*
Margaret Santen GA Bar No. 578314
Kevin P. Hishta
GA Bar No. 357410
Michael Oliver Eckard GA Bar No. 238550
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
Telephone: 404-881-1300
Facsimile: 404-870-1732 margaret.santen@ogletree.com
kevin.hishta@ogletree.com michael.eckard@ogletree.com

*Counsel for Defendant*