# **EXHIBIT F**

Page 1

1            IN THE UNITED STATES DISTRICT COURT

            FOR THE MIDDLE DISTRICT OF GEORGIA

2                    MACON DIVISION

3    ROGER PARKER,

                            Case 5:22-cv-00268-TES

4        Plaintiff,

5    v.

6    PERDUE FOODS, LLC,

7        Defendant.

8

9

10            REMOTE VIDEOTAPED DEPOSITION OF:

11                    GAIL BURNS

12        Being taken pursuant to stipulations herein:

13                Before Regina Holland, CCR

14                    March 26, 2025

15                Commencing at 10:04 a.m.

16

17

18

19

20

21

22

23

24

25

Gail Burns                                    March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

                                                    Page 9

1        Q     Okay.  And at some point in that relationship, did

2    you and Mr. Parker grow chickens for Perdue?

3        A     We did.  We started growing chickens for Perdue in

4    2006.

5        Q     Okay.  And how did that come about, that you guys

6    decided to grow chickens for Perdue?

7        A     We had previously grown chickens in the

8    Chattanooga -- out of one of the Chattanooga, Tennessee

9    integrators from our hometown, where we lived in Lafayette,

10   Georgia.  We grew up there for 16 years.  He was, at that

11   time, a pastor.  We moved to Ellenwood, Georgia.  He took a

12   church down there, First Baptist Ellenwood.  So we sold our

13   farm in Lafayette and moved.  We had built a house -- a new

14   house -- sold the farm, built a new house up there, and then

15   we sold that house and moved to Ellenwood.  So then we -- when

16   he was done at First Baptist, we found the Hillsboro farm in

17   Hillsboro, Georgia, and we purchased that in 2006.

18       Q     Okay.

19       A     And Perdue was the only integrator.  Basically, we

20   wanted to go back into the chicken business we had previously

21   been in.

22       Q     And you had mentioned Mr. Parker was a pastor at a

23   church, and that's why you'd first moved down to that area of

24   Georgia?

25       A     It was.  Yes, ma'am.

Gail Burns                                    March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 10

1     Q     Okay.  And do you know when he stopped being a -- a

2     pastor?

3     A     I would just -- it would be a guess.  Probably -- I

4     don't know.  2012, maybe.

5     Q     Okay.  So was he a pastor at the same time that you

6     guys would have been raising chickens for Perdue?

7     A     He was.  He pastored Smithboro Baptist Church.  Like

8     I said, I know that's not a correct date.  That's just a

9     guess.

10    Q     And you said he was pastor of Smithboro Baptist

11    Church?

12    A     Yes, ma'am.

13    Q     Okay.  And then you had mentioned starting

14    contracting with -- with Perdue in 2006.  Was there a reason

15    that you guys decided to take on chicken farming again?

16    A     Our -- at the time, our daughter-in-law was pregnant

17    with our first grandchild, and we did not want to raise --

18    they didn't want to raise the baby, nor did we, in Atlanta.

19    So we started looking for another farm.  You know, more of a

20    rural country setting.  And we found that farm and everything

21    just worked so -- and we had previously grown chickens for 16

22    years, so, you know, we found that one and liked it.  So it

23    just worked out where we could get that farm.

24    Q     And you said you'd previously grown chickens.  What

25    company was that with?

Page 11

1      A    ConAgra, out of Chattanooga.  We started out with --
2  I think it was Seaboard Farms, and then, I think, ConAgra
3  bought them out.
4      Q    Okay.  And when you first moved to Georgia, were you
5  living on a farm, or were you just in a normal house
6  residence?
7      A    We -- we are from Georgia.  We didn't live out of
8  Georgia.  We lived in Lafayette, Georgia, but the company was
9  out of Chattanooga, Tennessee.
10     Q    Okay.  And then at the time you started growing
11  chickens for Perdue, had you just bought the farm?  Or were
12  you living on a farm at the time that you decided to start --
13     A    We had just --
14     Q    -- growing?
15     A    -- purchased it.
16     Q    And at that time, how many chicken houses did you
17  have?
18     A    At that time, there was five.
19     Q    Okay.  And before we get too much into the chicken
20  growing, before you had contracted with Perdue, I understand
21  that Mr. Parker was a pastor and that you guys had previously
22  raised chickens.  Did you have any other jobs or professions
23  before contracting with Perdue that we haven't talked about?
24     A    I worked for Henry County Water and Sewer.
25     Q    And when would -- what time period would that have

Page 17

1    sound, I'm sorry.

2        Q    I can hear you just -- just fine.

3        A    Okay.  Good.  I mean, we -- we grew chickens for

4    many years, so, you know, those agreements were normal.  The

5    company in Chattanooga did them.  You know, it was just

6    something that chicken growers do.  You have that poultry

7    agreement, and you look over it, you sign it.

8        Q    And did you -- sorry.  Go ahead.  I didn't mean to

9    cut you off.

10       A    No.  I was finished.

11       Q    Did you understand that you guys would be

12   contractors for Perdue?

13       A    Yes.

14       Q    And would Perdue provide you with a 1099 each year?

15       A    Yes.  We got a 1099 every year, just like we did

16   from the company in Chattanooga.

17       Q    And what were you told about, kind of, the equipment

18   and expenses, if anything, of the -- the operation?

19       A    Well, you have to -- you're on different tiers of

20   pay.  And if you want to stay on the top pay, you comply with

21   all the upgrades, you know, that they call for, and

22   everything.  And that -- that keeps you on the top tier of

23   pay.  So, I mean, they don't make you do them, but if you want

24   to keep that top tier of pay, you stay in compliance with all

25   the upgrades and any repairs.  And, of course, a lot of it is

Gail Burns                                          March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 18

1    due to poultry welfare.  Some of the things you have to do to

2    take proper care of the chickens.

3         Q    And did -- do you understand that you guys would own

4    the, you know, chicken houses, the land, the -- that type of

5    stuff, at the time?

6         A    Yes, ma'am.  I mean, that's just the business.

7         Q    Basically, Perdue just provides the chickens?

8         A    The chickens, and they bring the feed.  And then,

9    you know, there's charges for the feed and different things

10   like that.

11        Q    At any point in the relationship with Perdue, do you

12   think the relationship changed in any way, or did it stay the

13   same throughout?

14        A    We did have a few bumpy roads.  One time there was a

15   discrepancy on a load of chickens, and they made it right.

16   They, you know, was able to investigate and see what -- where

17   it had went wrong.  And I believe it was Kathryn and Clay and

18   Dan came to our house, and they brought a check to compensate

19   for, you know, what we had been shorted.  But we had a good

20   working relationship with Perdue.

21        Q    Did you consider the relationship with Perdue to be

22   a good opportunity to grow a business?

23        A    Absolutely.

24        Q    And why do you say that?

25        A    Well, it's just -- there's just a lot of things on

Gail Burns                                          March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 21

1    11th, of '18.

2         Q    Okay.  I want to get back -- just getting back to

3    the -- the relationship with Perdue.  At any time did you guys

4    make upgrades to houses or purchase more houses --

5         A    We did.

6         Q    -- chicken houses?

7         A    We bought the Milledgeville farm.  I refer to it as

8    Milledgeville.  It was in Baldwin County.  And then the other

9    farm is in Hillsboro, Georgia, in Jasper County.  We --

10        Q    Okay.

11        A    We purchased the Milledgeville farm in 2009.

12        Q    Okay.

13        A    At that time, we had caretakers there.  We provided

14   the housing and their utilities, and a vehicle to drive, and

15   give them a salary every week.

16        Q    And the Milledgeville farm was -- did that have,

17   like, a specific farm name attached --

18        A    Hazel -- Hazel Lee.

19        Q    And you said you purchased that in 2009?

20        A    I believe it was 2009.  Yes, ma'am.

21        Q    Okay.  And you had mentioned caretakers were there.

22   What did you mean by caretakers?

23        A    A couple lived there on the farm for us.  We had the

24   Rotem controllers, which are top notch.  The electronics that

25   go in chicken houses.  We could dial into those controllers

Gail Burns                                      March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 22

1     from the Hillsborough farm, where we lived at the time, that

2     we purchased that.  And when we purchased that farm, we did

3     have to do a lot.  I think it was about $180,000 worth of

4     upgrades that -- they did not have the cool cells on them, the

5     upgraded cool cells.  We had to do all that.  Put some new

6     fans in, heaters, things like that.

7          Q    What -- what was the name of the couple you said

8     that lived on the farm?

9          A    Brian and Sarah Bachelor lived there first, and then

10    the second couple was David and Michelle, I think.  I don't

11    recall their last name.  He probably has the paperwork on

12    them.  I don't have any -- any papers from --

13         Q    And would these -- the -- the caretakers that you

14    just named and referred to, would they help with the chicken

15    houses and the chicken farming?

16         A    They did.  They -- they took care of the daily

17    needs.

18         Q    Do you know if that was a full-time occupation for

19    these individuals or --

20         A    It was.  It was full-time.

21         Q    And when you say full-time for them, are you

22    referring to, you know, they probably work 40 hours a week

23    keeping up the Milledgeville farm?

24         A    Yeah.  Some -- I mean, farming is -- sometimes you

25    put in more hours, sometimes less.  Everything's running good,

Gail Burns                                          March 26, 2025
Parker, Roger v. Perdue Foods, LLC

Page 23

1    you know, it's -- it's not bad at all.

2         Q    And what time period, if you recall, would these

3    caretakers have been helping out with the Milledgeville farm?

4         A    It -- we put caretakers there when we -- when we

5    purchased it in 2009.  And I think Brian and Sarah stayed

6    there maybe three years.

7         Q    Okay.

8         A    And then Mr. David, they -- they may not have made

9    it quite a year, and we had to move there.

10        Q    And would you guys pay these caretakers?

11        A    Yes.  They got 400 a week, plus all their utilities,

12   their housing, phone, you know, cable TV.  Whatever they --

13   whatever they needed, that's what they got.  Sorry.  I'm at --

14   I'm at work in a back office here.

15        Q    That's okay.  I was just making sure you're --

16   you're back by yourself again.

17        A    Yes, ma'am.

18        Q    And would you -- do you recall if you paid them a

19   W-2 or if you paid them a 1099?

20        A    1099.

21        Q    And did you -- do you know if you ever offered them

22   any kind of, you know, insurance or benefits, or anything like

23   that, to -- to be --

24        A    We did not.

25        Q    -- caretakers?

Gail Burns                                      March 26, 2025
Parker, Roger v. Perdue Foods, LLC

Page 24

1       A    It's just merely contract labor.

2       Q    Okay.  And then, other than Brian and -- and Sarah

3   and David and Michelle, were there any other helpers or

4   caretakers at the Milledgeville farm that you recall?

5       A    No.  Just, I mean, you hire somebody here and there

6   to help you unload chickens, or, you know, if you can get a

7   helper to help you pick up the dead ones every day.  You may

8   have this one or that one in and out, but I wouldn't remember

9   all the names, you know, the different helpers I may have had

10  along the lines.

11      Q    Okay.  So for the -- the Milledgeville farm, there

12  would have been caretakers there from about 2009 to 2013?

13      A    Probably around -- yeah.  That sounds fairly

14  accurate, I believe.  Like I said, he probably has paperwork

15  and canceled checks and stuff on that, that I don't have

16  access to.

17      Q    And then the -- the other farm, the Hillsboro farm,

18  when -- when did you purchase that again?

19      A    We purchased it in 2006.

20      Q    Okay.  And did you have any helpers or caretakers on

21  the Hillsboro farm?

22      A    He started out operating the Hillsboro farm while I

23  still worked at Henry County.  And I would get up at -- like,

24  at 4:00 and go to the convenience store and do breakfast.  And

25  then I would leave, and my daughter-in-law and our oldest son

Gail Burns                                          March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 32

1        A     2009 on Milledgeville.

2        Q     2009?

3        A     Yes, ma'am.

4        Q     Okay.  Were there any other times where you

5    bought -- that we haven't already talked about where you

6    bought additional chicken houses or upgraded chicken houses?

7        A     No.  Those two farms was -- well, other times would

8    have been way back in the past, when we bought his parents'

9    farm.  That would have been in -- I don't know -- late '90s

10   early 2000s.

11       Q     And that was before contracting --

12       A     That was --

13       Q     -- with Perdue?

14       A     Yes.  Correct.  But it was contract labor as well.

15   I mean, it's not like you don't know what you're getting into,

16   especially when you've done it previously and for 16 years.

17   You know the business, and you know what it is, and you know

18   what you're getting into.

19       Q     And as far as the chicken farming business, do you

20   know if that was set up in a corporate entity, or an LLC, or

21   something along those lines?

22       A     It was not.  Not that I'm aware of.

23       Q     Okay.  Were there names for the different chicken

24   farms?  I believe you had referenced Hazel Lee was one.

25       A     Hazel Lee.  We did -- I forgot.  We did lease the

Page 33

1    farm at Juliette, Georgia one time.  It was Roosevelt Farm.  I

2    had forgotten about that.  But we just leased it, and it was

3    only, like, maybe two years.

4         Q    What time period would that have been?

5         A    I'm thinking maybe 2007, maybe 2008.  We didn't --

6    we didn't lease it very long.  The farm was in terrible shape,

7    and it was just too much.

8         Q    And just getting back to the -- the names of the

9    farms.  I know you'd referenced Hazel Lee was the name of one

10   of the chicken farms.  Was there another farm name?

11        A    Parker's Poultry.  That's the Hillsboro farm.

12        Q    Okay.  And you had mentioned Mr. Parker --

13   Mr. Parker had a poultry equipment type business.  Do you

14   know --

15        A    He did.

16        Q    Do you know if that was set up through a

17   corporation, or an LLC, or anything like that?

18        A    No, it wasn't.

19        Q    Okay.  Do you know what the name of his equipment

20   business was?

21        A    Parker's Poultry Equipment.

22        Q    And switching back.  I know we had talked about,

23   kind of, your -- what you did on the -- the chicken farm on

24   the -- the day-to-day.  Did you -- were you able to set your

25   own schedule as to, you know, what you wanted to -- to do each

Gail Burns                                           March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 34

1    day?

2          A    You can.

3          Q    All right.  Were you able to take breaks during the

4    day, if you needed to take a break at any time?

5          A    Oh, yeah.  I mean, if you -- even if you had a major

6    breakdown, I mean, everybody's going to get tired and you got

7    to take a break.  But --

8          Q    Did anyone -- sorry.  Go ahead.

9          A    That's just -- you know, that's just the nature of

10   it.  Farming's a little bit different life.  But, yeah.  You

11   can make -- as long as those chickens are -- the welfare of

12   them is taken care of, you make sure they're okay in the

13   mornings, and you get those dead ones out of there.  And, you

14   know, they got feed.  They got water.  They got air.  I mean,

15   and -- and if everything's running good, I mean, you -- there

16   was a lake there at Lake Sinclair.  We could go over to the

17   lake.  You know, it's a good life.

18         Q    Did anyone at Perdue ever tell you, you had to

19   start, you know, your day at a certain time, or anything --

20         A    No.

21         Q    -- like that?

22         A    No.

23         Q    And I know we had talked about several helpers.  The

24   caretakers at -- at Milledgeville, and then you mentioned

25   maybe a Mr. Robert Taylor had -- had helped out at some point

Gail Burns                                           March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 35

```
 1    after he had left the farm.  Were there other helpers that
 2    assisted with the chicken farming during that, you know, 2006
 3    to present time period?
 4         A    Well, when we did the upgrades, you know, some guys
 5    from church, just this one and that one, we hired to come and
 6    give us a hand.  You know, as far as cleaning -- cleanup or
 7    ripping old equipment out or -- you know, things like that.
 8    That would have just --
 9         Q    Sorry.  Go ahead.
10         A    That would have just been random people.
11         Q    Do you recall any -- any of those individuals?
12         A    There was a guy named Big Mike that helped us some.
13    He actually lived at the Juliette farm for a little while, but
14    he didn't do very good, so we couldn't keep him.
15         Q    What time period would Big Mike have helped out?
16         A    That would have been during Juliette.  That would
17    have been 2007 or '08.  And then he did work some after we
18    bought Milledgeville.  He worked helping us.  There was a lot
19    of lumber to be tore off the front of the houses.  So it's not
20    something that one or two people -- yeah.  I mean, you could
21    do it, but it's much, much faster and more effective to get
22    a -- you know, several hands in there to get that thing tore
23    off and start going back with equipment.  Our son, Simon,
24    he -- he helped a lot with those upgrades.
25         Q    And did you pay Big Mike?  And did -- would you pay
```

Gail Burns                                          March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 36

1    Simon as well?

2         A    Yes.

3         Q    And how were they paid?

4         A    Check.

5         Q    Were they given just a -- a flat rate, or were they

6    paid hourly?

7         A    Sometimes both.  Sometimes it was by the job kind of

8    thing, depending on what there was to do.  But, you know, most

9    of the time it was hourly, but I wouldn't remember how much

10   hourly it would have been.

11        Q    And you mentioned your son, Simon, helping out on

12   the farm.  When -- or what time period was he helping out?

13        A    He helped with the -- the upgrades when we first

14   bought Milledgeville, and then he helped with upgrades on the

15   Hillsboro farm.  He actually went to work with -- for us at

16   one point, with the equipment company.  And then later on, he

17   and his wife leased the Hillsboro farm from us.

18        Q    Okay.  And when did they lease the Hillsboro farm?

19        A    If I remember correctly, it was 2015.

20        Q    Okay.  Is that still currently going on, or did that

21   stop at some point?

22        A    No.  It's still currently going.  It's producing and

23   doing well.

24        Q    And would Simon help out with other parts of the

25   chicken farming operation from time to time?

Gail Burns                                        March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 37

1      A    He did.  If -- you know, if I had -- if I had motors

2    or something -- the big motors or something that was out and

3    Dale was sick and he couldn't go down there, he will come and

4    change them for me.

5      Q    How often was Simon helping out with the chicken

6    farming operations for you guys?

7      A    Well, after he started working for us, I mean, it

8    was -- you know, he was full-time.  If something needed doing

9    at the Hillsboro farm, he went -- you know, he did it there.

10   If something needed doing at the Milledgeville farm, he came

11   there.

12     Q    Okay.  And were you guys paying Simon at that time?

13     A    Yes.  He made $500 a week.

14     Q    And at the time you left, were you still paying

15   Simon that $500 a week?

16     A    No.  He had already leased the Hillsboro farm.  And

17   so, they were -- you know, they did all the -- the bills, the

18   income.  Everything went over to them at that time.

19     Q    Okay.  And after Simon started leasing, did he ever

20   come back over to help you with -- with your chicken farms?

21     A    Oh, yeah.  He had to come and help me a lot.

22     Q    And how often was he helping with -- with your

23   chicken farming operations, after the --

24     A    He -- he was over there two or three times a week,

25   probably.

Gail Burns                                      March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 38

1      Q    How many hours do you -- would you estimate if he
2  was over there two or three times a week helping you?
3      A    Sometimes he was over there probably 40 hours.
4      Q    Would this have been at Hazel Lee?  Or which farm
5  would this have been at?
6      A    Hazel Lee.  Mm-hmm.  And his wife, she's the main
7  caretaker of that farm over there, like I did.  I've trained
8  her to raise chickens, so she's the main caretaker there.  So
9  that's how he was able to go back and forth.
10      Q    And I believe you had mentioned that there may have
11  been some people that would come and help out with chicken
12  catching or other stuff that happened from time to time.  Can
13  you just tell me a little bit about how many people would help
14  with that, and how often that was?
15      A    Well, that was -- Perdue sent the catch crew in.
16  That was Perdue's thing.  I just got the houses ready for
17  catch.
18      Q    And was there -- let me ask this probably in a
19  different way.  Was there anybody you guys hired to help at
20  other times during the chicken farming operations that we
21  haven't already talked about?
22      A    Yes.  Yes.  At different times, I would hire
23  somebody, as I could find somebody.  It's not a very desirable
24  job that people want to do, because it's nasty.  But when I
25  could find help about picking the dead ones up, then, you

Gail Burns                                          March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 39

```
 1   know, I would hire somebody to go in and pick the dead ones
 2   up.  And, of course, I go behind them to check to make sure
 3   everything was okay.
 4       Q    And how often were you hiring these individuals?
 5       A    In the summertime, I tried to keep a helper, but,
 6   you know, it was tough with the nature of the business.
 7   But -- and -- and there toward the end after Dale got -- after
 8   he went and had the heart failure -- because he was sick, I
 9   had his mother.  We kept his mother since 2001 when his father
10   passed away.  We'd had her.  And then our son that passed
11   away, I had his children a good portion of the time.  So I was
12   pretty pulled between the chicken houses, the grandkids, and
13   him being sick.  And, you know, there should be ample
14   documentation as far as his sickness, with his heart failure,
15   to show, you know, that he physically was not able.
16       Q    And just going back.  So every summer, would you
17   have, kind of, a -- a helper that would come and help with the
18   chicken farming?
19       A    Yes, ma'am.
20       Q    Do you recall the names of any of those individuals
21   that helped during the summer?
22       A    One that I had was Mike James.
23       Q    And what time period would he have been helping, if
24   you recall?
25       A    I don't know.
```

Gail Burns                                    March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 40

1      Q     Okay.

2      A     Big Mike helped me before.  There was another kid

3   out of Monticello.  Ricky Mullins, he helped me before.

4      Q     And let me ask it this way.  Was -- was there

5   somebody there every summer up until the time you left the

6   farm that was helping with chicken farming?

7      A     Pretty much.  With so much going on with him being

8   sick and his mother being sick and having the grandkids, you

9   know, I had to try to keep a helper.  Roy.  A gentleman named

10  Roy, he helped me for quite some time.  And Adrian Cabrera, he

11  was the best helper I had.  Adrian helped for -- Adrian helped

12  me over a year, because we had a fifth wheel camper that he

13  lived in.  And he was a very hard worker.  He helped me a lot,

14  and that was a big help with having those three grandchildren

15  there at that time.

16     Q     And what kind of tasks were they performing on the

17  farm for you at that time?

18     A     Adrian did it -- he could do it all.  He'd go in,

19  check them, pick the dead ones up.  He'd come and let me know

20  if -- if something was wrong that I needed to go take a look

21  at, or if I needed to get somebody to come help repair.  And

22  there was some -- Jess Chambers.  He's another chicken farmer

23  for Perdue.  He'd come, and he's done some tractor repairs for

24  me.  Some flat tires, and things like that, that I've had on

25  the tractor before.  And José Perez, he was another grower for

Gail Burns                                      March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 41

1    Perdue.  He's come out and helped me change motors before, the

2    220 motors that I wasn't able to change and Simon couldn't get

3    over there.  So José, he's come and changed motors for me

4    before.

5         Q    Okay.  And did you guys pay all these guys via, you

6    know, 1099 or a W-2, or how were they paid?

7         A    Well, Jess and José, they didn't charge anything,

8    because it was like doing a farmer a favor.  You know, doing a

9    friend a favor.  Because then if they needed help or

10   something, we go help them out.

11        Q    Okay.

12        A    So that was no money involved there.  But the rest

13   of them, I did 1099.

14        Q    Okay.

15        A    Ricky and Roy and Adrian.  Once there was David

16   Bachelor.  I'm just remembering people along the line, because

17   there was several along -- you go through a lot of help like

18   that -- with something like that.  Because, like I said, it's

19   not a clean job and it's not desirable, so it's hard to keep

20   them.

21        Q    Okay.  And I know you had mentioned, you know,

22   there's a lot of different work on the farm.  You know,

23   besides that -- the actual, you know, going in to check on the

24   chickens, what else is involved in -- in raising chickens?  I

25   believe you'd mentioned mowing was one thing that had to be

Gail Burns                                         March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 46

1    flocks.  Now, had they not done that for us, I mean, we

2    couldn't have got chickens.  It was cold.  And, you know, they

3    were as helpful as they could be.  This lawsuit blows my mind.

4     I don't get it.  I just don't get it.

5         Q    And, Ms. Burns, you mentioned issue with a water

6    line.  What -- why are water lines important in a chicken

7    house?

8         A    Well, they're not going to get water if that line is

9    down.  I mean, they can get it from some of the other lines.

10   But those chickens that are over there on that side where that

11   line is down at, they're not going to get.  There's no water

12   there for them to get.

13        Q    Ms. Burns, I want to switch back a little bit.  I

14   know we had -- we had talked about it, was Mr. Parker's

15   poultry equipment business.

16        A    Mm-hmm.

17        Q    And I think you had described it as he was basically

18   fixing, maybe, poultry equipment and houses for other growers;

19   is that accurate?

20        A    That's correct.

21        Q    Okay.

22        A    Until it got to where he was unable to do it.

23        Q    Okay.  And what time period was he actively

24   operating that business?

25        A    Probably -- probably around 2007, he started that.

Gail Burns                                    March 26, 2025
Parker, Roger v. Perdue Foods, LLC

Page 47

1    Maybe, '08.

2         Q    And was that -- how -- how long was that active?

3         A    It was -- I think he still does a little bit of

4    stuff off and on.  I'm not sure.

5         Q    Okay.

6         A    From just hearing Simon say he went to one of the

7    growers down in Macon and -- and did some work.  But -- so I

8    don't -- I don't really know if he still does that --

9         Q    And while --

10        A    -- or not.

11        Q    -- you're -- sorry.  Go ahead.

12        A    While we were together, he didn't do very much the

13   last -- probably 2016 was -- it, kind of, started to fizzle

14   out.

15        Q    So up until 2016 -- I think you said 20 -- 2006 was

16   when you originally bought the farm, right?

17        A    Right.

18        Q    From 2006 to 2016, you know, how much was he working

19   on the poultry equipment business on average every week?

20        A    Yeah.  He did -- he -- that was his thing.  He did

21   the equipment.  He would get -- he would get the jobs, order

22   the equipment, get a crew together and go, you know, oversee

23   them getting the job done.

24        Q    Was he doing that full-time every week during that

25   time period of 2006 to 2016?

Gail Burns                                          March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 48

1      A     A lot -- a lot of it was full-time for him.

2      Q     And when I say, full-time, I'm, you know, talking

3    about, you know --

4      A     Yeah.  He's out of the house and -- he's out of the

5    house and gone to it every day.  That's what I consider

6    full-time.  You know, he's -- he's in his truck, and he's

7    going to make sure the crew is going, make sure the equipment

8    come in on the job, and different things like that.

9      Q     And -- and after 2016 was he still doing the

10   equipment business, just at a lesser rate?

11     A     He -- yeah.  He would do, like, ordering stuff.

12   But, you know, his health had, kind of, started going down,

13   and he didn't do as much.  But he would still order and get

14   things for different farmers.  He just didn't do quite as many

15   installs after that.

16     Q     Do you know how much -- you know, just a average

17   of -- after 2016, you know, average in a week, how much he was

18   working on the poultry equipment business?

19     A     I don't know.  I just have to put some thought to

20   that.  It'd just be a -- a guess.

21     Q     Was he still working that business on a weekly

22   basis?

23     A     Some, he was.  Because he bought some used equipment

24   out of North Georgia, and he was hauling that in, and

25   different things like that.

Gail Burns                                    March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 49

1       Q    And how did he get business for that poultry

2    equipment business?

3       A    Through --

4            MR. KLORFEIN:  Objection.

5    BY MS. WOOTEN:

6       Q    Go ahead.

7       A    Through Perdue.  We did -- he did upgrades on the

8    first farm we bought, put some cool cells on it.  And they

9    come out and looked, and they liked it.  And they said, you

10   know, If you want to do some more upgrades for other people,

11   we can put your name out there.  So he started, you know,

12   doing work for other farmers then.

13      Q    Do you know if he did any advertising for that

14   business?

15      A    I don't recall.  I don't recall.  Think it was more

16   word of mouth, and through Perdue spreading the word for him.

17      Q    And I know we talked about, you know, obviously the

18   chicken farming business, some other jobs that you had during

19   that time period, and Mr. Parker's poultry equipment business.

20   Was there any other businesses that you guys had, or jobs that

21   you had during that time period that we haven't talked about?

22      A    Not that I recall.

23      Q    Did you guys do any other type of agriculture or

24   farming other than chicken farming?

25      A    No.  Well, we had some cows there on the farm, but

Gail Burns                                    March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 54

1   out for so many flocks.  That way, you know, you're not having

2   to get a loan.

3       Q    Okay.  Did -- in working with Perdue as a

4   contractor, did they ever require you to wear a uniform, like

5   a specific t-shirt or anything?

6       A    No.

7       Q    Okay.  Also, I know we had talked about that there

8   were certain expenses in chicken farming that you would pay.

9   I believe, you know, the buildings and houses being one.  Were

10  there other things that you would pay for --

11      A    Electricity, fuel.  Perdue does have a fuel

12  allowance.  They did then.  I don't know what their practices

13  are now.  But they had a fuel allowance that you got to help

14  you cover the propane cost.  You know, the cost of -- the cold

15  weather would use so much gas, they helped you with it.

16      Q    And all of those expenses that, you know, you guys

17  had to pay for, you know, the chicken farming, were you -- do

18  you know if you're able to write those off as business

19  deductions on your taxes each year?

20      A    You can.  Yes, ma'am.  You can.

21      Q    Do you recall whether you guys did so?

22      A    We did.

23      Q    Okay.  And then going back to about the time -- I

24  think this was probably around the time that you had -- had

25  left the farm.  Do you recall if you received a letter from

Gail Burns                                    March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 55

1    Perdue regarding some repairs that needed to be made on the

2    farm?

3         A    I do.  I did receive that.

4         Q    Okay.  Can you tell me a little bit about the -- the

5    situation that was going on with that?

6         A    The farm needed -- there was -- it needed motors;

7    fan motors, some feed line motors.  I don't recall all of the

8    things that it needed, but basically they weren't going to

9    bring birds back until we did those things.  So -- but it was

10   stated in there, you know, when these repairs are made, and it

11   was due to the welfare of the birds.  They wouldn't have been

12   able to get the air that they need, the food they need.  You

13   know, things like that, that they have to have.  So they said,

14   When these are done, we will place chickens back.

15        Q    And do you recall if -- were these -- were there

16   issues -- when you left the farm, I think, in late 2018, do

17   you recall if these issues were going on then?  Or if they

18   occurred after you had left the farm?

19        A    They were going on them.

20        Q    Okay.  And to your knowledge, you know, what

21   happened after you left the farm as far as the condition of

22   the farm?

23        A    To my knowledge, it just -- it was shut down.

24        Q    Do you know --

25        A    I think he did --

Gail Burns                                           March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

                                                              Page 56

1          Q    Go ahead.

2          A    I'm sorry.  I think he did two flocks.  He finished

3    the flock up that I had started, and I think he did one more

4    flock.

5          Q    Okay.  And then do you know why there was only two

6    flocks done after you left?

7          A    I don't.

8          Q    Okay.

9          A    I have -- it will just be speculation.

10         Q    Do you know if the repairs that were discussed were

11   ever completed on the farm?

12         A    They were not.

13         Q    Do you have any knowledge of the -- the work that

14   Mr. Parker was doing on the farm after you left?

15         A    I don't.  I'm assuming there was none, or they would

16   have continued growing.

17         Q    Ms. Burns, did Mr. Parker ever file for bankruptcy

18   while you were with him?

19         A    No.  He did after -- I think, after our divorce.

20         Q    Do you know if he ever contemplated filing for

21   bankruptcy prior to your divorce?

22         A    I don't know.  Maybe during, you know, a heated

23   discussion or something of finances getting tight, hard, he --

24   you know, he may have said, but, no, I don't -- I don't know.

25         Q    Okay.  Just give me just a -- just a moment.

Gail Burns                                                March 26, 2025
Parker, Roger v. Perdue Foods, LLC

Page 58

```
 1        Q    Okay.  And I apologize if I am jumping around a
 2    little bit.  The reason why I'm doing so is to avoid reasking
 3    questions that you've already covered.  So apologies if I take
 4    a little moment to -- to just reorient myself.  It's only to
 5    try to be a little bit more efficient and get you out of here
 6    sooner rather than later.
 7        A    That's fine.
 8        Q    Now, we've referenced Hazel Lee and the other farms,
 9    but I wanted to try to make sure that we're on the same page
10    when I talk about them.  Did you and Mr. Parker previously own
11    a farm located at 897 East 24 Highway in Baldwin County?
12        A    We did.
13        Q    Can I refer to that as the Milledgeville farm?
14        A    Yes.  That's fine.
15        Q    Okay.  And you also had a -- a farm in Hillsboro,
16    Georgia, right?
17        A    Correct.
18        Q    I'll refer to that as the Hillsboro farm, fair?
19        A    That's fair.
20        Q    Okay.  Now, during the divorce proceedings that you
21    had with Mr. Parker, you ended up listing the Milledgeville
22    farm for $1.195 million.  Do you remember that?
23        A    We attempted to list it.
24        Q    Did -- you did in fact list it for that amount?
25        A    They didn't do the --
```

Page 59

1          MS. WOOTEN:  Object to form.

2    BY THE WITNESS:

3      A    -- listing, because it needed repairs.

4      Q    Got it.  Did you come up with the $1.9 -- 195

5    million amount?

6      A    No.  That would have been through the real estate

7    and --

8      Q    Do --

9      A    -- just property values and comps, and different

10   things like that at the time.

11     Q    Understood.  Were you a -- a licensed real estate

12   agent at the time?

13     A    No.

14     Q    Have you ever been a licensed real estate agent?

15     A    I have been.

16     Q    When were you a licensed real estate agent?

17     A    2000.

18     Q    How long were you licensed as a real estate agent?

19     A    Maybe two years.

20     Q    And -- and based on your experience working with --

21   did you have a real estate broker at the time that you wanted

22   to list at 1.195?

23     A    Yeah.  We talked to a -- I think, Dale actually met

24   with him, because I wasn't at the farm.  I think he came out

25   there after I'd left.  He was out of Blue Ridge.  I don't know

Page 60

1    his name.

2         Q    Got it.  And did -- did you interact with him in any

3    way?

4         A    Just over the phone.  But basically it was Dale's

5    responsibility to get the sale of that going, and he never

6    did.

7         Q    Gotcha.  But at some point that -- that

8    responsibility shifted to you, correct?

9         A    It did.  I had to take him back to court.  When I --

10   when I found out he had not put chickens back in the houses, I

11   had to take him back to court to get the judge to flip the

12   farm back to me so I could clean it up to try to get it to

13   sell, but it was too far gone.  The payments were too far

14   behind by then, because he had not been proactive on getting

15   it sold or keeping chickens in it to make those payments

16   before it went into bankruptcy.  Into -- into foreclosure, I

17   mean.

18        Q    And just so I understand.  At the end of 2019, you

19   are the one who was then empowered to list the -- the

20   property?

21        A    Yes.  But the bank would not work with me, because

22   the payments were so far behind.  So it went into foreclosure.

23        Q    Understood.  But before it went into foreclosure,

24   did you then begin working with that same broker?

25        A    No.  I didn't have an agreement with him.  I was

Gail Burns                                         March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 61

1   trying to get the place cleaned up.  It was a total, absolute
2   disaster.
3        Q    Gotcha.  But do you have any basis to dispute the
4   1.195 million as the -- what the broker believed that it might
5   be able to be --
6        A    No.  I --
7        Q    -- sold for?
8        A    I --
9             MS. WOOTEN:  Object to form.
10  BY THE WITNESS:
11       A    I have no -- no dispute on that.  I think we paid
12  984, and it should have been well worth that, you know, with
13  things we had done.
14       Q    Okay.  I want to ask you about some specific
15  questions then, that Ms. Wooten had asked you previously.  You
16  mentioned that Perdue was the only integrator in the area when
17  you-all decided to buy, I think, your first farm with -- that
18  you were working with Perdue.  Was that accurate?
19       A    Yes.  That's correct.
20       Q    Did that remain true from when you first began
21  working Perdue -- with Perdue through, I guess, the end of
22  2018 when you left the farm?
23       A    Yes.
24       Q    There weren't other integrators that worked in the
25  area?

Page 62

1      A    No.  They were --

2      Q    So --

3      A    -- the only ones.

4      Q    And I apologize for interrupting you.  Sometimes

5  with Zoom -- I -- I mean no disrespect by that.

6      A    That's okay.

7      Q    So from -- for that entire period of time, if you

8  wanted to go with an integrator, Perdue was the only option?

9      A    Correct.  And we knew that when we purchased.

10     Q    You mentioned that you had started in -- in another

11  farm working with ConAgra.  Remember that testimony?

12     A    Yes.

13     Q    Did you ever compare the -- the specific terms

14  between the ConAgra agreement and the Perdue agreement?

15     A    Not the terms.  I found some old pay stubs.  Just

16  from memory.  I mean, I didn't have anything in writing from

17  ConAgra, but just from memory, it's -- I mean, it's all about

18  the same.

19     Q    Got it.  You -- you mentioned an issue where there

20  was a discrepancy on a load of chickens, and then Kathryn,

21  Clay, and Dan came into your home to -- to address it.  Do you

22  remember that testimony?

23     A    I do.

24     Q    When -- when did that occur?

25     A    Gosh, I don't know the -- it was probably -- I don't

Gail Burns                                        March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 63

1    know -- between '16 and '18, I guess.  I don't know.

2         Q     And I don't want you to speculate.  Just if you

3    remember, that's fine.  If not --

4         A     Yeah.  I don't remember.

5         Q     Do -- do you recall what happened in that situation,

6    why they had to come -- come into your home and address the

7    issue?  What the issue was?

8         A     There was a discrepancy in the truck tickets.

9    They -- when they carry loads of chickens out, they leave a

10   ticket in the mailbox.  And there was a discrepancy, so we had

11   discovered -- we felt like we were missing a load of chickens.

12   And so, then they investigated and come to the fact that they

13   felt like there was a discrepancy as well, and they needed to

14   make it right, so they did.  They brought a check out to pay

15   the difference.

16        Q     Who discovered this discrepancy?

17        A     I don't know.

18        Q     May have been Dale?  You don't know?

19        A     It could have been -- it probably was him.

20        Q     It probably was Dale?

21        A     It probably was.

22        Q     And what -- and may I ask, what makes you say that

23   it was probably Dale that -- that discovered that discrepancy?

24        A     Because I had got the tickets and brought them to

25   the house and put them on the table.  And he -- he probably

Gail Burns                                                March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 64

1    was the one that went through him.

2         Q    He would, as a matter of course, go through the --

3    the tickets?

4         A    Not -- not all the time, but sometimes he did.

5         Q    And then, did you raise the issue with Perdue, or

6    did Dale?

7         A    He did.

8         Q    So he was the point of contact to Perdue on those

9    issues?

10        A    Yes.

11        Q    So he regularly talked with the Perdue folks?

12             MS. WOOTEN:  Object to form.

13   BY THE WITNESS:

14        A    Yeah, he did.  I'd say, yes.

15        Q    And after he raised this with Perdue, do you recall

16   what happened next?

17        A    I know he called -- is it Stockyards and Packers?

18   Some organization.  He called them on them, but I felt like

19   that was done without giving them a chance to rectify or see,

20   you know, if they felt like a mistake had been made.  But --

21   and then, you know, he talked back and forth with Clay

22   Copeland.

23        Q    So do you disagree with his decision to reach out to

24   a -- a third party about this issue -- issue?

25        A    I think they should have been given a little more

Gail Burns                                         March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 65

1    ample time to -- to do what they needed to do.

2         Q    Did Kathryn, Clay, or Dan apologize for this issue?

3         A    I don't remember.

4         Q    Did you ever have any additional issues where there

5    was a discrepancy that you had to identify for Perdue?

6         A    There would be feed discrepancy sometimes, or maybe

7    the truck drivers spill feed on the ground.  And, you know,

8    they'll give you credit for it, because you check your feed

9    tickets and stuff after the trucks come in and out.  But

10   nothing major.  No.  There was no major issues.

11        Q    And I'm sorry.  Can you explain to me what a feed

12   discrepancy would be?

13        A    Maybe a truck driver said he dropped 28,000 pounds.

14   But in fact, he didn't drop but 20,000 pounds.  Or he

15   dropped -- he didn't have the boom over the feed bin, and he

16   dropped 2 or 3,000 pounds on the ground, so therefore you

17   can't use it.  It's contaminated.  And, you know, just issues

18   like that.  But those are just not major things.

19        Q    Well, for issues like that, would that still be on

20   the grower to identify the problem for Perdue?

21        A    Well, yes.  But it's not for Perdue.  It's for your

22   only interest.

23        Q    Fair.  I -- I guess I -- my -- my point is that

24   to -- to spot the problem, to spot the discrepancy, that's on

25   the grower?

Gail Burns                                              March 26, 2025
Parker, Rogerv. Perdue Foods, LLC

Page 66

 1        A    Yeah.

 2        Q    Did you -- you mentioned earlier when counsel for

 3   Perdue was asking you questions about interacting with other

 4   Perdue growers, did -- did you ever hear of them having issues

 5   with discrepancies?

 6        A    No.  We didn't get into conversations like that.

 7        Q    You didn't go into detail, but they might have?

 8        A    I don't know if they did.  No.

 9             MS. WOOTEN:  Object to form.

10   BY THE WITNESS:

11        A    I don't know.

12        Q    Now, you mentioned earlier in your examination that

13   sometimes alarms would go off, and you'd have to go out and

14   address an issue with the chickens or some type of alert that

15   had -- had rung out; is that right?

16        A    That's correct.

17        Q    So you were on call all night, depending on whether

18   or not those alarms went off?

19        A    You're on call 24/7, whether you're out at a

20   restaurant or whatever.  I mean, that's --

21        Q    If -- if you're out at -- I'm sorry.  Continue.  I

22   didn't mean to kick off.

23        A    Go ahead.

24        Q    So -- so even if you're not physically on the -- the

25   farm at all times, you might need to come back to the farm if

Gail Burns                                              March 26, 2025
Parker, Roger v. Perdue Foods, LLC

Page 68

1    at 0 interest.

2        Q    And I think you referenced the 1099s and those types

3    of forms.  Were you the -- the person primarily responsible

4    for handling the taxes?

5        A    Dale's social was on it, but I handled getting

6    everything ready for the tax lady.  And, yeah.  I did all the

7    prep work.

8        Q    You had referenced growing for ConAgra prior to

9    Perdue.  Did you develop a lot of experience growing during

10   that time?

11       A    I did.

12       Q    And let's talk about the two different farms

13   separately, because it's my understanding that those were two

14   different time periods; is that accurate?

15       A    It is.

16       Q    Hillsboro farm, you started first, and then

17   Milledgeville was later?

18       A    Correct.

19       Q    Okay.  What were your responsibilities on the

20   Hillsboro farm?

21       A    Picking up dead chickens, mowing weedeating, making

22   sure the control rooms are clean, keeping the rat bait boxes

23   full.  Making sure the chickens have feed and water.  You

24   know, if a repair had to be made, either do it or get somebody

25   to do it.  Make sure they have ample air.