# **EXHIBIT G**

Page 1

1          IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
2                     MACON DIVISION
3

      ROGER PARKER, ON HIS OWN
4     BEHALF AND ON BEHALF OF
      ALL OTHERS SIMILARLY
5     SITUATED,
6          Plaintiffs,          CIVIL ACTION FILE
7        vs.                    NO. 5:22-CV-00268-TES
8     PERDUE FOODS, LLC,
9          Defendant.
      _____
10
11              VIDEOTAPED DEPOSITION
                        of
12                  ROGER PARKER
13
14              November 9, 2023
15                 9:00 a.m.
16
17              Johnson Marlowe
18              335B Oconee St.
19              Athens, Georgia
20
21
22        ANGELA ADAMS, RPR, CCR-B-1404
23
24
25

Page 57

1          Q.    About any conversations you might have had

2     in the past.

3          A.    I don't.  Not to my knowledge.

4          Q.    When did you start poultry farming?

5          A.    I was 19 years old.

6          Q.    Okay.  So what year would that be?

7          A.    I'm 65.  I don't know the year.

8          Q.    And when -- so you have done that all your

9     life, poultry farming?

10         A.    One of the things I've done, yeah.

11         Q.    When did you first start farming in the role

12    of someone who -- a grower, for an integrator?

13         A.    My mother and father had a farm.  I was 19.

14    I ran the farm.

15              MR. WADDELL:  Dale, we have been

16         going for about an hour.  Are you good?

17              MR. ETTER:  Why don't we just take

18         a break?

19              THE WITNESS:  Yeah.

20              MR. ETTER:  That's good.

21              So we are good to go off the

22         record?

23              THE VIDEOGRAPHER:  Just one

24         second, please.

25              This is the end of Media Unit 1.

Page 58

1          We are off the record at 10:07.

2              Thank you.

3              (Off video record.)

4              (A short break was taken in the

5          proceeding.)

6              (On video record.)

7              THE VIDEOGRAPHER:  This is the

8          beginning of Media Unit 2.  We are on

9          the record at 10:19.

10   BY MR. ETTER:

11         Q.    All right.  So when we took a break, I was

12     asking you about when you start poultry farming, and

13     you talked about from the time you were a teenager your

14     parents owned a farm; is that right?

15         A.    Yes.

16         Q.    All right.  So when did you first own a farm

17     and have it under a situation which you were doing

18     poultry raising for an integrator?

19         A.    I think it was probably three -- about three

20     years.  Around '22 or '23 I purchased the farm.

21         Q.    Okay.  And what -- about what year was that?

22         A.    I would have to go back and add it up.  Let

23     me use my cell phone because I can't get it in my head

24     right now.  My numbers are not -- so it's dead.

25         Q.    So what year were you born?

Roger Parker
Parker, Roger v. Perdue Foods, LLC
November 9, 2023

Page 59

1          A.    '58.

2          Q.    And you said 22 or 23 years old when you

3     bought it?

4          A.    Yeah.

5          Q.    Okay.

6          A.    So what would that put us?

7          Q.    '80?  Around 1980?

8          A.    Yeah.

9          Q.    Does that sound right?

10         A.    '80.  Something like that.

11         Q.    Okay.  And around that time in 1980 or so,

12    did you enter into a contract to raise poultry on your

13    farm?

14         A.    Uh-huh (affirmative).

15         Q.    Who did you enter into a contract with?

16         A.    I think it was Seaboard Farms.

17         Q.    How do you spell that?

18         A.    S-E-A-B-O-A-R-D.

19         Q.    And with Seaboard, were you an independent

20    contractor?

21              MR. WADDELL:  Objection to the

22         form.

23              THE WITNESS:  Was -- I grew for

24         Seaboard.

25    BY MR. ETTER:

Roger Parker                                November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 60

1         Q.   But was the nature of the relationship an
2     independent contractor versus an employee?
3              MR. WADDELL:  Object to the form.
4              THE WITNESS:  Yes.  I guess it
5         was.  It was a little different, a lot
6         different than now.
7     BY MR. ETTER:
8         Q.   Were you ever an employee actually for
9     Seaboard?
10        A.   Yes.
11        Q.   Okay.  So you worked as a W-2 employee?
12        A.   Uh-huh (affirmative).
13        Q.   And how many years did you do that?
14        A.   I think maybe five years.
15        Q.   Okay.  And during that time, what job were
16    you doing?
17        A.   Maintenance.
18        Q.   Okay.  And then at some point, you become a
19    1099 contractor with Seaboard?
20        A.   At the same time, yeah.
21        Q.   Okay.  And so the 1099 was related to the
22    poultry raising?
23        A.   Uh-huh (affirmative).
24        Q.   Yes?
25        A.   Yes.

Page 61

1          Q.    Okay.  Did you ever work -- were you ever

2    doing the poultry raising arrangement as an employee of

3    Seaboard?

4               MR. WADDELL:  Object to the form.

5               THE WITNESS:  They said I did.  I

6    don't know.  Yeah.

7    BY MR. ETTER:

8          Q.    Okay.  So when I say -- I'm just trying to

9    understand.  We will just use the tax form basis

10   instead of getting into legal conclusions.

11              So were you ever a W-2 employee for purposes

12   of raising poultry on behalf of Seaboard?

13         A.    W-2 meaning employee?

14         Q.    Yes.

15         A.    I don't remember what I had really.

16         Q.    Okay.

17         A.    I don't know how they classified it, but I

18   grew for Seaboard.

19         Q.    Okay.  And how long were you a grower for

20   Seaboard?

21         A.    I'm thinking maybe 10 years.

22         Q.    Did you operate through a business entity?

23         A.    I'm trying to understand that.  Entity?  You

24   mean business?

25         Q.    Did you form a business to contract with

Roger Parker
November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 62

1    Seaboard?

2         A.    I didn't have a licensed business if that's

3    what you're saying.

4         Q.    Okay.

5         A.    I had a business that -- I mean, I had a

6    contract.

7         Q.    So you didn't have a licensed business.

8              Did you have a doing business as?

9         A.    Yeah.  I was a d/b/a.

10        Q.    Okay.  And when you were with Seaboard, what

11   was your d/b/a?

12        A.    My Social.

13        Q.    Okay.  Did it have a name associated with

14   it?

15        A.    I think Parker's Poultry.

16        Q.    Okay.

17        A.    I think -- I can't remember exactly, but I

18   think it was.

19        Q.    All right.  And so you said you think that

20   you were doing that with Seaboard for about 10 years.

21   What type of poultry did you raise?

22        A.    Broilers.

23        Q.    Okay.  Large or small?

24        A.    They were -- I would consider them large.

25        Q.    Okay.  And why did your contractual

Roger Parker
November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 63

1    relationship with Seaboard end?

2         A.    I sold the farm.

3         Q.    You sold the farm?

4         A.    Yes.

5         Q.    And what year did you sell the farm?

6         A.    I do not know.

7         Q.    So after you sell that farm, what do you do

8    next?

9         A.    After Seaboard I know I was maintenance at

10   ConAgra.

11        Q.    Okay.  And how long did you work in

12   maintenance at ConAgra?

13        A.    I do npt remember the years.  I'm guessing

14   five, six years.

15        Q.    And that was as an employee, W-2 employee?

16        A.    Uh-huh (affirmative).

17        Q.    Yes?

18        A.    Yes.

19        Q.    Why did you end up leaving ConAgra?

20        A.    Let me back up a minute.

21              It was not because I sold.  It's because I

22   went to work, and they made me move the farm from one

23   integrator to another one on that one, and then I sold

24   it.

25        Q.    Okay.  So your -- the contractual

Roger Parker

Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 64

1   relationship with Seaboard ended because you had

2   accepted employment somewhere else and, therefore, you

3   could no longer be a part of the integrator system with

4   Seaboard?

5       A.   Yeah.

6       Q.   Okay.

7       A.   And they moved me to another.

8       Q.   Okay.  And so you continue then doing --

9   doing this poultry farming but with a new contractor,

10  contract?

11      A.   Yeah.  With a new contract, different

12  company.

13      Q.   What's the company you contract with?

14      A.   ConAgra.

15      Q.   Okay.  And with ConAgra, for the poultry

16  farming aspect of things, were you a W-2 employee or

17  1099 contractor?

18      A.   I was an hourly employee with them.

19      Q.   Okay.

20      A.   And I grew -- it's the same situation.

21      Q.   Okay.  So you had dual roles.  You had had

22  one role in which you were an employee, which was the

23  maintenance role; right?  Correct?

24      A.   Uh-huh (affirmative).

25      Q.   And then you had another role where you were

Roger Parker                                      November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 65

1    a 1099 contractor for purposes of raising the poultry?

2         A.    Yeah.

3         Q.    Okay.  And that was the same for both

4    Seaboard and ConAgra?

5         A.    Yes.

6         Q.    Okay.  And how long do you do the poultry

7    raising part of the work with ConAgra?

8         A.    There, again, I sold when I was with those

9    guys, but I can't remember the year.

10        Q.    Okay.  So the relationship with ConAgra ends

11   because you sell the farm?

12        A.    Yes.

13        Q.    All right.  And your relationship with

14   ConAgra, is that also through the d/b/a Parker Poultry?

15        A.    I believe I carried the name, yeah.

16        Q.    After you sell the farm, do you continue to

17   work as a maintenance employee with ConAgra?

18        A.    Yes.

19        Q.    Okay.  Then how much longer after you sell

20   the farm do you continue as a maintenance employee at

21   ConAgra?

22        A.    I don't know if it was right at the time I

23   quit or how that went, but --

24        Q.    Okay.  And so you had said that you were at

25   Seaboard, you thought, for 10 years and then ConAgra

Roger Parker
Parker, Roger v. Perdue Foods, LLC
November 9, 2023

Page 66

```
 1    for five to six.

 2              Are those numbers still right?

 3         A.   Yeah.  I had a -- in that I had a

 4    construction -- I did vinyl siding for quite a while in

 5    between.  I just can't remember where it places

 6    honestly.

 7         Q.   Okay.  So after you sell the farm and stop

 8    doing the raising poultry with ConAgra, at some point

 9    later you get back in to raising poultry?

10         A.   I continually raised poultry all, pretty

11    much, through that.

12         Q.   Okay.

13         A.   Until I sold the farm.

14         Q.   Until you sold the farm most recently, you

15    mean?

16         A.   No.  No.

17              I'm talking about back then.

18         Q.   I understand that.  I'm saying now, so after

19    you sell the farm, right, from when you were working

20    with ConAgra, you sell the farm; you stop raising

21    poultry for some period of time?

22         A.   Yes.  Shortly, but yeah.

23         Q.   Okay.  And then you get back into it again

24    is what I'm saying; correct?

25         A.   Uh-huh (affirmative).
```

Roger Parker
Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 68

1      looking at.

2          Q.    Okay.  So you said, hey, I want to purchase

3      this farm, actually?

4          A.    Right.  Yeah.

5          Q.    And then what happens after you identify for

6      them the farm that you want to purchase?

7          A.    I had an interview with Perdue, and they

8      said I was -- you know, I could purchase it and they,

9      of course, wanted to meet with me first; and I did

10     that, and then I moved forward to buy the farm.

11         Q.    Okay.  So did then you enter into a contract

12     at some point with Perdue?

13         A.    Yes.

14         Q.    Okay.  Is that before or after you buy the

15     farm?

16         A.    I can't remember, but I think it's prior for

17     the bank purpose.

18         Q.    Jumping back for a second, for ConAgra what

19     kind of birds did you raise there?

20         A.    ConAgra?

21               I think they were large.

22         Q.    Also broilers?

23         A.    Yes.

24         Q.    Okay.  All right.  So when you enter into

25     the contract to purchase the farm that you ultimately

Roger Parker

Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 69

1    use to do -- to grow the birds under contract with

2    Perdue, do you have to do any capital investments

3    before you can sign the contract?

4          A.    Yes.

5          Q.    And what capital investments did you have to

6    make before you could enter into the contract?

7          A.    Whatever the -- I don't know what the

8    upgrade position was they had me to, but if I remember,

9    Allen may have done those before.

10         Q.    Okay.  So the prior owner of it, might have

11   done the upgrades before you even took over the farm?

12         A.    Right.

13         Q.    And so that was my question.

14               Did you have to -- do you recall making any

15   changes or improvements after you purchased the farm

16   but before you could begin your contract with Perdue?

17         A.    Before?  No.  Not before I did my contract.

18   I don't think so.

19         Q.    Okay.  So --

20         A.    But shortly after.

21         Q.    So in that discussion, having talked it

22   through, does that refresh your memory as to whether or

23   not the prior owner had already had the farm in order

24   such that you could just take it over and start doing

25   the work?

Roger Parker                          November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 70

1          A.    If I remember right, I think so.  Yeah.

2          Q.    Okay.  And your association with Perdue as a

3     poultry grower is as a 1099 contractor?

4                MR. WADDELL:  Object to the form.

5                THE WITNESS:  d/b/a, yes.

6     BY MR. ETTER:

7          Q.    And you operate through the -- you enter

8     into that through the d/b/a, the same d/b/a Parker

9     Poultry?

10                MR. WADDELL:  Object to the form.

11                THE WITNESS:  Yes.

12     BY MR. ETTER:

13          Q.    But that is just the d/b/a?  It has never

14     been licensed or registered anywhere; correct?

15          A.    Not to my knowledge.

16          Q.    So is it your understanding that throughout

17     the whole time, you were really operating as a sole

18     proprietorship?

19          A.    Uh-huh (affirmative).

20                MR. WADDELL:  Object to the form.

21                THE WITNESS:  Yes.

22     BY MR. ETTER:

23          Q.    Okay.  And during the time that you were in

24     association with Perdue, you were actually a sole

25     proprietor with your wife?

Roger Parker
November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 71

1                MR. WADDELL:  Object to the form.

2                THE WITNESS:  I'm the one that

3         used the Social.  We did not use hers.

4    BY MR. ETTER:

5         Q.    Okay.  As far as the agreements that were

6    entered into, they were always entered into with both

7    you and your wife?

8                MR. WADDELL:  Object to the form.

9                THE WITNESS:  I think as far as --

10        are you talking about with Perdue?

11   BY MR. ETTER:

12        Q.    Yes.

13        A.    What agreement are we talking about?  Our

14   signed contracts?

15        Q.    Yes.

16        A.    I can't remember who all signed the

17   contract.

18        Q.    Okay.  And with Perdue, what type of poultry

19   did you raise?

20        A.    Broilers.

21        Q.    And you had said that before that you did,

22   at various times, large and small?

23        A.    I had done small.

24        Q.    Okay.  And where was your farm located, the

25   farm that you grew with Perdue?

Roger Parker

Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 72

1          A.    It was 288 Gordon Road in Hillsboro,

2      Georgia.

3          Q.    So you said there is two farms?

4          A.    Yeah.

5          Q.    Okay.  So one in Hillsboro, Georgia.

6                Where is the other one?

7          A.    It's the 897 Georgia Highway 24 East in

8      Milledgeville, Georgia.

9          Q.    And you purchased both of those farms

10     together?

11         A.    No.

12         Q.    They were separate purchases?

13         A.    Yes.

14         Q.    Did you purchase them at the same time?

15         A.    No.

16         Q.    Okay.  And so which one was first?

17         A.    Hillsboro.

18         Q.    What years did you own -- let me ask you.

19               Do you still own the Hillsboro farm?

20         A.    Now?

21         Q.    Yes.

22         A.    I'm bankrupt.

23         Q.    Okay.  So that's a no, you don't?

24         A.    No.

25         Q.    What years did you own Hillsboro farm?

Roger Parker
Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 82

1          A.    Yeah.

2          Q.    So is this d/b/a Hazel Lee Farm different

3      than the Parker Poultry d/b/a?

4          A.    No.  It's my Social.

5          Q.    Okay.  So two different names, but both

6      under the same Social Security number?

7          A.    Yes.

8          Q.    And this specific agreement appears to

9      relate to the Hillsboro farm?

10         A.    Yes, sir.

11         Q.    Did you also enter into an agreement with

12     Perdue with respect to the Milledgeville farm?

13         A.    I did originally, yes.

14         Q.    Okay.  When you say originally, why did you

15     say originally?

16         A.    When I had started growing there, I signed

17     one.

18         Q.    Oh, okay.

19                And before you signed it, you read and

20     understood the terms that are set forth in this poultry

21     producer agreement?

22                MR. WADDELL:  Objection to the

23         form.

24                THE WITNESS:  I don't know if I --

25         it is just something they make you do

Roger Parker
Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 105

1    what is sometimes referred to as the Bio Security and

2    Animal Welfare Program?

3        A.    Yeah.

4              Some of the stuff that used to be on the

5    wall of every house or houses that I've seen.

6        Q.    But is that -- am I correct that that's what

7    this -- you produced this.  So I'm asking you is that

8    what this is?

9        A.    Yeah.  I'm thinking it is.

10       Q.    Okay.  And then so that's what is referred

11   to in the complaint as the Bio Security Program and

12   Guidelines and Animal Welfare Guidelines?

13       A.    Yes.

14             Among growing procedures.

15       Q.    Okay.  And your association with Perdue as a

16   contract poultry farmer ended in 2019; correct?

17             MR. WADDELL:  Object to the form.

18             THE WITNESS:  I think it was 2019,

19       yeah.

20  BY MR. ETTER:

21       Q.    And do you know for sure that the last time

22    you had any birds was 2019?

23       A.    Yeah.  I think so.

24             Yeah.  I'm pretty sure.

25       Q.    And so I direct your attention to the page

Roger Parker
November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 130

1      Q.    I'm just reading what it says there.  I

2  don't know what --

3      A.    Yeah.

4      Q.    It says employees 1099, so how many of them

5  were there?

6      A.    I don't know how many was in the guy's crew.

7  I think four.  I'm just guessing.  I don't remember

8  their names, but I just know there was some guys come

9  with him to help.

10     Q.    Okay.  And what -- the work that was done by

11 these employees or 1099, whatever you want to call

12 them, what work was it that they did?

13     A.    I would have to go back to some of my

14 records to know this, but I'm assuming -- I'm thinking

15 this is where I did some upgrades on the farm, and I

16 knew, trying to go from Tier 3 to Tier 4.

17     Q.    And you think you did that in 2017?

18     A.    I'm thinking it was 2017.

19     Q.    And during the time that you were growing

20 and under contract with Perdue, you did hire people to

21 help with the farming operations; correct?

22     A.    I have in the past, yes.

23     Q.    And who -- how many individuals have you

24 hired in the past to help with the farming operations?

25     A.    Well, on occasions I get somebody to help on

Roger Parker
November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 131

1    placement day or just a day's labor.  You know,

2    probably, I don't know, four or five different guys I

3    use to do that; and then, you know, upgrades is a

4    different story because you got a crew of guys that

5    come in.

6              Q.    Okay.

7              A.    But then I 1099 those guys, too.

8              Q.    So you would hire people to come in and do

9    the labor whenever there were catch days or drop-off

10   days?

11             MR. WADDELL:  Objection to the

12        form.

13             THE WITNESS:  Whenever I needed

14        assistance which wasn't all the time,

15        but sometimes.

16   BY MR. ETTER:

17             Q.    And then wherever there were upgrades, you

18   would bring in contractors to do the work?

19             A.    I had, yeah, guys that come and help me.

20             MR. WADDELL:  Objection to the

21        form.

22   BY MR. ETTER:

23             Q.    Do you know whether or not other growers or

24   former growers hired laborers to do their farming work,

25   any of their farming work?

Roger Parker
Parker, Roger v. Perdue Foods, LLC
November 9, 2023

Page 132

1          A.    I do know growers that have done that.

2          Q.    Okay.  Do you know how those -- how many

3     laborers those growers hired?

4          A.    I -- no.  You know, guesstimate if I say

5     anything.

6          Q.    Do you know the type of work that those

7     growers had the laborers perform?

8          A.    The type of work?

9                No.  I don't know their schedule.

10         Q.    Okay.  So you wouldn't know for those

11    individuals the breakdown of what work was done by the

12    grower versus what work is done by the laborers?

13         A.    I wouldn't know in someone else's practice.

14         Q.    Okay.  So is it your belief that on this

15    Schedule F for 2017, this 29,475, does any of that

16    relate to these hired laborers?

17                MR. WADDELL:  Objection to the

18           form.

19                THE WITNESS:  I'm sure it does.

20         Are we through with this one?

21    BY MR. ETTER:

22         Q.    Yes.

23         A.    And the other one?

24         Q.    Here I'll stack them up for you.

25                I'm handing you what is marked as Parker

Page 134

1          Q.    Do you think that is based on the same

2      equipment that you had the prior year?

3          A.    It was an ongoing thing that they carried

4      over I'm guessing.

5          Q.    Okay.  You don't recall getting any new

6      equipment between those two years, I guess, is a better

7      question?

8          A.    I don't think I did, no.

9          Q.    Okay.  And then at Line 22 for labor hired,

10     you have 2,511.  Do you see that?

11         A.    Uh-huh (affirmative).

12         Q.    Does that relate to these day labor

13     individuals?

14         A.    Yes.

15              MR. WADDELL:  Objection to the

16         form.

17     BY MR. ETTER:

18         Q.    Did you say yes?

19         A.    I'm guessing.

20              I didn't prepare this, so I can't remember

21     exactly; but I'm guessing it is, but that is all I can

22     say.

23         Q.    Okay.  And on this 1040, looking at Line 1,

24     this is on Page 2, the second page, where it says

25     wages, salary, tips, et. cetera, you don't -- you had

Roger Parker

November 9, 2023

Parker, Roger v. Perdue Foods, LLC

Page 137

1          identification, attached at the end of

2          the original transcript.)

3    BY MR. ETTER:

4          Q.    This purports to be your IRS Form 1040 for

5    Tax Year 2019, and it goes from Parker 987 to Parker --

6    it doesn't appear to be out of order.  987 to 991.

7    Sorry.

8                Is this a true and accurate copy of the

9    Form 1040 you submitted to the IRS for tax year 2019?

10         A.    It seems to be, yes.

11         Q.    And looking at Schedule F, there's nothing

12   recorded here for any labor hired in this year.

13               Do you see that?

14         A.    What line?

15         Q.    It would be Line 22.

16         A.    Line 22.  22, yeah.  It doesn't show

17   anything.

18         Q.    Do you recall whether or not you used any

19   hired labor to do any work related to your poultry

20   farming in tax year 2019?

21         A.    Actually think I did, but I can't -- no.  I

22   don't know if I paid the guy or not.

23         Q.    So you had help.  You just don't know if you

24   paid him?

25         A.    Well, there was a guy helped me and didn't

Roger Parker

Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 138

1    charge me.

2         Q.    Okay.  Are you aware of any Perdue policy

3    regarding the treatment of business expenses associated

4    with the poultry farming process?

5         A.    Rephrase that again.

6         Q.    Sure.

7               Are you aware of any Perdue policies

8    regarding the business expenses associated with the

9    poultry growing process?

10        A.    On taxes?  Taxes?

11        Q.    How they are handled at all?

12        A.    I don't know anything about how they do

13    their business.

14        Q.    Okay.  You said earlier that you have filed

15    for bankruptcy in 2021?

16        A.    Yes.

17               (Exhibit No. 14 was marked for

18               identification, attached at the end of

19               the original transcript.)

20    BY MR. ETTER:

21        Q.    I'll show you what is marked as Parker Dep

22    Exhibit 14.  This goes from Parker 73 to Parker 124,

23    and it starts, the first page says Voluntary Petition

24    for Individuals Filing for Bankruptcy.

25               Do you see that?

Roger Parker
Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 139

```
 1          A.    Yes, sir.

 2          Q.    Have you seen this packet before?

 3          A.    This looks like what my attorney filed.

 4          Q.    Okay.  And if you look at the second to last

 5     page, Parker 123, is that your electronic signature on

 6     that page?

 7          A.    I'm guessing it is.  I don't --

 8          Q.    Okay.

 9          A.    I don't remember really.

10          Q.    And did you review this before it was filed

11     with the Court?

12          A.    I don't remember if I reviewed it or not.

13          Q.    Okay.  On this -- on your schedules here of

14     what you claim is owed to you or you claim to be

15     assets, you do not identify any wages as being due from

16     Perdue; correct?

17          A.    What page are we on?

18          Q.    It's the whole thing.

19          A.    Oh, okay.

20          Q.    Do you know anywhere identify --

21          A.    I didn't do this.  The lawyer did it, so I

22     really don't know what he did.

23          Q.    Well, you signed off stating to the accuracy

24     of this information and this is filed with the Court;

25     right?
```

Roger Parker
Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 140

```
1        A.    I gave him my tax papers.

2        Q.    Okay.

3        A.    He filed it.

4        Q.    Okay.  And so directing your attention to

5    the page marked Parker 92 where it says money or

6    property owed to you, and then there's question 30,

7    other amounts someone owes you; example, unpaid wages,

8    disability insurance payments, disability benefits,

9    sick pay, vacation pay, workers' comp, Social Security

10   benefits, unpaid loans.

11             Do you see that?

12       A.    Where now?  On page 92?

13       Q.    Yes.  Number 30.

14             Do you see that question?

15       A.    Uh-huh (affirmative).

16       Q.    Yes?

17       A.    I see it.

18       Q.    And you answered no; correct?

19       A.    He did, yes.

20       Q.    Okay.  And then at question 33 on the next

21   page, Claims Against Third Parties Whether or Not You

22   Have Filed a Lawsuit or Made a Demand for Payment.

23             You also checked no?

24       A.    Which one now?

25       Q.    33.
```

Roger Parker                          November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 143

1    but I can't remember.  He was a Vietnamese guy.

2         Q.    Okay.

3         A.    If I remember right.

4         Q.    Anyone other than that grower that you know

5    about?

6         A.    No, sir.

7         Q.    Okay.  Do you know -- we talked about

8    earlier you operated another business, the Parker

9    Poultry Machine and Equipment business; correct?

10        A.    For a while, yeah.

11        Q.    And you did that while you were growing

12   chickens, as well; right?

13        A.    Yes.  I did that.

14        Q.    Do you know whether other poultry growers or

15   former growers operated separate businesses from their

16   farms?

17             MR. WADDELL:  Objection to the

18        form of the question.

19             THE WITNESS:  Yes.

20             A lot of growers have to subsidize

21        their income to make it.

22   BY MR. ETTER:

23        Q.    And you operated your equipment business

24   from your farm; correct?

25        A.    Yeah.

Roger Parker
November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 145

1      Q.    Sure.  Those are practical restrictions.

2            I'm asking are there any restrictions that

3    Perdue placed on you, other than the ones you have

4    mentioned, about what other type of work you could use

5    your farm to do?

6            MR. WADDELL:  Objection to form of

7        the question.

8            THE WITNESS:  I don't think so.

9    BY MR. ETTER:

10     Q.    Okay.

11     A.    If I have time to think a minute, it might

12   change, but --

13     Q.    And you said you were able to hire helpers

14   to assist with the work on your farm?

15     A.    I was what now?

16     Q.    Able to hire helpers to assist with the work

17   on your farm?

18     A.    It was mandatory.  I mean, we have to have

19   enough help to do what we got to do.

20     Q.    And how much did you pay those workers?

21     A.    It's according to what they did.  You know,

22   placing birds or you know --

23     Q.    What work did you use those paid laborers to

24   do?

25     A.    Sometimes when we place birds, I'd have to

Roger Parker
Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 146

1    have help.  But most of the time, I did it.  You know,

2    but every now and then.

3          Q.    Other than placing birds, any other work

4    that you had helpers, you paid helpers to do?

5          A.    Just like the keeping stuff up and upgrades

6    that seemingly come often.

7          Q.    So upkeep, upgrades?

8          A.    Yeah.

9          Q.    Okay.  Any other work that you hired helpers

10   or assistants to do?

11         A.    I can't think of any.

12         Q.    Did you have to get approval from Perdue to

13   hire these assistants?

14         A.    If we had workers, they like to approve the

15   worker, you know, to make sure they are good, the

16   individual.

17         Q.    Okay.  My question was:  Did Perdue require

18   you to get their approval before you could hire

19   somebody to help work on your farm?

20              MR. WADDELL:  Objection to the

21         form.  It has been asked and answered

22         already.

23              THE WITNESS:  Well, actually, like

24         I said, if I hired somebody to work the

25         farm, they wanted to interview the

 1          person that worked for me in order to

 2          work that guy.

 3   BY MR. ETTER:

 4          Q.    Okay.  So every worker that you had on your

 5      farm was interviewed by Perdue?

 6          A.    If they were long-term, yeah.  I'm not

 7      talking about the guy that just places birds one day,

 8      but if they were long-term, people that might have, you

 9      know, helped.

10          Q.    So what long-term helpers have you had?

11          A.    Brian Bachelor, and there's a Hispanic guy

12      that helped me a good while.  I'm trying to remember.

13          Q.    Okay.  And what years did Brian Bachelor

14      help you?

15          A.    It was the earlier growing -- let's see.

16      When I did start?  '14, I think was the year we

17      started.  Probably -- I think Brian worked there three

18      or four years.

19          Q.    And how about the Hispanic guy?  How many

20      years did he work and what years?

21              MR. WADDELL:  Objection.

22          Compound.

23              THE WITNESS:  Brian -- let's see.

24          Brian worked that farm -- I was working

25          at Parker Poultry at the time.  So I

Roger Parker
Parker, Roger v. Perdue Foods, LLC
November 9, 2023

Page 148

1          had two farms going.  So I had to have

2          him there and -- rephrase it.  Let me

3          make sure I got this question right.

4    BY MR. ETTER:

5          Q.    Yeah.

6                So what years did the Hispanic guy work for

7      you?

8          A.    He worked maybe a year.  I can't remember

9      exactly what year, but it was after Brian.

10         Q.    Okay.  And then what years did you have both

11     farms being operated?

12         A.    Up until my son leased it.  I had someone at

13     one of the other farms because I couldn't run them

14     both.

15         Q.    Okay.  So -- and that was from 2015 until --

16     when did your son start leasing it?

17         A.    I honestly can't remember the year.

18         Q.    2018 or 2019?

19         A.    No.  No.  Probably '17 maybe.  But I

20     don't -- I would have to go back and look at my

21     records.

22         Q.    And which farm did your son lease?

23         A.    Hillsboro.

24         Q.    Okay.  So when these, Brian and this other

25     guy were running your other farm, how much did you pay

Roger Parker

Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 149

1    them?

2                    MR. WADDELL:  Objection to the

3          form of the question.

4                    THE WITNESS:  I don't remember

5          what their salary was.

6    BY MR. ETTER:

7          Q.    They were paid a salary?

8          A.    Huh?

9          Q.    They were pay a salary?

10         A.    As far as working for me, yeah.  They worked

11    for me, and they did whatever needed to be done.

12         Q.    Did you pay them overtime?

13         A.    They --

14                    MR. WADDELL:  Objection to the

15         form.

16                    THE WITNESS:  No.  They were more

17         of a -- I guess they were a salaried,

18         if you would.  Same thing.

19    BY MR. ETTER:

20         Q.    Did they work more than 40 hours?

21         A.    Anybody that grows chickens works more than

22    40 hours.

23         Q.    So you knew they were working overtime?

24         A.    As far as the individual?

25         Q.    Yeah.

Page 150

1          A.    We had an agreement, day one, they knew what

2      they was getting into.

3          Q.    But you didn't pay them overtime?

4          A.    Well, i paid them what we agreed on.

5          Q.    Okay.  And so for the day laborers, they

6      didn't have to meet with Perdue and they didn't have to

7      get approved?

8          A.    Day laborers, normally not, no.

9          Q.    And they are the ones that you used to place

10     the birds and for upkeep and upgrades?

11              MR. WADDELL:  Object to the form

12         of the question.

13              THE WITNESS:  No.

14              Place birds.

15     BY MR. ETTER:

16         Q.    Okay.  So who was used for upkeep and

17     upgrades?

18         A.    A crew usually of people.

19         Q.    And they were contracted by you?

20         A.    Yeah.

21         Q.    And they didn't have to be approved by

22     Perdue either?

23              MR. WADDELL:  Objection to the

24         form.

25              THE WITNESS:  Only their work had

Roger Parker                                    November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 160

1        Q.    Are you aware of any Perdue policy requiring

2    growers to personally perform the work on their farm?

3        A.    They know everything we did.

4        Q.    My question is:  Are you aware of any policy

5    that required you, meaning that only you could do the

6    work on the farm, that no one else could do any of the

7    work associated with growing the chickens?

8        A.    No.  I didn't see anything saying that I

9    couldn't get help.

10       Q.    Okay.  How did you determine what hours you

11   would work?

12       A.    That's according to what it took to keep

13   schedule with what they desired.

14       Q.    No one from Perdue ever told you that you

15   had to start at a certain time in the morning, did

16   they?

17       A.    I just had to get it done.

18       Q.    Right.

19       A.    They did want us to go -- to start early and

20   then, like, check the birds, and then we had to come

21   back.  We daily had to check our fee, turn a feed

22   inventory in, and then about midday we would go back

23   and, you know, look in, and check; but now the first

24   time we had physically walked and picked up the dead,

25   check for problems inside the house, and tried to

Roger Parker
November 9, 2023
Parker, Roger v. Perdue Foods, LLC

Page 161

1     observe anything, are any birds sick.

2             And then, I mean, that was the one thing,

3     and then you get into the maintenance that they desired

4     and what we had to do to keep up with what they wanted

5     or try our best to.

6         Q.    Okay.  And so you were free, though, to

7     choose the time of day when you would do each of those

8     things?

9         A.    Choose the time of day?  That is a catchy

10    question.  They didn't specifically say I had to be

11    there at 5 in the morning, no.

12        Q.    Are you aware of what time any other growers

13    or former growers started their days?

14        A.    Most everyone started and did the process

15    like I said.  You know, they would start early and go

16    through the houses and pick up the dead and then later

17    on go through and check them, at least, twice; and then

18    at nighttime before you go to bed, you have got to go

19    back and do it again.

20        Q.    But my question is about --

21        A.    Turn in feed inventories.

22        Q.    -- specific time.  So I'm talking about

23    schedules here.  Are you aware of --

24        A.    They didn't say you got to do this at 10,

25    this at 11; but that is like anywhere.  I mean, you

Roger Parker
Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 177

1    must attend this training?

2          A.    They didn't have to.

3                MR. ETTER:  Okay.  Now is a good

4          time.  I should only have a couple of

5          minutes left.

6                THE VIDEOGRAPHER:  This is the end

7          of Media Unit 3.  We are off the record

8          at 12:44 p.m.

9                (Off video record.)

10               (A short break was taken in the

11         proceeding.)

12               (On video record.)

13               THE VIDEOGRAPHER:  This is Media

14         Unit Number 4.  We are on the record at

15         1:00 p.m.

16   BY MR. ETTER:

17         Q.    Mr. Parker, I want to go back to.  We had

18    talked about individuals who had been hired to assist

19    you with work on the farm, and you mentioned there was

20    a Hispanic individual you couldn't remember his name.

21               Was that Adrian Cabrera?

22         A.    Yes, it is.

23         Q.    And you talked about Brian Bachelor and

24    Adrian Cabrera in your discovery responses.

25               You also identified Robert Taylor and a man

Roger Parker
Parker, Roger v. Perdue Foods, LLC

November 9, 2023

Page 178

1    named Dewey?

2         A.    Yeah.

3         Q.    So what type of work did Robert Taylor

4    assist with?

5         A.    Robert does -- was the upgrade.  You know,

6    he did a lot of the upgrade stuff, and he's the one

7    that toward the end really come and helped me for free.

8         Q.    And Dewey, what did Dewey, what did he help

9    with?

10        A.    Dewey ran the Hillsboro farm for maybe a

11   year or two --

12        Q.    Okay.

13        A.    -- before Simon, my son, took it over.

14        Q.    And so when Simon took over the farm -- and

15   you didn't remember the exact year that that happened;

16   right?

17        A.    Right.

18        Q.    Have you spoken to Simon about this lawsuit?

19        A.    That is what I was going to try to get in

20   earlier when I was asking, you know, when we started is

21   I remember we had texted.  I had text him.  I told you

22   that I hadn't texted or stuff, but I have texted him

23   and he's texted me before.

24        Q.    Okay.  And so what communications have you

25   had with Simon about the lawsuit?

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Roger** <br> First name <br><br> **Dale** <br> Middle name <br><br> **Parker** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br><br> Middle name <br><br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| **3.** Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-4783 | |



EXHIBIT
14

Parker_000073

Debtor 1    **Roger Dale Parker**                               Case number *(if known)* _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EIN
_____

□ I have not used any business name or EINs.

Business name(s)
_____

EIN
_____

**5.** **Where you live**

**5208 Willow Creek Overlook**
**Woodstock, GA 30188**
Number, Street, City, State & ZIP Code

**Cherokee**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**PO Box 2352**
**Woodstock, GA 30188**
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

□ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

□ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

□ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Parker_000074

Debtor 1   __Roger Dale Parker__                                                                    Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---------|-------------------------------------------|

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.  How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

|          | District | When | Case number |
|----------|----------|------|-------------|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| Debtor | _____ | | Relationship to you _____ |
|--------|----------|-|------------------------------|
| District | _____ | When _____ | Case number, if known _____ |
| Debtor | _____ | | Relationship to you _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

    ☐  No. Go to line 12.
    ☐  Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Parker_000075

Debtor 1   **Roger Dale Parker**

Case number *(if known)* _____

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

12. **Are you a sole proprietor of any full- or part-time business?**

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

_____

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

13. **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No.

☐ Yes.

What is the hazard?   _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

Number, Street, City, State & Zip Code

---

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 4

Parker_000076

Debtor 1    **Roger Dale Parker**                                    Case number *(if known)* _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 5

Debtor 1  **Roger Dale Parker**                                                    Case number *(if known)* _____

| | | |
|---|---|---|
| **16.** **What kind of debts do you have?** | **16a.** | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br><br>☐ No. Go to line 16b.<br>■ Yes. Go to line 17. |
| | **16b.** | **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.<br><br>☐ No. Go to line 16c.<br>☐ Yes. Go to line 17. |
| | **16c.** | State the type of debts you owe that are not consumer debts or business debts |

**17.** **Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

　　　　　■ No
　　　　　☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **/s/ Roger Dale Parker** | |
| **Roger Dale Parker** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| | |
| Executed on   **July 29, 2021** | Executed on _____ |
| 　　　　　　MM / DD / YYYY | 　　　　　　MM / DD / YYYY |

Official Form 101                     **Voluntary Petition for Individuals Filing for Bankruptcy**                     page 6

Debtor 1   __Roger Dale Parker__                                          Case number *(if known)*   _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Matthew J. Cherney**                              Date   __July 29, 2021__
Signature of Attorney for Debtor                                MM / DD / YYYY

**Matthew J. Cherney 836424**
Printed name

**Cherney Law Firm, LLC.**
Firm name

**1744 Roswell Road, Suite 100**
**Marietta, GA 30062**
Number, Street, City, State & ZIP Code

Contact phone   **770.485.4141**              Email address   __clfnotices@cherneylawfirm.com__

**836424 GA**
Bar number & State

---

Parker_000079

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Roger Dale Parker** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

☐ Married
■ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**   Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2019 )** | ☐ Wages, commissions, bonuses, tips | **$81,884.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Roger Dale Parker**                                    Case number *(if known)*

---

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | Social Security Benefits | $9,380.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2020 ) | Social Security Benefits | $16,080.00 | | |
| For the calendar year before that:<br>(January 1 to December 31, 2019 ) | Social Security Benefits | $39,459.00 | | |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ■ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ■ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Parker_000081

| Debtor 1 | Roger Dale Parker | Case number *(if known)* | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment
Include creditor's name |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title
Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| First Financial Bank v. Roger Dale Parker and Linda Gail Parker
2020-SU-CV-49620 | Petition to Confirm Sale | Superior Court of Baldwin County
121 N. Wilkinson Street
Suite 209
Milledgeville, GA 31061 | ■ Pending
☐ On appeal
☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property
Explain what happened | Date | Value of the property |
|---|---|---|---|
| First Financial Bank
4239 Mundy Mill Road, Suite E
Oakwood, GA 30566-2575 | Baldwin Farm, Milledgeville, GA
☐ Property was repossessed.
■ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized or levied. | 5/5/2020 | $750,000.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

---

Parker_000082

Debtor 1    **Roger Dale Parker**                                                    Case number *(if known)*

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    - ■ No
    - ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Person to Whom You Gave the Gift and Address:

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    - ■ No
    - ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Charity's Name
Address (Number, Street, City, State and ZIP Code)

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    - ■ No
    - ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | | |

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    - ☐ No
    - ■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Cherney Law Firm, LLC. 1744 Roswell Road, Suite 100 Marietta, GA 30062 clfnotices@cherneylawfirm.com | Filing Fee; Attorney Fees | 7/27/2021 | $2,472.00 |
| CIN Legal Data Services 4540 Honeywell Court Dayton, OH 45424 | Credit Report Fee | 7/27/2021 | $28.00 |
| 1stopbk.com Online Credit Counseling | Credit Counseling Fee | 7/24/2021 | $14.99 |

---

Parker_000083

Debtor 1    **Roger Dale Parker**                                                  Case number (if known)

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Linda Gail Hawkins<br>2609 Belle Arbor Avenue<br>Chattanooga, TN 37406-3718<br><br>Ex-Spouse | 2003 Cardinal 33' Fifth Wheel Camper<br>$5,500.00 | $0.00 (Transferreed without Consent) | 6/2020 |
| Jordan Edward Greene<br>3578 Tolbert Drive<br>Cookeville, TN 38506<br><br>None | 1966 Ford Mustang Fastback | $0.00 (Debtor was entitled to 1/2 of sale proceeds per Divorce Settlement, but received no funds) | 3/12/2020 |
| Sandra Durham<br>Unknown<br><br>Ex-Sister-in-Law | 1968 Ford Mustang | $0.00 Transferred without Consent | 1/2020 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)
■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Parker_000084

Debtor 1   **Roger Dale Parker**                                           Case number *(if known)*

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ No
    □ Yes. Fill in the details.

    | Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ No
    □ Yes. Fill in the details.

    | Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ No
    □ Yes. Fill in the details.

    | Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
    |---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ No
    □ Yes. Fill in the details.

    | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
    |---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ No
    □ Yes. Fill in the details.

    | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
    |---|---|---|---|

Parker_000085

Debtor 1   **Roger Dale Parker**                                    Case number *(if known)*

---

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ No
   ☐ Yes. Fill in the details.

   | Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
   |---|---|---|---|

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ No. None of the above applies.  Go to Part 12.

   ■ Yes. Check all that apply above and fill in the details below for each business.

   | Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
   |---|---|---|
   | Roger Dale Parker<br>5208 Willow Creek Overlook<br>Woodstock, GA 30188 | Self-Employed (Farmer) | EIN:        4783<br><br>From-To   2017 - 2019 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

   ■ No
   ☐ Yes. Fill in the details below.

   | Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
   |---|---|

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Roger Dale Parker**
**Roger Dale Parker**                                         Signature of Debtor 2
Signature of Debtor 1

Date   **July 29, 2021**                                      Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Parker_000086

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Roger Dale Parker** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

| 1.1 | | |
|---|---|---|
| **288 Gordon Road** | What is the property? Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☐ Manufactured or mobile home | |
| **Hillsboro**   **GA**   **31038-0000** | ☐ Land | Current value of the entire property? |  Current value of the portion you own? |
| City    State    ZIP Code | ☐ Investment property | **$750,000.00**    **$750,000.00** |
| | ☐ Timeshare | |
| | ☑ Other   **Farm** | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | Who has an interest in the property? Check one | **Tenants in Common** |
| **Jasper** | ☑ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | |
| | ☐ At least one of the debtors and another | ☐ Check if this is community property (see instructions) |
| | Other information you wish to add about this item, such as local property identification number: | |
| | **Approximately 80 Acres of Farm Land** | |

Parker 000087

Debtor 1   **Roger Dale Parker**                                    Case number *(if known)* _____

---

1.2 **If you own or have more than one, list here:**

**Gatlinburg Town Square**
**515 Historic Nature Trail, Unit 208**
Street address, if available, or other description

**Gatlinburg**        **TN**   **37738-0000**
City                  State    ZIP Code

**Sevier**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
■ Timeshare
■ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$1,000.00              $1,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint tenant**

☐ Check if this is community property (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................=>    | **$751,000.00** |

---

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1 Make:   **Dodge**
Model:  **Ram 3500**
Year:   **2011**
Approximate mileage:   **190000**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$10,000.00             $10,000.00

3.2 Make:   **Honda**
Model:  **BTX**
Year:   **2006**
Approximate mileage:   **36000**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$1,300.00              $1,300.00

---

Parker_000088

Debtor 1    **Roger Dale Parker**                                        Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 3.3 | Make: **Ford** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **F-350 Diesel** | ☐ Debtor 1 only | |
| | Year: **1999** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: **500000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ■ At least one of the debtors and another | |
| | | ☐ Check if this is community property | **$2,000.00**       **$1,000.00** |
| | | (see instructions) | |

| | | | |
|---|---|---|---|
| 3.4 | Make: **Ford** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **F-250** | ☐ Debtor 1 only | |
| | Year: **2001** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: **200000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ■ At least one of the debtors and another | |
| | | ☐ Check if this is community property | **$500.00**       **$250.00** |
| | | (see instructions) | |

| | | | |
|---|---|---|---|
| 3.5 | Make: **Chevrolet** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Service Van** | ■ Debtor 1 only | |
| | Year: **2001** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: **80000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property | **$2,000.00**       **$2,000.00** |
| | | (see instructions) | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 4.1 | Make: **Genesis** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **20'** | ■ Debtor 1 only | |
| | Year: **1995** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | |
| | **ID Number GPZ222381495** | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property | **$4,500.00**       **$4,500.00** |
| | | (see instructions) | |

| | | | |
|---|---|---|---|
| 4.2 | Make: **Kawasaki** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **750** | ■ Debtor 1 only | |
| | Year: **2001** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property | **$1,000.00**       **$1,000.00** |
| | | (see instructions) | |

Parker_000089

Debtor 1  **Roger Dale Parker**                                        Case number *(if known)* _____

| 4.3 | Make: | **Kawasaki** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Make: **Kawasaki**

Model: **750**

Year: **2001**

Other information:

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property**
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000.00 | $1,000.00 |

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**............................................................=>    **$21,050.00**

**Part 3:** Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes. Describe.....

    | Household Goods/Furnishings | $3,000.00 |
    |---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes. Describe.....

    | Electronics | $500.00 |
    |---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Clothing | $200.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

Official Form 106A/B                    Schedule A/B: Property                         page 4

Debtor 1    **Roger Dale Parker**                                              Case number *(if known)* _____

**13. Non-farm animals**
*Examples: Dogs, cats, birds, horses*
☑ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☑ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................

| |
|---|
| **$3,700.00** |

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

*Current value of the portion you own?*
*Do not deduct secured claims or exemptions.*

**16. Cash**
*Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition*
☑ No
☐ Yes......................................................................

**17. Deposits of money**
*Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.*
☐ No
☑ Yes.......................                   Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking | **Individual Checking Account with Bank OZK (Account ending 8161)** | $300.00 |
| 17.2. | Checking | **Individual Checking Account with Direct Express (Comerica Bank)** | $100.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples: Bond funds, investment accounts with brokerage firms, money market accounts*
☑ No
☐ Yes..................          Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☑ No
☐ Yes. Give specific information about them...................
                     Name of entity:                              % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.*
*Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.*
☑ No
☐ Yes. Give specific information about them
                     Issuer name:

**21. Retirement or pension accounts**
*Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans*
☑ No
☐ Yes. List each account separately.
                     Type of account:          Institution name:

Official Form 106A/B                              Schedule A/B: Property                                    page 5

Debtor 1    **Roger Dale Parker**                              Case number *(if known)* _____

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................            Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                              **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......
_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
            Company name:                        Beneficiary:                    Surrender or refund
value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
someone has died.
■ No
☐ Yes.  Give specific information..

Parker_000092

Debtor 1    **Roger Dale Parker**                                      Case number *(if known)* _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here.....................................................................................................................

    | |
    |---|
    | **$400.00** |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☐ No. Go to Part 7.
    ■ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ■ No
    ☐ Yes.................

48. **Crops—either growing or harvested**
    ■ No
    ☐ Yes. Give specific information.....

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ■ Yes.................

    | |
    |---|
    | 2004 38' Goose Neck Dove Tail Heavy Duty Trailer |

    $9,000.00

50. **Farm and fishing supplies, chemicals, and feed**
    ■ No
    ☐ Yes.................

51. **Any farm- and commercial fishing-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.....

Official Form 106A/B                          Schedule A/B: Property

Debtor 1    **Roger Dale Parker**

Case number *(if known)* _____

52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ............................................................................................ | **$9,000.00**

---

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No
☐ Yes. Give specific information.........

54.  Add the dollar value of all of your entries from Part 7. Write that number here ................................... | **$0.00**

---

| **Part 8:** | List the Totals of Each Part of this Form |

55.  **Part 1: Total real estate, line 2** ...................................................................................... | | **$751,000.00**

56.  **Part 2: Total vehicles, line 5** | $21,050.00
57.  **Part 3: Total personal and household items, line 15** | $3,700.00
58.  **Part 4: Total financial assets, line 36** | $400.00
59.  **Part 5: Total business-related property, line 45** | $0.00
60.  **Part 6: Total farm- and fishing-related property, line 52** | $9,000.00
61.  **Part 7: Total other property not listed, line 54** | + | $0.00

62.  **Total personal property.** Add lines 56 through 61... | $34,150.00     Copy personal property total ➔ | $34,150.00

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62 | $785,150.00

---

Parker_000094

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Roger Dale Parker** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:** Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **2011 Dodge Ram 3500 190000 miles**<br>Line from *Schedule A/B*: 3.1 | $10,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| **2011 Dodge Ram 3500 190000 miles**<br>Line from *Schedule A/B*: 3.1 | $10,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **2006 Honda BTX 36000 miles**<br>Line from *Schedule A/B*: 3.2 | $1,300.00 | ■ $1,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **1999 Ford F-350 Diesel 500000 miles**<br>Line from *Schedule A/B*: 3.3 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **2001 Ford F-250 200000 miles**<br>Line from *Schedule A/B*: 3.4 | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1   **Roger Dale Parker**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Household Goods/Furnishings** Line from *Schedule A/B*: **6.1** | $3,000.00 | �■ $3,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **Clothing** Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00 ☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **Checking: Individual Checking Account with Bank OZK (Account ending 8161)** Line from *Schedule A/B*: **17.1** | $300.00 | ■ $300.00 ☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **Checking: Individual Checking Account with Direct Express (Comerica Bank)** Line from *Schedule A/B*: **17.2** | $100.00 | ■ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐   No

        ☐   Yes

Parker_000096

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Roger Dale Parker** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | | Do not deduct the value of collateral. | | If any |

| 2.1 | **Allen & Lucinda Schrock** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe the property that secures the claim: **288 Gordon Road Hillsboro, GA 31038  Jasper County Approximately 80 Acres of Farm Land**

Amount of claim: **$325,000.00**    Value of collateral: **$750,000.00**    Unsecured portion: **$0.00**

**5945 Highway 11 S Hillsboro, GA 31038**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Deed to Secure Debt**

Date debt was incurred **7/5/2006**         Last 4 digits of account number    **3539**

Debtor 1 __Roger Dale Parker__

Case number (if known) _____

First Name    Middle Name    Last Name

| | $750,000.00 | $750,000.00 | $325,000.00 |

**2.2** | **First Financial Bank**

Creditor's Name

**Describe the property that secures the claim:**

288 Gordon Road Hillsboro, GA
31038 Jasper County
Approximately 80 Acres of Farm
Land

Po Box 1754
El Dorado, AR 71731

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    First Mortgage

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    Opened 06/06 Last Active 06/13

Last 4 digits of account number    7102

| | $6,016.53 | $1,000.00 | $5,016.53 |

**2.3** | **Gatlinburg Town Square**

Creditor's Name

**Describe the property that secures the claim:**

Gatlinburg Town Square 515
Historic Nature Trail, Unit 208
Gatlinburg, TN 37738 Sevier County

PO Box 150
Scottsdale, AZ 85252

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Maintenance Dues

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    _____

Last 4 digits of account number    ite1

Add the dollar value of your entries in Column A on this page. Write that number here:

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

| $1,081,016.53 |
| $1,081,016.53 |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Roger Dale Parker** | | | |
| | First Name | Middle Name | | Last Name |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | | |
| Case number | | | | |
| (if known) | | | | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                            **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims against you?
    ☐ No. Go to Part 2.
    ■ Yes.

2.  List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Georgia Department of Revenue** | | | | |
| Priority Creditor's Name | Last 4 digits of account number  4783 | **$0.00** | **$0.00** | **$0.00** |
| **ARCS - Bankruptcy** | | | | |
| **1800 Century Blvd., Ste. 9100** | When was the debt incurred? | | | |
| **Atlanta, GA 30345-3202** | | | | |

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**NOTICE**

Debtor 1  **Roger Dale Parker**

Case number (if known) _____

| | | |
|---|---|---|

**2.2**  **Internal Revenue Service**
Priority Creditor's Name
**401 W. Peachtree Street, N.W.**
**Stop 334-D**
**Atlanta, GA 30308**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **4783**     **$0.00**     **$0.00**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**NOTICE**

**2.3**  **Internal Revenue Service**
Priority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **4783**     **$0.00**     **$0.00**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**NOTICE**

**2.4**  **Linda Gail Hawkins**
Priority Creditor's Name
**2609 Belle Arbor Avenue**
**Chattanooga, TN 37406-3718**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     **$7,500.00**     **$7,500.00**     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Domestic Support Obligation**

---

**Part 2:** **List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Parker_000100

Debtor 1   **Roger Dale Parker**

Case number (if known) _____

---

**4.1**   **Ally Financial**
Nonpriority Creditor's Name

**P.o. Box 380901**
**Bloomington, MN 55438**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **6666**

When was the debt incurred?   **Opened 07/11  Last Active 9/14/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile**

Total claim

**$0.00**

---

**4.2**   **Bass & Associates**
Nonpriority Creditor's Name

**3936 E. Fort Lowell Road**
**Suite 200**
**Tucson, AZ 85712-1083**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number   **8841**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Account**

**$3,176.61**

---

**4.3**   **Bass & Associates**
Nonpriority Creditor's Name

**3936 E. Fort Lowell Road**
**Suite 200**
**Tucson, AZ 85712-1083**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **8841**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE**

**$0.00**

---

Debtor 1  **Roger Dale Parker**

Case number (if known) _____

| | | |
|---|---|---|
| **4.4** | **Bk Of Amer** | $0.00 |

Nonpriority Creditor's Name

**Po Box 982238**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1843**

**Opened 2/12/01  Last Active 2/28/15**
When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

| | | |
|---|---|---|
| **4.5** | **Bk Of Mnti** | $0.00 |

Nonpriority Creditor's Name

**1141 Green St**
**Monticello, GA 31064**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0412**

**Opened 04/12  Last Active 07/12**
When was the debt incurred?

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **NOTICE**

| | | |
|---|---|---|
| **4.6** | **Burns and Burns PC** | $6,968.52 |

Nonpriority Creditor's Name

**200 N Jefferson St NE**
**Milledgeville, GA 31061**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

When was the debt incurred?  **2019**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Legal Fees**

Parker_000102

Debtor 1   **Roger Dale Parker**

Case number (if known) _____

| 4.7 | **Burns and Burns PC** | Last 4 digits of account number   **7515** | |
|---|---|---|---|

Nonpriority Creditor's Name
**200 N Jefferson St NE**
**Milledgeville, GA 31061**
Number Street City State Zip Code

When was the debt incurred?   _____                            **$0.00**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE**

---

| 4.8 | **Business Revenue Systems, Inc** | Last 4 digits of account number   **7412** | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 15097**
**Fort Wayne, IN 46885**
Number Street City State Zip Code

When was the debt incurred?   _____                            **$0.00**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE**

---

| 4.9 | **Capital One Bank Usa N** | Last 4 digits of account number   **2464** | |
|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 31293**
**Salt Lake City, UT 84131**
Number Street City State Zip Code

When was the debt incurred?   **Opened 09/19  Last Active 03/21**                            **$0.00**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1  **Roger Dale Parker**

Case number (if known) _____

---

| 4.10 | **Emory Healthcare** | Last 4 digits of account number | **0262** | | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 406939**
**Atlanta, GA 30384**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **NOTICE**

---

| 4.11 | **Extremity Healthcare Inc** | Last 4 digits of account number | **1238** | | **$0.00** |

Nonpriority Creditor's Name
**P.O. Box 26001**
**Miami, FL 33102**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **NOTICE**

---

| 4.12 | **First Financial Bank** | Last 4 digits of account number | **7102** | | **$225,000.00** |

Nonpriority Creditor's Name
**Po Box 1754**
**El Dorado, AR 71731**
Number Street City State Zip Code

When was the debt incurred?  **Opened 06/06  Last Active 06/13**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Pending Mortgage Deficiency**

---

Parker_000104

Debtor 1    **Roger Dale Parker**

Case number (if known) _____

| 4.1 3 | **Frost - Arnett Company** |
|---|---|

Nonpriority Creditor's Name
**The Collection Company**
**PO Box 198988**
**Nashville, TN 37219-8988**
Number Street City State Zip Code

Last 4 digits of account number    **1412**    _____

When was the debt incurred?    _____

$0.00

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE**

| 4.1 4 | **I.c. System, Inc** |
|---|---|

Nonpriority Creditor's Name
**Po Box 64378**
**Saint Paul, MN 55164**
Number Street City State Zip Code

Last 4 digits of account number    **1716**    _____

When was the debt incurred?    **Opened 04/19**

$724.00

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney Att Directv**

| 4.1 5 | **Kubota Credit Corporat** |
|---|---|

Nonpriority Creditor's Name
**Po Box 2046**
**Grapevine, TX 76099**
Number Street City State Zip Code

Last 4 digits of account number    **4684**    _____

When was the debt incurred?    **Opened 07/13  Last Active 8/04/17**

$0.00

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **NOTICE**

Debtor 1  **Roger Dale Parker**                          Case number (if known) _____

| 4.1 6 | | | $0.00 |
|---|---|---|---|

**Mcintosh**
Nonpriority Creditor's Name

Last 4 digits of account number  **0608**

**3796 Hwy 42 South**
**Jackson, GA 30233**
Number Street City State Zip Code

When was the debt incurred?  **Opened 06/08  Last Active 12/11**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Real Estate Mortgage**

| 4.1 7 | | | $0.00 |
|---|---|---|---|

**Nissan**
Nonpriority Creditor's Name

Last 4 digits of account number  **0001**

**Pob 660366**
**Dallas, TX 75266**
Number Street City State Zip Code

When was the debt incurred?  **Opened 11/05  Last Active 01/11**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **NOTICE**

| 4.1 8 | | | $0.00 |
|---|---|---|---|

**Northside Hospital**
Nonpriority Creditor's Name

Last 4 digits of account number  **4783**

**PO Box 101757**
**Atlanta, GA 30392**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **NOTICE**

Parker_000106

Debtor 1  **Roger Dale Parker**

Case number (if known) _____

**4.19**

**Northside Hospital**
Nonpriority Creditor's Name
**P.O. Box 101565**
**Atlanta, GA 30392**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **7883**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **NOTICE**

**$0.00**

---

**4.20**

**Oconee Radiolog**
Nonpriority Creditor's Name
**Pob 688**
**Wrightsville Beach, NC 28480**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1131**

**When was the debt incurred?**   **Opened 02/18  Last Active 06/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Debt**

**$30.00**

---

**4.21**

**Online Information Ser**
Nonpriority Creditor's Name
**Pob 1489**
**Winterville, NC 28590**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3760**

**When was the debt incurred?**   **Opened 10/16  Last Active 02/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Cty Of Monticello**

**$182.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    __Roger Dale Parker__                                Case number (if known) _____

| 4.2 2 | **Quest Diagnostics** | Last 4 digits of account number __2600__ | $0.00 |

Nonpriority Creditor's Name

**P.O. Box 7306**
**Hollister, MO 65673**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **NOTICE**

---

| 4.2 3 | **Syncb/care** | Last 4 digits of account number __4431__ | $0.00 |

Nonpriority Creditor's Name

**C/o Po Box 965036**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred? **Opened 03/08  Last Active 10/08**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **NOTICE**

---

| 4.2 4 | **Syncb/jcp** | Last 4 digits of account number __0177__ | $0.00 |

Nonpriority Creditor's Name

**Po Box 965007**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred? **Opened  4/07/94  Last Active 11/01/98**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Charge Account**

---

Parker_000108

Debtor 1   **Roger Dale Parker**

Case number (if known) _____

---

| 4.2 5 | |
|---|---|

**Syncb/lowes**
Nonpriority Creditor's Name

**Po Box 956005**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number   **9924**                          **$376.00**

**When was the debt incurred?**   **Opened 02/05  Last Active 6/22/17**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

| 4.2 6 | |
|---|---|

**Syncb/payp**
Nonpriority Creditor's Name

**Po Box 965005**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number   **0595**                          **$0.00**

**When was the debt incurred?**   **Opened 08/06  Last Active 05/15**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

| 4.2 7 | |
|---|---|

**Syncb/sams**
Nonpriority Creditor's Name

**Po Box 965005**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number   **6242**                          **$0.00**

**When was the debt incurred?**   **Opened 06/06  Last Active 04/08**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **NOTICE**

---

Debtor 1  **Roger Dale Parker**

Case number (if known) _____

| 4.2 8 | **Tiaa Bank** | Last 4 digits of account number | **3081** | $0.00 |

Nonpriority Creditor's Name

**301 West Bay Street**
**Jacksonville, FL 32202**

Number Street City State Zip Code

**When was the debt incurred?**   **Opened 12/03  Last Active 04/07**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Real Estate Mortgage**

---

| 4.2 9 | **United Consumer Finl S** | Last 4 digits of account number | **8841** | $3,176.00 |

Nonpriority Creditor's Name

**865 Bassett**
**Westlake, OH 44145**

Number Street City State Zip Code

**When was the debt incurred?**   **Opened 05/18  Last Active 12/18**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Installment Sales Contract**

---

| 4.3 0 | **Verizon Wireless** | Last 4 digits of account number | **0001** | $941.00 |

Nonpriority Creditor's Name

**National Recovery Operations**
**Minneapolis, MN 55426**

Number Street City State Zip Code

**When was the debt incurred?**   **Opened 08/07  Last Active 11/30/19**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility Bill**

---

Parker_000110

Debtor 1    **Roger Dale Parker**

Case number (if known) _____

| 4.3 1 | **Wellstar Health System** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 742625**
**Atlanta, GA 30374**
Number Street City State Zip Code

Last 4 digits of account number    **7070**                    **$0.00**

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

As of the date you file, the claim is: Check all that apply

□ Debtor 2 only

□ Contingent

□ Debtor 1 and Debtor 2 only

□ Unliquidated

□ At least one of the debtors and another

□ Disputed

□ Check if this claim is for a  community debt

**Type of NONPRIORITY unsecured claim:**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify    **NOTICE**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Stephen Drobny**
**Jones Walker, LLP**
**1360 Peachtree St., Ste. 1030**
**Atlanta, GA 30309**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):    □ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. $ | 7,500.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
|  | 6e. | Total Priority. Add lines 6a through 6d. | 6e. $ | 7,500.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. $ | 0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 240,574.13 |
|  | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. $ | 240,574.13 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Parker  000111

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Roger Dale Parker** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Simon Parker**<br>**122 Gordon Road**<br>**Hillsboro, GA 31038** | **Lease Agreement with Son, Simon Parker, for the Jasper Farm** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Parker_000112

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Roger Dale Parker** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

*Column 1:* Your codebtor
Name, Number, Street, City, State and ZIP Code

*Column 2:* The creditor to whom you owe the debt
Check all schedules that apply:

3.1 **Linda Gail Hawkins**
**2609 Belle Arbor Avenue**
**Chattanooga, TN 37406-3718**

■ Schedule D, line ___2.1___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Allen & Lucinda Schrock**

3.2 **Linda Gail Hawkins**
**2609 Belle Arbor Avenue**
**Chattanooga, TN 37406-3718**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.1___
☐ Schedule G _____
**Georgia Department of Revenue**

3.3 **Linda Gail Hawkins**
**2609 Belle Arbor Avenue**
**Chattanooga, TN 37406-3718**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.3___
☐ Schedule G _____
**Internal Revenue Service**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Parker  000113

Debtor 1   **Roger Dale Parker**                              Case number *(if known)* _____

| ■ **Additional Page to List More Codebtors** | Column 2: **The creditor to whom you owe the debt** |

Column 1: **Your codebtor**                    Check all schedules that apply:

3.4   **Linda Gail Hawkins**
      **2609 Belle Arbor Drive**
      **Chattanooga, TN 37406**

■ Schedule D, line __**2.2**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**First Financial Bank**

---

3.5   **Linda Gail Hawkins**
      **2609 Belle Arbor Avenue**
      **Chattanooga, TN 37406**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.12**__
☐ Schedule G _____
**First Financial Bank**

---

3.6   **Linda Gail Hawkins**
      **2609 Belle Arbor Avenue**
      **Chattanooga, TN 37406**

■ Schedule D, line __**2.3**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Gatlinburg Town Square**

---

3.7   **Linda Gail Hawkins**
      **2609 Belle Arbor Avenue**
      **Chattanooga, TN 37406-3718**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
■ Schedule G __**2.1**__
**Simon Parker**

---

Parker_000114

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Roger Dale Parker |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 0.00 | $ N/A |

Parker_000115

Debtor 1  **Roger Dale Parker** _____     Case number (if known) _____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

|  |  | | | |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 | + $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6. $ 0.00    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7. $ 0.00    $ N/A

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a. $ 0.00    $ N/A

8b. **Interest and dividends**    8b. $ 0.00    $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c. $ 0.00    $ N/A

8d. **Unemployment compensation**    8d. $ 0.00    $ N/A

8e. **Social Security**    8e. $ 1,340.00    $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f. $ 0.00    $ N/A

8g. **Pension or retirement income**    8g. $ 0.00    $ N/A

8h. **Other monthly income.** Specify: _____    8h.+ $ 0.00    + $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9. $ 1,340.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10. $ 1,340.00 + $ N/A = $ 1,340.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** _Schedule J._
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in _Schedule J._
Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the _Summary of Schedules_ and _Statistical Summary of Certain Liabilities_ and Related _Data,_ if it applies    12. $ 1,340.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Parker_000116

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Roger Dale Parker** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.
       4. $ _____ 0.00

   If not included in line 4:

   4a. Real estate taxes          4a. $ _____ 0.00
   4b. Property, homeowner's, or renter's insurance      4b. $ _____ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ _____ 0.00
   4d. Homeowner's association or condominium dues    4d. $ _____ 0.00

5. **Additional mortgage payments for your residence,** such as home equity loans
       5. $ _____ 0.00

Parker_000117

Debtor 1   **Roger Dale Parker** _____   Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a.   Electricity, heat, natural gas | 6a. | $ | 0.00 |
| | 6b.   Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d.   Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 450.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 75.00 |
| 10. | **Personal care products and services** | 10. | $ | 50.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 350.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.   Life insurance | 15a. | $ | 0.00 |
| | 15b.   Health insurance | 15b. | $ | 0.00 |
| | 15c.   Vehicle insurance | 15c. | $ | 250.00 |
| | 15d.   Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a.   Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c.   Other. Specify: | 17c. | $ | 0.00 |
| | 17d.   Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a.   Mortgages on other property | 20a. | $ | 0.00 |
| | 20b.   Real estate taxes | 20b. | $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 1,325.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 1,325.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 1,340.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 1,325.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 15.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here: _____

Official Form 106J                          **Schedule J: Your Expenses**                          page 2

Parker_000118

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Roger Dale Parker** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7
12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Allen & Lucinda Schrock**<br><br>Description of property securing debt: **288 Gordon Road Hillsboro, GA 31038  Jasper County Approximately 80 Acres of Farm Land** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **First Financial Bank**<br><br>Description of property securing debt: **288 Gordon Road Hillsboro, GA 31038  Jasper County Approximately 80 Acres of Farm Land** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Gatlinburg Town Square**<br><br>Description of property: **Gatlinburg Town Square 515** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

Official Form 108                Statement of Intention for Individuals Filing Under Chapter 7                page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1    **Roger Dale Parker**                                                    Case number *(if known)* _____

property        **Historic Nature Trail, Unit 208**      ☐ Retain the property and [explain]:
securing debt:  **Gatlinburg, TN 37738  Sevier**
                **County**

---

**Part 2:**   **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Lessor's name:        **Simon Parker**                          ☐ No

                                                            ■ Yes

Description of leased    **Lease Agreement with Son, Simon Parker, for the Jasper Farm**
Property:

---

**Part 3:**   **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  **/s/ Roger Dale Parker**                              X  _____
   **Roger Dale Parker**                                     Signature of Debtor 2
   Signature of Debtor 1

Date    **July 29, 2021**                                 Date  _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

Parker_000120

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Roger Dale Parker** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

**Your assets**
Value of what you own

1.  **Schedule A/B: Property** (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B................................................ $ **751,000.00**

    1b. Copy line 62, Total personal property, from Schedule A/B...................................... $ **34,150.00**

    1c. Copy line 63, Total of all property on Schedule A/B.............................................. $ **785,150.00**

**Part 2:    Summarize Your Liabilities**

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... $ **1,081,016.53**
3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ $ **7,500.00**

    3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ **240,574.13**

    Your total liabilities $ **1,329,090.66**

**Part 3:    Summarize Your Income and Expenses**

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I*............................................................. $ **1,340.00**
5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J*........................................................... $ **1,325.00**

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
    ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■  Yes
7.  **What kind of debt do you have?**

    ■  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum       **Summary of Your Assets and Liabilities and Certain Statistical Information**       page 1 of 2

Best Case Bankruptcy

Parker_000121

Debtor 1    **Roger Dale Parker**                                    Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.                                    $ _____ 0.00

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

    | From Part 4 on *Schedule E/F*, copy the following: | Total claim |
    |---|---|
    | 9a. Domestic support obligations (Copy line 6a.) | $            7,500.00 |
    | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $                0.00 |
    | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $                0.00 |
    | 9d. Student loans. (Copy line 6f.) | $                0.00 |
    | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $                0.00 |
    | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$                0.00 |

    9g. **Total.** Add lines 9a through 9f.                                    $            7,500.00

Parker_000122

**Fill in this information to identify your case:**

Debtor 1    **Roger Dale Parker**
_____
First Name                    Middle Name                    Last Name

Debtor 2
(Spouse if, filing)    _____
First Name                    Middle Name                    Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number
(if known)    _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ Roger Dale Parker**                              X  _____
  **Roger Dale Parker**                                         Signature of Debtor 2
  Signature of Debtor 1

Date  **July 29, 2021**                                     Date  _____

Official Form 106Dec                        Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Parker_000123

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re **Roger Dale Parker** _____  Case No. _____
                                            Debtor(s)                Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **2,134.00** |
    | Prior to the filing of this statement I have received | $ | **2,134.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **The undersigned attorney certifies to the Court that the remaining balance due, if any, will be paid by post-dated
        ACH draft or post-dated checks, pursuant to a post-petition contract.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Motion to Reopen Case (includes court fee) - $360.00
    Amendment(s) to schedules to add creditors (includes court fee) - $100.00
    Motion for Redemption - $525.00
    Bankruptcy Stay Violation Proceedings - Hourly ($275.00 per hour)
    Adversary Proceedings Initiated by Attorney - Hourly ($275.00 per hour)
    Brief preparation - Hourly ($275.00 per hour)
    Evidentiary Hearings - Hourly ($275.00 per hour)**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July 29, 2021** _____        /s/ Matthew J. Cherney _____
_Date_                                            **Matthew J. Cherney 836424**
                                                  _Signature of Attorney_
                                                  **Cherney Law Firm, LLC.
                                                  1744 Roswell Road, Suite 100
                                                  Marietta, GA 30062
                                                  770.485.4141  Fax: 770.573.6012
                                                  clfnotices@cherneylawfirm.com**
                                                  _Name of law firm_