# **EXHIBIT L**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROGER PARKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PERDUE FOODS, LLC,<br><br>　　　　　Defendant. | CIVIL ACTION<br>NO. 5:22-CV-00268-TES |

### DECLARATION OF DANIEL ROBERTS

I, Daniel Roberts, hereby declare and state under penalty of perjury as follows:

1.　I am over the age of eighteen years and am competent to testify regarding the facts detailed herein.

2.　I am not a party to the above-entitled matter and provide the following testimony without remuneration for the same.

3.　I am currently a Growout Manager with Perdue Foods LLC ("Perdue") and have been in this position since approximately April 9, 2018. Prior to this, I was a Growout Manager for Perdue from approximately November 11, 2013 to August 30, 2015, and I was a Housing Manager for Perdue from August 31, 2015 to April 8, 2018.

4.　In my role as Growout Manager, I assist with the settlement process at the end of the flock, assist flock advisors in communicating best management practices with independent contract farmers, and I also help with repairs and/or upgrade requests from farmers.

5.　On or about September 2019, I visited the Hazel Lee Farm, which was owned by Roger Parker at the time, and observed the conditions of the farm, specifically the growing houses. I was asked to observe the conditions on the farm so that I could create a list of repairs needed for

Mr. Parker to receive a new flock of chickens. I also noted a list of upgrades needed to take the farm to Tier 4 since Mr. Parker was considering selling the farm to a new buyer.

6. At that time, I observed various repair and maintenance issues with the growing houses, and I made note of the various issues and potential repairs that would be needed to get Hazel Lee farm back to a level where it would be safe to place chickens again. These issues appeared to be from a lack of routine maintenance, repairs, and upkeep. These were also issues that, if they were not repaired, could cause animal welfare issues and potentially the loss of multiple chickens.

7. In late September 2019, I drafted a letter concerning the repairs needed at Hazel Lee farm for Mr. Parker to continue to receive chickens. A true and accurate copy of this letter is attached as **Exhibit A**. I specifically noted issues with the feeders, drinkers, and static pressure, which all create potential animal welfare issues.

8. I also prepared an additional letter that outlined the items that were needed to upgrade the farm to Tier 4. A true and accurate copy of this letter is attached as **Exhibit B**. This letter was meant to be a comprehensive list of the requirements needed for chicken houses to meet the Tier 4 level. I included certain items, like a chlorine dioxide system, to make the list comprehensive, but the Hazel Lee farm may have had one installed previously that was not being used.

9. In this letter regarding Tier 4 items, on the first page, I noted requirements in bold that needed to be completed to upgrade the house to Tier 4. On the second and third pages, I outlined more specific requirements for the houses to be brought up to Tier 4 and to eliminate the potential for animal welfare issues.

10. Since at least 2015, Perdue requires any new contract growers have Tier 4 growing houses.

11. I believe the letters in Exhibits A and B were provided to Mr. Parker, but I do not recall whether I emailed these letters or provided them via hand delivery.

12. In addition, in or about November 11, 2014, I was a Growout Manager for Perdue and made a visit to Parker's Hazel Lee Farm along with Tim Little. At that time, I observed issues with the feed system, water system, ammonia levels as well as other issues in the growing houses. The issues I observed were documented and reflected in an email that Tim Little sent to me and others on November 17, 2014. A true and accurate copy of this email is attached as Exhibit C.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct according to my personal knowledge and, if called as a witness, I could and would testify truthfully thereto.

Dated 7/14/25

_____
Daniel Roberts

# **EXHIBIT A**

September 29, 2019

The following must be completed before the placement of the next flock of birds.

- Install new drinkers in each house. Ziggity or Valco preferred.
  The drinkers must be on an 8" spacing throughout the house.
  Ziggity – Max 3 Green Pin Nipple
  Valco – Val VR 150 Roaster Nipple or Val VQ 150 Quencher Nipple
- Install new feeders in each house.
  Install 4 – 240' feed lines. Choretime or Cumberland preferred.
  4 pans per 9 foot section – Cable free suspension system (rope) on Rod and Strap system
- Replace the clear boot on the feed bin at 1&2 B.
- The houses currently do not meet the .15 static pressure requirement of tier 3. The static pressure will be checked in each house at placement. The tier payment will be adjusted accordingly.
- All existing equipment must be in good working condition.

A placement date will be scheduled after I inspect the farm and approve it for placement.

If you have any questions concerning any of the above items, give me a call at ▮

Sincerely,


Dan Roberts
Growout Manager / Housing Manager
Perdue Foods, LLC.

# **<u>EXHIBIT B</u>**

September 29, 2019

We feel it is important for a producer to have the best opportunity to compete and be successful. Upgrading houses to our tier four specifications removes one of the obstacles that could keep a producer from being successful. We have performed an inspection of the Hazel Lee farm and have decided that we will offer to place birds on this farm to an approved buyer once the following conditions have been met:

**Tier Four Housing Specifications:**

- 700 feet per min. based on the CFM capacity ratings of 48" or larger fans at a .10 static pressure for tunnel ventilation. **The farm needs 250,000 CFM to meet the requirement.**
- Tunnel ventilation with 6" recirculation pad sized correctly. **The farm needs 400 ft2 of cool pad on each side.**
- Properly sized cool cell opening.
- 200 amp service or electrical service that draws no more than 75% of the main breaker capacity.
- Controller with static pressure alarm or controller with stand alone static pressure alarm. (6 sensor controller preferred)
- Water Meter
- Solid sidewall
- Auto transfer generator
- Must be able to pull .15 static pressure with one 48" fan or two 36" fans in negative ventilation. **The houses currently do not meet the .15 static pressure requirement.**
- Forced air heat with stirring fans or radiant heat
- "Year round" use of 3 Migration fences (wood frame or plastic coated shelving)
- Box lids with Chick Mate feeders 9/1000 birds
- Control pan lights mounted at the control pan. **The farm must install a feed pan light on each end control pan.**
- Brood light minimum of 3 f/c (measured bird height at the bulb)
- Ability to have at least .5 f/c for growout lights using LED Bulbs (may require a dimmer) (measured bird height at the bulb).

**In addition to the tier four requirements we will also require the following:**

- Install the Agralarm system.
- Install new drinkers in each house. Ziggity or Valco preferred.
  The drinkers must be on an 8" spacing throughout the house.
  Ziggity – Max 3 Green Pin Nipple
  Valco – Val VR 150 Roaster Nipple or Val VQ 150 Quencher Nipple
- Install new feeders in each house.
  Install 4 – 240' feed lines. Choretime or Cumberland preferred.
  4 pans per 9 foot section – Cable free suspension system (rope) on Rod and Strap system
- Replace the fill system pipe on each house.
- Install clear boots on the feed bins at 1&2 B&C, 3&4 B and 5&6 AB&C.
- Replace the tunnel fans on each house. Install 250,000 CFM's of fans on each house to meet the tier 4 requirements.
- Install two rows of brood lights on 20' centers in the brood section of each house. The brood lights and growout lights will alternate on 10' centers.
  LED Specs:
  A. Minimum of 900 lumens
  B. 5000 Kelvin light color
  C. Dimmer must be LED lighting approved
- The insulation has shifted in the attic of each house. Add enough insulation in the attic to meet a R21 value, blown fiberglass can be used or use fiberglass batts.
- Add R11 insulation, and 3/8" plywood or 7/16" OSB to the sidewall in each house, with a vaper barrier.
- Install tin over the old curtain material on each house.
- Screw down the roof metal on each house in areas where the nails are loose.
- Install the following windows in each house.
  22 – 46" x 36" Anderson Silverline 2950 Series Fixed Picture Window Low E Glass No Grilles
  4 - 46" x 23.75" Anderson Silverline 2950 Series Fixed Picture Window Low E Glass No Grilles
  Note: Perdue will supply a layout for the window installation. Windows must be installed with closures.
- Remove the old chicken litter in the courtyard.
- The courtyard and feed bin lane between the houses has several holes. Add dirt and rock to these areas.

- Add rock to the front entrance of each house.
- The feed bin lane between the houses must be graded so water drains off the lane and away from the houses.
- Install a Chlorine Dioxide water treatment system (Dutrion system) in each house.
- Electrical survey of the farm by a qualified electrician.
- Inspection of the electrical and generator system. Should not draw more than 75% of the main breaker capacity, the transfer switch capacity or the generator capacity.
- All existing equipment must be in good working condition.

Once the prospective buyer has meet with Perdue and completed the necessary required upgrades Perdue will sign a Poultry Producer Agreement and a Payment Schedule for our small straight run growing program. A placement date will be scheduled after I inspect the farm and approve it for placement.

If you have any questions concerning any of the above items, give me a call at (478) 235-2588.

Sincerely,


Dan Roberts
Growout Manager / Housing Manager
Perdue Foods, LLC.

# **EXHIBIT C**

| | |
|---|---|
| From: | Little, Tim [/O=PERDUE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=UTL0412] |
| Sent: | 11/17/2014 10:00:02 PM |
| To: | Roberts, Dan [ ]; Smith, Sasha [ ]; Cowart, Sherrie [ ] |
| Subject: | Hazel Lee |

Importance: High

I visited Hazel Lee on 11/17/14 at 2pm. Birds are 14 days old. I found the following issues:

1. House 4 Lines and pans completely out of feed. These had been out of feed for quite a while. The back of the house was out of feed as well. Feed system was in "auto" but would not work until it was switched into the "on" position. There will be NiCarb knockdown in this house tomorrow.
2. Water in house 4 was off to the back of the house.
3. Back-up was turned off in house 4. (breaker off)
4. Drinkers in front of house 4 were awful!!! There was water standing under the lines on the interior on the last 200' of the house. This was the worst water line issue I have seen in a long time. These nipples need to be changed and some plan will need to be developed before we brood chicks here again.
5. Regulator leaking water in house 4. Flood at regulator.
6. Feed line closest to bins on house 3 out of feed. Motor needed resetting.
7. House 3, drinker line in back of the house 2' too high.
8. Ammonia levels high in house 4. Floors very caked up.

I want this farm visited weekly by Dan, Sasha and Sherrie until these birds move. These need to be documented visits. The heaters in the back of the houses are not working. Tim's poultry is coming on 11/18/14 to repair the heaters. I did not have enough time to visit the other 4 houses so I want someone to tell me if the conditions there are better than what I saw today!!!

*Tim Little*

Live Production Manager AL/FL/GA
Perdue Farms
1 Industrial Park Court Suite D
Forsyth, GA 31029





A Family Commitment to Quality Since 1920