# **EXHIBIT M**

Message
───────────────────────────────────────────────────────────────

**From**: Roger Parker [poultryequipment@msn.com]
on behalf of   Roger Parker <poultryequipment@msn.com> [poultryequipment@msn.com]
**Sent**: 10/1/2017 12:36:29 PM
**To**: l.cary.ainsworth@usda.gov
**CC**: poultryequipment@msn.com
**Subject**: Hazel Lee Batch 46


Get Outlook for iOS