# **EXHIBIT P**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ROGER PARKER, <br><br> Plaintiff, <br><br> v. <br><br> PERDUE FOODS, LLC, <br><br> Defendant. | CIVIL ACTION <br> NO. 5:22-CV-00268-TES |

## DECLARATION OF MARGARET SANTEN

I, Margaret Santen, declare the following to be true and correct based upon my personal knowledge and information.

1. I am over the age of eighteen and competent to give this Declaration. This Declaration is made pursuant to the requirements of the Federal Rules of Evidence and 28 U.S.C. § 1746.

2. I am an attorney employed by the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and I am counsel of record for Perdue Foods LLC ("Perdue" or "Defendant") in the present case.

3. In Defendant's Appendix of Exhibits in Support of its Motion for Summary Judgment, Defendant has filed or will file certain discovery materials, including excerpts of and exhibits to the deposition transcripts of Plaintiff, Plaintiff's ex-wife Linda Gail Burns-Wade, Perdue's employee Kathryn Mizell, and Perdue's Rule 30(b)(6) designees Michael Levengood and Walter Clay Copeland, as well as excerpts from Plaintiff's responses to written discovery and other documents produced in discovery.

4. Pursuant to Local Rule 5.1, I hereby certify that all discovery documents and materials filed in connection with Defendant's Appendix of Exhibits in Support of its Motion for Summary Judgment have been used in this proceeding and are being filed consistent with the requirements of Local Rule 5.1.

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, IN ACCORDANCE WITH THE LAWS OF THE UNITED STATES, INCLUDING, 28 U.S.C. § 1746, THAT THE FOREGOING IS TRUE AND CORRECT ACCORDING TO MY PERSONAL KNOWLEDGE, AND, IF CALLED AS A WITNESS, I COULD AND WOULD TESTIFY TRUTHFULLY THERETO.

Executed July 14, 2025.

_____
Margaret Santen

91112280.v1-OGLETREE