EXHIBIT 1

STILLWELL REPORT (SEALED)