**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

ROGER PARKER,

              Plaintiff,

v.

PERDUE FOODS LLC,

              Defendant.

Case No. 5:22-cv-00268-TES

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF OPPOSITION TO SUMMARY JUDGMENT**

Plaintiff Roger Parker ("Plaintiff" or "Mr. Parker") respectfully moves this Court for leave to file provisionally under seal certain documents in support of his Motion for Summary Judgment. Defendant Perdue Foods, LLC ("Perdue") and various third parties have designated certain documents as "CONFIDENTIAL" under the protective order in this case, including the following documents, which Plaintiff wishes to file to support his Opposition to Defendant's Motion for Summary Judgment and accompanying filings:

- Perdue 1511 – Perdue 1578 ("Exhibit F")

- FFB_000287 ("Exhibit I")

- NCC-3P-007605 ("Exhibit J")

- Perdue 005615 – Perdue 006375 ("Exhibit K")

- Perdue 001579 – Perdue 001626 ("Exhibit L")

- Perdue 007688 ("Exhibit O")

- Perdue 002252 – Perdue 003124 ("Exhibit R")

- Perdue 001627 – Perdue 001711 ("Exhibit T")

1

- Perdue 006376 – Perdue 006839 ("Exhibit U")

- Perdue 008011 – Perdue 008012 ("Exhibit V")

- Perdue 008030 – Perdue 008034 ("Exhibit W")

- Perdue 007976 – Perdue 007978 ("Exhibit Z")

- Perdue 008068 ("Exhibit BB")

- Perdue 008067 ("Exhibit DD")

- Perdue 007729 ("Exhibit EE")

- Perdue 007713-007722 ("Exhibit FF")

- Perdue 001919 – Perdue 002251 ("Exhibit GG")

- Perdue 007710 – Perdue 007722 ("Exhibit HH")

- Perdue 007565-007577 ("Exhibit II")

- Perdue 007514 – Perdue 007526 ("Exhibit JJ")

- Perdue 007005 – Perdue 007017 ("Exhibit KK")

- Perdue 006992 – Perdue 007004 ("Exhibit LL")

- Perdue 007620 ("Exhibit MM")

- Perdue 003125 – Perdue 3567 ("Exhibit RR")

- Perdue 005075 – Perdue 005614 ("Exhibit SS")

- Perdue 008907 – Perdue 008100 ("Exhibit TT")

- Perdue 000001 – Perdue 001251 ("Exhibit UU")

- Perdue 003849 – Perdue 003951 ("Exhibit VV")

- FFB_000151 – FFB_000159 ("Exhibit XX")

- FFB_000168 – FFB_000171 ("Exhibit YY")

- FFP_001239 ("Exhibit AAA")

- Exhibits 20, 24, and 30 to "Exhibit M" (Deposition of Kathryn Mizell)

- Exhibit 9 to "Exhibit Q" (Deposition of Roger Parker)

*See generally* Protective Order (dkt. 47). Therefore, to preserve Perdue's and third parties'

confidentiality designations, Plaintiff is "seeking permission to file the[se] document[s] under

seal," as the protective order contemplates. *Id*. at 7. Consistent with this Court's guidance on

filing motions for seal (https://www.gamd.uscourts.gov/submitting-documents-court), Plaintiff is

submitting PDF copies of these documents to the appropriate divisional email address.

Counsel for Plaintiff has contacted Defendant, and Defendant has indicated that it does

not oppose this motion.

Under section 6 of the Protective Order, Perdue or the relevant third party, as the

designating party, has the burden to demonstrate that this material should remain under seal. *See*

*id.* Plaintiff takes no position at this time whether any portion of these materials is properly

sealed. Plaintiff does, however, note that the public interest weighs in favor of public disclosure.

Nonetheless, Plaintiff requests that these documents be filed under seal for the limited purposes

of: (i) permitting Perdue and the relevant third parties an opportunity to make a showing of good

cause as to which portions (if any) should remain under seal, and (ii) allowing the Court, under

the procedures set forth in the Protective Order and this Court's rules, to assess Perdue's and the

third parties' position on whether such documents should be permanently sealed.

For these reasons, Plaintiff respectfully requests that the Court seal the above-listed

documents but lift that seal and permit the public filing of these documents in the event the Court

determines that Perdue has failed to meet its burden of demonstrating "good cause" for sealing

these documents.

Dated: August 18, 2025                          Respectfully submitted,

*/s/ Jamie Crooks*
T. Brandon Waddell
Ga. Bar No. 252639
Jarred A. Klorfein
Ga. Bar No. 562965
Emily C. Snow
Ga. Bar No. 837411
**CAPLAN COBB LLC**
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
(404) 596-5600
(404) 596-5604 (fax)
bwaddell@caplancobb.com
jklorfein@caplancobb.com
esnow@caplancobb.com

Jamie Crooks (admitted *pro hac vice*)
D.C. Bar No. 156005
Kritika Tara Deb (admitted *pro hac vice*)
Amanda R. Vaughn (admitted *pro hac vice*)
**FAIRMARK PARTNERS, LLP**
400 7th Street NW, Suite 304
Washington, D.C. 20004
(617) 721-3587
jamie@fairmarklaw.com
kritika@fairmarklaw.com
amanda@fairmarklaw.com

*Counsel for Plaintiff Roger Parker*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 18th day of August, 2025.

*<u>/s/ Jamie Crooks</u>*

*Counsel for Plaintiff*