Page 1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE MIDDLE DISTRICT OF GEORGIA

3                    MACON DIVISION

4

5     CIVIL ACTION NUMBER:  5:22-cv-00268-TES

6     ROGER PARKER, on his own behalf

7     and on behalf of all others similarly

8     situated,

9                 Plaintiff,

10                vs.

11    PERDUE FOODS, LLC,

12                Defendant.

13

14

15        VIDEOTAPED DEPOSITION TESTIMONY OF

16                  JAMES NORRIS

17                 April 8, 2025

18          VIA REMOTE VIDEO-CONFERENCE

19

20

21    REPORTED BY:

22    Angela Smith McGalliard

23    Certified Realtime Reporter

24    Registered Professional

25    Reporter and Notary Public

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 2

```
 1                    I N D E X

 2                  EXAMINATION

 3                                      PG     LN

 4   By Ms. Snow                         6     13

 5   By Ms. Wooten                     108      5

 6              PLAINTIFF'S EXHIBITS

 7                                      PG     LN

 8   Exhibit 36    Perdue Flock         16     19

 9             Visitation, Week 1 -

10             Bates Perdue 006457

11   Exhibit 37    Flock Advisor        56     22

12             Training - Bates

13             Perdue 001666

14   Exhibit 38    PVP Bonus Checklist - 59    19

15             Bates Perdue 006228

16   Exhibit 39    Summer Readiness     63     17

17             Checklist - Bates

18             Perdue 004413

19   Exhibit 40    Post Movement        69     12

20             Requirements dated

21             8/10/2017 - Bates

22             Perdue 006273

23   Exhibit 41    Perdue Flock         79     12

24             Visitation-Week 1 -

25             Bates Perdue 006227
```

James Norris                                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 3

```
 1              A P P E A R A N C E S
 2        (ALL PARTIES ATTENDED REMOTELY)
 3    FOR THE PLAINTIFF:
 4              EMILY C. SNOW, ESQUIRE
 5              JARRED A. KLORFEIN, ESQUIRE
 6              CAPLAN COBB, LLC
 7              75 Fourteenth Street, NE
 8              Suite 2700
 9              Atlanta, Georgia 30309
10              -and-
11              KRITIKA TARA DEB, ESQUIRE
12              FAIRMARK PARTNERS, LLP
13              1825 7th St NW, #821
14              Washington, DC 20001
15    FOR THE DEFENDANT:
16              VIRGINIA M. WOOTEN, ESQUIRE
17              OGLETREE, DEAKINS, NASH, SMOAK &
18              STEWART, P.C.
19              191 Peachtree Street NE
20              Suite 4800
21              Atlanta, Georgia 30303
22    ALSO PRESENT:
23              Walter Copeland - Perdue Foods
24    VIDEOGRAPHER:
25              Krishan Patel - Veritext
```

James Norris
April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 4

1          (Reporter disclosure made

2      pursuant to Article 8.b of the Rules and

3      Regulations of the Board of Court Reporting

4      of the Judicial Council of Georgia.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 5

```
 1            I, Angela Smith McGalliard,

 2     Registered Professional Reporter, Certified

 3     Realtime Reporter and Certified Court

 4     Reporter, duly licensed in the State of

 5     Georgia, acting as Commissioner, certify

 6     that on this date, as provided by the

 7     Federal Rules of Civil Procedure, there

 8     came before me via remote video-conference,

 9     beginning at 9:29 a.m., James Norris,

10     witness in the above cause, for oral

11     examination, whereupon the following

12     proceedings were had:

13            VIDEOGRAPHER:  Today's date is    09:29:47

14     April 8, 2025, and the time is 9:29 a.m.   09:29:49

15     This will be the remote videotaped         09:29:53

16     deposition of James Norris.                09:29:56

17            Will counsel please introduce       09:29:58

18     themselves and any objection to the witness 09:30:00

19     being sworn in remotely.                   09:30:01

20            MS. SNOW:  Good morning.  This is    09:30:04

21     Emily Snow for Plaintiff Roger Dale Parker. 09:30:06

22     I'm joined by Jarred Klorfein also for      09:30:09

23     Plaintiff Roger Dale Parker.               09:30:13

24            MS. WOOTEN:  Good morning.          09:30:16

25     Virginia Wooten with the firm Ogletree      09:30:17
```

James Norris                                April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 6

```
 1    Deakins representing the Defendant Perdue    09:30:19
 2    Foods.  Accompanying me today is the party   09:30:25
 3    representative Mr. Walter Copeland.          09:30:26
 4             VIDEOGRAPHER:  Will the court
 5    reporter please swear in the witness.
 6    Thank you.
 7                  JAMES NORRIS,
 8    being first duly sworn, was examined and
 9    testified as follows:                        09:30:41
10             COURT REPORTER:  Thank you.  We     09:30:41
11    can proceed.                                 09:30:43
12                  EXAMINATION                    09:30:43
13    BY MS. SNOW:                                 09:30:46
14       Q.    Good morning, Mr. Norris.  I just   09:30:46
15    introduced myself.  But, again, my name is   09:30:51
16    Emily Snow, and I'm an attorney for the      09:30:52
17    Plaintiff in this case Dale Parker.  My      09:30:53
18    first question for you is have you ever      09:30:55
19    given testimony in a deposition before?      09:30:58
20       A.    No, I have not.                     09:30:59
21       Q.    Okay.  Well, I'm going to start     09:31:02
22    by going over a few basic rules.  We         09:31:04
23    shouldn't talk over one another; that can    09:31:07
24    be a little hard over zoom, but I'll do my   09:31:10
25    best.  I'll wait to let you finish your      09:31:13
```

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 7

| | | |
|---|---|---|
| 1 | answer before asking my questions, and I'll | 09:31:15 |
| 2 | ask that you do the same, and let me finish | 09:31:15 |
| 3 | my question before answering; this will | 09:31:19 |
| 4 | make it easier for the court reporter to | 09:31:19 |
| 5 | take down what we're saying. | 09:31:20 |
| 6 | Does that sound good? | 09:31:22 |
| 7 | A.    Yes.   That's okay. | 09:31:23 |
| 8 | Q.    It's also important that you give | 09:31:25 |
| 9 | a verbal response to each question that I | 09:31:28 |
| 10 | ask instead of just nodding your head, and | 09:31:30 |
| 11 | you just did that, which is great.  This is | 09:31:32 |
| 12 | also so that the court reporter can write | 09:31:34 |
| 13 | down your answers. | 09:31:36 |
| 14 | Does that also make sense? | 09:31:37 |
| 15 | A.    Yes. | 09:31:38 |
| 16 | Q.    You can take a break whenever you | 09:31:39 |
| 17 | need to, but there's one exception to that: | 09:31:40 |
| 18 | We can't take a break if I've asked a | 09:31:42 |
| 19 | question and I'm waiting on your answer. | 09:31:45 |
| 20 | So we'll wait to take a break until you | 09:31:48 |
| 21 | answer the pending question. | 09:31:51 |
| 22 | Does that sound good? | 09:31:53 |
| 23 | A.    Okay. | 09:31:54 |
| 24 | Q.    If any question that I ask is | 09:31:55 |
| 25 | unclear, please let me know.  If you don't | 09:31:57 |

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 8

| | | |
|---|---|---|
| 1 | ask me to rephrase a question, I'll assume | 09:31:59 |
| 2 | that you understand the question. | 09:32:02 |
| 3 | Is that fair? | 09:32:03 |
| 4 | A.    Yes. | 09:32:04 |
| 5 | Q.    Because this is a remote | 09:32:04 |
| 6 | deposition, I have a few other questions | 09:32:08 |
| 7 | for you.  Can you confirm that no one else | 09:32:10 |
| 8 | is in the room with you? | 09:32:14 |
| 9 | A.    I can confirm that.  I am by | 09:32:15 |
| 10 | myself; no one else is in the room. | 09:32:18 |
| 11 | Q.    Thank you.  Could you also | 09:32:20 |
| 12 | confirm that you won't communicate with | 09:32:25 |
| 13 | anyone by calling, emailing, text message, | 09:32:29 |
| 14 | or any other means while we're on the | 09:32:32 |
| 15 | Record? | 09:32:34 |
| 16 | A.    Yes. | 09:32:34 |
| 17 | Q.    Thank you. | 09:32:35 |
| 18 | And you don't have any other | 09:32:35 |
| 19 | windows or programs open on your computer? | 09:32:37 |
| 20 | A.    No.  Let me close this -- I had | 09:32:40 |
| 21 | my email open.  No. | 09:32:45 |
| 22 | Q.    So everything is closed now? | 09:32:48 |
| 23 | A.    Yes. | 09:32:49 |
| 24 | Q.    Thank you. | 09:32:51 |
| 25 | Is there any reason that you | 09:32:54 |

James Norris                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

                                              Page 9

```
 1   can't fully and accurately answer questions   09:32:56
 2   today?                                         09:32:58
 3        A.    No.                                 09:32:58
 4        Q.    No medications or anything like     09:33:01
 5   that?                                          09:33:03
 6        A.    No medications.                     09:33:03
 7        Q.    I'm going to use a few specific     09:33:06
 8   terms during today's deposition, and I want   09:33:11
 9   to talk about those.  If I use the term        09:33:13
10   growers, producers, or farmers, can we have   09:33:15
11   the same understanding that I'm talking        09:33:18
12   about individuals who produce poultry for      09:33:20
13   Perdue?                                        09:33:25
14        A.    Yes.  That's fine.                  09:33:26
15        Q.    Do you use any other terms to       09:33:27
16   refer to those individuals?                    09:33:29
17        A.    No.  Usually just farmer.           09:33:31
18        Q.    Are you familiar with the farm      09:33:41
19   Hazel Lee?                                     09:33:45
20        A.    Yes, I am.                          09:33:46
21        Q.    And that farm is in                 09:33:47
22   Milledgeville, Georgia?                        09:33:50
23        A.    Yeah.  I think that's the           09:33:50
24   address.  It's been about eight years, but     09:33:52
25   I think it is a Milledgeville address.         09:33:56
```

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 10

| | | |
|---|---|---|
| 1 | Q.    I understand that Mr. Parker was | 09:33:58 |
| 2 | also affiliated with a farm in Hillsboro, | 09:34:00 |
| 3 | Georgia. | 09:34:04 |
| 4 | A.    Yes, he was -- or is.  I don't | 09:34:04 |
| 5 | know if he still is. | 09:34:11 |
| 6 | Q.    But to your knowledge, he was | 09:34:12 |
| 7 | affiliated with another farm in Hillsboro? | 09:34:13 |
| 8 | A.    Yes. | 09:34:16 |
| 9 | Q.    Did you oversee both farms? | 09:34:16 |
| 10 | A.    Not at the same time, I don't | 09:34:20 |
| 11 | think I did. | 09:34:26 |
| 12 | Q.    When did you oversee the farm in | 09:34:27 |
| 13 | Hillsboro? | 09:34:30 |
| 14 | A.    I think about 2020. | 09:34:30 |
| 15 | Q.    And how did you refer to that | 09:34:38 |
| 16 | farm? | 09:34:40 |
| 17 | A.    The one in Hillsboro?  I think | 09:34:41 |
| 18 | it's -- I think it's called Parker's | 09:34:46 |
| 19 | Poultry. | 09:34:54 |
| 20 | Q.    But to confirm, Hazel Lee was the | 09:34:54 |
| 21 | farm in Milledgeville and Parker's Poultry | 09:34:59 |
| 22 | was the farm in Hillsboro? | 09:35:04 |
| 23 | A.    Yes. | 09:35:07 |
| 24 | Q.    So when I refer to Hazel Lee, I'm | 09:35:08 |
| 25 | talking about the farm in Milledgeville. | 09:35:16 |

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 11

```
 1        A.    Okay.                             09:35:18

 2        Q.    What did you do to prepare for    09:35:19

 3    today's deposition?                         09:35:20

 4        A.    Just talked to counsel yesterday  09:35:21

 5    to tell me what to expect, as far as how    09:35:23

 6    the video would be set up and there would   09:35:25

 7    be a court reporter.                        09:35:27

 8             MS. WOOTEN:  And let me -- Mr.     09:35:28

 9    Norris, just so you know, I'd ask that you  09:35:31

10    don't disclose any of our conversations or  09:35:34

11    communications.  But you can respond        09:35:36

12    generally to Ms. Snow's questions.          09:35:39

13             THE WITNESS:  Okay.                09:35:42

14             MS. WOOTEN:  Apologies for         09:35:46

15    interrupting, but wanted to just make sure  09:35:48

16    that was clear.                             09:35:49

17        A.    Okay.                             09:35:50

18        Q.    Yes.  Mr. Norris, I'm not         09:35:50

19    interested in any of your conversations     09:35:51

20    with your attorney.                         09:35:51

21             How long did you spend preparing?  09:35:53

22        A.    I don't know.  An hour or so.  I  09:35:55

23    didn't -- I didn't time it or anything.     09:36:00

24        Q.    About an hour?                    09:36:03

25        A.    Yeah.  Maybe an hour, little over 09:36:04
```

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 12

| 1  | an hour. | 09:36:07 |
| 2  | Q.    Did you review any documents? | 09:36:08 |
| 3  | A.    I saw some on screen, some | 09:36:09 |
| 4  | service reports, a few documents. | 09:36:19 |
| 5  | Q.    Service reports, can you tell me, | 09:36:23 |
| 6  | what do you mean by that? | 09:36:26 |
| 7  | A.    It's just a visitation form where | 09:36:27 |
| 8  | you visit the farm. | 09:36:31 |
| 9  | Q.    Flock visitation reports? | 09:36:32 |
| 10 | A.    Yeah. | 09:36:34 |
| 11 | Q.    Did you review any other | 09:36:35 |
| 12 | documents? | 09:36:37 |
| 13 | A.    I think it was just visitation | 09:36:38 |
| 14 | reports. | 09:36:45 |
| 15 | Q.    Just those? | 09:36:46 |
| 16 | A.    Yes. | 09:36:49 |
| 17 | Q.    I'm going to start now with some | 09:36:49 |
| 18 | background questions about your work for | 09:36:59 |
| 19 | Perdue.  So you started working for Perdue | 09:37:01 |
| 20 | in 2006; is that right? | 09:37:03 |
| 21 | A.    Yes. | 09:37:04 |
| 22 | Q.    Around the fall of that year? | 09:37:05 |
| 23 | A.    Yes. | 09:37:09 |
| 24 | Q.    And did you have any experience | 09:37:11 |
| 25 | in poultry production before you started | 09:37:14 |

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 13

| | | |
|---|---|---|
| 1 | working at Perdue? | 09:37:16 |
| 2 | A.    No. | 09:37:17 |
| 3 | Q.    And what was your role when you | 09:37:18 |
| 4 | started with Perdue? | 09:37:25 |
| 5 | A.    A flock -- Same role, flock | 09:37:26 |
| 6 | advisor. | 09:37:31 |
| 7 | Q.    And you said same role, is that | 09:37:32 |
| 8 | the role you have now? | 09:37:34 |
| 9 | A.    Yes.  Current.  Same thing. | 09:37:35 |
| 10 | Q.    And so you're currently employed | 09:37:36 |
| 11 | with Perdue? | 09:37:39 |
| 12 | A.    Yes. | 09:37:39 |
| 13 | Q.    I'm mostly going to be asking | 09:37:40 |
| 14 | questions today about the 2012 to 2019 time | 09:37:50 |
| 15 | period.  So you held the role of flock | 09:37:53 |
| 16 | advisor during that time period, you've | 09:37:55 |
| 17 | held the same role? | 09:37:57 |
| 18 | A.    Yes. | 09:37:58 |
| 19 | Q.    And can you tell me about that | 09:37:58 |
| 20 | role, what kind of responsibilities do you | 09:38:00 |
| 21 | have? | 09:38:03 |
| 22 | A.    It's -- Basically it's letting | 09:38:03 |
| 23 | the farmer know placement schedules, catch | 09:38:09 |
| 24 | schedules, and ordering feed, and just | 09:38:14 |
| 25 | checking on the health of the birds and | 09:38:18 |

James Norris                                        April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 14

```
 1    welfare of the birds.                        09:38:20
 2         Q.    So the health and welfare of the  09:38:22
 3    birds, can you tell me about that?  What     09:38:28
 4    does that involve?                           09:38:30
 5         A.    It's a lot.  It's just -- Plain   09:38:30
 6    and simple, it's the health and welfare of   09:38:40
 7    the birds.  It's just checking on the birds  09:38:43
 8    daily or weekly, in my case, just to ensure  09:38:45
 9    that they're, you know -- the welfare is      09:38:50
10    good.                                        09:38:56
11         Q.    So is part of your job making      09:38:57
12    sure that disease didn't spread among         09:39:00
13    farms?                                        09:39:02
14         A.    Yes.  We have a lot of             09:39:03
15    biosecurity, you know, processes that we go   09:39:08
16    through, steps that we go through.            09:39:11
17         Q.    And how are those steps            09:39:15
18    communicated to -- Sorry.  Let me back up.    09:39:21
19         Are those biosecurity processes         09:39:24
20    and steps communicated to farmers?            09:39:26
21         A.    Yes.  It's a -- It's just a --     09:39:32
22    It's kind of in the background.  You know,    09:39:35
23    it's an ongoing biosecurity.  It's just       09:39:36
24    things that I have to do to ensure the        09:39:41
25    security of the, you know, birds.             09:39:45
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 15

| | | |
|---|---|---|
| 1 | Q.    You said things that you have to | 09:39:50 |
| 2 | do.  Is there anything that farmers have to | 09:39:52 |
| 3 | do related to biosecurity? | 09:39:56 |
| 4 | A.    Yes.  They're aware of | 09:40:02 |
| 5 | biosecurities.  And we have to show them -- | 09:40:03 |
| 6 | Before they ever grow birds, they're | 09:40:06 |
| 7 | trained on it, before they ever place birds | 09:40:09 |
| 8 | on a farm. | 09:40:11 |
| 9 | Q.    They're trained on biosecurity? | 09:40:12 |
| 10 | A.    Yes.  They're shown a video about | 09:40:15 |
| 11 | biosecurity and . . . | 09:40:19 |
| 12 | Q.    Do you show them that video? | 09:40:26 |
| 13 | A.    If they're -- It would depend. | 09:40:30 |
| 14 | We used to do it in a group setting, we | 09:40:35 |
| 15 | would show all the farmers at meetings. | 09:40:38 |
| 16 | But now we do it on the farm, individually, | 09:40:42 |
| 17 | the flock advisor with the farmer. | 09:40:45 |
| 18 | Q.    So the flock advisor shows the | 09:40:46 |
| 19 | biosecurity videos to the farmers? | 09:40:49 |
| 20 | A.    Right.  Correct. | 09:40:52 |
| 21 | Q.    And that's part of the training | 09:40:54 |
| 22 | on biosecurity? | 09:40:55 |
| 23 | A.    Yes. | 09:40:56 |
| 24 | Q.    Is there any other part of the | 09:40:57 |
| 25 | training, other than the video? | 09:40:59 |

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 16

| | | |
|---|---|---|
| 1 | A.    No. | 09:41:06 |
| 2 | Q.    It's just a video? | 09:41:07 |
| 3 | A.    Yeah, just a video.  And then | 09:41:08 |
| 4 | conversations about -- about the -- about | 09:41:10 |
| 5 | the farm; you know, if there's anything I | 09:41:17 |
| 6 | saw on the visit that was out of place, I | 09:41:20 |
| 7 | would point that out.  But it's mainly just | 09:41:24 |
| 8 | a video. | 09:41:26 |
| 9 | Q.    And did you show that video to | 09:41:27 |
| 10 | Hazel Lee? | 09:41:32 |
| 11 | A.    I'm not sure.  He might have been | 09:41:38 |
| 12 | at the training with another flock advisor. | 09:41:40 |
| 13 | I mean, I show it to farms that are on my | 09:41:42 |
| 14 | route, but if the route changes, I may or | 09:41:45 |
| 15 | may not have shown it to him.  I don't -- I | 09:41:48 |
| 16 | don't remember. | 09:42:01 |
| 17 | (Plaintiff's Exhibit | 09:42:01 |
| 18 | 36 was marked for | 09:42:01 |
| 19 | identification.) | 09:42:01 |
| 20 | Q.    I am going to briefly share my | 09:42:01 |
| 21 | screen, if you'll give me one moment. | 09:42:03 |
| 22 | Mr. Norris, can you see what's on | 09:42:31 |
| 23 | my screen? | 09:42:32 |
| 24 | A.    Yes. | 09:42:33 |
| 25 | Q.    I am showing you what I am | 09:42:34 |

James Norris                                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 17

```
 1    marking as Plaintiff's Exhibit 36.  This      09:42:35
 2    document is marked with Perdue -- the Bates   09:42:37
 3    stamp is Perdue 006457.  And Mr. Norris,      09:42:43
 4    you may hear me refer today to Bates          09:42:53
 5    stamps, those are numbers that are added      09:42:58
 6    during the litigation process to help us      09:43:00
 7    identify documents.  It's this number right   09:43:00
 8    here (indicating) at the bottom of the        09:43:02
 9    document.                                     09:43:03
10            Have you seen this document           09:43:04
11    before?                                       09:43:05
12        A.    I -- Yes, I have.  That would       09:43:05
13    have been in 2018, but, yes.                  09:43:07
14        Q.    And what is this document?          09:43:14
15        A.    It's a visitation report for --     09:43:15
16    Looks like a visitation report for Hazel      09:43:17
17    Lee, the first week.                          09:43:20
18        Q.    And you mentioned the date, it's    09:43:22
19    April 16, 2018?                               09:43:24
20        A.    Yes.                                09:43:28
21        Q.    And at the bottom of the            09:43:29
22    document, there's a place for a flock         09:43:34
23    advisor signature, and that's your            09:43:37
24    signature?                                    09:43:39
25        A.    Yes.                                09:43:39
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 18

| | | |
|---|---|---|
| 1 | Q.    And the first row at the top of | 09:43:40 |
| 2 | this document is a section called | 09:43:45 |
| 3 | biosecurity. | 09:43:51 |
| 4 | Do you see that? | 09:43:52 |
| 5 | A.    Yes. | 09:43:53 |
| 6 | Q.    There's a section here for | 09:43:54 |
| 7 | comments/recommendations.  And the first | 09:43:55 |
| 8 | comment here says:  Did biosecurity/poultry | 09:43:58 |
| 9 | welfare training with farm help today. | 09:44:03 |
| 10 | Do you see that? | 09:44:06 |
| 11 | A.    Yes. | 09:44:07 |
| 12 | Q.    Does this refresh your | 09:44:07 |
| 13 | recollection as to whether you might have | 09:44:09 |
| 14 | administered biosecurity training to Hazel | 09:44:12 |
| 15 | Lee? | 09:44:14 |
| 16 | A.    By Hazel Lee, do you mean Dale | 09:44:14 |
| 17 | Parker? | 09:44:17 |
| 18 | Q.    I mean the individuals who worked | 09:44:18 |
| 19 | at Hazel Lee. | 09:44:21 |
| 20 | A.    Yes.  Well, it says with farm | 09:44:22 |
| 21 | help.  So he could have had a new helper on | 09:44:25 |
| 22 | the farm that was going to be working | 09:44:30 |
| 23 | there, and that might have been who I | 09:44:32 |
| 24 | trained there.  It says farm help; it | 09:44:40 |
| 25 | doesn't say farmer or owner, so that would | 09:44:43 |

James Norris                                        April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 19

```
 1    be me guessing that it's farm help.           09:44:45
 2        Q.    So you're clarifying that this       09:44:47
 3    may not have meant you administered            09:44:49
 4    training to Dale Parker personally, but        09:44:51
 5    that you administered it to the individuals    09:44:54
 6    on his farm?                                   09:44:55
 7        A.    Right.                               09:44:57
 8        Q.    Okay.  I'm going to stop sharing     09:44:57
 9    my screen.                                     09:45:03
10            And why did -- What was your           09:45:04
11    understanding of the purpose of that           09:45:07
12    training?                                      09:45:08
13        A.    Well, we do biosecurity with all     09:45:09
14    farms before they ever place birds.  So        09:45:15
15    it's just so that they're aware of the         09:45:18
16    biosecurity that's needed for the birds, as    09:45:25
17    far as the farm and the farmer is              09:45:29
18    concerned, and Perdue.                         09:45:32
19        Q.    You said you do the training         09:45:33
20    before you ever place birds.  Is it a          09:45:34
21    requirement to have birds -- to do the         09:45:37
22    training before you have birds placed?         09:45:40
23            MS. WOOTEN:  Object to form.  You      09:45:42
24    can answer.                                    09:45:44
25        A.    Well, it's done once a year.  And    09:45:44
```

James Norris                                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 20

| | | |
|---|---|---|
| 1 | it's done -- It's not done every flock, | 09:45:46 |
| 2 | every time they place birds.  It's just | 09:45:49 |
| 3 | done once -- It's done once at the | 09:45:51 |
| 4 | beginning of when they place birds | 09:45:54 |
| 5 | originally on the farm, and then yearly | 09:45:56 |
| 6 | it's reviewed once a year.  It's a little | 09:45:58 |
| 7 | ten-minute video.  It's not a -- You know, | 09:46:01 |
| 8 | it's not done every flock; it's done once a | 09:46:08 |
| 9 | year. | 09:46:13 |
| 10 |     Q.    Well, is it done the first time a | 09:46:13 |
| 11 | flock is -- Let's say -- Let me back up. | 09:46:17 |
| 12 |         The first time a Perdue flock is | 09:46:21 |
| 13 | placed on a farm, is the training shown to | 09:46:26 |
| 14 | the farmer? | 09:46:31 |
| 15 |     A.    Yes. | 09:46:32 |
| 16 |     Q.    So it's a requirement for the | 09:46:32 |
| 17 | first flock? | 09:46:35 |
| 18 |     A.    Yes.  Before birds are placed, | 09:46:36 |
| 19 | they're trained in biosecurity. | 09:46:40 |
| 20 |     Q.    And I'm sorry I interrupted you. | 09:46:41 |
| 21 |         If a farmer wants to have Perdue | 09:46:44 |
| 22 | birds placed on his firm, he has to do the | 09:46:48 |
| 23 | biosecurity training? | 09:46:50 |
| 24 |     A.    Yes. | 09:46:51 |
| 25 |     Q.    So Hazel Lee had to do the | 09:46:53 |

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

                                                  Page 21

```
 1    biosecurity training to have birds placed    09:47:02
 2    at Hazel Lee?                                 09:47:05
 3          A.    Yes.  Yes.                        09:47:06
 4          Q.    I want to return now to some      09:47:07
 5    questions about your role as a flock         09:47:15
 6    advisor.                                      09:47:17
 7                Was part of your job ensuring     09:47:18
 8    that animals were taken care of?             09:47:20
 9          A.    By animals, you mean Perdue       09:47:22
10    animals, the birds, the chickens, yes.      09:47:29
11          Q.    And how did you accomplish that   09:47:32
12    part of your job?                            09:47:33
13          A.    It's a combination of just       09:47:34
14    visiting the farm once a week and looking   09:47:41
15    at the birds.                                09:47:45
16          Q.    You mentioned visiting the farms  09:47:46
17    once a week, was that your typical schedule  09:47:54
18    for visiting farms?                          09:47:57
19          A.    Yes.                              09:47:58
20          Q.    And was part of your job ensuring 09:47:59
21    that all of Perdue's policies were being    09:48:10
22    followed?                                     09:48:12
23                MS. WOOTEN:  Object to form.  You 09:48:15
24    can answer.                                   09:48:17
25          A.    No.  Not all policies.  I mean, I 09:48:17
```

James Norris                                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 22

```
 1      -- I don't deal with everything throughout    09:48:20
 2      the company, just basically the               09:48:23
 3      bird-related stuff.                           09:48:28
 4          Q.    And what were the bird-related      09:48:29
 5      policies that you were responsible for?       09:48:31
 6          A.    Just the general welfare of the     09:48:32
 7      birds -- The biosecurity of the birds and     09:48:36
 8      the bird comfort or bird welfare.             09:48:38
 9          Q.    And did Perdue have policies         09:48:41
10      related to bird comfort and bird welfare?     09:48:53
11          A.    Yes.                                 09:48:56
12          Q.    What were some of those policies?    09:48:59
13          A.    There's a lot.  I mean, there's      09:49:01
14      -- I don't know where you want to start.      09:49:07
15      But it's -- It's just a -- It's mainly just   09:49:09
16      -- A lot of it is just the temperature in     09:49:20
17      the house, the -- and that affects the bird   09:49:22
18      comfort, either being too warm or too cool.   09:49:26
19          Q.    So the temperature requirements      09:49:30
20      might be one example?                         09:49:33
21          A.    Yes.                                 09:49:34
22          Q.    What about lighting?                 09:49:36
23          A.    Yes.                                 09:49:38
24          Q.    And did you train farmers on the     09:49:53
25      temperature and the lighting policies?        09:49:57
```

James Norris                                         April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 23

```
 1        A.    Well, it's not really training --   09:50:00
 2              MS. WOOTEN:   Sorry.  I just         09:50:04
 3    sometimes I have to put an objection on the   09:50:06
 4    Record.  I don't mean to interrupt you to     09:50:08
 5    stop the flow, but I just want to note the    09:50:10
 6    objection.  You can answer.  Sorry for        09:50:12
 7    interrupting.                                 09:50:14
 8        A.    It's not really training, it's      09:50:15
 9    just a light schedule or a temperature        09:50:19
10    chart or a water pressure guideline.          09:50:27
11        Q.    So you mentioned a light            09:50:31
12    schedule, a temperature chart, a water        09:50:36
13    pressure guideline, were those written        09:50:38
14    down?                                         09:50:41
15        A.    Yes.                                09:50:41
16        Q.    And how did you give those to the   09:50:42
17    farmers?                                      09:50:48
18        A.    They are written down or they're    09:50:49
19    posted -- printed and posted on the wall at   09:50:53
20    the chicken house.                            09:50:58
21        Q.    And do you have --                  09:51:00
22        A.    And there's a book -- There's       09:51:01
23    also a book, with all the papers in it        09:51:03
24    also, like a little binder, little            09:51:06
25    three-ring notebook.                          09:51:12
```

James Norris                                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 24

1      Q.    And that book was given to          09:51:13
2   farmers?                                      09:51:15
3      A.    Yes.   There's one at each farm.     09:51:16
4      Q.    And were those guidelines posted     09:51:18
5   at Hazel Lee?                                 09:51:24
6      A.    Yes.                                 09:51:24
7      Q.    And was that book given to Mr.       09:51:25
8   Parker?                                       09:51:33
9      A.    It should be in the control room     09:51:33
10  at house number 1 at the farm.  That's        09:51:34
11  generally where it's at at each farm, is it   09:51:38
12  at house number 1.                            09:51:41
13     Q.    And did you expect the farmers to    09:51:43
14  comply with all these guidelines?             09:51:46
15          MS. WOOTEN:  Object to form.  You     09:51:49
16  can answer.                                   09:51:50
17     A.    Yeah.  That's sort of the -- The     09:51:50
18  goal is to grow a good chicken and here are   09:51:58
19  some pointers on how to do that.  So it's     09:52:02
20  sort of a roadmap to -- to keep the birds     09:52:05
21  comfortable and keep them alive and keep      09:52:10
22  them, you know, secure.                       09:52:12
23     Q.    So you did expect the farmers to     09:52:13
24  comply with them?                             09:52:18
25     A.    Yes.                                 09:52:18

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 25

1      Q.    And that included Mr. Parker?        09:52:19

2      A.    Yes.                                 09:52:22

3      Q.    Was part of your job ensuring        09:52:30

4    that farmers followed all applicable laws?   09:52:32

5           MS. WOOTEN:   Object to form.  You    09:52:35

6    can answer.                                  09:52:37

7      A.    Laws?  I -- You mean traffic         09:52:37

8    laws?  There's a lot of laws, so what laws   09:52:44

9    specifically?                                09:52:47

10     Q.    Laws that pertain -- that might      09:52:48

11   pertain to this industry.                    09:52:52

12     A.    I mean, I don't -- I don't know      09:52:54

13   of any laws, specifically, that I was        09:52:58

14   trying to enforce a law.                     09:53:01

15     Q.    And if you're unsure, that's         09:53:13

16   okay.                                        09:53:16

17     A.    Yeah.                                09:53:16

18     Q.    Was part of your job ensuring        09:53:17

19   that farmers produce a successful flock for  09:53:19

20   Perdue?                                       09:53:22

21     A.    To do the -- To provide -- To        09:53:23

22   grow the bird until it was able to be        09:53:28

23   caught and brought to market, yes.           09:53:31

24     Q.    And how did you do that?             09:53:33

25     A.    It's mainly, the farmer is doing     09:53:37

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 26

1    the doing.  I'm just checking on the bird      09:53:45
2    health or they would communicate with me      09:53:48
3    any questions or concerns they had about --    09:53:50
4    about the chickens.                            09:53:53
5        Q.    What were your qualifications for    09:53:55
6    -- What are your qualifications for your       09:54:05
7    role as flock advisor?                         09:54:08
8        A.    Just the Perdue training is --       09:54:09
9    You know, it's kind of on-the-job training.    09:54:15
10   I don't have a degree or a -- a poultry        09:54:19
11   science degree or an animal science degree.    09:54:22
12       Q.    And you mentioned you didn't have    09:54:25
13   prior experience in poultry production?        09:54:27
14       A.    No.  But a lot of it is just --      09:54:29
15   is scheduling and communicating the            09:54:33
16   placement times or catch times.  So a lot      09:54:36
17   of it is just communicating those -- that      09:54:38
18   information to the farm.                        09:54:41
19       Q.    And you've used those terms          09:54:44
20   before, placement and catch.  Can you tell     09:54:46
21   me what those mean?                            09:54:48
22       A.    Placement is just generally just     09:54:50
23   a day that the baby birds arrive on the        09:54:53
24   farm for that flock.                           09:54:58
25       Q.    And what about catch?               09:54:59

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 27

```
 1        A.    Well, catch is just a day that     09:55:00
 2    they catch them to harvest them.  And        09:55:03
 3    that's known as a flock, from placement to   09:55:08
 4    catch, that would -- it's what we call an    09:55:11
 5    entire flock.                                09:55:14
 6        Q.    Have your responsibilities as a    09:55:16
 7    flock advisor changed over time?             09:55:25
 8        A.    I mean, everything changes, so     09:55:27
 9    yes.                                         09:55:32
10        Q.    How have they changed?             09:55:33
11        A.    We'll have different farms,        09:55:35
12    different farmers, different equipment,      09:55:41
13    different -- different controllers,          09:55:47
14    different -- you know, that's -- So the      09:55:49
15    equipment changes, it's constantly          09:55:52
16    changing; the equipment is different.        09:55:54
17        Q.    And that's because different       09:56:00
18    farms have different equipment?              09:56:02
19        A.    Yes.  Different farms have         09:56:03
20    different equipment.  And sometimes each     09:56:05
21    house on individual farms have different     09:56:15
22    equipment.  You can have six houses and      09:56:17
23    they all have something different in each    09:56:20
24    house.                                       09:56:23
25        Q.    So the primary way your role has   09:56:23
```

Page 28

```
 1    changed is by serving different farms?        09:56:25
 2        A.    Yeah.   Different farms, different  09:56:27
 3    farmers, different locations.  I mean, I      09:56:29
 4    have different routes, so I may have went     09:56:32
 5    to Milledgeville or I may be going to         09:56:34
 6    Montezuma or Barnesville.  So it changes      09:56:37
 7    because we change routes, so we see           09:56:41
 8    different farms and different farmers.        09:56:43
 9        Q.    Have your general                   09:56:45
10    responsibilities stayed the same?            09:56:47
11        A.    Yes.  It's just more -- just more   09:56:48
12    of it.  Just more -- you know, more farms.    09:56:54
13        Q.    And in your role as flock           09:57:10
14    advisor, are you responsible for a certain   09:57:12
15    region?                                       09:57:14
16        A.    Yeah.  Well, we call it a route,    09:57:14
17    but it's -- Yes.  I have a certain number     09:57:16
18    of farms, but they could be in different     09:57:18
19    ZIP codes, you know.                          09:57:21
20        Q.    And what route are you              09:57:22
21    responsible for right now?                    09:57:24
22        A.    Well, we don't really have a name   09:57:27
23    or a number for it.  But I just have a -- I   09:57:29
24    currently have a route of about twelve        09:57:33
25    farms that I visit.                           09:57:36
```

James Norris                                        April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 29

1        Q.    In that 2012 to 2019 time frame,    09:57:38
2     Hazel Lee was on your route?                   09:57:45
3        A.    Yes.                                   09:57:48
4        Q.    And if a farm is on your route,       09:57:48
5     it means that you are responsible for it?      09:57:55
6        A.    Well, it means that I -- Yes.          09:57:57
7     They call me if they have questions or         09:57:59
8     needs or concerns, or wanting to know          09:58:01
9     placement times or catch times.                09:58:04
10       Q.    Were there twelve farms on your       09:58:06
11    route in that time frame?                      09:58:12
12       A.    Probably at least twelve.             09:58:14
13       Q.    Did you spend more time at            09:58:16
14    certain farms, over others?                    09:58:18
15       A.    Yes.                                   09:58:21
16       Q.    Was Hazel Lee one of those farms?     09:58:23
17       A.    It was further away from -- you       09:58:27
18    know, as far as the route goes,                09:58:35
19    distance-wise, so I think it was the           09:58:38
20    furthest away from -- so I spent a lot of      09:58:39
21    time driving over there.                       09:58:43
22       Q.    So you didn't spend as much time      09:58:44
23    at Hazel Lee because it was further away?      09:58:52
24       A.    I don't really know, more or          09:58:54
25    less.  Just try to be there at least once a    09:58:59

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 30

```
 1   week to check on things.                    09:59:01
 2        Q.    And does your route change?       09:59:02
 3        A.    Well, yeah.  I don't have the     09:59:11
 4   same route now.  I mean, this is 20- -- Is   09:59:13
 5   that what you're asking?                     09:59:17
 6        Q.    Maybe that was a confusing        09:59:19
 7   question.                                    09:59:20
 8             You mentioned that your route      09:59:21
 9   consists of certain farms.  How did the     09:59:22
10   farms on your route change?  Is that a      09:59:26
11   determination by Perdue?  Who makes that    09:59:28
12   decision?                                    09:59:30
13        A.    It would usually change if we had 09:59:30
14   a personnel change, if we had a new hire or 09:59:32
15   if someone retired or left, then we would   09:59:37
16   take that route and divide it up.  We had a 09:59:41
17   person that retired, so when she retired,   09:59:44
18   we took that route, and we got an           09:59:48
19   additional farm or two.  Or if they hired   09:59:51
20   someone else, they may change a route.      09:59:53
21        Q.    Who did you report to in that     09:59:56
22   2012 to 2019 time frame?                     10:00:04
23        A.    I think it depends on -- 2012,    10:00:06
24   probably Dan Roberts.  But then also,        10:00:12
25   later, would have been Kathryn.  I'm not     10:00:17
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 31

1    sure when Kathryn Mizell started with        10:00:19
2    Perdue.                                       10:00:26
3         Q.    Anyone else?                       10:00:27
4         A.    That's who I directly report to.   10:00:28
5         Q.    And what were their roles?         10:00:32
6         A.    They're an area supervisor.        10:00:36
7         Q.    Did anyone report to you?          10:00:40
8         A.    No.  I have no -- nobody that      10:00:45
9    reports to me.                                10:00:49
10        Q.    You said they were your direct     10:00:49
11   reports, would -- did you report to anyone    10:00:52
12   else indirectly?                              10:00:57
13        A.    Maybe above that, you may have     10:00:58
14   some -- you know, my communication -- by      10:01:03
15   reports, you mean emails or telephone         10:01:07
16   calls.  So, yes, there's other people I       10:01:10
17   communicate with, but not on a regular        10:01:12
18   basis.  I mean, maybe, I might go weeks       10:01:15
19   without talking to the grow-out manager or    10:01:20
20   the -- anyone above -- above Dan or           10:01:23
21   Kathryn.                                      10:01:29
22        Q.    You mentioned that you visited     10:01:30
23   the farms on your route at least once a       10:01:38
24   week; right?                                  10:01:40
25        A.    Well, generally, a week and        10:01:41

James Norris                              April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 32

```
 1    sometimes it may -- you may -- it may be      10:01:45
 2    two weeks before you get back over there.     10:01:48
 3         Q.    And you documented your visits to  10:01:50
 4    the farms?                                     10:01:53
 5         A.    Yes.                                10:01:54
 6         Q.    And earlier we looked at a flock    10:01:54
 7    visitation report.                             10:01:59
 8         A.    (Witness nods head in the           10:02:00
 9    affirmative.)                                  10:02:03
10         Q.    Just a reminder, can you give it    10:02:03
11    out loud for me?                               10:02:08
12         A.    Yes.                                10:02:09
13         Q.    Thank you.                          10:02:10
14               So that's one kind of              10:02:10
15    documentation you would use for your          10:02:12
16    visits?                                        10:02:14
17         A.    Yes.                                10:02:14
18         Q.    What was the purpose of those      10:02:15
19    reports?                                       10:02:17
20         A.    Well, just the -- To be sure that  10:02:17
21    I was there, someone was looking at the       10:02:22
22    chickens.  Just to check on the status of     10:02:24
23    how they were doing.                           10:02:27
24         Q.    You said to make sure someone was  10:02:28
25    looking at the chickens, so Perdue likes      10:02:33
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 33

1    somebody to --                              10:02:36
2       A.    Yeah.   A Perdue representative,   10:02:37
3    yes.                                        10:02:39
4             MS. WOOTEN:   I just note an       10:02:40
5    objection to form.  Mr. Norris, just a      10:02:41
6    reminder to allow counsel to finish her     10:02:44
7    question before responding so everything is 10:02:49
8    clear on the Record.                        10:02:51
9             THE WITNESS:   Okay.               10:02:52
10      Q.    I think you answered my question,  10:02:53
11   but just to be sure:  Perdue liked having a 10:02:54
12   representative keep an eye on the chickens  10:02:57
13   and the reports made sure of that?          10:03:00
14            MS. WOOTEN:   Same objection.  You 10:03:03
15   can answer.                                 10:03:04
16      A.    Yes.                               10:03:04
17      Q.    Did the report serve any other     10:03:05
18   purpose?                                    10:03:09
19      A.    Yeah.  You make notes on there if  10:03:09
20   there was things that were -- needed to be  10:03:14
21   changed or, you know, corrected.            10:03:17
22      Q.    And if you made a note about       10:03:24
23   something that needed to be changed or      10:03:25
24   corrected, did you expect the farmer to     10:03:27
25   change or correct that thing?               10:03:30

James Norris                                        April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 34

| | | |
|---|---|---|
| 1 | A.    Yes. | 10:03:32 |
| 2 | Q.    What did you do with the reports | 10:03:33 |
| 3 | when they were complete? | 10:03:39 |
| 4 | A.    Give a copy to the farm or the | 10:03:41 |
| 5 | farmer. | 10:03:45 |
| 6 | Q.    Did you give a copy to your | 10:03:45 |
| 7 | supervisor? | 10:03:48 |
| 8 | A.    Well, yes, weekly or monthly, you | 10:03:49 |
| 9 | would turn them in, you know. | 10:03:54 |
| 10 | Q.    Any other documentation you | 10:04:00 |
| 11 | created when you visited farms? | 10:04:03 |
| 12 | A.    No. | 10:04:05 |
| 13 | Q.    What about farm visitor logs? | 10:04:07 |
| 14 | A.    Well, that's really just for | 10:04:12 |
| 15 | biosecurity.  But it's a log that I sign | 10:04:15 |
| 16 | into when I visit a farm. | 10:04:20 |
| 17 | Q.    So the purpose was for | 10:04:23 |
| 18 | biosecurity? | 10:04:25 |
| 19 | A.    Yes. | 10:04:25 |
| 20 | Q.    That's it, no other purpose? | 10:04:26 |
| 21 | A.    No.  That's what it says at the | 10:04:31 |
| 22 | top of the form is a biosecurity form. | 10:04:36 |
| 23 | It's just so we know who's there; if there | 10:04:39 |
| 24 | was an illness or an outbreak of something, | 10:04:42 |
| 25 | we would -- we can look and say who was | 10:04:44 |

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 35

1    here -- who was here previously.              10:04:46

2         Q.    And is that form produced by       10:04:47

3    Perdue?                                        10:04:50

4         A.    Yes.                                10:04:51

5         Q.    And are the farmers required to     10:04:52

6    keep that form on their farms?                 10:04:56

7         A.    It's really just a Perdue form.     10:04:58

8    They don't sign it or sign into the farm       10:05:02

9    when they visit.  It's for Perdue personnel    10:05:05

10   or outside personnel that visit the farm,      10:05:10

11   so they're not a visitor.  It's a visitor      10:05:13

12   log.                                           10:05:17

13        Q.    I understand.                        10:05:17

14              What did you do with those logs?    10:05:21

15        A.    I would sign in at the farm; when   10:05:24

16   I would arrive at the farm, I would sign in    10:05:29

17   to the visitor's log.                          10:05:32

18        Q.    Did you provide a copy to your      10:05:33

19   supervisor or anything like that?             10:05:36

20        A.    We do save those visitor's logs.    10:05:37

21        Q.    We talked about flock visitation    10:05:51

22   sheets and farm visitor logs.  Were these      10:05:55

23   documents about farms maintained in any        10:05:58

24   particular way, perhaps in a grower file?      10:06:01

25        A.    I'm not sure that all flock         10:06:03

James Norris                                April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 36

```
 1    advisors save them.  It's really just for    10:06:06
 2    during the flock that they're -- they're      10:06:11
 3    used.  And say -- You know, so we know who     10:06:13
 4    was there during that flock, during that      10:06:18
 5    grow-out of that particular flock.            10:06:20
 6         Q.    Okay.  I have a few questions now   10:06:23
 7    about some of Perdue's policies.  And we've    10:06:28
 8    talked about some of these already, but I'm    10:06:31
 9    going to ask you about a few others.  And      10:06:32
10    your role as a flock advisor requires you     10:06:35
11    to be familiar with Perdue's policies;        10:06:39
12    right?                                         10:06:42
13         A.    Yes.                                10:06:42
14         Q.    And we talked about biosecurity     10:06:42
15    and animal welfare policies already;          10:06:48
16    correct?                                       10:06:52
17         A.    Yes.                                10:06:52
18         Q.    Did Perdue have any policies        10:06:52
19    about requiring certain farming equipment     10:06:56
20    on farms?                                      10:06:59
21         A.    Just the equipment just to feed    10:07:01
22    -- that pertains to the chickens, yes.        10:07:08
23         Q.    What was that policy?              10:07:17
24         A.    Well, it was just to help them --  10:07:18
25    have equipment to feed and water the birds    10:07:24
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 37

| | | |
|---|---|---|
| 1 | and to keep them comfortable.  I mean, it's | 10:07:26 |
| 2 | farm equipment. | 10:07:28 |
| 3 | Q.    Did Perdue require certain types | 10:07:29 |
| 4 | of farm equipment? | 10:07:31 |
| 5 | MS. WOOTEN:  Object to form.  You | 10:07:32 |
| 6 | can answer. | 10:07:33 |
| 7 | A.    No.  Not -- Not certain brand | 10:07:33 |
| 8 | names or manufacturers, no. | 10:07:38 |
| 9 | Q.    And what about a policy on rodent | 10:07:42 |
| 10 | control, did Perdue have one of those? | 10:07:52 |
| 11 | A.    Yes.  We have to have rodent | 10:07:56 |
| 12 | control on the farms, for biosecurity and | 10:07:59 |
| 13 | for -- for damage to the -- to the farms; | 10:08:02 |
| 14 | there could be electrical damage or rodent | 10:08:06 |
| 15 | -- you know, rodent damage. | 10:08:09 |
| 16 | Q.    What was the purpose of those | 10:08:12 |
| 17 | policies? | 10:08:17 |
| 18 | MS. WOOTEN:  Object to form. | 10:08:18 |
| 19 | A.    The policy is just to have rodent | 10:08:19 |
| 20 | control in place for each farm and for each | 10:08:24 |
| 21 | house on the farm. | 10:08:28 |
| 22 | Q.    Was it for the welfare of the | 10:08:30 |
| 23 | birds? | 10:08:33 |
| 24 | A.    Yes.  So there's biosecurity and | 10:08:34 |
| 25 | -- and for welfare, but mainly biosecurity. | 10:08:38 |

James Norris                                       April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 38

```
 1    You don't want any other animals, including   10:08:46
 2    rodents.                                       10:08:50
 3         Q.    And that policy was provided to     10:08:51
 4    Hazel Lee?                                     10:08:54
 5            MS. WOOTEN:  Object to form.  You      10:08:55
 6    can answer.                                    10:08:56
 7         A.    Yes.                                10:08:56
 8         Q.    And did you expect the farmer --    10:08:57
 9    Mr. Parker or the other individuals at         10:09:02
10    Hazel Lee to comply with it?                   10:09:03
11         A.    Yes.                                10:09:05
12         Q.    What about seasonal guidelines?     10:09:05
13    And by that I mean, did Perdue require its     10:09:15
14    farmers to prepare in a certain way for        10:09:18
15    each season, like winter or summer?            10:09:21
16            MS. WOOTEN:  Object to form.  You      10:09:24
17    can answer.                                    10:09:26
18         A.    Yes.  Yes, we have -- you know, a   10:09:26
19    winter temperature and we have a summer        10:09:29
20    temperature.  Different settings for the       10:09:33
21    summer versus the winter.                      10:09:35
22         Q.    And are those settings written      10:09:37
23    down somewhere?                                10:09:39
24         A.    Yes.  In the control rooms in       10:09:39
25    each house.                                    10:09:44
```

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 39

| | | |
|---|---|---|
| 1 | Q.    And were they in the control | 10:09:45 |
| 2 | rooms at Hazel Lee? | 10:09:46 |
| 3 | A.    Yes. | 10:09:47 |
| 4 | Q.    Were there any other documents | 10:09:48 |
| 5 | used as part of that process? | 10:09:57 |
| 6 | A.    No.  Not that -- Not for | 10:09:59 |
| 7 | temperatures, no. | 10:10:02 |
| 8 | Q.    What about a checklist for | 10:10:03 |
| 9 | winterization or for summer readiness? | 10:10:06 |
| 10 | A.    Yes. | 10:10:15 |
| 11 | Q.    And what did these temperature | 10:10:16 |
| 12 | settings or these readiness checklists, | 10:10:17 |
| 13 | what purpose do they serve? | 10:10:21 |
| 14 | A.    Well, just for -- to keep the | 10:10:23 |
| 15 | birds comfortable, depending on the | 10:10:25 |
| 16 | weather. | 10:10:27 |
| 17 | Q.    So keeping the birds comfortable, | 10:10:27 |
| 18 | that's also an animal welfare policy? | 10:10:29 |
| 19 | A.    Yes. | 10:10:32 |
| 20 | Q.    Do these policy -- Are these | 10:10:33 |
| 21 | policies related to any biosecurity | 10:10:37 |
| 22 | purpose? | 10:10:39 |
| 23 | MS. WOOTEN:  Object to form.  You | 10:10:41 |
| 24 | can answer. | 10:10:42 |
| 25 | A.    Well, it's mainly just a welfare | 10:10:43 |

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 40

1    of the . . .                                    10:10:50

2         Q.    Mainly just animal welfare?         10:10:53

3         A.    Yes.                                 10:10:56

4         Q.    And you expected Hazel Lee to       10:10:56

5    follow the temperature settings and the        10:10:58

6    readiness process?                              10:11:00

7         A.    Yes.                                 10:11:02

8         Q.    What if Hazel Lee or another farm   10:11:03

9    didn't follow that process?                     10:11:11

10        A.    They would not have a good flock;   10:11:12

11   the birds would not perform, they will not     10:11:16

12   gain the weight that they need and the         10:11:21

13   target -- they would be underweight if they    10:11:24

14   didn't have the correct -- you know, if        10:11:27

15   they weren't ready for that weather.           10:11:29

16        Q.    So the birds would be               10:11:34

17   underweight?                                    10:11:36

18        A.    Right.                               10:11:36

19        Q.    Would there be any other            10:11:37

20   consequences?                                   10:11:38

21        A.    Well, of course, if they're         10:11:39

22   underweight, then the farm will not receive    10:11:46

23   as much money because the weight -- they       10:11:48

24   get paid by the pound.                          10:11:50

25        Q.    On that subject, how does Perdue    10:11:54

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 41

1     determine the payment owed to growers?        10:12:09
2         A.    That would be determined in their   10:12:13
3     payment schedules that they sign with         10:12:19
4     Perdue.                                        10:12:21
5         Q.    So farmers sign a payment           10:12:22
6     schedule?                                      10:12:25
7         A.    Yes.                                 10:12:26
8         Q.    Are they able to negotiate their    10:12:29
9     pay?                                           10:12:34
10        A.    I don't know.                        10:12:36
11        Q.    Is that payment schedule            10:12:39
12    dependent on each flock?                       10:12:43
13        A.    The payment schedule is the same    10:12:46
14    per pound, per flock.                          10:12:50
15        Q.    You said it's the same per pound.   10:12:55
16    Can you explain to me how it works based on    10:12:59
17    the weight of the birds?                       10:13:01
18        A.    Yes.  It's the weight of the bird   10:13:06
19    times the payment, and that's how they        10:13:12
20    determine their pay.                           10:13:14
21        Q.    So Perdue determines the payment    10:13:16
22    owed to farmers by calculating the weight     10:13:21
23    of the bird times the payment amount, and     10:13:23
24    that calculation is set forth in the          10:13:29
25    payment schedule?                              10:13:31

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 42

| | | |
|---|---|---|
| 1 | A.    Yes.  It's . . . | 10:13:32 |
| 2 | Q.    Did you have something to add? | 10:13:43 |
| 3 | A.    It's an agreed-to amount that the | 10:13:44 |
| 4 | farmer signs to agree to take birds.  And | 10:13:46 |
| 5 | they receive the X amount of dollars per | 10:13:50 |
| 6 | pound. | 10:13:54 |
| 7 | Q.    Do you know when the farmer signs | 10:13:54 |
| 8 | that schedule? | 10:13:57 |
| 9 | A.    They sign it when they initially | 10:13:58 |
| 10 | grow birds; the very first time they ever | 10:14:02 |
| 11 | place -- before they place birds, they sign | 10:14:05 |
| 12 | a producer -- a producer agreement, and | 10:14:08 |
| 13 | then there's a payment schedule signed | 10:14:11 |
| 14 | then. | 10:14:16 |
| 15 | Q.    So they sign it as part of their | 10:14:16 |
| 16 | poultry producer agreement with Perdue? | 10:14:19 |
| 17 | A.    Yes. | 10:14:21 |
| 18 | Q.    Are you familiar with the term | 10:14:23 |
| 19 | six-flock average? | 10:14:25 |
| 20 | A.    Yes. | 10:14:26 |
| 21 | Q.    What does that refer to? | 10:14:27 |
| 22 | A.    It refers to their six-flock | 10:14:29 |
| 23 | average, is what it is. | 10:14:36 |
| 24 | Q.    Can you put it another way? | 10:14:38 |
| 25 | A.    It's -- It's a six-flock average | 10:14:39 |

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 43

```
 1    of the previous six flocks that they've      10:14:44
 2    grown for Perdue.  So as they grow flocks,    10:14:48
 3    that number changes, as they grow            10:14:54
 4    additional flocks.                           10:15:00
 5          So a person on their very first        10:15:01
 6    flock would have a one-flock average, they   10:15:04
 7    wouldn't have a six-flock average.  And      10:15:06
 8    then the second flock, it's really a         10:15:08
 9    two-flock average.  But it's just an         10:15:12
10    average of the last six flocks, previous     10:15:14
11    six flocks.                                  10:15:17
12       Q.   And does the average refer to the    10:15:18
13    weight of the birds or is it the weight of   10:15:20
14    the birds times the payment amount?          10:15:21
15       A.   It's an average of how they did      10:15:23
16    with the flock or the previous six flocks.   10:15:28
17       Q.   Of how they did, in terms of the     10:15:33
18    weight of the birds?                         10:15:35
19       A.   Yes.  It has the -- Well, it will    10:15:37
20    have the farm weight, the total weight, the  10:15:40
21    average weight per flock.                    10:15:42
22       Q.   Okay.  And would Perdue sometimes    10:15:45
23    use the six-flock average to determine a     10:15:50
24    farmer's compensation?                       10:15:53
25       A.   I think they do, yes.  I don't       10:15:55
```

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 44

```
 1    pay -- I'm not involved with the payment      10:15:59
 2    schedules or the -- or the settlements that   10:16:02
 3    are paid to farmers.  That's above what I     10:16:06
 4    -- what I do.                                 10:16:10
 5        Q.   So you're not involved at all        10:16:11
 6    with farmer compensation?                     10:16:13
 7        A.   No.  I don't -- I don't do the       10:16:16
 8    settlements.                                  10:16:20
 9        Q.   You don't -- I'm sorry.  Go          10:16:20
10    ahead.                                        10:16:23
11        A.   No, I don't do the settlements,      10:16:23
12    the checks, if you want to call it that.      10:16:26
13        Q.   You don't review settlement          10:16:30
14    statements?                                   10:16:32
15        A.   Well, I may -- I may read them so    10:16:32
16    -- if the farmer wants to know how they       10:16:37
17    did.  But I don't produce those or enter      10:16:41
18    numbers into those.                           10:16:45
19        Q.   You might read them at the           10:16:46
20    request of a farmer, for example?             10:16:48
21        A.   Yes.                                 10:16:49
22        Q.   Is that the only way you would be    10:16:55
23    involved in something related to              10:16:57
24    compensation?                                 10:17:00
25        A.   You know, I will see -- I'll see     10:17:01
```

James Norris
Parker, Roger v. Perdue Foods, LLC
April 8, 2025

Page 45

| | | |
|---|---|---|
| 1 | the settlements, you know, for the farms | 10:17:03 |
| 2 | that are on my route, to know how they -- | 10:17:08 |
| 3 | how much they're getting paid for that | 10:17:12 |
| 4 | flock.  And I usually will communicate the | 10:17:14 |
| 5 | dollar amount, because that's usually what | 10:17:17 |
| 6 | they want to know is how much am I getting | 10:17:19 |
| 7 | paid.  And I can -- I can go and look. | 10:17:22 |
| 8 | Once everything is settled, the settlement | 10:17:25 |
| 9 | for that week, I can look at that dollar | 10:17:27 |
| 10 | amount and let them know how much is being | 10:17:30 |
| 11 | deposited into the bank. | 10:17:33 |
| 12 |     Q.    You might review the settlement | 10:17:34 |
| 13 | statements, but you're not involved at all | 10:17:37 |
| 14 | with the numbers that go into them? | 10:17:38 |
| 15 |     A.    No. | 10:17:40 |
| 16 |     Q.    To go back to that six-flock | 10:17:41 |
| 17 | average, when would -- | 10:17:48 |
| 18 |             (Off-the-Record | 10:17:48 |
| 19 |             discussion held.) | 10:18:06 |
| 20 |     Q.    To go back to that six-flock | 10:18:06 |
| 21 | average, when would that be used to | 10:18:08 |
| 22 | determine farmer compensation? | 10:18:10 |
| 23 |     A.    Usually used if there's a -- | 10:18:11 |
| 24 | let's say a disaster, say they lose a house | 10:18:17 |
| 25 | of birds to a storm or something, they'll | 10:18:20 |

James Norris                                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 46

```
 1    pay them the six-flock average, the farm is   10:18:25
 2    paid their six-flock average.  So we give     10:18:28
 3    them what they're normally making.            10:18:31
 4         Q.    So it's typically only if there's  10:18:32
 5    some kind of disaster or something outside    10:18:35
 6    the farmer's control?                         10:18:37
 7         A.    Yeah.  Or if we -- Yes.            10:18:39
 8         Q.    Any other circumstances?          10:18:42
 9         A.    If there's a biosecurity, you      10:18:46
10    know, problem -- We haven't had this here,    10:18:50
11    but I'm sure if they had bird flu             10:18:55
12    somewhere, they would pay that farm their     10:18:57
13    six-flock average, if we had to, you know,    10:19:02
14    do something in the case of bird flu.         10:19:05
15         Q.    Could a farmer -- Sorry, let me    10:19:16
16    rephrase my question.                         10:19:20
17              You talked earlier about farms      10:19:21
18    having different equipment; right?            10:19:23
19         A.    Yes.                               10:19:24
20         Q.    Assuming that two farms had the    10:19:29
21    same equipment, is the only way that one      10:19:32
22    farm could receive higher pay than the        10:19:34
23    other farm would be that their birds          10:19:37
24    weighed more?                                 10:19:39
25         A.    Yes.  It's paid by weight.  But    10:19:40
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 47

1    not all two -- not all farms are the same.    10:19:49
2    So you have -- There's no two farms           10:19:54
3    identical to each other.                       10:19:56
4         Q.    Is there any other way that a       10:19:59
5    farmer could receive higher pay if they had   10:20:01
6    the same equipment as their neighbor?          10:20:03
7         A.    Are you referring to tier pay?      10:20:06
8         Q.    I do have some questions about      10:20:15
9    tier pay.  It sounds like -- It sounds like   10:20:17
10   you're familiar with that system?             10:20:21
11        A.    The base pay is the same, they      10:20:22
12   get paid the same base pay per pound.          10:20:25
13        Q.    Well, tell me about the tier pay.   10:20:28
14   Tell me how that works.                        10:20:34
15        A.    Well, there's different --          10:20:35
16   There's different tiers of housing.  So we    10:20:38
17   have a tier one, tier two, tier three, tier   10:20:48
18   four.                                          10:20:52
19        Q.    And what does each tier mean?       10:20:53
20        A.    Like the tier one is an older --    10:20:56
21   an older farm, and the tier four being a      10:20:59
22   newer farm.                                    10:21:03
23        Q.    And how does each tier impact       10:21:05
24   farmer pay?                                    10:21:07
25        A.    Well, it's an additional pay.  I   10:21:08

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 48

```
 1    don't know that it -- that it's an impact.    10:21:15
 2    But it's a big -- They all receive the base   10:21:18
 3    pay per pound, and then a house with newer    10:21:22
 4    or better or more equipment will receive      10:21:26
 5    compensation for their equipment, because     10:21:29
 6    that equipment allows for more bird           10:21:34
 7    comfort.  It usually refers to air speed.     10:21:37
 8         Q.    So tiers one through four receive  10:21:42
 9    the same base pay, but tier one receives      10:21:44
10    lower pay than tier four, additional pay?     10:21:47
11         A.    Well, they all start with the      10:21:52
12    same base pay, and then the tier one          10:21:55
13    receives additional pay, and then the tier    10:21:58
14    two receives additional pay.  So we're not    10:22:02
15    taking money away, we're adding money for     10:22:05
16    the tier levels.                              10:22:09
17         Q.    But tier two receives more         10:22:11
18    additional pay than tier one, for example?    10:22:15
19         A.    Yes.                               10:22:17
20         Q.    Who decides the farmer can move    10:22:17
21    to a higher tier?                             10:22:21
22         A.    Usually they are -- The farm is    10:22:24
23    built -- We still have tier-one farms.        10:22:27
24    We're -- They're not required to be a two,    10:22:34
25    three, four.  I mean, we still have a tier    10:22:38
```

James Norris                                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 49

```
 1   one that grows chickens for us.            10:22:40
 2        Q.    So a farmer can decline to move  10:22:42
 3   to a higher tier; they don't have to move   10:22:48
 4   up if they don't want to?                   10:22:51
 5        A.    No, they don't.  They don't have 10:22:53
 6   to move up.                                 10:22:55
 7        Q.    But if they do want to move up,  10:22:56
 8   how does that process work?                 10:22:59
 9        A.    You would talk with the housing  10:23:01
10   manager for our complex and see what would  10:23:07
11   be needed to get to the next level.         10:23:12
12        Q.    Does Perdue have specific        10:23:17
13   requirements about equipment or setting up  10:23:22
14   houses that apply to all of the tiers?      10:23:26
15        A.    Yeah.  There's a base -- It's    10:23:29
16   basically all houses are at least tier one, 10:23:32
17   obviously.  And then there are additional   10:23:36
18   things that can be done to make you a tier  10:23:40
19   two, tier three, or four.                   10:23:44
20        Q.    Could a farmer use their houses  10:23:48
21   to grow birds for multiple companies at the 10:23:53
22   same time?                                  10:23:56
23        A.    Not at the same time.            10:23:56
24        Q.    What about on a rotating         10:24:06
25   schedule, so grow one flock for Perdue and  10:24:08
```

James Norris                                April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 50

1     one flock for a different company?            10:24:11
2          A.    Yes.   That's possible.            10:24:13
3          Q.    So that would be allowed?          10:24:14
4          A.    Yeah.   It would be allowed.   We  10:24:16
5     don't -- I don't think we have any in this    10:24:22
6     complex that does that.                       10:24:24
7          Q.    What do you mean by "this          10:24:26
8     complex"?                                     10:24:28
9          A.    Well, I mean in the Perry area or  10:24:28
10    Forsyth, Georgia.                             10:24:32
11         Q.    Do you know of any in any area?    10:24:33
12         A.    You mean any with Perdue?          10:24:36
13         Q.    Yeah.                              10:24:41
14         A.    I don't -- I only know about the   10:24:42
15    Forsyth area.                                 10:24:47
16         Q.    Could farmers use their houses to  10:24:49
17    raise birds for Perdue and raise other        10:24:54
18    animals?                                      10:24:57
19         A.    No.   It's a poultry house.        10:24:57
20         Q.    Because it would raise             10:25:06
21    biosecurity concerns?                         10:25:08
22         A.    Yes.                               10:25:09
23         Q.    Would it raise biosecurity         10:25:09
24    concerns for a farmer to do a rotating        10:25:12
25    schedule to raise one flock for another       10:25:14

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 51

1    company and then one flock for Perdue?        10:25:18
2         A.    Yes, it might.  But we don't -- I   10:25:20
3    don't have any that rotate for other         10:25:26
4    companies.                                    10:25:28
5         Q.    Is it fair to say that if a        10:25:29
6    farmer has a contract with Perdue, their     10:25:36
7    poultry houses can only be used to grow      10:25:38
8    birds for Perdue?                             10:25:41
9              MS. WOOTEN:  Object to form.  You   10:25:43
10   can answer.                                   10:25:44
11        A.    As long as there are Perdue birds  10:25:44
12   there, there can't be other company --       10:25:51
13   other types of animals grown there.          10:25:53
14        Q.    So to do that rotating schedule    10:25:55
15   we just talked about, their contract with    10:25:59
16   Perdue would have to be over?                 10:26:01
17             MS. WOOTEN:  Object to form.  You   10:26:03
18   can answer.                                   10:26:06
19        A.    We don't have any rotating         10:26:06
20   contracts that I know of.                     10:26:08
21        Q.    So that doesn't exist?             10:26:09
22             MS. WOOTEN:  Object to form.  You   10:26:13
23   can answer.                                   10:26:15
24        A.    Not that I know of in Forsyth.     10:26:15
25        Q.    Did you, as a flock advisor, ever  10:26:19

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 52

```
1    receive quarterly bonuses?                      10:26:25
2         A.    Yes.                                  10:26:27
3         Q.    How are those bonuses calculated?     10:26:28
4         A.    They're -- The bonus is based on      10:26:35
5    mortality, livability, the feed conversion       10:26:43
6    of the birds.                                    10:26:48
7         Q.    What about farm improvements?         10:26:49
8         A.    We don't -- We don't -- We're not     10:26:53
9    paying for any farm improvement bonuses.         10:26:58
10        Q.    That's not a factor in the            10:27:00
11   bonuses?                                         10:27:03
12        A.    I don't receive farm improvement      10:27:03
13   bonuses now.                                     10:27:16
14        Q.    What about in the past?               10:27:17
15        A.    Yes.                                  10:27:18
16        Q.    And in the past, what did farm        10:27:19
17   improvements refer to in a bonus?                10:27:21
18        A.    A farm improvement would be a --      10:27:23
19   if someone went from -- it's usually an air      10:27:29
20   speed upgrade or a new -- new drinkers or        10:27:32
21   an improvement to the farm.                      10:27:42
22        Q.    Would it if someone moved from        10:27:45
23   tier one to tier two?                            10:27:50
24        A.    It could be.                          10:27:52
25        Q.    So if you have a farmer who moves     10:27:53
```

James Norris
Parker, Roger v. Perdue Foods, LLC
April 8, 2025

Page 53

```
 1    tiers, you also benefit?                    10:27:55
 2           MS. WOOTEN:  Object to form.  You   10:27:58
 3    can answer.                                 10:27:59
 4      A.    I may not -- I may or may not.  I   10:27:59
 5    don't receive any benefit or any bonus for  10:28:09
 6    that now.                                    10:28:13
 7      Q.    But in the past?                     10:28:13
 8      A.    In the past, if someone did an       10:28:15
 9    air speed improvement, then yes.             10:28:19
10      Q.    And air speed improvements are       10:28:25
11    part of the tiers?                           10:28:30
12      A.    That's part of it, yeah.             10:28:31
13      Q.    And do you know why that changed?    10:28:32
14    You said that's not the case anymore.        10:28:33
15      A.    Well, most of our houses or at --    10:28:36
16    Most of our houses are at tier three or      10:28:40
17    tier four.  There's not really any more      10:28:42
18    improvements to be had.                      10:28:47
19           So most are at tier three are         10:28:49
20    going to stay at a tier three and most that  10:28:51
21    are tier four were built -- a lot of houses  10:28:55
22    are built as the current tier that they're   10:28:58
23    at.  If they were built a tier four,         10:29:00
24    they're still a tier four.                   10:29:02
25      Q.    So the fact that you're not          10:29:04
```

Page 54

```
 1   receiving farm improvement bonuses anymore   10:29:06
 2   is more so because of the tiers of the farm   10:29:10
 3   on your route?                               10:29:12
 4           MS. WOOTEN:  Object to form.  You    10:29:15
 5   can answer.                                  10:29:16
 6       A.   Yes.  I -- I don't -- I don't       10:29:16
 7   know why we don't receive that bonus for     10:29:21
 8   that anymore, other than the farms were      10:29:23
 9   pretty much staying the same.                10:29:26
10       Q.   We've been talking about payment    10:29:29
11   and compensation.  I'm going to go back to   10:29:53
12   a few questions about training.              10:29:55
13           Did you undergo training on          10:29:58
14   Perdue's policies and its requirements for   10:30:00
15   its farmers?                                 10:30:02
16           MS. WOOTEN:  Object to form.  You    10:30:03
17   can answer.                                  10:30:04
18       A.   You mean the biosecurity training   10:30:04
19   or the animal welfare training?  I do --     10:30:10
20   get the same training that the farmers get.  10:30:19
21   You know it's a yearly or an annual          10:30:22
22   training.                                    10:30:24
23       Q.   Do you get any additional           10:30:24
24   training, beyond what the farmers receive?   10:30:25
25       A.   Sometimes a controller training,    10:30:29
```

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 55

1    a class on how to set up a controller, the      10:30:33

2    controller being the computer in the house      10:30:39

3    that monitors the temperatures.                 10:30:40

4        Q.    And who trained you for these         10:30:46

5    trainings?                                       10:30:48

6        A.    Usually it's an outside -- a          10:30:49

7    vendor that has that particular -- the          10:30:56

8    manufacturer of that particular equipment,      10:30:58

9    whether it was a Rotem or a Chore Time,         10:31:00

10   these are just controllers that we have         10:31:07

11   that -- We have different ones.  You can        10:31:10

12   put whatever you want in a house, different     10:31:12

13   manufacturers.  So usually it's a               10:31:14

14   manufacturer that makes that product, would    10:31:16

15   show how to make changes within the --          10:31:19

16   within the controller.                          10:31:22

17       Q.    What about the training you           10:31:23

18   received on biosecurity and animal welfare,     10:31:26

19   who gave you those trainings?                   10:31:29

20       A.    Perdue.                               10:31:31

21       Q.    And were these trainings             10:31:35

22   required?                                        10:31:37

23       A.    Yeah.  Anyone that handles the       10:31:37

24   live chickens has to do the biosecurity.        10:31:41

25       Q.    Are you familiar with Best            10:31:44

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 56

| | | |
|---|---|---|
| 1 | Management Practices, or BMPs? | 10:31:49 |
| 2 | A.    Yes. | 10:31:51 |
| 3 | Q.    What are those? | 10:31:51 |
| 4 | A.    BMPs are just ways to achieve -- | 10:31:52 |
| 5 | It's just the best management -- best | 10:32:01 |
| 6 | practice is what it is, is literally what | 10:32:03 |
| 7 | it's described; the best practice for the | 10:32:07 |
| 8 | farm or for the birds. | 10:32:10 |
| 9 | Q.    Are the BMPs in the area of | 10:32:12 |
| 10 | biosecurity and animal welfare or are they | 10:32:19 |
| 11 | in other areas? | 10:32:22 |
| 12 | A.    Yes.  It's biosecurity and it's | 10:32:23 |
| 13 | -- And, of course, the rest is all, you | 10:32:27 |
| 14 | know, animal welfare.  So it's usually that | 10:32:29 |
| 15 | you're going to hear that consistently is | 10:32:31 |
| 16 | biosecurity and animal welfare, because | 10:32:35 |
| 17 | they kind of go hand in hand.  If you don't | 10:32:38 |
| 18 | have biosecurity, you don't have animal | 10:32:42 |
| 19 | welfare either. | 10:32:44 |
| 20 | (Plaintiff's Exhibit | 10:32:44 |
| 21 | 37 was marked for | 10:32:44 |
| 22 | identification.) | 10:32:53 |
| 23 | Q.    I am going to share my screen | 10:32:53 |
| 24 | again, so give me one moment. | 10:32:55 |
| 25 | Okay.  Mr. Norris, can you see my | 10:33:09 |

James Norris                                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 57

```
1     screen?                                    10:33:13
2         A.    Yes, I see it.                    10:33:13
3         Q.    I am showing you what I am        10:33:14
4     marking as Plaintiff's Exhibit 37.  This   10:33:16
5     document begins with Bates number Perdue   10:33:19
6     001666.                                    10:33:23
7             Mr. Norris, have you seen this      10:33:27
8     document before?                           10:33:33
9         A.    I don't -- I don't think I have.  10:33:33
10        Q.    Are you --                        10:33:35
11        A.    I don't train flock advisors, so  10:33:41
12    I don't -- Maybe this is, you know, an area 10:33:44
13    supervisor would have this and train.      10:33:47
14            Is there a revision date?  Is       10:33:49
15    there a date on the bottom of that?        10:33:51
16        Q.    I don't believe so.               10:33:54
17        A.    Okay.  So . . .                    10:33:56
18        Q.    That was going to be my next      10:33:59
19    question is, looking at the contents, is   10:34:01
20    this used to train flock advisors or is    10:34:06
21    this for flock advisors to train growers?  10:34:08
22            MS. WOOTEN:  Objection.  Form.       10:34:11
23    You can answer.                            10:34:13
24        A.    No.  It looks like it's -- I'd    10:34:13
25    have to read it all, but it looks like it's 10:34:15
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 58

1    for training a flock advisor.                   10:34:18
2         Q.    Did you -- If I scroll through       10:34:23
3    this document, you'll see that it has week      10:34:26
4    one, week two, week three, and if I scroll      10:34:29
5    to the bottom, it goes through week eight.      10:34:33
6              Did you participate in any sort       10:34:35
7    of eight-week training as a flock advisor?      10:34:37
8         A.    Yes.   It's sort of always an        10:34:39
9    ongoing training, but initially there's --      10:34:43
10   there's training.                               10:34:49
11        Q.    But it's safe to say that you did    10:34:52
12   not administer an eight-week training to        10:34:54
13   farmers?                                         10:34:57
14        A.    No.                                  10:34:58
15        Q.    Okay.   Are you familiar with the    10:35:05
16   Poultry Care Process Verified Program?          10:35:07
17        A.    Yes.                                 10:35:11
18        Q.    Sometimes it's abbreviated as the    10:35:11
19   PVP program?                                    10:35:18
20        A.    Yes.                                 10:35:20
21        Q.    What is that program?               10:35:21
22        A.    Well, it's a -- it's a process to    10:35:22
23   verify our program.   I mean, it's kind of      10:35:27
24   redundant, but that's what it is.   It's        10:35:32
25   basically a checklist of things that are        10:35:35

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 59

| | | |
|---|---|---|
| 1 | supposed to be done on the farm, throughout | 10:35:39 |
| 2 | the flock. | 10:35:43 |
| 3 | Q.    Did you administer training to | 10:35:44 |
| 4 | farmers on that program? | 10:35:48 |
| 5 | A.    It's not really a lot of | 10:35:51 |
| 6 | training, it's more of just a checklist of | 10:35:53 |
| 7 | things that need to be done each flock, and | 10:35:56 |
| 8 | they were -- they were paid a bonus, each | 10:36:01 |
| 9 | farm, each flock, if they -- they do -- | 10:36:06 |
| 10 | There's about ten things on the list, and | 10:36:09 |
| 11 | if they do all ten, they get the PVP bonus, | 10:36:11 |
| 12 | they get additional pay. | 10:36:15 |
| 13 | Q.    You mentioned the PVP bonus, can | 10:36:27 |
| 14 | you tell me what that is? | 10:36:30 |
| 15 | A.    Well, it's a bonus that's paid to | 10:36:32 |
| 16 | the farm. | 10:36:34 |
| 17 | (Plaintiff's Exhibit | 10:36:34 |
| 18 | 38 was marked for | 10:36:34 |
| 19 | identification.) | 10:36:44 |
| 20 | Q.    I am showing you what I am | 10:36:44 |
| 21 | marking as Plaintiff's Exhibit 38.  You can | 10:36:45 |
| 22 | see my screen; right? | 10:36:48 |
| 23 | A.    Yes. | 10:36:49 |
| 24 | Q.    This is Perdue 006228. | 10:36:49 |
| 25 | Have you seen this document | 10:37:00 |

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 60

| | | |
|---|---|---|
| 1 | before, Mr. Norris? | 10:37:01 |
| 2 | A.    Yes. | 10:37:03 |
| 3 | Q.    What is this? | 10:37:05 |
| 4 | A.    It's a PVP Bonus Checklist. | 10:37:06 |
| 5 | Q.    And what is this document used | 10:37:14 |
| 6 | for? | 10:37:15 |
| 7 | A.    It's used for -- You check off | 10:37:15 |
| 8 | the things on the list, if the farm | 10:37:18 |
| 9 | participates and does all this stuff, then | 10:37:21 |
| 10 | they will receive additional pay. | 10:37:24 |
| 11 | Q.    Were the things -- items on this | 10:37:29 |
| 12 | list optional? | 10:37:32 |
| 13 | MS. WOOTEN:    Object to form.    You | 10:37:34 |
| 14 | can answer. | 10:37:36 |
| 15 | A.    Well, if they did not do it, they | 10:37:36 |
| 16 | would not receive the pay.    So it was at | 10:37:41 |
| 17 | their option.    If they -- You know, if they | 10:37:43 |
| 18 | didn't do everything on that list, then | 10:37:48 |
| 19 | they wouldn't receive the additional pay. | 10:37:50 |
| 20 | Q.    So these were prerequisites to | 10:37:53 |
| 21 | receiving that additional pay? | 10:38:00 |
| 22 | A.    Right.    If they did not do the -- | 10:38:02 |
| 23 | Let's say that four-inch black pipe, if | 10:38:07 |
| 24 | they did not use the black pipe, they | 10:38:10 |
| 25 | wouldn't receive the bonus money for that | 10:38:12 |

James Norris                                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

                                                              Page 61

1     flock.                                          10:38:17

2        Q.     And for this particular flock,        10:38:20

3     which is flock 47, and I'll represent to        10:38:24

4     you that this was produced to us as a           10:38:32

5     document pertaining to Hazel Lee, that          10:38:34

6     Hazel Lee did receive the bonus?               10:38:36

7        A.     Yes.                                   10:38:38

8        Q.     Okay.                                  10:38:48

9          MS. WOOTEN:  Ms. Snow, I don't             10:38:48

10    know when you might have a good stopping        10:38:50

11    point for a break.  But at some point it        10:38:52

12    might be nice to take just a quick break,       10:38:54

13    whenever it's convenient for you.               10:38:57

14         MS. SNOW:  Certainly.  We can              10:38:58

15    take a break right now.                         10:39:00

16         Mr. Norris, would you like to             10:39:03

17    take a brief break?                             10:39:05

18         THE WITNESS:  Yes.  That's fine.          10:39:08

19         MS. SNOW:  How about a ten-minute         10:39:09

20    break?  We can go off the Record.               10:39:11

21         VIDEOGRAPHER:  The time is 10:39          10:39:15

22    a.m.  We're off the Record.                     10:39:19

23                    (Recess taken.)                 10:39:22

24         VIDEOGRAPHER:  The time is 10:51          10:51:00

25    a.m.  We're on the Record.                      10:51:04

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 62

```
 1        Q.    Mr. Norris, we've talked a lot      10:51:09
 2    about biosecurity.  Did Perdue have a          10:51:11
 3    specific biosecurity policy?                   10:51:13
 4             MS. WOOTEN:  Object to form.  You    10:51:20
 5    can answer.                                    10:51:22
 6        A.    If I'm understanding the             10:51:22
 7    question, are you asking me if we have         10:51:24
 8    biosecurity procedures to do?  Yes, we do.     10:51:26
 9        Q.    Are you familiar with something      10:51:32
10    called the biosecurity "Never Evers" and      10:51:35
11    "Dedicated Tos"?                               10:51:38
12        A.    Yes.                                 10:51:39
13        Q.    And that's part of the              10:51:39
14    biosecurity security policies and             10:51:47
15    procedures we've been talking about?          10:51:50
16        A.    Yes.  I have to adhere to those      10:51:51
17    "Never Evers".                                 10:51:59
18        Q.    You have to adhere to them?          10:52:00
19        A.    Yes.                                 10:52:02
20        Q.    What about farmers, do they have     10:52:02
21    to adhere to them?                             10:52:05
22        A.    It would be in their best            10:52:06
23    interest, yes.  For the health of the          10:52:09
24    birds, yes.                                    10:52:12
25        Q.    And were those biosecurity "Never   10:52:13
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

                                                        Page 63

 1    Evers" and "Dedicated Tos", were they          10:52:17
 2    provided to Hazel Lee?                          10:52:20
 3         A.    Yes.  I believe that's on the        10:52:25
 4    wall in the control rooms at every farm, at     10:52:27
 5    every farm, not just Hazel Lee.                 10:52:29
 6         Q.    And you expected Hazel Lee to        10:52:31
 7    adhere to those?                                10:52:33
 8         A.    Yes.                                 10:52:35
 9         MS. WOOTEN:  Object to form.  You          10:52:35
10    can answer.                                     10:52:36
11         Q.    We talked earlier about some of      10:52:36
12    the seasonal guidelines and seasonal           10:52:51
13    preparation that you would do with farmers,    10:52:54
14    and I want to talk about one in particular.    10:53:01
15                         (Plaintiff's Exhibit       10:53:01
16                         39 was marked for          10:53:01
17                         identification.)           10:53:06
18         Q.    I'm going to share my screen with    10:53:06
19    you.  I am showing you what I am marking        10:53:07
20    Plaintiff's Exhibit 38.  This document is       10:53:09
21    labeled Bates number Perdue 004413.             10:53:12
22         MS. WOOTEN:  I'm sorry to                  10:53:28
23    interject or interrupt, but I think the         10:53:29
24    next exhibit is 39?                             10:53:34
25         COURT REPORTER:  I was just about          10:53:36

Veritext Legal Solutions
800.808.4958                                         770.343.9696

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 64

```
 1    to clarify.                              10:53:38
 2          MS. SNOW:  This is Plaintiff's     10:53:38
 3    Exhibit 39.  Thank you.                  10:53:39
 4          MS. WOOTEN:  No problem.           10:53:41
 5      Q.   Mr. Norris, have you seen this    10:53:42
 6    document before?                         10:53:44
 7      A.   Yes.                              10:53:45
 8      Q.   What is this?                     10:53:45
 9      A.   It's a Summer Readiness Checklist 10:53:46
10    is what it says at the top there.  But it's 10:53:49
11    basically a checklist to get ready for   10:53:52
12    summer.  It's like going on a road trip, 10:53:55
13    you want to make sure your car is ready, 10:53:58
14    you want to make sure the farm is prepared 10:54:00
15    for hot weather.                         10:54:02
16      Q.   And there's a place here for      10:54:03
17    farmer signature, do you see that?       10:54:05
18      A.   Yes.                              10:54:07
19      Q.   So you expected the farmers to    10:54:07
20    complete the items on this list?         10:54:12
21      A.   You would -- You would give them  10:54:14
22    the list and -- it was really we would just 10:54:15
23    hand them the list and go:  Here's the   10:54:22
24    checklist of what, you know, you need to 10:54:24
25    work on in order to be ready for summer. 10:54:26
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 65

```
 1     You wouldn't always receive that list back    10:54:29
 2     from the farmer.                               10:54:31
 3            Sometimes they would, you know,         10:54:33
 4     throw it on the dashboard of the truck or      10:54:36
 5     sometimes they would -- It was just sort of    10:54:39
 6     a checklist for them to look at to --          10:54:45
 7     something they might not have thought          10:54:48
 8     about.  And it would just be a little          10:54:50
 9     refresher list for them to look at.            10:54:55
10        Q.   So these weren't requirements?         10:54:58
11     The farmers didn't have to do these?           10:55:00
12        A.    Well, I didn't always receive         10:55:03
13     them back from the farms.  They didn't --      10:55:05
14     Not every farm signed them and dated them      10:55:10
15     and turned them in.                            10:55:15
16        Q.    There's a space down here for         10:55:23
17     flock advisor signature.  Do you see that?     10:55:25
18        A.    Yes.                                  10:55:28
19        Q.    And this last item says:  Air         10:55:28
20     speed checked.  Air speed will be checked      10:55:33
21     by the flock advisor in full tunnel.          10:55:35
22            Do you see that?                        10:55:38
23        A.    Yes.                                  10:55:39
24        Q.    So the flock advisor, you, would      10:55:39
25     check the air speed?                           10:55:41
```

James Norris                                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 66

```
 1        A.    Yes.                              10:55:43
 2        Q.    So you didn't always receive      10:55:43
 3    these forms back, but there's a space for   10:55:47
 4    your signature?                             10:55:50
 5        A.    Yes.                              10:55:51
 6        Q.    So when would you --               10:55:53
 7        A.    That was --                        10:55:58
 8        Q.    I'm sorry.  Go ahead.              10:55:59
 9        A.    That would be -- The one thing     10:56:00
10    that I would check would be the air speed.  10:56:02
11    And depending on which tier they were, you  10:56:06
12    know, like it says tier four, they had to   10:56:09
13    have seven hundred feet a minute.  So I     10:56:15
14    would check the wind speed.                 10:56:19
15            We -- That form is an old form;     10:56:20
16    we don't use that one anymore.  I'm not     10:56:23
17    sure what date that would have been from.   10:56:25
18        Q.    You said you're not sure what     10:56:27
19    date this is from?                          10:56:29
20        A.    I'm not sure what year that was   10:56:30
21    from.  I mean, we change forms or -- We     10:56:32
22    don't currently use this form at all, but   10:56:36
23    I'm not sure what year that form is from.   10:56:39
24            A lot of times it will have a       10:56:41
25    date at the bottom, a revision date.        10:56:43
```

James Norris                                        April 8, 2025
Parker, Roger v. Perdue Foods, LLC

                                                    Page 67

```
 1      Q.    You don't recall about what time    10:56:48
 2   period you used this form?                    10:56:51
 3      A.    I don't know.  It would have been    10:56:52
 4   maybe eight, ten years ago.                   10:56:54
 5      Q.    So --                                10:56:56
 6      A.    We just have -- We just have a       10:56:59
 7   checklist now that just has a box where you   10:57:01
 8   just check the box off.  We don't have a      10:57:04
 9   date for each item or a signature for each    10:57:07
10   item.                                         10:57:11
11      Q.    Okay.  I'm going to turn to some     10:57:26
12   questions now about your work with Dale       10:57:31
13   Parker and Hazel Lee specifically.            10:57:33
14            When did you first begin working     10:57:38
15   with Dale Parker?                             10:57:40
16      A.    I think about 2017.  I'm not sure    10:57:41
17   the exact month.                              10:57:46
18      Q.    And what about the Hazel Lee         10:57:48
19   farm, the same time frame?                    10:57:58
20      A.    I think about the same time.         10:58:01
21      Q.    When you first started working       10:58:02
22   with Hazel Lee, did it generally receive      10:58:03
23   positive feedback?                            10:58:06
24      A.    Yeah.  They were -- When you mean    10:58:07
25   they, you mean the farmer or just --          10:58:13
```

James Norris                                     April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 68

| | | |
|---|---|---|
| 1 | feedback from who?  What do you mean by | 10:58:15 |
| 2 | that? | 10:58:17 |
| 3 | Q.    I'm thinking about their | 10:58:18 |
| 4 | compliance with Perdue's rules. | 10:58:19 |
| 5 | MS. WOOTEN:  Objection to form. | 10:58:22 |
| 6 | You can answer. | 10:58:23 |
| 7 | A.    Yeah.  They were -- They were | 10:58:24 |
| 8 | growing chickens; they were an average, you | 10:58:28 |
| 9 | know, average farm type of | 10:58:31 |
| 10 | performance-wise.  They were not -- They | 10:58:37 |
| 11 | were not in the top ten, they were not in | 10:58:38 |
| 12 | our top producers.  So . . . | 10:58:41 |
| 13 | Q.    But they weren't below average? | 10:58:44 |
| 14 | A.    They might have been.  I don't -- | 10:58:46 |
| 15 | I don't remember what his six-flock average | 10:58:48 |
| 16 | was. | 10:58:50 |
| 17 | Q.    How did you interact with Mr. | 10:58:51 |
| 18 | Parker?  Did you text him, call him, email | 10:58:55 |
| 19 | him? | 10:58:59 |
| 20 | A.    Just call and text. | 10:58:59 |
| 21 | Q.    How frequently did you | 10:59:03 |
| 22 | communicate with him? | 10:59:06 |
| 23 | A.    Probably talked to him on the | 10:59:07 |
| 24 | phone or in person probably weekly. | 10:59:11 |
| 25 | Q.    And he was your primary point of | 10:59:18 |

James Norris                                  April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 69

```
 1    contact on the farm?                          10:59:25

 2         A.    Yes.                               10:59:26

 3         Q.    And you testified earlier that     10:59:27

 4    you prepared documentation when you visited   10:59:32

 5    farms; right?                                 10:59:34

 6         A.    Yes.                               10:59:35

 7         Q.    I want to review some of that      10:59:37

 8    documentation that specifically concerns      10:59:42

 9    Hazel Lee, if you'll give me one moment.      10:59:45

10                    (Plaintiff's Exhibit          10:59:45

11                     40 was marked for            10:59:45

12                     identification.)             11:00:12

13         Q.    Okay.  Mr. Norris, can you see my  11:00:12

14    screen?                                       11:00:16

15         A.    Yes.                               11:00:17

16         Q.    This is Plaintiff's Exhibit 40.    11:00:17

17    And this document is Bates number Perdue      11:00:19

18    006273.                                       11:00:23

19         Mr. Norris, have you seen this           11:00:29

20    document before?                              11:00:31

21         A.    Yes.                               11:00:31

22         Q.    What is this?                      11:00:32

23         A.    This is a -- It's a placement      11:00:46

24    sheet that we fill out when birds are         11:00:49

25    placed at the beginning of the flock.         11:00:52
```

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 70

| | | | |
|---|---|---|---|
| 1 | Q. | It's dated August 10, 2017? | 11:00:53 |
| 2 | A. | I see that, yes. | 11:00:56 |
| 3 | Q. | And your name is by flock | 11:00:57 |
| 4 | advisor? | | 11:01:00 |
| 5 | A. | Yes. | 11:01:00 |
| 6 | Q. | And by farm name, it says:  Hazel | 11:01:01 |
| 7 | Lee flock 47? | | 11:01:09 |
| 8 | A. | Yes. | 11:01:10 |
| 9 | Q. | So this document is for flock 47? | 11:01:10 |
| 10 | A. | Right.  That's flock 47 for Hazel | 11:01:13 |
| 11 | Lee. | | 11:01:15 |
| 12 | Q. | And right here (indicating) | 11:01:15 |
| 13 | there's a field for producer present, and | | 11:01:19 |
| 14 | yes is circled; right? | | 11:01:22 |
| 15 | A. | Yeah.  Either -- Yes. | 11:01:24 |
| 16 | Q. | Are you able to complete this | 11:01:27 |
| 17 | form when the producer is absent? | | 11:01:29 |
| 18 | A. | Yes. | 11:01:32 |
| 19 | Q. | So you can access the farm if the | 11:01:33 |
| 20 | producer isn't there? | | 11:01:38 |
| 21 | A. | Yes.  As long as -- The producer | 11:01:44 |
| 22 | doesn't have to be there.  I think any | | 11:01:46 |
| 23 | Perdue person could go to the farm. | | 11:01:48 |
| 24 | Q. | So any Perdue representative has | 11:01:50 |
| 25 | access to the farm? | | 11:01:53 |

James Norris                                                April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 71

| | | |
|---|---|---|
| 1 | A.    Right. | 11:01:54 |
| 2 | Q.    This form has different sections | 11:01:55 |
| 3 | labeled post movement requirements, | 11:02:03 |
| 4 | preplacement, perfect placement, | 11:02:05 |
| 5 | postplacement, and welfare.  What do these | 11:02:09 |
| 6 | terms mean? | 11:02:12 |
| 7 | A.    Post movement is what is really | 11:02:13 |
| 8 | concerns to the previous flock, which would | 11:02:19 |
| 9 | have been flock 46, things that are done | 11:02:22 |
| 10 | after that flock moves.  It says within | 11:02:25 |
| 11 | seventy-two hours, so that's what the post | 11:02:33 |
| 12 | movement is. | 11:02:36 |
| 13 | Then you have preplacement, which | 11:02:37 |
| 14 | is done even before birds are placed; | 11:02:39 |
| 15 | obviously, the placement is on the | 11:02:42 |
| 16 | placement -- the placement day. | 11:02:43 |
| 17 | Q.    So perfect placement refers to | 11:02:46 |
| 18 | the placement day? | 11:02:51 |
| 19 | A.    Yeah.  That's a placement. | 11:02:52 |
| 20 | Placement day or sometimes days.  It could | 11:02:56 |
| 21 | be two days, two different days. | 11:02:59 |
| 22 | Q.    What do you do with this form | 11:03:02 |
| 23 | when it's completed? | 11:03:04 |
| 24 | A.    I print off a copy and leave it | 11:03:06 |
| 25 | on the farm, and then I turn in a copy -- | 11:03:10 |

James Norris                                April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 72

1    or save a copy for Perdue, which is why you    11:03:14
2    have it there.                                  11:03:20
3         Q.    I have some questions about the      11:03:20
4    specific items on this form.                    11:03:24
5              Under post movement requirements,     11:03:26
6    you have this first one that says               11:03:29
7    cakeout/windrow, seventy-two hours.  What       11:03:33
8    does that mean?                                 11:03:36
9         A.    It means within seventy-two hours    11:03:40
10   or a couple days after a flock moves, the       11:03:43
11   farm needs -- the houses need to be caked       11:03:45
12   out, remove any wet cake in the chicken         11:03:48
13   houses.  That's the best practice to do         11:03:51
14   that, is to do that as soon as possible         11:03:53
15   after the birds leave.                          11:03:55
16             You don't want to wait three days     11:03:56
17   -- You don't want to wait seventy-two hours     11:03:58
18   before the birds are placed back.  They         11:04:01
19   have a downtime in between flocks, and that     11:04:04
20   is done in between flocks.                      11:04:06
21        Q.    And what is cake?                    11:04:09
22        A.    It's litter in the chicken house,    11:04:11
23   it's wet or caked up because it's wet, and      11:04:16
24   that wet cake needs to be removed.              11:04:19
25        Q.    And underneath that item -- I'm      11:04:21

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 73

| | | |
|---|---|---|
| 1 | sorry.  Underneath that item it says: | 11:04:25 |
| 2 | Verify complete and evaluate quality.  How | 11:04:27 |
| 3 | would you evaluate the quality of this | 11:04:32 |
| 4 | task? | 11:04:33 |
| 5 | A.    Well, if -- if you go out to the | 11:04:34 |
| 6 | farm -- And you can go -- I could go there | 11:04:36 |
| 7 | any time in between flocks.  So even though | 11:04:41 |
| 8 | that says 8/10/17, you can't really check | 11:04:43 |
| 9 | all that stuff on that day, everything in | 11:04:49 |
| 10 | one day, because some of that's done | 11:04:51 |
| 11 | earlier. | 11:04:54 |
| 12 | So you can -- You might be out | 11:04:57 |
| 13 | there a week before they place back.  And | 11:04:59 |
| 14 | sometimes the downtime could be -- in | 11:05:01 |
| 15 | between flocks could be fourteen days, | 11:05:04 |
| 16 | twenty-one days, or twenty-eight days. | 11:05:07 |
| 17 | Currently it's twenty-four. | 11:05:10 |
| 18 | But in between flocks, you could | 11:05:12 |
| 19 | -- I could go out there three days before | 11:05:16 |
| 20 | he places birds, and he's -- if the farm is | 11:05:19 |
| 21 | caking out then, well I know he didn't do | 11:05:23 |
| 22 | it seventy-two hours after the birds moved, | 11:05:26 |
| 23 | after post placement. | 11:05:29 |
| 24 | Q.    And ventilated between flocks, | 11:05:31 |
| 25 | what does that refer to? | 11:05:34 |

James Norris                                         April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 74

1      A.    That refers to -- Some of the      11:05:35

2   farms -- Again, that's one of those best    11:05:37

3   practices that if you close up the house --  11:05:40

4   If you remove the cake as soon as possible   11:05:43

5   after the chickens move, you're going --     11:05:46

6   your litter is going to have time to dry     11:05:48

7   and recover.                                 11:05:51

8           And if you close up the house and   11:05:53

9   run a fan in between flocks, on a timer, it  11:05:55

10  may run a minute out of every ten minutes.   11:06:00

11  It will help keep the house drier and get    11:06:02

12  it prepared for the next flock.              11:06:09

13     Q.    And is this something that the      11:06:11

14  farmers have to do?                          11:06:14

15     A.    Not all farms do that.  Some        11:06:15

16  farms do, some farms don't.  If I had a      11:06:18

17  farm, I would do it.  It gets you ready for  11:06:24

18  the next flock, it gets the litter ready.    11:06:28

19     Q.    What about flushing the water       11:06:32

20  lines with peroxide?                         11:06:34

21     A.    It says yes on there, so            11:06:39

22  apparently at that time he must have         11:06:41

23  flushed with peroxide.  Which I do bring     11:06:43

24  peroxide to the farms; it's provided to the  11:06:46

25  farms, there's no charge for that.  They     11:06:48

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 75

```
 1    bring it to the farms, and the farmer will    11:06:54
 2    flush the drinker lines.  It's a way to       11:06:57
 3    sanitize the drinker lines in between the     11:07:00
 4    flocks, because you can't do it when the      11:07:02
 5    birds are in the house.  But that's --        11:07:03
 6    That's a process to clean the water lines.    11:07:13
 7         Q.    Is that for animal welfare?        11:07:16
 8         A.    Yes.  It's to keep the water line  11:07:18
 9    -- just to sanitize the water lines.  Part    11:07:21
10    of water sanitation.                          11:07:23
11         Q.    And you --                         11:07:25
12         A.    Sometimes we put -- You've got a   11:07:26
13    yes or a no there, because you can put no     11:07:28
14    in there because sometimes we use it every    11:07:30
15    other flock.  So in this case, that flock,    11:07:33
16    he must have did it -- I notice that's        11:07:36
17    flock 47.  The way I remember it is, I try    11:07:39
18    to get farmers to do that particular thing    11:07:44
19    every other flock.  So it's an odd number     11:07:47
20    like 47, yes.  And 48, you know, you don't    11:07:49
21    have to do it.  49.  So you can do it every   11:07:52
22    other flock.  But on that time he used a      11:07:56
23    peroxide.                                     11:07:59
24         Q.    I'll zoom in a little.  Under      11:07:59
25    perfect placement, you have a category for    11:08:06
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 76

1    air.  And one of the items is minimum        11:08:09
2    static pressure requirements met.  What are  11:08:11
3    the minimum static pressure requirements?    11:08:14
4        A.    That's -- That's part of the tier  11:08:17
5    pay.  So the static pressure is a way to     11:08:25
6    measure how tight the house is or -- That's  11:08:28
7    not just insulation, but it's a way to       11:08:33
8    measure the tightness of the house.          11:08:38
9        Q.    And what about supplemental feed    11:08:40
10   standards?                                   11:08:43
11       A.    They have -- That's a extra -- We   11:08:44
12   have feed lines in the chicken houses.       11:08:50
13   Those four things right there, feed, water,  11:08:53
14   light, and air, that's the only thing you    11:08:56
15   can do to help control the environment in    11:09:00
16   the chicken house.  You know, if you're a    11:09:01
17   flock advisor, you'd sort of preach that.    11:09:10
18   But feed, water, light, and air, that's all  11:09:10
19   we can control in that environment.  And     11:09:15
20   the feed -- Obviously, Perdue brings all     11:09:17
21   the feed to the farm.  But the farmer puts   11:09:17
22   out -- at placement, they put out            11:09:20
23   additional feed pans.                        11:09:22
24       Q.    At the bottom here there's a       11:09:23
25   section for comments.                        11:09:29

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 77

 1       A.     Uh-huh.                              11:09:31
 2       Q.     And one of your comments is in       11:09:31
 3   all caps, all capital letters, it says:         11:09:34
 4   Need to cut grass again, and in normal          11:09:37
 5   text:  And keep it maintained for the PVP       11:09:42
 6   bonus.                                          11:09:47
 7       A.     Right.                               11:09:48
 8       Q.     Is it in all capital letters for     11:09:49
 9   emphasis?                                        11:09:51
10       A.     Yes.                                 11:09:52
11       Q.     What is the importance of cutting    11:09:52
12   the grass?                                       11:09:54
13       A.     It's a -- It's the biosecurity.      11:09:54
14   If you've got tall grass, then you're           11:09:58
15   inviting, you know, snakes and rodents.  So     11:10:02
16   if you keep the grass maintained, you will      11:10:06
17   have less infestation with rats and snakes      11:10:08
18   and the like.                                    11:10:12
19       Q.     And that was a prerequisite for      11:10:21
20   the PVP bonus?                                   11:10:23
21       A.     It is.  It's on that list.  It's     11:10:25
22   better to cut the grass before the birds        11:10:27
23   place.  You can cut birds -- You can cut        11:10:29
24   grass with chickens in the house, but the       11:10:35
25   older they get, it could disturb the birds      11:10:37

James Norris                                                        April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 78

```
 1    with lawn mowers and Weed Eaters and stuff    11:10:40
 2    right outside that chicken house wall.        11:10:42
 3            But, yeah, that -- When I put         11:10:44
 4    "again" like that, that means that it is a    11:10:48
 5    farm that probably did not cut the grass,     11:11:00
 6    did not keep the grass maintained.            11:11:03
 7        Q.   Was keeping the grass maintained     11:11:05
 8    to a certain level, something you expected    11:11:08
 9    Hazel Lee and other farms to do?              11:11:10
10        A.   Yes.  All farms.  It's part of       11:11:12
11    the biosecurity.                              11:11:14
12        Q.   So it's a requirement?              11:11:14
13            MS. WOOTEN:  Object to form.          11:11:18
14        A.   Well, if they didn't cut the         11:11:19
15    grass, then they would not receive the        11:11:22
16    extra pay, the PVP bonus would not be paid.   11:11:24
17        Q.   Is that the only consequence of      11:11:33
18    not cutting the grass?                        11:11:35
19        A.   Other than -- I mean, as far as      11:11:38
20    Perdue, I mean, of course if he's going to    11:11:43
21    have snakes and rodents and rats, and then    11:11:46
22    the rats are going to chew up your wiring     11:11:51
23    and your insulation.  I mean, I cut the       11:11:53
24    grass at my house, but my brother-in-law      11:11:55
25    doesn't cut his grass, though.                11:11:57
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 79

| | | |
|---|---|---|
| 1 | Yeah.  It's not just | 11:11:59 |
| 2 | for aesthetics, to look good when you drive | 11:12:06 |
| 3 | pass the farm, it's really to keep rodent | 11:12:09 |
| 4 | population at bay. | 11:12:12 |
| 5 | Q.    But in terms of Perdue, the only | 11:12:13 |
| 6 | consequence is not getting that bonus? | 11:12:15 |
| 7 | A.    Right.  They could -- They could | 11:12:17 |
| 8 | lose that bonus if they don't cut the | 11:12:19 |
| 9 | grass. | 11:12:30 |
| 10 | (Plaintiff's Exhibit | 11:12:30 |
| 11 | 41 was marked for | 11:12:30 |
| 12 | identification.) | 11:12:30 |
| 13 | Q.    I'm still sharing my screen and I | 11:12:30 |
| 14 | am going to show you another document that | 11:12:33 |
| 15 | I'm marking at Plaintiff's Exhibit 41. | 11:12:35 |
| 16 | This document is Bates stamped Perdue | 11:12:37 |
| 17 | 006227. | 11:12:43 |
| 18 | Mr. Norris, have you seen this | 11:12:44 |
| 19 | document before? | 11:12:46 |
| 20 | A.    Yes, I think so. | 11:12:46 |
| 21 | Q.    What is this document? | 11:12:47 |
| 22 | A.    Can we -- This is a different | 11:13:01 |
| 23 | one, this is Week 1 -- It's a Week 1 | 11:13:04 |
| 24 | visitation for Hazel Lee. | 11:13:04 |
| 25 | Q.    Dated August 17, 2017? | 11:13:06 |

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 80

 1        A.    Yes.  That's what it looks like.    11:13:10
 2        Q.    If I scroll to the bottom, this     11:13:12
 3    is your signature at the flock supervisor     11:13:14
 4    signature?                                     11:13:20
 5        A.    Yes.                                 11:13:20
 6        Q.    And what does your signature at      11:13:20
 7    the bottom indicate?                           11:13:21
 8        A.    It's just -- It's really just so     11:13:22
 9    they know which flock advisor filled it out   11:13:24
10    when I turn it in.  They know if it was me     11:13:28
11    or another flock advisor.                      11:13:30
12        Q.    And what does week 1 mean?           11:13:33
13        A.    Week 1 is generally any time         11:13:38
14    between -- Day of placement, it's what we     11:13:41
15    call day of placement.  You've got -- The     11:13:45
16    next day is called day two.  So any time      11:13:48
17    between day two and day seven is usually      11:13:51
18    when that is filled out.                       11:13:54
19        Q.    And do you complete these forms      11:13:55
20    for subsequent weeks?                          11:13:58
21        A.    Yes.  We have some for week two,     11:13:59
22    week three, week four, on down the list.      11:14:04
23        Q.    And are the forms different each     11:14:16
24    week?                                          11:14:18
25        A.    Yes.  There are different items      11:14:18

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 81

```
 1    on there.  There's some things that remain    11:14:19
 2    the same each week, there's some things        11:14:21
 3    that just condition week one, week two,        11:14:23
 4    week three, all the way through the flock.     11:14:25
 5    But there are some things that are             11:14:27
 6    different -- different boxes on there.         11:14:29
 7        Q.   And this top row, which is            11:14:31
 8    labeled biosecurity, this first item is --     11:14:36
 9    says:  Mailbox, visitor log, trash can,        11:14:39
10    signage, mailbox number, and documents in      11:14:43
11    place.  Correct?                               11:14:45
12        A.   Yes.                                  11:14:46
13        Q.   And you've circled yes?              11:14:46
14        A.   Yes.                                  11:14:49
15        Q.   So in week one, you're checking       11:14:50
16    for all of those things?                       11:14:52
17        A.   Yeah.  And most of those -- Most      11:14:53
18    of those, except for the trash -- I mean a     11:14:55
19    trash can, is stuff that a flock advisor is    11:14:58
20    -- I mean, the flock advisor is using the      11:15:02
21    visitor log.  The farmer doesn't even fill     11:15:05
22    that out, the farmer doesn't even look at      11:15:08
23    that usually, unless they stop at the          11:15:11
24    mailbox, open it, and look at it.  It's        11:15:12
25    mainly a Perdue log.                           11:15:16
```

James Norris                                        April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 82

```
 1           And then the documents in place    11:15:18
 2      are the documents that are on the wall, the  11:15:21
 3      temperature charts and the lighting.  As   11:15:24
 4      long as -- Those are supposed to be --     11:15:29
 5      That's really more of flock advisor items. 11:15:31
 6           Q.    What about the second item:  Foot  11:15:38
 7      pans at all access doors being used by     11:15:40
 8      farmer and help.  And you've circled yes   11:15:42
 9      there.                                     11:15:44
10           A.    Yes.  We provide all the farms  11:15:45
11      with a foot pan that is at their access    11:15:48
12      door where their personnel goes in and out. 11:15:50
13      So we provide them with a foot pan, and we  11:15:53
14      provide them with the bleach, it's a       11:15:55
15      powdered bleach for all the pans.  And we   11:15:58
16      don't -- We don't charge them for that pan  11:16:00
17      or for the bleach.  If they need fresh     11:16:02
18      bleach, it's -- it's usually refreshed or  11:16:05
19      replaced at the beginning of every flock.  11:16:08
20           Q.    And the farmer -- The farmers and 11:16:12
21      their help have to use those foot pans?    11:16:17
22           A.    Yes.                            11:16:20
23           Q.    And that's for biosecurity?    11:16:21
24           A.    For biosecurity.  It's a door  11:16:23
25      that they normally are going in and out of, 11:16:26
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 83

```
 1    they're going to step into that pan, as        11:16:28
 2    well as a flock advisor, or anybody from       11:16:31
 3    Perdue or someone working on equipment may     11:16:33
 4    -- they're going to come in -- they're         11:16:35
 5    going to step in that pan in order to          11:16:37
 6    disinfect their shoes.                         11:16:41
 7         Q.    This middle row here is labeled     11:16:46
 8    production, and there are a couple of          11:16:48
 9    different standards there in the middle.       11:16:54
10    There's one that says ventilation adequate,    11:16:57
11    feeder height adequate, water height           11:17:00
12    adequate, and so on.                           11:17:07
13         Do you see those?                         11:17:09
14         A.    Yes.                                11:17:10
15         Q.    And you've circled yes for all of   11:17:10
16    these; right?                                  11:17:13
17         A.    Yeah.  It looks like they're all    11:17:14
18    yes.                                           11:17:16
19         Q.    How do you determine whether to     11:17:16
20    mark that something is adequate?               11:17:18
21         A.    Well, at that age, a young bird,    11:17:19
22    it doesn't take a lot of fan to be -- the      11:17:24
23    ventilation to be adequate.  You see it        11:17:27
24    says -- it says sixty seconds right above      11:17:30
25    there, that's the run time.  We have some      11:17:34
```

James Norris                                        April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 84

| | | |
|---|---|---|
| 1 | -- The Best Management Practices for | 11:17:38 |
| 2 | ventilation, as the birds get older, we | 11:17:42 |
| 3 | need more fans to keep the birds | 11:17:44 |
| 4 | comfortable.  But at that age, sixty | 11:17:46 |
| 5 | seconds is adequate, so -- and that's with | 11:17:55 |
| 6 | using two fans. | 11:17:57 |
| 7 | Now, the older the birds get, | 11:17:59 |
| 8 | you're going to need more fans; you're | 11:18:02 |
| 9 | going to need two fans, three fans, up to | 11:18:03 |
| 10 | ten, twelve fans, depending what type of | 11:18:06 |
| 11 | house you have. | 11:18:09 |
| 12 | Q.    So in this case, Hazel Lee needed | 11:18:09 |
| 13 | to run its fans for at least sixty seconds? | 11:18:11 |
| 14 | A.    Yeah.  That was enough, yes.  You | 11:18:15 |
| 15 | can run more.  You can run more air or you | 11:18:17 |
| 16 | could can run a little less if it's cold | 11:18:25 |
| 17 | outside you run -- you may cut it back 10 | 11:18:28 |
| 18 | percent.  So that was right about where it | 11:18:30 |
| 19 | needs to be at week one.  I think that says | 11:18:32 |
| 20 | day seven. | 11:18:35 |
| 21 | Week one could be day two, it | 11:18:37 |
| 22 | could be -- at day two you might only be | 11:18:40 |
| 23 | running thirty seconds.  But by day seven | 11:18:42 |
| 24 | you're probably up to sixty seconds. | 11:18:44 |
| 25 | Q.    And were these run times | 11:18:49 |

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 85

```
 1    communicated to the farmers in some kind of    11:18:51
 2    document?                                       11:18:53
 3         A.    Yeah.  That's -- It's actually in    11:18:53
 4    the controller, the little computer that        11:18:55
 5    runs your temperatures and lights.  You         11:18:57
 6    pretty much set it up, everything is in         11:19:00
 7    there, and it runs -- it runs itself.           11:19:02
 8              Sort of like that Ronco               11:19:06
 9    rotisserie oven, you can't just set it and      11:19:08
10    forget it.  You've got to monitor it and        11:19:12
11    look at it and make sure -- Like, if you've     11:19:14
12    got two fans that are supposed to be            11:19:15
13    running, you need to make sure those fans       11:19:17
14    are operational in the back of the house,       11:19:19
15    that they actually function, that the belt      11:19:21
16    didn't come off, or the motor burn out.         11:19:23
17              But there are posted temperature      11:19:25
18    guides at each house, on each farm -- every     11:19:31
19    house -- every farm, every house has those      11:19:35
20    temperature and ventilation numbers.            11:19:39
21         Q.    Including Hazel Lee?                  11:19:43
22         A.    Yes.                                  11:19:45
23         Q.    What about feeder height, how do     11:19:45
24    you determine that the feeder height is         11:19:51
25    adequate?                                        11:19:52
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 86

1        A.    I -- Well, there's -- It's just a       11:19:53
2    -- They can either be too high or too low,        11:19:56
3    is a short way to put it there.  If they're       11:20:00
4    too high, the birds cannot reach the feed.        11:20:02
5    The birds just need to be able to reach the       11:20:06
6    feed at any time, they have access to feed.       11:20:08
7            It's just visually looking at it,         11:20:16
8    and looking at the size or the age of the         11:20:19
9    birds.  Because obviously, the older the          11:20:21
10   bird, then the higher -- the bigger the           11:20:23
11   bird and the higher the height has to be.         11:20:25
12       Q.    So just -- You just look at --          11:20:26
13   You just take a -- You just visually look?        11:20:34
14       A.    Right.  You look in the house and       11:20:37
15   you look at the feed line.                        11:20:39
16       Q.    What are the purpose of these           11:20:41
17   standards under production?                       11:20:50
18       A.    It's for the --                         11:20:52
19            MS. WOOTEN:  Object to form.             11:20:55
20       A.    It's for bird health, bird             11:20:56
21   growth.  If there's no feed, the bird is          11:20:59
22   not going to eat; if they don't eat,              11:21:04
23   they're not going to gain weight.                 11:21:06
24            So it all goes with -- I mean it         11:21:08
25   says production, that's really a part of          11:21:10

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 87

```
 1    the welfare, because you've got to have      11:21:13
 2    access to feed and water twenty-four/seven.  11:21:15
 3         Q.    So these are related to animal    11:21:18
 4    welfare?                                      11:21:23
 5         A.    Yes.                               11:21:23
 6         Q.    And this last row is labeled       11:21:23
 7    welfare; right?                               11:21:31
 8         A.    Yeah.  That one is a little more   11:21:31
 9    specific because it's -- It's not in the      11:21:33
10    controller, it's not in the -- It's not a     11:21:35
11    setting for, like, an alarm setting.          11:21:37
12         Q.    And this second item says:         11:21:40
13    Mortality and culling recorded separately.    11:21:45
14    What does that refer to?                       11:21:50
15         A.    As part of the producer contract,  11:21:50
16    they have to check on the birds at least      11:21:55
17    twice a day.  We have a -- what we call a     11:21:59
18    mortality sheet, and they record the          11:22:01
19    numbers daily.  If they pick up one bird or   11:22:04
20    two birds or eight birds, whatever the        11:22:08
21    number is, it has to be recorded.             11:22:10
22              And it looks like -- I don't know   11:22:13
23    what day the 18th was on, that might have     11:22:15
24    been a Monday.  I don't know, I'd have to     11:22:18
25    go back and look.  But it says no mortality   11:22:21
```

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

Page 88

```
 1    written down between day four and day seven    11:22:24
 2    at house one to three.  So they weren't        11:22:28
 3    writing down the numbers daily, which makes     11:22:33
 4    me question were they in the house, did         11:22:35
 5    they pick up the dead birds?  I don't know.     11:22:37
 6         Q.    So when you refer to numbers,        11:22:40
 7    you're talking about dead birds?                11:22:42
 8         A.    Yeah.  Dead birds or birds that      11:22:44
 9    were -- it says mortality and culling, so       11:22:46
10    it's both.                                      11:22:48
11         Q.    What does culling refer to?          11:22:48
12         A.    Culling is -- Well, it's just        11:22:50
13    where we have to cull out a bird that's         11:22:54
14    either unhealthy or it's just a bird that's     11:22:57
15    unlikely to thrive or to survive; if it's a     11:23:00
16    bird with an injury or a problem with the       11:23:03
17    bird, they need to be culled out.               11:23:06
18         Q.    And you mentioned that recording     11:23:09
19    mortality and culling was part of the           11:23:13
20    contract?                                       11:23:14
21         A.    Yeah.  They have to -- they have     11:23:16
22    to pick up birds -- or they have to go into     11:23:18
23    the house twice a day to monitor -- to look     11:23:23
24    at the birds.  Somebody has got to be           11:23:29
25    there.                                          11:23:31
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 89

1      Q.    And that is written into the        11:23:32
2   poultry producer agreement?                   11:23:34
3            MS. WOOTEN:   Object to form.        11:23:35
4      A.    I'm pretty sure it is.  I don't      11:23:36
5   have a copy of it, but that's just --         11:23:40
6   that's just animal husbandry is taking care   11:23:43
7   of the animals when they're on the farm.      11:23:51
8      Q.    So recording mortality and           11:23:54
9   culling, that's a requirement?                11:23:59
10     A.    Yes.  And it could be a zero.        11:24:00
11  The number could actually be a zero.  It      11:24:02
12  could be zero dead being mortality, it        11:24:04
13  could be zero culls.  But sometimes there     11:24:07
14  are zero days where you don't pick up any     11:24:11
15  dead chickens.  But there were no zeros       11:24:15
16  wrote in there, it was just empty.  So it     11:24:24
17  says no mortality.                            11:24:25
18     Q.    So what's the consequence -- I'm     11:24:26
19  sorry.  Let me rephrase.                      11:24:29
20            As you said, you wrote here no      11:24:30
21  mortality written down day four through       11:24:33
22  seven at house 1 through 3; correct?          11:24:37
23     A.    Yes.                                 11:24:41
24     Q.    What consequences would Mr.          11:24:41
25  Parker face for not writing down the          11:24:44

James Norris                                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 90

```
 1   mortality?                                    11:24:45
 2       A.    I don't really know.  It's got --   11:24:46
 3   It says -- That's why I've got question       11:24:48
 4   marks below that.  It says flocks inspected   11:24:51
 5   twice daily.  That makes me wonder, if you    11:24:54
 6   didn't write any numbers down, did you go     11:24:57
 7   into the house, are you looking after the     11:24:59
 8   birds?  What happened?  Did you just forget   11:25:01
 9   to write them down?  I don't know.            11:25:03
10   Sometimes people go:  I forgot to write       11:25:05
11   down yesterday's number.                      11:25:07
12           Or you may have a couple, like a      11:25:08
13   husband and a wife, and one of them was       11:25:10
14   picking up house one to thee, and the other   11:25:12
15   spouse is picking them up four through six.   11:25:16
16   So maybe one of them wrote them -- is good    11:25:18
17   about writing down the numbers and the        11:25:21
18   other one forgets.                            11:25:22
19       Q.    But to go back to my question,      11:25:24
20   what kind of consequence would Mr. Parker     11:25:27
21   face for not writing down the mortality?      11:25:30
22       A.    Well, there's not really a          11:25:33
23   consequence, other than it -- it needs to     11:25:38
24   be -- it needs to be done daily.  It's not    11:25:41
25   good for the farm because you can't ensure    11:25:45
```

Page 91

1    that it was done.  It's just -- It's a        11:25:48

2    minimum requirement to ask that you go and    11:25:51

3    look at the birds and to record the           11:25:53

4    numbers.                                       11:25:59

5            And I know people forget              11:25:59

6    sometimes, but if it's -- if it's four        11:26:01

7    days, three or four days, you get in the      11:26:06

8    habit of doing that.                          11:26:13

9        Q.    So there weren't any consequences   11:26:14

10   for not doing this?                           11:26:16

11       A.    No.  Just other than me noting it   11:26:18

12   and saying, hey, you need to write these      11:26:22

13   down every day.  Really, you're surprised     11:26:23

14   -- It's usually somebody just forgets.  But   11:26:25

15   it shouldn't be an ongoing thing.  You        11:26:29

16   can't build the whole flock without writing   11:26:32

17   down the numbers.  And you can't just leave   11:26:35

18   the farm and not look at the birds.           11:26:36

19           So it's a small indication that       11:26:39

20   makes you wonder what's going on, you know,   11:26:41

21   why aren't you writing down these numbers.    11:26:43

22       Q.    At the bottom of this document,     11:26:45

23   there's a section for special                 11:26:48

24   notes/message.  And you've written a few      11:26:53

25   things, and some of these are in capital      11:26:55

James Norris                                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 92

| | | |
|---|---|---|
| 1 | letters:  Still need to get grass cut and | 11:26:58 |
| 2 | keep maintained.  Need to follow new temp | 11:27:01 |
| 3 | guidelines.  Need to update generator log | 11:27:04 |
| 4 | today. | 11:27:08 |
| 5 |         Do you see those? | 11:27:09 |
| 6 |     A.    Right.  Yeah.  All those things | 11:27:09 |
| 7 | are on that PVP bonus.  So in order to get | 11:27:11 |
| 8 | the PVP bonus, the grass -- it looks like | 11:27:15 |
| 9 | that placement, the grass had not been cut | 11:27:17 |
| 10 | before the birds placed.  And at this | 11:27:19 |
| 11 | point, day seven, the grass had not been | 11:27:21 |
| 12 | cut.  And the generator log is on that PVP | 11:27:25 |
| 13 | bonus also.  It needs to be -- Once a week, | 11:27:34 |
| 14 | it exercises, you run the generator once a | 11:27:37 |
| 15 | week, and you just log -- you just write | 11:27:39 |
| 16 | down the hours that it ran.  And that | 11:27:42 |
| 17 | hadn't been done. | 11:27:44 |
| 18 |         And the need to follow | 11:27:47 |
| 19 | temperature guidelines, if that was a | 11:27:50 |
| 20 | posted temperature guide, we probably had a | 11:27:53 |
| 21 | summer guideline at that point, because | 11:27:56 |
| 22 | that looks like it was August -- I mean, is | 11:27:57 |
| 23 | it July.  So we have a winter guideline for | 11:28:01 |
| 24 | cooler weather. | 11:28:04 |
| 25 |         So when we have a new temperature | 11:28:10 |

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 93

1    guideline, that's a new -- for the new          11:28:13
2    weather, new season.                            11:28:14
3         Q.    You had mentioned earlier that       11:28:15
4    temperature guidelines were part of animal      11:28:18
5    welfare?                                         11:28:21
6         A.    Yes.                                  11:28:21
7         Q.    They're also part of getting the     11:28:22
8    PVP bonus?                                       11:28:28
9         A.    The temperature guide is probably    11:28:36
10   not on the PVP bonus.  So if they ran a         11:28:37
11   different temperature, warmer or cooler,        11:28:40
12   it's not ideal for the birds -- for the         11:28:42
13   welfare or the production of birds, but you     11:28:44
14   still would get the -- that's not on the        11:28:46
15   PVP bonus.                                       11:28:49
16        Q.    So the temperature guidelines are    11:28:49
17   requirements?                                    11:28:51
18             MS. WOOTEN:  Object to form.          11:28:53
19        A.    It's a -- It's just a -- It's the    11:28:53
20   best temperature for the bird.  It's the        11:28:59
21   best practice to run at that -- at that age     11:29:02
22   or that time of the year.  We have some         11:29:05
23   winter temperatures and we have a summer        11:29:09
24   temperature.                                     11:29:11
25        Q.    And the farmer doesn't have          11:29:12

James Norris                              April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 94

1      discretion to vary from those?              11:29:14
2          A.    Well, if you --                   11:29:16
3              MS. WOOTEN:  Objection.             11:29:19
4          A.    Do you have a copy of the         11:29:20
5      temperature guide?  I don't know.  You have 11:29:23
6      some documents there, but do you have a     11:29:28
7      copy of the temperature guide?              11:29:30
8              It has a place on there that says   11:29:32
9      that you can increase or decrease it based  11:29:35
10     on bird comfort.                            11:29:38
11             So sometimes the birds may be too   11:29:39
12     hot, and you may -- you may change the      11:29:41
13     temperature; or they may be too cool, you   11:29:43
14     may change it.  So there's some leeway in   11:29:46
15     there on that temperature guide.            11:29:48
16         Q.    So there's a certain required     11:29:51
17     range?                                      11:29:54
18             MS. WOOTEN:  Object to form.  You   11:29:56
19     can answer.                                 11:29:57
20         A.    Well, if you stick close to that  11:29:57
21     temperature chart, that bird is going to be 11:30:01
22     the most comfortable and you're going to    11:30:04
23     get the best performance out of that -- out 11:30:06
24     of that flock, based on other farms and     11:30:08
25     historical -- you know, historical, I guess 11:30:11

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 95

1    you'd say evidence, but historical farm        11:30:16
2    performance.                                    11:30:21
3         Q.    If you found that a farmer was       11:30:24
4    five degrees outside that range, would you      11:30:28
5    recommend that he change?                       11:30:30
6         A.    Five is probably about where, you    11:30:33
7    know, that it might be okay.  Depending on      11:30:37
8    -- Sometimes the weather outside could be       11:30:42
9    extreme, and the farmer may say:  Hey, they    11:30:45
10   were too hot, I lowered it.  I changed my       11:30:48
11   setting by five degrees to try to cool them     11:30:51
12   down.  Five degrees is probably okay,           11:30:54
13   depending on -- depending on what you're        11:30:56
14   changing it for.                                11:30:59
15           I mean, if you're just changing         11:31:00
16   it to try to save some propane, to try to       11:31:02
17   save some gas, then, no.  If it's twenty        11:31:06
18   degrees outside, and you're -- you change       11:31:08
19   your setting to save propane, then there's      11:31:11
20   different reasons why someone might change      11:31:16
21   their settings.                                 11:31:19
22        Q.    And, I'm sorry, I interrupted        11:31:20
23   you.                                            11:31:22
24           Let's say the farmer was ten           11:31:22
25   degrees off, he might be required to            11:31:27

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 96

```
 1    change?                                      11:31:29
 2         A.    Yes.  So do they know they're ten 11:31:30
 3    degrees off?  Sometimes I'm just checking    11:31:34
 4    to make sure where we need to be.  You       11:31:38
 5    know, sometimes they could have -- it can    11:31:42
 6    be a typo, someone could have put in eighty  11:31:47
 7    degrees when they meant ninety degrees.      11:31:50
 8             But ten degrees is pretty, pretty   11:31:53
 9    wide.  Ten degrees, the bird is not usually  11:31:56
10    comfortable with that.  They're going to     11:32:00
11    either be too hot or too cold, depending on  11:32:01
12    which direction you're talking about.        11:32:04
13         Q.    All right.  Mr. Norris, are you   11:32:06
14    aware that Mr. Parker was placed on a        11:32:12
15    performance improvement plan during his      11:32:14
16    work for Perdue?                             11:32:16
17             MS. WOOTEN:  Object to form.        11:32:18
18         A.    I -- Since he's no longer         11:32:19
19    growing, yes, he must have been at some      11:32:23
20    point.  I'm not sure when that was, but,     11:32:27
21    yes, he would have been on the -- I didn't   11:32:30
22    see a copy of the letter.  I didn't -- I     11:32:33
23    don't -- I don't know when, but I'm sure he  11:32:35
24    was.                                         11:32:37
25         Q.    You said since he's no longer     11:32:37
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 97

1    growing --                                    11:32:41
2        A.    Yes.                                11:32:42
3        Q.    -- so are farmers always placed     11:32:42
4    on a performance improvement plan before      11:32:45
5    they stop growing for Perdue?                 11:32:47
6        A.    No.                                 11:32:48
7            MS. WOOTEN:  Object to form.  You      11:32:49
8    can answer.  Mr. Norris, just a reminder to   11:32:50
9    allow Ms. Snow to finish her question         11:32:54
10   before you respond so we can get everything   11:32:58
11   clear on the Record.  Sorry to interrupt.     11:32:59
12       A.    Okay.  No.                          11:33:01
13       Q.    So there's a reason beyond the      11:33:02
14   fact that Mr. Parker is no longer growing     11:33:06
15   for Perdue that makes you think he was        11:33:09
16   placed on a performance improvement plan?     11:33:11
17           MS. WOOTEN:  Object to form, to       11:33:14
18   the extent it calls for speculation.  You     11:33:17
19   can answer, Mr. Norris.                       11:33:19
20       A.    I don't know why he's not           11:33:20
21   growing.  I think I had him like 2017, I      11:33:22
22   think he stopped growing in 2019.            11:33:25
23       Q.    That's the extent of your           11:33:29
24   knowledge?                                    11:33:35
25       A.    Yeah.  I don't know the -- I        11:33:37

James Norris                                        April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 98

| | | |
|---|---|---|
| 1 | don't know how -- what the history is on | 11:33:41 |
| 2 | the farm, when he stopped growing.  No, I | 11:33:42 |
| 3 | don't know -- Sometimes farms will -- | 11:33:45 |
| 4 | They'll sell a farm, they'll just decide to | 11:33:48 |
| 5 | stop growing chickens or -- so I don't know | 11:33:51 |
| 6 | why that farm is -- I didn't have him -- I | 11:33:54 |
| 7 | wasn't a flock advisor at that time, for | 11:33:59 |
| 8 | that farm at that time. | 11:34:01 |
| 9 | Q.    Okay.  I have some additional | 11:34:04 |
| 10 | questions about the documentation used on | 11:34:06 |
| 11 | Perdue farms. | 11:34:08 |
| 12 | Are you familiar with harvest | 11:34:10 |
| 13 | delivery tickets or live haul tickets? | 11:34:13 |
| 14 | A.    Yes. | 11:34:15 |
| 15 | Q.    Are those the correct terms or | 11:34:16 |
| 16 | would you use another word? | 11:34:18 |
| 17 | A.    I think they're just referred to | 11:34:21 |
| 18 | as a live haul ticket. | 11:34:25 |
| 19 | Q.    And what are live haul tickets? | 11:34:27 |
| 20 | A.    It's a -- It's a ticket for -- | 11:34:30 |
| 21 | When they catch the chickens, they weigh | 11:34:36 |
| 22 | the truck at the scales in Perry, for the | 11:34:40 |
| 23 | plant.  And they get a tare weight on the | 11:34:46 |
| 24 | -- they get a weight on the trailer. | 11:34:48 |
| 25 | So it's a trailer weight ticket | 11:34:54 |

Page 99

```
 1    that's produced in order to send that farm      11:34:56
 2    to that -- farm to catch.                        11:35:01
 3        Q.    And you mentioned they weigh the       11:35:05
 4    trailer.  Do those trailers have a specific      11:35:06
 5    number?                                          11:35:09
 6        A.    They do have trailer numbers.          11:35:10
 7    But I don't work on the live haul side,          11:35:13
 8    that's sort of a separate division or            11:35:16
 9    separate part.                                   11:35:18
10        Q.    And do the live haul tickets have      11:35:19
11    trailer numbers on them?                         11:35:23
12        A.    The ticket -- Again, I don't work      11:35:25
13    in live haul, but the driver would have the      11:35:32
14    -- I think the driver would have the ticket      11:35:36
15    with them when they arrive on the farm.          11:35:38
16        Q.    But does the ticket itself have a      11:35:41
17    number that reflects the trailer that            11:35:43
18    carried the birds?                               11:35:47
19        A.    Yes.  Yes.  There's a ticket           11:35:49
20    number, yes.                                     11:35:51
21        Q.    And so the trailer number on the       11:35:52
22    ticket should match the number on the            11:35:56
23    physical trailer?                                11:35:58
24        A.    I would assume.  Again, I don't        11:35:59
25    work on the -- I've never printed a ticket       11:36:02
```

James Norris                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 100

```
 1    -- a live haul ticket.  I don't work at the    11:36:05
 2    scales.  So I've kind of let them know --       11:36:09
 3    let the farmer know the catch schedule, and    11:36:13
 4    the live haul would show up and catch them.    11:36:16
 5         Q.    And you talked about the driver     11:36:18
 6    having the tickets, but who else receives      11:36:20
 7    live haul tickets?                              11:36:23
 8         A.    They leave one with the farm --      11:36:25
 9    at the farm.  I think there are two copies     11:36:31
10    printed, and there's one that's left at the    11:36:34
11    farm.                                           11:36:38
12         Q.    And Perdue receives a copy?          11:36:40
13         A.    I think when they get back to the   11:36:43
14    plant, back to the processing plant, the       11:36:46
15    second copy is there, turned in.                11:36:50
16         Q.    And do you know what purpose         11:36:55
17    these tickets serve?                            11:36:57
18         A.    Again, I don't work on live haul.   11:37:00
19    But it's to get a weight of the -- farm        11:37:04
20    weight of the chickens, so that you can        11:37:08
21    bring an empty trailer, load it with birds,    11:37:10
22    and then weigh the trailer and you know how    11:37:14
23    much weight to credit to that farm.            11:37:17
24         Q.    And that weight is important        11:37:19
25    because, as you testified earlier, that's      11:37:21
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 101

```
 1    how farmers are paid; right?                    11:37:24
 2        A.    It's a farm weight, yeah.             11:37:26
 3        Q.    Were you aware that Mr. Parker        11:37:28
 4    contacted USDA officials about an issue         11:37:34
 5    with the trailer number on his live haul        11:37:37
 6    tickets?                                         11:37:39
 7        A.    I don't know that he did.  I          11:37:40
 8    wasn't aware, no.                                11:37:43
 9        Q.    And to back up, if I refer to         11:37:43
10    USDA, can we share the understanding that        11:37:50
11    I'm talking about the United States             11:37:53
12    Department of Agriculture?                       11:37:54
13        A.    Yeah.  I'm -- Yeah, that's USDA.      11:37:56
14        Q.    Are you aware that Mr. Parker         11:38:00
15    contacted the USDA for some other reason?        11:38:06
16        A.    I don't know -- I don't know if       11:38:09
17    he contacted them or not.                        11:38:13
18        Q.    So you don't have any knowledge       11:38:16
19    of Mr. Parker speaking with the USDA?            11:38:18
20        A.    I don't know if he did or not.  I     11:38:21
21    don't know.                                      11:38:24
22        Q.    So you never spoke to Mr. Parker      11:38:24
23    about his outreach to the USDA?                  11:38:32
24        A.    He -- I don't recall talking to       11:38:36
25    him about that.  That's been years ago.         11:38:40
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 102

1    Q.   And you never expressed to Mr.        11:38:46
2    Parker that he should not have reached out  11:38:49
3    to the USDA?                                 11:38:51
4    A.   I don't -- I don't know if he did      11:38:52
5    or not.                                      11:38:55
6    Q.   So if there were a recording of        11:38:56
7    you speaking with Mr. Parker in which you    11:39:04
8    indicated that he should not have reached    11:39:07
9    out to the USDA, would you dispute the       11:39:09
10   accuracy of that recording?                  11:39:12
11   A.   I don't -- I don't know.  It -- I       11:39:14
12   don't know if -- I don't know if he did --   11:39:22
13   I don't know if he did reach out to them.    11:39:29
14   Q.   Well, Mr. Norris, that wasn't          11:39:30
15   precisely my question.  If there were a      11:39:36
16   recording of you and Mr. Parker speaking,    11:39:38
17   and in that recording you indicated to Mr.   11:39:40
18   Parker that he should not have reached out   11:39:44
19   to the USDA, would you say that that         11:39:45
20   recording is not accurate?                   11:39:48
21   A.   It -- It could be.  I have lots        11:39:50
22   of conversations with farmers.  But none     11:39:55
23   that I -- I don't record any conversations,  11:39:57
24   so I don't -- I don't know what would have   11:40:00
25   been recorded.                               11:40:02

James Norris                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

                                              Page 103

1       Q.    It could be accurate, you're      11:40:03
2    saying?                                     11:40:05
3       A.    It may be.  I don't know.          11:40:08
4       Q.    Do you have any basis to dispute   11:40:09
5    that recording?                             11:40:11
6       A.    I don't -- I don't have any --     11:40:13
7    No.                                         11:40:20
8       Q.    So no basis to dispute it?         11:40:20
9       A.    Other than, I don't -- I don't --  11:40:23
10   I have -- I don't know that I was recorded  11:40:26
11   or that someone said I was recorded or told 11:40:28
12   me they were recording.  I don't know of    11:40:32
13   any recordings.                             11:40:35
14      Q.    You just don't -- You don't have   11:40:36
15   knowledge of being recorded --             11:40:39
16      A.    No.                                11:40:41
17      Q.    -- but other than -- I'll finish   11:40:41
18   my question.                                11:40:43
19            You don't have knowledge of being  11:40:44
20   recorded, but other than that, would you    11:40:46
21   dispute that that conversation occurred?    11:40:47
22            MS. WOOTEN:  Objection to the      11:40:51
23   extent asked and answered already.  You can 11:40:52
24   answer.                                     11:40:53
25      A.    I don't -- I don't recall the      11:40:53

James Norris                                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 104

1    conversation.                                    11:40:57

2        Q.    And so you don't recall telling        11:40:57

3    Mr. Parker that Perdue didn't want the USDA       11:41:03

4    to come audit them?                              11:41:06

5            MS. WOOTEN:   Objection to the            11:41:09

6    extent asked and answered.  You can answer.       11:41:10

7        A.    I don't recall him asking about,        11:41:12

8    you know, getting in touch with the USDA.         11:41:26

9        Q.    Mr. Norris, were you aware that         11:41:30

10   Mr. Parker had to make repairs to his farm        11:41:35

11   prior to receiving a placement sometime in        11:41:38

12   fall 2018?                                        11:41:40

13       A.    I know there was a lot of -- I          11:41:42

14   know there was a lot of equipment that was        11:41:50

15   not working properly on the farm, but I           11:41:52

16   don't know of what he had to repair.  I           11:41:59

17   mean, we . . .                                    11:42:03

18       Q.    How did you learn about the             11:42:09

19   equipment that wasn't working properly?           11:42:11

20       A.    Well, most of the equipment I           11:42:16

21   know about is stuff that I see that needs         11:42:18

22   to be replaced or repaired.                       11:42:20

23       Q.    And so your knowledge of any            11:42:21

24   required repairs in the fall of 2018 was          11:42:27

25   related to equipment that needed to be            11:42:29

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

                                                    Page 105

 1    fixed?                                          11:42:31

 2        A.    Can you rephrase that?               11:42:32

 3        Q.    It was a confusing question.         11:42:37

 4              You said you knew that some          11:42:40

 5    equipment needed to be fixed on Hazel Lee;    11:42:44

 6    right?                                         11:42:49

 7        A.    Right.  There's things that          11:42:49

 8    needed to be replaced or repaired.            11:42:51

 9        Q.    And that was around the fall of      11:42:54

10    2018?                                          11:42:56

11        A.    I think that's the last time I       11:42:57

12    had the farm, was around that time, yes.      11:43:00

13        Q.    You don't remember what equipment    11:43:02

14    or any other details?                         11:43:05

15        A.    It's probably the general things,    11:43:07

16    normal things:  Fans, feed lines, water       11:43:12

17    lines.  All things that pertain to the        11:43:15

18    chickens.                                      11:43:20

19        Q.    When you say general things and      11:43:20

20    normal things, these were routine repairs?    11:43:28

21        A.    They're what repairs?                11:43:31

22        Q.    When you say general and normal      11:43:34

23    things, they were routine repairs?            11:43:36

24        A.    Yes.  Just keeping the equipment     11:43:39

25    operational.                                   11:43:44

James Norris                                        April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 106

1      Q.    Did you have any communications    11:43:47
2   with Mr. Parker about those upgrades and    11:43:49
3   repairs?                                     11:43:52
4      A.    Usually on service reports.  And   11:43:53
5   it's usually just a repair, just fixing     11:43:59
6   something that doesn't -- that's not        11:44:01
7   working properly.  I wouldn't call that an  11:44:03
8   upgrade.                                     11:44:05
9      Q.    And sitting here today, you don't  11:44:06
10  recall any other details?                   11:44:21
11     A.    Other than just making -- your     11:44:24
12  normal things, making notations on service  11:44:28
13  reports for when I see things that are not  11:44:31
14  working, I may make a -- go by house by     11:44:33
15  house and say:  House 1, you have a fan not 11:44:37
16  working; house 2, there's a fan not         11:44:40
17  working.  But that's usually put on the     11:44:43
18  service reports.                             11:44:47
19     Q.    Service reports, you said?         11:44:48
20     A.    Yes.  The weekly visitation        11:44:49
21  reports.                                     11:44:52
22     Q.    And you mentioned earlier that     11:44:53
23  you understand that Mr. Parker no longer    11:45:04
24  grows for Perdue?                            11:45:06
25     A.    Yeah.  I don't think I -- I never  11:45:08

1    see his farm name on a placement schedule        11:45:10
2    anymore, so I'm not sure when he stopped          11:45:13
3    growing.                                          11:45:15
4         Q.    And do you know why he stopped         11:45:16
5    growing for Perdue?                               11:45:18
6         A.    I don't know.                          11:45:20
7         Q.    Mr. Norris, aside from your            11:45:22
8    attorneys, have you discussed this lawsuit        11:45:32
9    with anyone?                                      11:45:34
10        A.    No.                                    11:45:36
11        Q.    What about emails or text              11:45:36
12   messages, have you exchanged emails or text       11:45:41
13   messages with anyone about this lawsuit,          11:45:44
14   again, aside from your attorneys?                 11:45:45
15        A.    No.                                    11:45:47
16             MS. SNOW:  I'd like to take a           11:45:54
17   brief break, and then we can come back.           11:45:56
18   But, Ms. Wooten, I imagine I'm close to the       11:45:58
19   end of my questions.                              11:46:01
20             VIDEOGRAPHER:  The time is 11:46        11:46:04
21   a.m.  We're off the Record.                       11:46:06
22                       (Recess taken.)               11:46:28
23             VIDEOGRAPHER:  The time is 11:59        11:58:53
24   a.m.  We're on the Record.                        11:59:00
25             MS. SNOW:  Mr. Norris, I don't          11:59:04

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 108

| | | |
|---|---|---|
| 1 | have any more questions for you, but thank | 11:59:05 |
| 2 | you very much for your time today. | 11:59:07 |
| 3 | THE WITNESS:  Okay. | 11:59:08 |
| 4 | EXAMINATION | 11:59:08 |
| 5 | BY MS. WOOTEN: | 11:59:13 |
| 6 | Q.    Mr. Norris, I have a few | 11:59:13 |
| 7 | follow-up questions for you.  I may jump | 11:59:16 |
| 8 | around a little bit, so I apologize; that's | 11:59:18 |
| 9 | just kind of the nature of having to go | 11:59:20 |
| 10 | second and following up with just some | 11:59:22 |
| 11 | clarification questions. | 11:59:25 |
| 12 | Mr. Norris, do you recall when | 11:59:26 |
| 13 | Ms. Snow had asked you questions earlier on | 11:59:27 |
| 14 | about Perdue guidelines for growers and | 11:59:30 |
| 15 | referred to lighting guidelines, | 11:59:32 |
| 16 | temperature guidelines, and I believe | 11:59:37 |
| 17 | rodent bait guidelines? | 11:59:38 |
| 18 | A.    Yes. | 11:59:40 |
| 19 | Q.    Do you know -- And at one point I | 11:59:41 |
| 20 | believe they're referred to as policies. | 11:59:44 |
| 21 | Do you know if these are, quote, policies | 11:59:45 |
| 22 | or are these guidelines that Perdue | 11:59:47 |
| 23 | provides to growers? | 11:59:50 |
| 24 | A.    They're -- Like the top of the | 11:59:51 |
| 25 | paper says on our temperature guidelines, | 11:59:56 |

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 109

```
 1    it says temperature guidelines.  For summer   11:59:58
 2    -- We have temperature guidelines for the     12:00:00
 3    summer, and then we change them for the       12:00:02
 4    winter.  And we have lighting guidelines.      12:00:04
 5        Q.    Okay.  And at one other point, I     12:00:11
 6    believe you had talked about, you know,        12:00:15
 7    having other ago culture on the farm.  And     12:00:17
 8    I'm not sure if this was clear or not so I     12:00:22
 9    wanted to ask just a quick follow-up           12:00:24
10    question.  Can farmers for Perdue have         12:00:27
11    other agriculture on the farm, for example,    12:00:29
12    cows, goats, things along those lines?         12:00:34
13        A.    Yes.  There -- They can have         12:00:36
14    cows, horses, goats, there are other           12:00:38
15    animals on the farm.  Now, they don't need     12:00:41
16    to be in the house with the -- they            12:00:43
17    shouldn't be in the house with the             12:00:46
18    chickens.  And people -- Obviously they can    12:00:48
19    have cats and dogs and of sort.                12:00:51
20            But they don't need to have other      12:00:53
21    fowl, other birds, other chickens or ducks,    12:00:55
22    like a little backyard flock or anything       12:00:58
23    like that at their home.  You know, they       12:01:00
24    don't need to have a little backyard flock     12:01:02
25    where they're getting eggs from, because       12:01:05
```

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 110

| | | |
|---|---|---|
| 1 | that would be a biosecurity problem with | 12:01:07 |
| 2 | those birds being on the property. | 12:01:09 |
| 3 | Q.   And, Mr. Norris, at some point | 12:01:12 |
| 4 | you stopped being a flock advisor for Hazel | 12:01:16 |
| 5 | Lee Farm; is that correct? | 12:01:19 |
| 6 | A.   Yeah.  Whenever we changed | 12:01:20 |
| 7 | routes. | 12:01:22 |
| 8 | Q.   Okay.  And do you have any | 12:01:23 |
| 9 | personal knowledge of what happened with | 12:01:25 |
| 10 | Hazel Lee Farm once you stopped being the | 12:01:27 |
| 11 | flock advisor? | 12:01:29 |
| 12 | A.   I don't know, other -- I know | 12:01:30 |
| 13 | that we swapped routes, and then I've got | 12:01:33 |
| 14 | twelve more farms -- thirteen more farms to | 12:01:36 |
| 15 | look at.  So you kind of -- That's kind of | 12:01:38 |
| 16 | in the rearview mirror; you kind of are | 12:01:40 |
| 17 | concentrating on the farms you currently | 12:01:43 |
| 18 | have. | 12:01:46 |
| 19 | So I think -- | 12:01:46 |
| 20 | Q.   Go ahead.  I'm sorry. | 12:01:47 |
| 21 | A.   I think that was like 2017 I had | 12:01:48 |
| 22 | him, and then maybe 2018, the last time | 12:01:51 |
| 23 | that I had the farm was in 2018. | 12:01:54 |
| 24 | MS. WOOTEN:  Thank you, Mr. | 12:01:59 |
| 25 | Norris.  That's all the questions I have | 12:02:00 |

James Norris                                        April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 111

1    for now.  Ms. Snow may have follow-up         12:02:02
2    questions for you.                             12:02:05
3              MS. SNOW:  I don't have any          12:02:05
4    further questions for you, Mr. Norris.         12:02:07
5              VIDEOGRAPHER:  This concludes        12:02:09
6    today's deposition.  The time is 12:02 p.m.    12:02:10
7    and we're off the video record.                12:02:14
8    (The deposition was concluded at 12:02
9    p.m., April 8, 2025.)
10
11              (Signature not waived.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 112

1              REPORTER DISCLOSURES

2              The following representations and

3      Disclosures are made in compliance with

4      Georgia Law, more specifically:

5              Article 10(B) of the Rules and

6      Regulations of the Board of Court Reporting

7      (Disclosure forms).

8              OCGA section 9-11-28(c)

9      (disqualification of reporter for financial

10     interest).

11             OCGA sections 15-14-37 (a) and (b)

12     (Prohibitions against contracts except on

13     case-by-case basis).

14             I am a certified court reporter in

15     the State of Georgia.

16             I am a subcontractor for Veritext

17     Legal Solutions.  I have been assigned to

18     make a complete and accurate record of

19     these proceedings.

20             I have no relationship of interest

21     in the matter on which I am about to report

22     which would disqualify me from making a

23     verbatim record or maintaining my

24     obligation of impartiality in compliance

25     with the Code of Professional Ethics.

James Norris                              April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 113

1          I have no direct contract with any
2      party in this action and my compensation is
3      determined solely by the terms of my
4      subcontract agreement.
5                    FIRM DISCLOSURES
6              Veritext Legal Solutions was
7      Contacted to provide reporting services by
8      the noticing or taking attorney in this
9      matter.  There is no agreement in place
10     that is prohibited by OCGA 15-14-37 (a) and
11     (b).  Any case-specific discounts are
12     automatically applied to all parties, at
13     such time as any party receives a discount.
14             Transcripts:  The transcript of
15     this proceeding as produced will be a true,
16     correct, and complete record of the
17     colloquies, questions and answers as
18     submitted by the certified court reporter.
19             Exhibits:  No changes will be made
20     to the exhibits as submitted by the
21     reporter, attorneys or witnesses.
22             Password-Protected Access:
23     Transcripts and exhibits relating to this
24     proceeding will be uploaded to a
25     password-protected repository, to which all

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

                                              Page 114

1      ordering parties will have access.

2                  REPORTER'S CERTIFICATE

3                  I hereby certify that the above

4      and foregoing deposition was taken down

5      stenographically, and that the colloquies,

6      the questions and answers thereto were

7      transcribed by means of computer-aided

8      transcription; that the transcript is a

9      true and correct record of the evidence

10     given upon said proceeding.  I have no

11     relationship of interest in this matter

12     which would disqualify me from maintaining

13     my obligation of impartiality in compliance

14     with the Code of Professional Ethics.

15                 I have no direct contract with any

16     party in this action and my compensation is

17     based solely on the terms of my

18     subcontractor agreement.  Nothing in the

19     arrangements made for this proceeding

20     impacts my absolute commitment to serve all

21     parties as an impartial officer of the court.

22

23

       ANGELA SMITH MCGALLIARD, RPR, CRR, CCR

24     Georgia Cert No.:  4599-7151-4544-9472

       Expiration 4/1/2026

25     Notary Expiration 8/13/2027

James Norris                                    April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 115

1    VIRGINIA M. WOOTEN, ESQ.

2    virginia.wooten@ogletree.com

3                        April 9, 2025

4    RE: Parker, Roger v. Perdue Foods, LLC

5         4/8/2025, James Norris (#7281766)

6         The above-referenced transcript is available for

7    review.

8         Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-southeast@veritext.com.

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                   Yours,

23                   Veritext Legal Solutions

24

25

James Norris                                        April 8, 2025
Parker, Roger v. Perdue Foods, LLC

```
                                                    Page 116

 1    Parker, Roger v. Perdue Foods, LLC

 2    James Norris (#7281766)

 3                E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____    _____

24    James Norris                         Date

25
```

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

Page 117

1    Parker, Roger v. Perdue Foods, LLC

2    James Norris (#7281766)

3              ACKNOWLEDGEMENT OF DEPONENT

4       I, James Norris, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   James Norris                          Date

13   *If notary is required

14                      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                      _____ DAY OF _____, 20___.

16

17

18                      _____

19                      NOTARY PUBLIC

20

21

22

23

24

25

James Norris                                      April 8, 2025
Parker, Roger v. Perdue Foods, LLC

**[& - able]**                                                Page 1

| **&** |
| --- |

| **&**   3:17 |
| --- |

| **0** |
| --- |

**001666**   2:13
   57:6
**00268**   1:5
**004413**   2:18
   63:21
**006227**   2:25
   79:17
**006228**   2:15
   59:24
**006273**   2:22
   69:18
**006457**   2:10
   17:3

| **1** |
| --- |

**1**   2:9,24 24:10
   24:12 79:23,23
   80:12,13 89:22
   106:15
**10**   70:1 84:17
   112:5
**108**   2:5
**10:39**   61:21
**10:51**   61:24
**11:46**   107:20
**11:59**   107:23
**12**   2:19,23
**13**   2:4
**15-14-37**
   112:11 113:10

**16**   2:8 17:19
**17**   2:16 79:25
**1825**   3:13
**18307**   114:23
**18th**   87:23
**19**   2:8,14
**191**   3:19

| **2** |
| --- |

**2**   106:16
**20**   30:4 117:15
**20001**   3:14
**2006**   12:20
**2012**   13:14
   29:1 30:22,23
**2017**   67:16
   70:1 79:25
   97:21 110:21
**2018**   17:13,19
   104:12,24
   105:10 110:22
   110:23
**2019**   13:14
   29:1 30:22
   97:22
**2020**   10:14
**2025**   1:17 5:14
   111:9 115:3
**22**   2:11
**2700**   3:8

| **3** |
| --- |

**3**   89:22
**30**   115:16

**30303**   3:21
**30309**   3:9
**36**   2:8 16:18
   17:1
**37**   2:11 56:21
   57:4
**38**   2:14 59:18
   59:21 63:20
**39**   2:16 63:16
   63:24 64:3

| **4** |
| --- |

**4/1/2026**
   114:24
**4/8/2025**   115:5
**40**   2:19 69:11
   69:16
**41**   2:23 79:11
   79:15
**4599-7151-4...**
   114:24
**46**   71:9
**47**   61:3 70:7,9
   70:10 75:17,20
**48**   75:20
**4800**   3:20
**49**   75:21

| **5** |
| --- |

**5**   2:5
**56**   2:11
**59**   2:14
**5:22**   1:5

| **6** |
| --- |

**6**   2:4
**63**   2:16
**69**   2:19

| **7** |
| --- |

**7281766**   115:5
   116:2 117:2
**75**   3:7
**79**   2:23
**7th**   3:13

| **8** |
| --- |

**8**   1:17 5:14
   111:9
**8.b**   4:2
**8/10/17**   73:8
**8/10/2017**   2:21
**8/13/2027**
   114:25
**821**   3:13

| **9** |
| --- |

**9**   115:3
**9-11-28**   112:8
**9:29**   5:9,14

| **a** |
| --- |

**a.m.**   5:9,14
   61:22,25
   107:21,24
**abbreviated**
   58:18
**able**   25:22 41:8
   70:16 86:5

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

**[above - answering]**

Page 2

**above** 5:10
31:13,20,20
44:3 83:24
114:3 115:6
117:7
**absent** 70:17
**absolute**
114:20
**access** 70:19,25
82:7,11 86:6
87:2 113:22
114:1
**accompanying**
6:2
**accomplish**
21:11
**accuracy**
102:10 115:9
**accurate**
102:20 103:1
112:18
**accurately** 9:1
**achieve** 56:4
**acknowledge...**
117:3
**acknowledg...**
115:12
**acting** 5:5
**action** 1:5
113:2 114:16
**actually** 85:3
85:15 89:11
**add** 42:2

**added** 17:5
**adding** 48:15
**additional**
30:19 43:4
47:25 48:10,13
48:14,18 49:17
54:23 59:12
60:10,19,21
76:23 98:9
**additions** 117:6
**address** 9:24,25
**adequate** 83:10
83:11,12,20,23
84:5 85:25
**adhere** 62:16
62:18,21 63:7
**administer**
58:12 59:3
**administered**
18:14 19:3,5
**advisor** 2:11
13:6,16 15:17
15:18 16:12
17:23 21:6
26:7 27:7
28:14 36:10
51:25 58:1,7
65:17,21,24
70:4 76:17
80:9,11 81:19
81:20 82:5
83:2 98:7
110:4,11

**advisors** 36:1
57:11,20,21
**aesthetics** 79:2
**affects** 22:17
**affiliated** 10:2
10:7
**affirmative**
32:9
**age** 83:21 84:4
86:8 93:21
**ago** 67:4
101:25 109:7
**agree** 42:4
**agreed** 42:3
**agreement**
42:12,16 89:2
113:4,9 114:18
**agriculture**
101:12 109:11
**ahead** 44:10
66:8 110:20
**aided** 114:7
**air** 48:7 52:19
53:9,10 65:19
65:20,25 66:10
76:1,14,18
84:15
**alarm** 87:11
**alive** 24:21
**allotted** 115:19
**allow** 33:6 97:9
**allowed** 50:3,4
**allows** 48:6

**amount** 41:23
42:3,5 43:14
45:5,10
**angela** 1:22 5:1
114:23
**animal** 26:11
36:15 39:18
40:2 54:19
55:18 56:10,14
56:16,18 75:7
87:3 89:6 93:4
**animals** 21:8,9
21:10 38:1
50:18 51:13
89:7 109:15
**annual** 54:21
**answer** 7:1,19
7:21 9:1 19:24
21:24 23:6
24:16 25:6
33:15 37:6
38:6,17 39:24
51:10,18,23
53:3 54:5,17
57:23 60:14
62:5 63:10
68:6 94:19
97:8,19 103:24
104:6
**answered**
33:10 103:23
104:6
**answering** 7:3

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

**answers** 7:13
113:17 114:6
**anybody** 83:2
**anymore** 53:14
54:1,8 66:16
107:2
**apologies** 11:14
**apologize** 108:8
**apparently**
74:22
**appended**
117:7
**applicable** 25:4
115:8
**applied** 113:12
**apply** 49:14
**april** 1:17 5:14
17:19 111:9
115:3
**area** 31:6 50:9
50:11,15 56:9
57:12
**areas** 56:11
**arrangements**
114:19
**arrive** 26:23
35:16 99:15
**article** 4:2
112:5
**aside** 107:7,14
**asked** 7:18
103:23 104:6
108:13

**asking** 7:1
13:13 30:5
62:7 104:7
**assigned**
112:17
**assume** 8:1
99:24
**assuming** 46:20
**atlanta** 3:9,21
**attached**
115:11
**attended** 3:2
**attorney** 6:16
11:20 113:8
115:13
**attorneys** 107:8
107:14 113:21
**audit** 104:4
**august** 70:1
79:25 92:22
**automatically**
113:12
**available** 115:6
**average** 42:19
42:23,25 43:6
43:7,9,10,12,15
43:21,23 45:17
45:21 46:1,2
46:13 68:8,9
68:13,15
**aware** 15:4
19:15 96:14
101:3,8,14
104:9

**b**

**b** 112:5,11
113:11
**baby** 26:23
**back** 14:18
20:11 32:2
45:16,20 54:11
65:1,13 66:3
72:18 73:13
84:17 85:14
87:25 90:19
100:13,14
101:9 107:17
**background**
12:18 14:22
**backyard**
109:22,24
**bait** 108:17
**bank** 45:11
**barnesville**
28:6
**base** 47:11,12
48:2,9,12
49:15
**based** 41:16
52:4 94:9,24
114:17
**basic** 6:22
**basically** 13:22
22:2 49:16
58:25 64:11
**basis** 31:18
103:4,8 112:13

**bates** 2:10,12
2:15,17,21,25
17:2,4 57:5
63:21 69:17
79:16
**bay** 79:4
**beginning** 5:9
20:4 69:25
82:19
**begins** 57:5
**behalf** 1:6,7
**believe** 57:16
63:3 108:16,20
109:6
**belt** 85:15
**benefit** 53:1,5
**best** 6:25 55:25
56:5,5,7 62:22
72:13 74:2
84:1 93:20,21
94:23
**better** 48:4
77:22
**beyond** 54:24
97:13
**big** 48:2
**bigger** 86:10
**binder** 23:24
**biosecurities**
15:5
**biosecurity**
14:15,19,23
15:3,9,11,19,22
18:3,8,14

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

**[biosecurity - catch]**

Page 4

19:13,16 20:19
20:23 21:1
22:7 34:15,18
34:22 36:14
37:12,24,25
39:21 46:9
50:21,23 54:18
55:18,24 56:10
56:12,16,18
62:2,3,8,10,14
62:25 77:13
78:11 81:8
82:23,24 110:1
**bird** 22:3,4,8,8
22:10,10,17
25:22 26:1
41:18,23 46:11
46:14 48:6
83:21 86:10,11
86:20,20,21
87:19 88:13,14
88:16,17 93:20
94:10,21 96:9
**birds** 13:25
14:1,3,7,7,25
15:6,7 19:14
19:16,20,21,22
20:2,4,18,22
21:1,10,15
22:7,7 24:20
26:23 36:25
37:23 39:15,17
40:11,16 41:17
42:4,10,11

43:13,14,18
45:25 46:23
49:21 50:17
51:8,11 52:6
56:8 62:24
69:24 71:14
72:15,18 73:20
73:22 75:5
77:22,23,25
84:2,3,7 86:4,5
86:9 87:16,20
87:20 88:5,7,8
88:8,22,24
90:8 91:3,18
92:10 93:12,13
94:11 99:18
100:21 109:21
110:2
**bit** 108:8
**black** 60:23,24
**bleach** 82:14,15
82:17,18
**bmps** 56:1,4,9
**board** 4:3
112:6
**bonus** 2:14
52:4,17 53:5
54:7 59:8,11
59:13,15 60:4
60:25 61:6
77:6,20 78:16
79:6,8 92:7,8
92:13 93:8,10
93:15

**bonuses** 52:1,3
52:9,11,13
54:1
**book** 23:22,23
24:1,7
**bottom** 17:8,21
57:15 58:5
66:25 76:24
80:2,7 91:22
**box** 67:7,8
**boxes** 81:6
**brand** 37:7
**break** 7:16,18
7:20 61:11,12
61:15,17,20
107:17
**brief** 61:17
107:17
**briefly** 16:20
**bring** 74:23
75:1 100:21
**brings** 76:20
**brother** 78:24
**brought** 25:23
**build** 91:16
**built** 48:23
53:21,22,23
**burn** 85:16

**c**

**c** 3:1,4 112:8
**cake** 72:12,21
72:24 74:4

**caked** 72:11,23
**cakeout** 72:7
**caking** 73:21
**calculated** 52:3
**calculating**
41:22
**calculation**
41:24
**call** 27:4 28:16
29:7 44:12
68:18,20 80:15
87:17 106:7
**called** 10:18
18:2 62:10
80:16
**calling** 8:13
**calls** 31:16
97:18
**capital** 77:3,8
91:25
**caplan** 3:6
**caps** 77:3
**car** 64:13
**care** 21:8 58:16
89:6
**carried** 99:18
**case** 6:17 14:8
46:14 53:14
75:15 84:12
112:13,13
113:11
**catch** 13:23
26:16,20,25
27:1,2,4 29:9

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

**[catch - communication]**

Page 5

98:21 99:2
100:3,4
**category**  75:25
**cats**  109:19
**caught**  25:23
**cause**  5:10
**ccr**  114:23
**cert**  114:24
**certain**  28:14
28:17 29:14
30:9 36:19
37:3,7 38:14
78:8 94:16
**certainly**  61:14
**certificate**
114:2
**certified**  1:23
5:2,3 112:14
113:18
**certify**  5:5
114:3
**change**  28:7
30:2,10,13,14
30:20 33:25
66:21 94:12,14
95:5,18,20
96:1 109:3
116:4,7,10,13
116:16,19
**changed**  27:7
27:10 28:1
33:21,23 53:13
95:10 110:6

**changes**  16:14
27:8,15 28:6
43:3 55:15
113:19 115:10
117:6
**changing**  27:16
95:14,15
**charge**  74:25
82:16
**chart**  23:10,12
94:21
**charts**  82:3
**check**  30:1
32:22 60:7
65:25 66:10,14
67:8 73:8
87:16
**checked**  65:20
65:20
**checking**  13:25
14:7 26:1
81:15 96:3
**checklist**  2:14
2:17 39:8
58:25 59:6
60:4 64:9,11
64:24 65:6
67:7
**checklists**
39:12
**checks**  44:12
**chew**  78:22
**chicken**  23:20
24:18 72:12,22

76:12,16 78:2
**chickens**  21:10
26:4 32:22,25
33:12 36:22
49:1 55:24
68:8 74:5
77:24 89:15
98:5,21 100:20
105:18 109:18
109:21
**chore**  55:9
**circled**  70:14
81:13 82:8
83:15
**circumstances**
46:8
**civil**  1:5 5:7
**clarification**
108:11
**clarify**  64:1
**clarifying**  19:2
**class**  55:1
**clean**  75:6
**clear**  11:16
33:8 97:11
109:8
**close**  8:20 74:3
74:8 94:20
107:18
**closed**  8:22
**cobb**  3:6
**code**  112:25
114:14

**codes**  28:19
**cold**  84:16
96:11
**colloquies**
113:17 114:5
**combination**
21:13
**come**  83:4
85:16 104:4
107:17
**comfort**  22:8
22:10,18 48:7
94:10
**comfortable**
24:21 37:1
39:15,17 84:4
94:22 96:10
**comment**  18:8
**comments**  18:7
76:25 77:2
**commissioner**
5:5
**commitment**
114:20
**communicate**
8:12 26:2
31:17 45:4
68:22
**communicated**
14:18,20 85:1
**communicating**
26:15,17
**communication**
31:14

Case 5:22-cv-00268-TES    Document 136-11    Filed 08/19/25    Page 123 of 148

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

[communications - culling]

Page 6

| | | | |
|---|---|---|---|
| **communicati...** 11:11 106:1 | 69:8 71:8 | **control** 24:9 37:10,12,20 | **correct** 15:20 33:25 36:16 |
| **companies** 49:21 51:4 | **concluded** 111:8 | 38:24 39:1 46:6 63:4 | 40:14 81:11 89:22 98:15 |
| **company** 22:2 50:1 51:1,12 | **concludes** 111:5 | 76:15,19 | 110:5 113:16 114:9 117:8 |
| **compensation** 43:24 44:6,24 | **condition** 81:3 | **controller** 54:25 55:1,2 | **corrected** 33:21 33:24 |
| 45:22 48:5 54:11 113:2 | **conference** 1:18 5:8 | 55:16 85:4 87:10 | **corrections** 117:6 |
| 114:16 | **confirm** 8:7,9 8:12 10:20 | **controllers** 27:13 55:10 | **council** 4:4 |
| **complete** 34:3 64:20 70:16 | **confusing** 30:6 105:3 | **convenient** 61:13 | **counsel** 5:17 11:4 33:6 |
| 73:2 80:19 112:18 113:16 | **consequence** 78:17 79:6 | **conversation** 103:21 104:1 | 115:14 |
| 117:8 | 89:18 90:20,23 | **conversations** 11:10,19 16:4 | **couple** 72:10 83:8 90:12 |
| **completed** 71:23 115:16 | **consequences** 40:20 89:24 | 102:22,23 | **course** 40:21 56:13 78:20 |
| **complex** 49:10 50:6,8 | 91:9 | **conversion** 52:5 | **court** 1:1 4:3 5:3 6:4,10 7:4 |
| **compliance** 68:4 112:3,24 | **consistently** 56:15 | **cool** 22:18 94:13 95:11 | 7:12 11:7 63:25 112:6,14 |
| 114:13 | **consists** 30:9 | **cooler** 92:24 93:11 | 113:18 114:21 |
| **comply** 24:14 24:24 38:10 | **constantly** 27:15 | **copeland** 3:23 6:3 | **cows** 109:12,14 |
| **computer** 8:19 55:2 85:4 | **contact** 69:1 | **copies** 100:9 115:14 | **created** 34:11 |
| 114:7 | **contacted** 101:4,15,17 | **copy** 34:4,6 35:18 71:24,25 | **credit** 100:23 |
| **concentrating** 110:17 | 113:7 | 72:1 89:5 94:4 | **crr** 114:23 |
| **concerned** 19:18 | **contents** 57:19 | 94:7 96:22 100:12,15 | **cs** 115:15 |
| **concerns** 26:3 29:8 50:21,24 | **contract** 51:6 51:15 87:15 88:20 113:1 114:15 | | **cull** 88:13 **culled** 88:17 **culling** 87:13 88:9,11,12,19 89:9 |
| | **contracts** 51:20 112:12 | | |

James Norris
Parker, Roger v. Perdue Foods, LLC
April 8, 2025

[culls - discount]

Page 7

culls  89:13
culture  109:7
current  13:9
  53:22
currently  13:10
  28:24 66:22
  73:17 110:17
cut  77:4,22,23
  77:23 78:5,14
  78:23,25 79:8
  84:17 92:1,9
  92:12
cutting  77:11
  78:18
cv  1:5

**d**

d  2:1
daily  14:8
  87:19 88:3
  90:5,24
dale  5:21,23
  6:17 18:16
  19:4 67:12,15
damage  37:13
  37:14,15
dan  30:24
  31:20
dashboard
  65:4
date  5:6,13
  17:18 57:14,15
  66:17,19,25,25
  67:9 116:24

117:12
dated  2:20
  65:14 70:1
  79:25
day  26:23 27:1
  71:16,18,20
  73:9,10 80:14
  80:15,16,16,17
  80:17 84:20,21
  84:22,23 87:17
  87:23 88:1,1
  88:23 89:21
  91:13 92:11
  117:15
days  71:20,21
  71:21 72:10,16
  73:15,16,16,19
  89:14 91:7,7
  115:16
dc  3:14
dead  88:5,7,8
  89:12,15
deakins  3:17
  6:1
deal  22:1
deb  3:11
decide  98:4
decides  48:20
decision  30:12
declare  117:4
decline  49:2
decrease  94:9
dedicated
  62:11 63:1

deemed  117:6
defendant  1:12
  3:15 6:1
degree  26:10
  26:11,11
degrees  95:4,11
  95:12,18,25
  96:3,7,7,8,9
delivery  98:13
department
  101:12
depend  15:13
dependent
  41:12
depending
  39:15 66:11
  84:10 95:7,13
  95:13 96:11
depends  30:23
deponent
  115:13 117:3
deposing
  115:13
deposited
  45:11
deposition  1:15
  5:16 6:19 8:6
  9:8 11:3 111:6
  111:8 114:4
described  56:7
details  105:14
  106:10
determination
  30:11

determine  41:1
  41:20 43:23
  45:22 83:19
  85:24
determined
  41:2 113:3
determines
  41:21
different  27:11
  27:12,12,13,13
  27:14,16,17,18
  27:19,20,21,23
  28:1,2,2,3,4,8,8
  28:18 38:20
  46:18 47:15,16
  50:1 55:11,12
  71:2,21 79:22
  80:23,25 81:6
  81:6 83:9
  93:11 95:20
direct  31:10
  113:1 114:15
direction  96:12
directly  31:4
disaster  45:24
  46:5
disclose  11:10
disclosure  4:1
  112:7
disclosures
  112:1,3 113:5
discount
  113:13

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

**[discounts - exception]**

Page 8

**discounts**
113:11
**discretion** 94:1
**discussed** 107:8
**discussion**
45:19
**disease** 14:12
**disinfect** 83:6
**dispute** 102:9
103:4,8,21
**disqualificati...**
112:9
**disqualify**
112:22 114:12
**distance** 29:19
**district** 1:1,2
**disturb** 77:25
**divide** 30:16
**division** 1:3
99:8
**document** 17:2
17:9,10,14,22
18:2 57:5,8
58:3 59:25
60:5 61:5
63:20 64:6
69:17,20 70:9
79:14,16,19,21
85:2 91:22
**documentation**
32:15 34:10
69:4,8 98:10
**documented**
32:3

**documents**
12:2,4,12 17:7
35:23 39:4
81:10 82:1,2
94:6
**dogs** 109:19
**doing** 25:25
26:1 32:23
91:8,10
**dollar** 45:5,9
**dollars** 42:5
**door** 82:12,24
**doors** 82:7
**downtime**
72:19 73:14
**drier** 74:11
**drinker** 75:2,3
**drinkers** 52:20
**drive** 79:2
**driver** 99:13,14
100:5
**driving** 29:21
**dry** 74:6
**ducks** 109:21
**duly** 5:4 6:8

**e**

**e** 2:1 3:1,1
116:3,3,3
**earlier** 32:6
46:17 63:11
69:3 73:11
93:3 100:25
106:22 108:13

**easier** 7:4
**eat** 86:22,22
**eaters** 78:1
**eggs** 109:25
**eight** 9:24 58:5
58:7,12 67:4
73:16 87:20
**eighty** 96:6
**either** 22:18
56:19 70:15
86:2 88:14
96:11
**electrical** 37:14
**email** 8:21
68:18
**emailing** 8:13
**emails** 31:15
107:11,12
**emily** 3:4 5:21
6:16
**emphasis** 77:9
**employed**
13:10
**empty** 89:16
100:21
**enforce** 25:14
**ensure** 14:8,24
90:25
**ensuring** 21:7
21:20 25:3,18
**enter** 44:17
**entire** 27:5
**environment**
76:15,19

**equipment**
27:12,15,16,18
27:20,22 36:19
36:21,25 37:2
37:4 46:18,21
47:6 48:4,5,6
49:13 55:8
83:3 104:14,19
104:20,25
105:5,13,24
**errata** 115:11
115:13,16
**esq** 115:1
**esquire** 3:4,5
3:11,16
**ethics** 112:25
114:14
**evaluate** 73:2,3
**evers** 62:10,17
63:1
**evidence** 95:1
114:9
**exact** 67:17
**examination**
2:2 5:11 6:12
108:4
**examined** 6:8
**example** 22:20
44:20 48:18
109:11
**except** 81:18
112:12
**exception** 7:17

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

**[exchanged - farms]**

**exchanged**
  107:12
**exercises** 92:14
**exhibit** 2:8,11
  2:14,16,19,23
  16:17 17:1
  56:20 57:4
  59:17,21 63:15
  63:20,24 64:3
  69:10,16 79:10
  79:15
**exhibits** 2:6
  113:19,20,23
**exist** 51:21
**expect** 11:5
  24:13,23 33:24
  38:8
**expected** 40:4
  63:6 64:19
  78:8
**experience**
  12:24 26:13
**expiration**
  114:24,25
**explain** 41:16
**expressed**
  102:1
**extent** 97:18,23
  103:23 104:6
**extra** 76:11
  78:16
**extreme** 95:9
**eye** 33:12

**f**

**face** 89:25
  90:21
**fact** 53:25
  97:14
**factor** 52:10
**fails** 115:18
**fair** 8:3 51:5
**fairmark** 3:12
**fall** 12:22
  104:12,24
  105:9
**familiar** 9:18
  36:11 42:18
  47:10 55:25
  58:15 62:9
  98:12
**fan** 74:9 83:22
  106:15,16
**fans** 84:3,6,8,9
  84:9,10,13
  85:12,13
  105:16
**far** 11:5 19:17
  29:18 78:19
**farm** 9:18,21
  10:2,7,12,16,21
  10:22,25 12:8
  15:8,16 16:5
  18:9,20,22,24
  19:1,6,17 20:5
  20:13 21:14
  24:3,10,11

26:18,24 29:4
30:19 34:4,13
34:16 35:8,10
35:15,16,22
37:2,4,20,21
40:8,22 43:20
46:1,12,22,23
47:21,22 48:22
52:7,9,12,16,18
52:21 54:1,2
56:8 59:1,9,16
60:8 63:4,5
64:14 65:14
67:19 68:9
69:1 70:6,19
70:23,25 71:25
72:11 73:6,20
74:17 76:21
78:5 79:3
85:18,19 89:7
90:25 91:18
95:1 98:2,4,6,8
99:1,2,15
100:8,9,11,19
100:23 101:2
104:10,15
105:12 107:1
109:7,11,15
110:5,10,23
**farmer** 9:17
13:23 15:17
18:25 19:17
20:14,21 25:25
33:24 34:5

38:8 42:4,7
44:6,16,20
45:22 46:15
47:5,24 48:20
49:2,20 50:24
51:6 52:25
64:17 65:2
67:25 75:1
76:21 81:21,22
82:8,20 93:25
95:3,9,24
100:3
**farmer's** 43:24
46:6
**farmers** 9:10
14:20 15:2,15
15:19 22:24
23:17 24:2,13
24:23 25:4,19
27:12 28:3,8
35:5 38:14
41:5,22 44:3
50:16 54:15,20
54:24 58:13
59:4 62:20
63:13 64:19
65:11 74:14
75:18 82:20
85:1 97:3
101:1 102:22
109:10
**farming** 36:19
**farms** 10:9
14:13 16:13

19:14 21:16,18
27:11,18,19,21
28:1,2,8,12,18
28:25 29:10,14
29:16 30:9,10
31:23 32:4
34:11 35:6,23
36:20 37:12,13
45:1 46:17,20
47:1,2 48:23
54:8 65:13
69:5 74:2,15
74:16,16,24,25
75:1 78:9,10
82:10 94:24
98:3,11 110:14
110:14,17
**federal** 5:7
**feed** 13:24
36:21,25 52:5
76:9,12,13,18
76:20,21,23
86:4,6,6,15,21
87:2 105:16
**feedback** 67:23
68:1
**feeder** 83:11
85:23,24
**feet** 66:13
**field** 70:13
**file** 35:24
**fill** 69:24 81:21
**filled** 80:9,18

**financial** 112:9
**fine** 9:14 61:18
**finish** 6:25 7:2
33:6 97:9
103:17
**firm** 5:25 20:22
113:5
**first** 6:8,18
17:17 18:1,7
20:10,12,17
42:10 43:5
67:14,21 72:6
81:8
**five** 95:4,6,11
95:12
**fixed** 105:1,5
**fixing** 106:5
**flock** 2:8,11,23
12:9 13:5,5,15
15:17,18 16:12
17:22 20:1,8
20:11,12,17
21:5 25:19
26:7,24 27:3,5
27:7 28:13
32:6 35:21,25
36:2,4,5,10
40:10 41:12,14
42:19,22,25
43:6,6,7,8,9,16
43:21,23 45:4
45:16,20 46:1
46:2,13 49:25
50:1,25 51:1

51:25 57:11,20
57:21 58:1,7
59:2,7,9 61:1,2
61:3 65:17,21
65:24 68:15
69:25 70:3,7,9
70:10 71:8,9
71:10 72:10
74:12,18 75:15
75:15,17,19,22
76:17 80:3,9
80:11 81:4,19
81:20 82:5,19
83:2 91:16
94:24 98:7
109:22,24
110:4,11
**flocks** 43:1,2,4
43:10,11,16
72:19,20 73:7
73:15,18,24
74:9 75:4 90:4
**flow** 23:5
**flu** 46:11,14
**flush** 75:2
**flushed** 74:23
**flushing** 74:19
**follow** 40:5,9
92:2,18 108:7
109:9 111:1
**followed** 21:22
25:4
**following** 5:11
108:10 112:2

**follows** 6:9
**foods** 1:11 3:23
6:2 115:4
116:1 117:1
**foot** 82:6,11,13
82:21
**foregoing**
114:4 117:5
**forget** 85:10
90:8 91:5
**forgets** 90:18
91:14
**forgot** 90:10
**form** 12:7
19:23 21:23
24:15 25:5
33:5 34:22,22
35:2,6,7 37:5
37:18 38:5,16
39:23 51:9,17
51:22 53:2
54:4,16 57:22
60:13 62:4
63:9 66:15,15
66:22,23 67:2
68:5 70:17
71:2,22 72:4
78:13 86:19
89:3 93:18
94:18 96:17
97:7,17
**forms** 66:3,21
80:19,23 112:7

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

[forsyth - habit]

Page 11

**forsyth** 50:10
50:15 51:24
**forth** 41:24
**found** 95:3
**four** 47:18,21
48:8,10,25
49:19 53:17,21
53:23,24 60:23
66:12 73:17
76:13 80:22
87:2 88:1
89:21 90:15
91:6,7
**fourteen** 73:15
**fourteenth** 3:7
**fowl** 109:21
**frame** 29:1,11
30:22 67:19
**frequently**
68:21
**fresh** 82:17
**full** 65:21
**fully** 9:1
**function** 85:15
**further** 29:17
29:23 111:4
**furthest** 29:20

**g**

**gain** 40:12
86:23
**gas** 95:17
**general** 22:6
28:9 105:15,19

105:22
**generally** 11:12
24:11 26:22
31:25 67:22
80:13
**generator** 92:3
92:12,14
**georgia** 1:2 3:9
3:21 4:4 5:5
9:22 10:3
50:10 112:4,15
114:24
**getting** 45:3,6
79:6 93:7
104:8 109:25
**give** 7:8 16:21
23:16 32:10
34:4,6 46:2
56:24 64:21
69:9
**given** 6:19 24:1
24:7 114:10
117:9
**go** 14:15,16
31:18 44:9
45:7,14,16,20
54:11 56:17
61:20 64:23
66:8 70:23
73:5,6,6,19
87:25 88:22
90:6,10,19
91:2 106:14
108:9 110:20

**goal** 24:18
**goats** 109:12,14
**goes** 29:18 58:5
82:12 86:24
**going** 6:21,22
9:7 12:17
13:13 16:20
18:22 19:8
28:5 36:9
53:20 54:11
56:15,23 57:18
63:18 64:12
67:11 74:5,6
78:20,22 79:14
82:25 83:1,4,5
84:8,9 86:22
86:23 91:20
94:21,22 96:10
**good** 5:20,24
6:14 7:6,22
14:10 24:18
40:10 61:10
79:2 90:16,25
**grass** 77:4,12
77:14,16,22,24
78:5,6,7,15,18
78:24,25 79:9
92:1,8,9,11
**great** 7:11
**group** 15:14
**grow** 15:6
24:18 25:22
31:19 36:5
42:10 43:2,3

49:21,25 51:7
**grower** 35:24
**growers** 9:10
41:1 57:21
108:14,23
**growing** 68:8
96:19 97:1,5
97:14,21,22
98:2,5 107:3,5
**grown** 43:2
51:13
**grows** 49:1
106:24
**growth** 86:21
**guess** 94:25
**guessing** 19:1
**guide** 92:20
93:9 94:5,7,15
**guideline** 23:10
23:13 92:21,23
93:1
**guidelines** 24:4
24:14 38:12
63:12 92:3,19
93:4,16 108:14
108:15,16,17
108:22,25
109:1,2,4
**guides** 85:18

**h**

**h** 116:3
**habit** 91:8

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

**[hand - indirectly]**

Page 12

| | | | |
|---|---|---|---|
| **hand** 56:17,17 64:23 | **held** 13:15,17 45:19 | 55:2,12 72:22 74:3,8,11 75:5 | **imagine** 107:18 **impact** 47:23 |
| **handles** 55:23 | **help** 17:6 18:9 | 76:6,8,16 | 48:1 |
| **happened** 90:8 110:9 | 18:21,24 19:1 36:24 74:11 | 77:24 78:2,24 84:11 85:14,18 | **impacts** 114:20 **impartial** |
| **hard** 6:24 | 76:15 82:8,21 | 85:19,19 86:14 | 114:21 |
| **harvest** 27:2 98:12 | **helper** 18:21 **hereto** 117:7 | 88:2,4,23 89:22 90:7,14 | **impartiality** 112:24 114:13 |
| **haul** 98:13,18 98:19 99:7,10 | **hey** 91:12 95:9 **high** 86:2,4 | 106:14,15,15 106:16 109:16 | **importance** 77:11 |
| 99:13 100:1,4 100:7,18 101:5 | **higher** 46:22 47:5 48:21 | 109:17 **houses** 27:22 | **important** 7:8 100:24 |
| **hazel** 9:19 10:20,24 16:10 | 49:3 86:10,11 **hillsboro** 10:2 | 49:14,16,20 50:16 51:7 | **improvement** 52:9,12,18,21 |
| 17:16 18:14,16 18:19 20:25 | 10:7,13,17,22 **hire** 30:14 | 53:15,16,21 72:11,13 76:12 | 53:9 54:1 96:15 97:4,16 |
| 21:2 24:5 29:2 29:16,23 38:4 | **hired** 30:19 **historical** 94:25 | **housing** 47:16 49:9 | **improvements** 52:7,17 53:10 |
| 38:10 39:2 40:4,8 61:5,6 | 94:25 95:1 **history** 98:1 | **huh** 77:1 **hundred** 66:13 | 53:18 **inch** 60:23 |
| 63:2,5,6 67:13 67:18,22 69:9 | **home** 109:23 **horses** 109:14 | **husband** 90:13 **husbandry** | **included** 25:1 **including** 38:1 |
| 70:6,10 78:9 79:24 84:12 | **hot** 64:15 94:12 95:10 96:11 | 89:6 | 85:21 **increase** 94:9 |
| 85:21 105:5 110:4,10 | **hour** 11:22,24 11:25 12:1 | **i** | **indicate** 80:7 **indicated** 102:8 |
| **head** 7:10 32:8 | **hours** 71:11 | **ideal** 93:12 | 102:17 |
| **health** 13:25 14:2,6 26:2 | 72:7,9,17 73:22 92:16 | **identical** 47:3 **identification** | **indicating** 17:8 70:12 |
| 62:23 86:20 | **house** 22:17 | 16:19 56:22 | **indication** 91:19 |
| **hear** 17:4 56:15 | 23:20 24:10,12 27:21,24 37:21 | 59:19 63:17 69:12 79:12 | **indirectly** 31:12 |
| **height** 83:11,11 85:23,24 86:11 | 38:25 45:24 48:3 50:19 | **identify** 17:7 **illness** 34:24 | |

**individual**
27:21
**individually**
15:16
**individuals**
9:12,16 18:18
19:5 38:9
**industry** 25:11
**infestation**
77:17
**information**
26:18
**initially** 42:9
58:9
**injury** 88:16
**inspected** 90:4
**insulation** 76:7
78:23
**interact** 68:17
**interest** 62:23
112:10,20
114:11
**interested**
11:19
**interject** 63:23
**interrupt** 23:4
63:23 97:11
**interrupted**
20:20 95:22
**interrupting**
11:15 23:7
**introduce** 5:17
**introduced**
6:15

**inviting** 77:15
**involve** 14:4
**involved** 44:1,5
44:23 45:13
**issue** 101:4
**item** 65:19 67:9
67:10 72:25
73:1 81:8 82:6
87:12
**items** 60:11
64:20 72:4
76:1 80:25
82:5

**j**

**james** 1:16 5:9
5:16 6:7 115:5
116:2,24 117:2
117:4,12
**jarred** 3:5 5:22
**job** 14:11 21:7
21:12,20 25:3
25:18 26:9
**joined** 5:22
**judicial** 4:4
**july** 92:23
**jump** 108:7

**k**

**kathryn** 30:25
31:1,21
**keep** 24:20,21
24:21 33:12
35:6 37:1
39:14 74:11

75:8 77:5,16
78:6 79:3 84:3
92:2
**keeping** 39:17
78:7 105:24
**kind** 13:20
14:22 26:9
32:14 46:5
56:17 58:23
85:1 90:20
100:2 108:9
110:15,15,16
**klorfein** 3:5
5:22
**knew** 105:4
**know** 7:25 10:5
11:9,22 13:23
14:9,15,22,25
16:5 20:7
22:14 24:22
25:12 26:9
27:14 28:12,19
29:8,18,24
31:14 33:21
34:9,23 36:3,3
37:15 38:18
40:14 41:10
42:7 44:16,25
45:1,2,6,10
46:10,13 48:1
50:11,14 51:20
51:24 53:13
54:7,21 56:14
57:12 60:17

61:10 64:24
65:3 66:12
67:3 68:9
73:21 75:20
76:16 77:15
80:9,10 87:22
87:24 88:5
90:2,9 91:5,20
94:5,25 95:7
96:2,5,23
97:20,25 98:1
98:3,5 100:2,3
100:16,22
101:7,16,16,20
101:21 102:4
102:11,12,12
102:13,24
103:3,10,12
104:8,13,14,16
104:21 107:4,6
108:19,21
109:6,23
110:12,12
**knowledge**
10:6 97:24
101:18 103:15
103:19 104:23
110:9
**known** 27:3
**krishan** 3:25
**kritika** 3:11

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

**[labeled - mailbox]**

Page 14

| l | | | |
|---|---|---|---|
| **labeled** 63:21 71:3 81:8 83:7 87:6 | **legal** 112:17 113:6 115:23 | **little** 6:24 11:25 20:6 23:24,24 65:8 75:24 84:16 85:4 87:8 108:8 109:22,24 | 86:14,15 87:25 88:23 91:3,18 110:15 |

labeled 63:21
 71:3 81:8 83:7
 87:6
law 25:14
 78:24 112:4
lawn 78:1
laws 25:4,7,8,8
 25:8,10,13
lawsuit 107:8
 107:13
learn 104:18
leave 71:24
 72:15 91:17
 100:8
lee 9:19 10:20
 10:24 16:10
 17:17 18:15,16
 18:19 20:25
 21:2 24:5 29:2
 29:16,23 38:4
 38:10 39:2
 40:4,8 61:5,6
 63:2,5,6 67:13
 67:18,22 69:9
 70:7,11 78:9
 79:24 84:12
 85:21 105:5
 110:5,10
leeway 94:14
left 30:15
 100:10

legal 112:17
 113:6 115:23
letter 96:22
letters 77:3,8
 92:1
letting 13:22
level 49:11 78:8
levels 48:16
licensed 5:4
light 23:9,11
 76:14,18
lighting 22:22
 22:25 82:3
 108:15 109:4
lights 85:5
liked 33:11
likes 32:25
line 75:8 86:15
 116:4,7,10,13
 116:16,19
lines 74:20 75:2
 75:3,6,9 76:12
 105:16,17
 109:12
list 59:10 60:8
 60:12,18 64:20
 64:22,23 65:1
 65:9 77:21
 80:22
literally 56:6
litigation 17:6
litter 72:22
 74:6,18

little 6:24 11:25
 20:6 23:24,24
 65:8 75:24
 84:16 85:4
 87:8 108:8
 109:22,24
livability 52:5
live 55:24
 98:13,18,19
 99:7,10,13
 100:1,4,7,18
 101:5
llc 1:11 3:6
 115:4 116:1
 117:1
llp 3:12
ln 2:3,7
load 100:21
locations 28:3
log 34:15 35:12
 35:17 81:9,21
 81:25 92:3,12
 92:15
logs 34:13
 35:14,20,22
long 11:21
 51:11 70:21
 82:4
longer 96:18,25
 97:14 106:23
look 34:25 45:7
 45:9 65:6,9
 79:2 81:22,24
 85:11 86:12,13

86:14,15 87:25
 88:23 91:3,18
 110:15
looked 32:6
looking 21:14
 32:21,25 57:19
 86:7,8 90:7
looks 17:16
 57:24,25 80:1
 83:17 87:22
 92:8,22
lose 45:24 79:8
lot 14:5,14
 22:13,16 25:8
 26:14,16 29:20
 53:21 59:5
 62:1 66:24
 83:22 104:13
 104:14
lots 102:21
loud 32:11
low 86:2
lower 48:10
lowered 95:10

| m | | | |
|---|---|---|---|

m 3:16 115:1
macon 1:3
made 4:1 33:13
 33:22 112:3
 113:19 114:19
 117:5
mailbox 81:9
 81:10,24

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

**[maintained - nash]**

Page 15

**maintained**
35:23 77:5,16
78:6,7 92:2
**maintaining**
112:23 114:12
**make** 7:4,14
11:15 32:24
33:19 49:18
55:15 64:13,14
85:11,13 96:4
104:10 106:14
112:18
**makes** 30:11
55:14 88:3
90:5 91:20
97:15
**making** 14:11
46:3 106:11,12
112:22
**management**
56:1,5 84:1
**manager** 31:19
49:10
**manufacturer**
55:8,14
**manufacturers**
37:8 55:13
**mark** 83:20
**marked** 16:18
17:2 56:21
59:18 63:16
69:11 79:11
**market** 25:23

**marking** 17:1
57:4 59:21
63:19 79:15
**marks** 90:4
**match** 99:22
**matter** 112:21
113:9 114:11
**mcgalliard**
1:22 5:1
114:23
**mean** 12:6
16:13 18:16,18
21:9,25 22:13
23:4 25:7,12
26:21 27:8
28:3 30:4
31:15,18 37:1
38:13 47:19
48:25 50:7,9
50:12 54:18
58:23 66:21
67:24,25 68:1
71:6 72:8
78:19,20,23
80:12 81:18,20
86:24 92:22
95:15 104:17
**means** 8:14
29:5,6 72:9
78:4 114:7
**meant** 19:3
96:7
**measure** 76:6,8

**medications**
9:4,6
**meetings** 15:15
**mentioned**
17:18 21:16
23:11 26:12
30:8 31:22
59:13 88:18
93:3 99:3
106:22
**message** 8:13
91:24
**messages**
107:12,13
**met** 76:2
**middle** 1:2 83:7
83:9
**milledgeville**
9:22,25 10:21
10:25 28:5
**minimum** 76:1
76:3 91:2
**minute** 20:7
61:19 66:13
74:10
**minutes** 74:10
**mirror** 110:16
**mizell** 31:1
**moment** 16:21
56:24 69:9
**monday** 87:24
**money** 40:23
48:15,15 60:25

**monitor** 85:10
88:23
**monitors** 55:3
**montezuma**
28:6
**month** 67:17
**monthly** 34:8
**morning** 5:20
5:24 6:14
**mortality** 52:5
87:13,18,25
88:9,19 89:8
89:12,17,21
90:1,21
**motor** 85:16
**move** 48:20
49:2,3,6,7 74:5
**moved** 52:22
73:22
**movement** 2:19
71:3,7,12 72:5
**moves** 52:25
71:10 72:10
**mowers** 78:1
**multiple** 49:21

**n**

**n** 2:1 3:1
**name** 6:15
28:22 70:3,6
107:1
**names** 37:8
**nash** 3:17

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

**[nature - okay]**

Page 16

| | | | |
|---|---|---|---|
| **nature** 108:9 | **nice** 61:12 | **notes** 33:19 | **objection** 5:18 |
| **ne** 3:7,19 | **ninety** 96:7 | 91:24 | 23:3,6 33:5,14 |
| **necessary** | **nodding** 7:10 | **notice** 75:16 | 57:22 68:5 |
| 117:6 | **nods** 32:8 | **noticing** 113:8 | 94:3 103:22 |
| **need** 7:17 40:12 | **normal** 77:4 | **noting** 91:11 | 104:5 |
| 59:7 64:24 | 105:16,20,22 | **number** 1:5 | **obligation** |
| 72:11 77:4 | 106:12 | 17:7 24:10,12 | 112:24 114:13 |
| 82:17 84:3,8,9 | **normally** 46:3 | 28:17,23 43:3 | **obviously** |
| 85:13 86:5 | 82:25 | 57:5 63:21 | 49:17 71:15 |
| 88:17 91:12 | **norris** 1:16 5:9 | 69:17 75:19 | 76:20 86:9 |
| 92:1,2,3,18 | 5:16 6:7,14 | 81:10 87:21 | 109:18 |
| 96:4 109:15,20 | 11:9,18 16:22 | 89:11 90:11 | **occurred** |
| 109:24 | 17:3 33:5 | 99:5,17,20,21 | 103:21 |
| **needed** 19:16 | 56:25 57:7 | 99:22 101:5 | **ocga** 112:8,11 |
| 33:20,23 49:11 | 60:1 61:16 | **numbers** 17:5 | 113:10 |
| 84:12 104:25 | 62:1 64:5 | 44:18 45:14 | **odd** 75:19 |
| 105:5,8 | 69:13,19 79:18 | 85:20 87:19 | **officer** 114:21 |
| **needs** 29:8 | 96:13 97:8,19 | 88:3,6 90:6,17 | **officials** 101:4 |
| 72:11,24 84:19 | 102:14 104:9 | 91:4,17,21 | **ogletree** 3:17 |
| 90:23,24 92:13 | 107:7,25 108:6 | 99:6,11 | 5:25 |
| 104:21 | 108:12 110:3 | **nw** 3:13 | **ogletree.com** |
| **negotiate** 41:8 | 110:25 111:4 | | 115:2 |
| **neighbor** 47:6 | 115:5 116:2,24 | **o** | **okay** 6:21 7:7 |
| **never** 62:10,17 | 117:2,4,12 | | 7:23 11:1,13 |
| 62:25 99:25 | **notary** 1:25 | **object** 19:23 | 11:17 19:8 |
| 101:22 102:1 | 114:25 117:13 | 21:23 24:15 | 25:16 33:9 |
| 106:25 | 117:19 | 25:5 37:5,18 | 36:6 43:22 |
| **new** 18:21 | **notations** | 38:5,16 39:23 | 56:25 57:17 |
| 30:14 52:20,20 | 106:12 | 51:9,17,22 | 58:15 61:8 |
| 92:2,25 93:1,1 | **note** 23:5 33:4 | 53:2 54:4,16 | 67:11 69:13 |
| 93:2 | 33:22 115:10 | 60:13 62:4 | 95:7,12 97:12 |
| **newer** 47:22 | **notebook** 23:25 | 63:9 78:13 | 98:9 108:3 |
| 48:3 | **noted** 117:7 | 86:19 89:3 | 109:5 110:8 |
| | | 93:18 94:18 | |
| | | 96:17 97:7,17 | |

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

[old - perdue]

Page 17

old 66:15
older 47:20,21
  77:25 84:2,7
  86:9
once 19:25 20:3
  20:3,6,8 21:14
  21:17 29:25
  31:23 45:8
  92:13,14
  110:10
ones 55:11
ongoing 14:23
  58:9 91:15
open 8:19,21
  81:24
operational
  85:14 105:25
option 60:17
optional 60:12
oral 5:10
order 64:25
  83:5 92:7 99:1
ordering 13:24
  114:1
originally 20:5
outbreak 34:24
outreach
  101:23
outside 35:10
  46:5 55:6 78:2
  84:17 95:4,8
  95:18
oven 85:9

oversee 10:9,12
owed 41:1,22
own 1:6
owner 18:25

**p**

p 3:1,1
p.c. 3:18
p.m. 111:6,9
page 116:4,7,10
  116:13,16,19
paid 40:24 44:3
  45:3,7 46:2,25
  47:12 59:8,15
  78:16 101:1
pan 82:11,13
  82:16 83:1,5
pans 76:23
  82:7,15,21
paper 108:25
papers 23:23
parker 1:6 5:21
  5:23 6:17 10:1
  18:17 19:4
  24:8 25:1 38:9
  67:13,15 68:18
  89:25 90:20
  96:14 97:14
  101:3,14,19,22
  102:2,7,16,18
  104:3,10 106:2
  106:23 115:4
  116:1 117:1

parker's 10:18
  10:21
part 14:11
  15:21,24 21:7
  21:12,20 25:3
  25:18 39:5
  42:15 53:11,12
  62:13 75:9
  76:4 78:10
  86:25 87:15
  88:19 93:4,7
  99:9
participate
  58:6
participates
  60:9
particular
  35:24 36:5
  55:7,8 61:2
  63:14 75:18
parties 3:2
  113:12 114:1
  114:21
partners 3:12
party 6:2 113:2
  113:13 114:16
pass 79:3
password
  113:22,25
past 52:14,16
  53:7,8
patel 3:25
pay 41:9,20
  44:1 46:1,12

46:22 47:5,7,9
  47:11,12,13,24
  47:25 48:3,9
  48:10,10,12,13
  48:14,18 59:12
  60:10,16,19,21
  76:5 78:16
paying 52:9
payment 41:1,3
  41:5,11,13,19
  41:21,23,25
  42:13 43:14
  44:1 54:10
peachtree 3:19
pending 7:21
people 31:16
  90:10 91:5
  109:18
percent 84:18
perdue 1:11 2:8
  2:10,13,15,18
  2:22,23,25
  3:23 6:1 9:13
  12:19,19 13:1
  13:4,11 17:2,3
  19:18 20:12,21
  21:9 22:9
  25:20 26:8
  30:11 31:2
  32:25 33:2,11
  35:3,7,9 36:18
  37:3,10 38:13
  40:25 41:4,21
  42:16 43:2,22

49:12,25 50:12
50:17 51:1,6,8
51:11,16 55:20
57:5 59:24
62:2 63:21
69:17 70:23,24
72:1 76:20
78:20 79:5,16
81:25 83:3
96:16 97:5,15
98:11 100:12
104:3 106:24
107:5 108:14
108:22 109:10
115:4 116:1
117:1
**perdue's**  21:21
36:7,11 54:14
68:4
**perfect**  71:4,17
75:25
**perform**  40:11
**performance**
68:10 94:23
95:2 96:15
97:4,16
**period**  13:15,16
67:2
**peroxide**  74:20
74:23,24 75:23
**perry**  50:9
98:22
**person**  30:17
43:5 68:24

70:23
**personal**  110:9
**personally**  19:4
**personnel**
30:14 35:9,10
82:12
**pertain**  25:10
25:11 105:17
**pertaining**  61:5
**pertains**  36:22
**pg**  2:3,7
**phone**  68:24
**physical**  99:23
**pick**  87:19 88:5
88:22 89:14
**picking**  90:14
90:15
**pipe**  60:23,24
**place**  15:7 16:6
17:22 19:14,20
20:2,4 37:20
42:11,11 64:16
73:13 77:23
81:11 82:1
94:8 113:9
**placed**  19:22
20:13,18,22
21:1 69:25
71:14 72:18
92:10 96:14
97:3,16
**placement**
13:23 26:16,20
26:22 27:3

29:9 69:23
71:4,15,16,16
71:17,18,19,20
73:23 75:25
76:22 80:14,15
92:9 104:11
107:1
**places**  73:20
**plain**  14:5
**plaintiff**  1:9 3:3
5:21,23 6:17
**plaintiff's**  2:6
16:17 17:1
56:20 57:4
59:17,21 63:15
63:20 64:2
69:10,16 79:10
79:15
**plan**  96:15 97:4
97:16
**plant**  98:23
100:14,14
**please**  5:17 6:5
7:25
**point**  16:7
61:11,11 68:25
92:11,21 96:20
108:19 109:5
110:3
**pointers**  24:19
**policies**  21:21
21:25 22:5,9
22:12,25 36:7
36:11,15,18

37:17 39:21
54:14 62:14
108:20,21
**policy**  36:23
37:9,19 38:3
39:18,20 62:3
**population**
79:4
**positive**  67:23
**possible**  50:2
72:14 74:4
**post**  2:19 71:3
71:7,11 72:5
73:23
**posted**  23:19
23:19 24:4
85:17 92:20
**postplacement**
71:5
**poultry**  9:12
10:19,21 12:25
18:8 26:10,13
42:16 50:19
51:7 58:16
89:2
**pound**  40:24
41:14,15 42:6
47:12 48:3
**powdered**
82:15
**practice**  56:6,7
72:13 93:21
**practices**  56:1
74:3 84:1

James Norris
Parker, Roger v. Perdue Foods, LLC
April 8, 2025

**[preach - question]**

Page 19

| | | | |
|---|---|---|---|
| **preach** 76:17 | **probably** 29:12 | **producers** 9:10 | **public** 1:25 |
| **precisely** | 30:24 68:23,24 | 68:12 | 117:19 |
| 102:15 | 78:5 84:24 | **product** 55:14 | **purpose** 19:11 |
| **preparation** | 92:20 93:9 | **production** | 32:18 33:18 |
| 63:13 | 95:6,12 105:15 | 12:25 26:13 | 34:17,20 37:16 |
| **prepare** 11:2 | **problem** 46:10 | 83:8 86:17,25 | 39:13,22 86:16 |
| 38:14 | 64:4 88:16 | 93:13 | 100:16 |
| **prepared** 64:14 | 110:1 | **professional** | **pursuant** 4:2 |
| 69:4 74:12 | **procedure** 5:7 | 1:24 5:2 | **put** 23:3 42:24 |
| **preparing** | **procedures** | 112:25 114:14 | 55:12 75:12,13 |
| 11:21 | 62:8,15 | **program** 58:16 | 76:22 78:3 |
| **preplacement** | **proceed** 6:11 | 58:19,21,23 | 86:3 96:6 |
| 71:4,13 | **proceeding** | 59:4 | 106:17 |
| **prerequisite** | 113:15,24 | **programs** 8:19 | **puts** 76:21 |
| 77:19 | 114:10,19 | **prohibited** | **pvp** 2:14 58:19 |
| **prerequisites** | **proceedings** | 113:10 | 59:11,13 60:4 |
| 60:20 | 5:12 112:19 | **prohibitions** | 77:5,20 78:16 |
| **present** 3:22 | **process** 17:6 | 112:12 | 92:7,8,12 93:8 |
| 70:13 | 39:5 40:6,9 | **propane** 95:16 | 93:10,15 |
| **pressure** 23:10 | 49:8 58:16,22 | 95:19 | |
| 23:13 76:2,3,5 | 75:6 | **properly** | **q** |
| **pretty** 54:9 | **processes** 14:15 | 104:15,19 | **qualifications** |
| 85:6 89:4 96:8 | 14:19 | 106:7 | 26:5,6 |
| 96:8 | **processing** | **property** 110:2 | **quality** 73:2,3 |
| **previous** 43:1 | 100:14 | **protected** | **quarterly** 52:1 |
| 43:10,16 71:8 | **produce** 9:12 | 113:22,25 | **question** 6:18 |
| **previously** 35:1 | 25:19 44:17 | **provide** 25:21 | 7:3,9,19,21,24 |
| **primary** 27:25 | **produced** 35:2 | 35:18 82:10,13 | 8:1,2 30:7 33:7 |
| 68:25 | 61:4 99:1 | 82:14 113:7 | 33:10 46:16 |
| **print** 71:24 | 113:15 | **provided** 5:6 | 57:19 62:7 |
| **printed** 23:19 | **producer** 42:12 | 38:3 63:2 | 88:4 90:3,19 |
| 99:25 100:10 | 42:12,16 70:13 | 74:24 | 97:9 102:15 |
| **prior** 26:13 | 70:17,20,21 | **provides** | 103:18 105:3 |
| 104:11 | 87:15 89:2 | 108:23 | 109:10 |

**questions** 7:1
8:6 9:1 11:12
12:18 13:14
21:5 26:3 29:7
36:6 47:8
54:12 67:12
72:3 98:10
107:19 108:1,7
108:11,13
110:25 111:2,4
113:17 114:6
**quick** 61:12
109:9
**quote** 108:21

**r**

**r** 3:1 116:3,3
**raise** 50:17,17
50:20,23,25
**ran** 92:16
93:10
**range** 94:17
95:4
**rats** 77:17
78:21,22
**reach** 86:4,5
102:13
**reached** 102:2
102:8,18
**read** 44:15,19
57:25 115:9
117:5
**readiness** 2:16
39:9,12 40:6

64:9
**ready** 40:15
64:11,13,25
74:17,18
**really** 23:1,8
28:22 29:24
34:14 35:7
36:1 43:8
53:17 59:5
64:22 71:7
73:8 79:3 80:8
82:5 86:25
90:2,22 91:13
**realtime** 1:23
5:3
**rearview**
110:16
**reason** 8:25
97:13 101:15
115:11 116:6,9
116:12,15,18
116:21
**reasons** 95:20
**recall** 67:1
101:24 103:25
104:2,7 106:10
108:12
**receipt** 115:17
**receive** 40:22
42:5 46:22
47:5 48:2,4,8
52:1,12 53:5
54:7,24 60:10
60:16,19,25

61:6 65:1,12
66:2 67:22
78:15
**received** 55:18
**receives** 48:9
48:13,14,17
100:6,12
113:13
**receiving** 54:1
60:21 104:11
**recess** 61:23
107:22
**recollection**
18:13
**recommend**
95:5
**recommendat...**
18:7
**record** 8:15
23:4 33:8
45:18 61:20,22
61:25 87:18
91:3 97:11
102:23 107:21
107:24 111:7
112:18,23
113:16 114:9
**recorded** 87:13
87:21 102:25
103:10,11,15
103:20
**recording**
88:18 89:8
102:6,10,16,17

102:20 103:5
103:12
**recordings**
103:13
**recover** 74:7
**redundant**
58:24
**refer** 9:16
10:15,24 17:4
42:21 43:12
52:17 73:25
87:14 88:6,11
101:9
**referenced**
115:6
**referred** 98:17
108:15,20
**referring** 47:7
**refers** 42:22
48:7 71:17
74:1
**reflects** 99:17
**refresh** 18:12
**refreshed**
82:18
**refresher** 65:9
**region** 28:15
**registered** 1:24
5:2
**regular** 31:17
**regulations** 4:3
112:6
**related** 15:3
22:3,4,10

39:21 44:23
87:3 104:25
**relating**  113:23
**relationship**
112:20 114:11
**remain**  81:1
**remember**
16:16 68:15
75:17 105:13
**reminder**  32:10
33:6 97:8
**remote**  1:18 5:8
5:15 8:5
**remotely**  3:2
5:19
**remove**  72:12
74:4
**removed**  72:24
**repair**  104:16
106:5
**repaired**
104:22 105:8
**repairs**  104:10
104:24 105:20
105:21,23
106:3
**rephrase**  8:1
46:16 89:19
105:2
**replaced**  82:19
104:22 105:8
**report**  17:15,16
30:21 31:4,7
31:11 32:7

33:17 112:21
**reported**  1:21
**reporter**  1:23
1:25 4:1 5:2,3
5:4 6:5,10 7:4
7:12 11:7
63:25 112:1,9
112:14 113:18
113:21
**reporter's**
114:2
**reporting**  4:3
112:6 113:7
**reports**  12:4,5
12:9,14 31:9
31:11,15 32:19
33:13 34:2
106:4,13,18,19
106:21
**repository**
113:25
**represent**  61:3
**representations**
112:2
**representative**
6:3 33:2,12
70:24
**representing**
6:1
**request**  44:20
**require**  37:3
38:13
**required**  35:5
48:24 55:22

94:16 95:25
104:24 117:13
**requirement**
19:21 20:16
78:12 89:9
91:2
**requirements**
2:20 22:19
49:13 54:14
65:10 71:3
72:5 76:2,3
93:17
**requires**  36:10
**requiring**
36:19
**respond**  11:11
97:10
**responding**
33:7
**response**  7:9
**responsibilities**
13:20 27:6
28:10
**responsible**
22:5 28:14,21
29:5
**rest**  56:13
**retired**  30:15
30:17,17
**return**  21:4
115:13,16
**review**  12:2,11
44:13 45:12
69:7 115:7

**reviewed**  20:6
**revision**  57:14
66:25
**right**  12:20
15:20 17:7
19:7 28:21
31:24 36:12
40:18 46:18
59:22 60:22
61:15 69:5
70:10,12,14
71:1 76:13
77:7 78:2 79:7
83:16,24 84:18
86:14 87:7
92:6 96:13
101:1 105:6,7
**ring**  23:25
**road**  64:12
**roadmap**  24:20
**roberts**  30:24
**rodent**  37:9,11
37:14,15,19
79:3 108:17
**rodents**  38:2
77:15 78:21
**roger**  1:6 5:21
5:23 115:4
116:1 117:1
**role**  13:3,5,7,8
13:15,17,20
21:5 26:7
27:25 28:13
36:10

James Norris                                          April 8, 2025
Parker, Roger v. Perdue Foods, LLC

**[roles - settled]**                                                    Page 22

| | | | |
|---|---|---|---|
| **roles** 31:5 | **runs** 85:5,7,7 | **schedules** | 56:25 57:2 |
| **ronco** 85:8 | **s** | 13:23,24 41:3 | 58:3 59:22 |
| **room** 8:8,10 | **s** 3:1 116:3 | 44:2 | 64:17 65:17,22 |
| 24:9 | **safe** 58:11 | **scheduling** | 69:13 70:2 |
| **rooms** 38:24 | **sanitation** | 26:15 | 83:13,23 92:5 |
| 39:2 63:4 | 75:10 | **science** 26:11 | 96:22 104:21 |
| **rotate** 51:3 | **sanitize** 75:3,9 | 26:11 | 106:13 107:1 |
| **rotating** 49:24 | **save** 35:20 36:1 | **screen** 12:3 | **seen** 17:10 57:7 |
| 50:24 51:14,19 | 72:1 95:16,17 | 16:21,23 19:9 | 59:25 64:5 |
| **rotem** 55:9 | 95:19 | 56:23 57:1 | 69:19 79:18 |
| **rotisserie** 85:9 | **saw** 12:3 16:6 | 59:22 63:18 | **sell** 98:4 |
| **route** 16:14,14 | **saying** 7:5 | 69:14 79:13 | **send** 99:1 |
| 28:16,20,24 | 91:12 103:2 | **scroll** 58:2,4 | **sense** 7:14 |
| 29:2,4,11,18 | **says** 18:8,20,24 | 80:2 | **sent** 115:14 |
| 30:2,4,8,10,16 | 34:21 64:10 | **season** 38:15 | **separate** 99:8,9 |
| 30:18,20 31:23 | 65:19 66:12 | 93:2 | **separately** |
| 45:2 54:3 | 70:6 71:10 | **seasonal** 38:12 | 87:13 |
| **routes** 28:4,7 | 72:6 73:1,8 | 63:12,12 | **serve** 33:17 |
| 110:7,13 | 74:21 77:3 | **second** 43:8 | 39:13 100:17 |
| **routine** 105:20 | 81:9 83:10,24 | 82:6 87:12 | 114:20 |
| 105:23 | 83:24 84:19 | 100:15 108:10 | **service** 12:4,5 |
| **row** 18:1 81:7 | 86:25 87:12,25 | **seconds** 83:24 | 106:4,12,18,19 |
| 83:7 87:6 | 88:9 89:17 | 84:5,13,23,24 | **services** 113:7 |
| **rpr** 114:23 | 90:3,4 94:8 | **section** 18:2,6 | **serving** 28:1 |
| **rules** 4:2 5:7 | 108:25 109:1 | 76:25 91:23 | **set** 11:6 41:24 |
| 6:22 68:4 | **scales** 98:22 | 112:8 | 55:1 85:6,9 |
| 112:5 | 100:2 | **sections** 71:2 | **setting** 15:14 |
| **run** 74:9,10 | **schedule** 21:17 | 112:11 | 49:13 87:11,11 |
| 83:25 84:13,15 | 23:9,12 41:6 | **secure** 24:22 | 95:11,19 |
| 84:15,16,17,25 | 41:11,13,25 | **security** 14:25 | **settings** 38:20 |
| 92:14 93:21 | 42:8,13 49:25 | 62:14 | 38:22 39:12 |
| **running** 84:23 | 50:25 51:14 | **see** 16:22 18:4 | 40:5 95:21 |
| 85:13 | 100:3 107:1 | 18:10 28:7 | **settled** 45:8 |
| | | 44:25,25 49:10 | |

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

**[settlement - statements]**

Page 23

| | | | |
|---|---|---|---|
| **settlement** 44:13 45:8,12 | 41:3,5 42:9,11 42:15 115:12 | 97:9 107:16,25 108:13 111:1,3 | 72:4 87:9 99:4 113:11 |
| **settlements** 44:2,8,11 45:1 | **signage** 81:10 **signature** 17:23 | **snow's** 11:12 **solely** 113:3 | **specifically** 25:9,13 67:13 |
| **seven** 66:13 80:17 84:20,23 87:2 88:1 89:22 92:11 | 17:24 64:17 65:17 66:4 67:9 80:3,4,6 111:11 114:23 | 114:17 **solutions** 112:17 113:6 115:23 | 69:8 112:4 **speculation** 97:18 **speed** 48:7 52:20 53:9,10 |
| **seventy** 71:11 72:7,9,17 73:22 | **signed** 42:13 65:14 115:19 | **somebody** 33:1 88:24 91:14 | 65:20,20,25 66:10,14 |
| **share** 16:20 56:23 63:18 101:10 | **signs** 42:4,7 **similarly** 1:7 **simple** 14:6 | **soon** 72:14 74:4 **sorry** 14:18 20:20 23:2,6 44:9 46:15 | **spend** 11:21 29:13,22 **spent** 29:20 |
| **sharing** 19:8 79:13 | **sitting** 106:9 **situated** 1:8 | 63:22 66:8 73:1 89:19 | **spoke** 101:22 **spouse** 90:15 |
| **sheet** 69:24 87:18 115:11 | **six** 27:22 42:19 42:22,25 43:1 | 95:22 97:11 110:20 | **spread** 14:12 **st** 3:13 |
| **sheets** 35:22 **shoes** 83:6 | 43:7,10,11,16 43:23 45:16,20 | **sort** 24:17,20 58:6,8 65:5 | **stamp** 17:3 **stamped** 79:16 |
| **short** 86:3 **show** 15:5,12 15:15 16:9,13 | 46:1,2,13 68:15 90:15 **sixty** 83:24 | 76:17 85:8 99:8 109:19 **sound** 7:6,22 | **stamps** 17:5 **standards** 76:10 83:9 |
| 55:15 79:14 100:4 | 84:4,13,24 **size** 86:8 | **sounds** 47:9,9 **southeast** | 86:17 **start** 6:21 |
| **showing** 16:25 57:3 59:20 63:19 | **small** 91:19 **smith** 1:22 5:1 114:23 | 115:15 **space** 65:16 66:3 | 12:17 22:14 48:11 **started** 12:19 |
| **shown** 15:10 16:15 20:13 | **smoak** 3:17 **snakes** 77:15 | **speaking** 101:19 102:7 | 12:25 13:4 31:1 67:21 |
| **shows** 15:18 **side** 99:7 | 77:17 78:21 **snow** 2:4 3:4 | 102:16 **special** 91:23 | **state** 5:4 112:15 |
| **sign** 34:15 35:8 35:8,15,16 | 5:20,21 6:13 6:16 61:9,14 61:19 64:2 | **specific** 9:7 49:12 62:3 | **statements** 44:14 45:13 |

James Norris                                April 8, 2025
Parker, Roger v. Perdue Foods, LLC

**[states - terms]**                                    Page 24

| | | | |
|---|---|---|---|
| **states** 1:1 | **subscribed** | **swear** 6:5 | **telephone** |
| 101:11 | 117:14 | **sworn** 5:19 6:8 | 31:15 |
| **static** 76:2,3,5 | **subsequent** | 117:14 | **tell** 11:5 12:5 |
| **status** 32:22 | 80:20 | **system** 47:10 | 13:19 14:3 |
| **stay** 53:20 | **successful** | | 26:20 47:13,14 |
| **stayed** 28:10 | 25:19 | **t** | 59:14 |
| **staying** 54:9 | **suite** 3:8,20 | **t** 116:3,3 | **telling** 104:2 |
| **stenographic...** | **summer** 2:16 | **take** 7:5,16,18 | **temp** 92:2 |
| 114:5 | 38:15,19,21 | 7:20 30:16 | **temperature** |
| **step** 83:1,5 | 39:9 64:9,12 | 42:4 61:12,15 | 22:16,19,25 |
| **steps** 14:16,17 | 64:25 92:21 | 61:17 83:22 | 23:9,12 38:19 |
| 14:20 | 93:23 109:1,3 | 86:13 107:16 | 38:20 39:11 |
| **stewart** 3:18 | **supervisor** 31:6 | **taken** 21:8 | 40:5 82:3 |
| **stick** 94:20 | 34:7 35:19 | 61:23 107:22 | 85:17,20 92:19 |
| **stop** 19:8 23:5 | 57:13 80:3 | 114:4 | 92:20,25 93:4 |
| 81:23 97:5 | **supplemental** | **talk** 6:23 9:9 | 93:9,11,16,20 |
| 98:5 | 76:9 | 49:9 63:14 | 93:24 94:5,7 |
| **stopped** 97:22 | **supposed** 59:1 | **talked** 11:4 | 94:13,15,21 |
| 98:2 107:2,4 | 82:4 85:12 | 35:21 36:8,14 | 108:16,25 |
| 110:4,10 | **sure** 11:15 | 46:17 51:15 | 109:1,2 |
| **stopping** 61:10 | 14:12 16:11 | 62:1 63:11 | **temperatures** |
| **storm** 45:25 | 31:1 32:20,24 | 68:23 100:5 | 39:7 55:3 85:5 |
| **street** 3:7,19 | 33:11,13 35:25 | 109:6 | 93:23 |
| **stuff** 22:3 60:9 | 46:11 64:13,14 | **talking** 9:11 | **ten** 20:7 59:10 |
| 73:9 78:1 | 66:17,18,20,23 | 10:25 31:19 | 59:11 61:19 |
| 81:19 104:21 | 67:16 85:11,13 | 54:10 62:15 | 67:4 68:11 |
| **subcontract** | 89:4 96:4,20 | 88:7 96:12 | 74:10 84:10 |
| 113:4 | 96:23 107:2 | 101:11,24 | 95:24 96:2,8,9 |
| **subcontractor** | 109:8 | **tall** 77:14 | **term** 9:9 42:18 |
| 112:16 114:18 | **surprised** | **tara** 3:11 | **terms** 9:8,15 |
| **subject** 40:25 | 91:13 | **tare** 98:23 | 26:19 43:17 |
| **submitted** | **survive** 88:15 | **target** 40:13 | 71:6 79:5 |
| 113:18,20 | **swapped** | **task** 73:4 | 98:15 113:3 |
| | 110:13 | | 114:17 |

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

**[tes - training]**

Page 25

| | | | |
|---|---|---|---|
| **tes**  1:5 | 30:23 33:10 | 48:9,10,12,13 | **times**  26:16,16 |
| **testified**  6:9 | 43:25 50:5 | 48:16,17,18,21 | 29:9,9 41:19 |
| 69:3 100:25 | 57:9 63:23 | 48:23,25 49:3 | 41:23 43:14 |
| **testimony**  1:15 | 67:16,20 70:22 | 49:16,18,19 | 66:24 84:25 |
| 6:19 115:9,17 | 79:20 84:19 | 52:23,23 53:16 | **today**  6:2 9:2 |
| 117:8 | 97:15,21,22 | 53:17,19,20,21 | 13:14 17:4 |
| **text**  8:13 68:18 | 98:17 99:14 | 53:22,23,24 | 18:9 92:4 |
| 68:20 77:5 | 100:9,13 | 66:11,12 76:4 | 106:9 108:2 |
| 107:11,12 | 105:11 106:25 | **tiers**  47:16 48:8 | **today's**  5:13 |
| **thank**  6:6,10 | 110:19,21 | 49:14 53:1,11 | 9:8 11:3 111:6 |
| 8:11,17,24 | **thinking**  68:3 | 54:2 | **told**  103:11 |
| 32:13 64:3 | **thirteen**  110:14 | **tight**  76:6 | **took**  30:18 |
| 108:1 110:24 | **thirty**  84:23 | **tightness**  76:8 | **top**  18:1 34:22 |
| **thee**  90:14 | **thought**  65:7 | **time**  5:14 10:10 | 64:10 68:11,12 |
| **thereto**  114:6 | **three**  23:25 | 11:23 13:14,16 | 81:7 108:24 |
| **thing**  13:9 | 47:17 48:25 | 20:2,10,12 | **tos**  62:11 63:1 |
| 33:25 66:9 | 49:19 53:16,19 | 27:7 29:1,11 | **total**  43:20 |
| 75:18 76:14 | 53:20 58:4 | 29:13,21,22 | **touch**  104:8 |
| 91:15 | 72:16 73:19 | 30:22 42:10 | **traffic**  25:7 |
| **things**  14:24 | 80:22 81:4 | 49:22,23 55:9 | **trailer**  98:24,25 |
| 15:1 30:1 | 84:9 88:2 91:7 | 61:21,24 67:1 | 99:4,6,11,17,21 |
| 33:20 49:18 | **thrive**  88:15 | 67:19,20 73:7 | 99:23 100:21 |
| 58:25 59:7,10 | **throw**  65:4 | 74:6,22 75:22 | 100:22 101:5 |
| 60:8,11 71:9 | **ticket**  98:18,20 | 80:13,16 83:25 | **trailers**  99:4 |
| 76:13 81:1,2,5 | 98:25 99:12,14 | 86:6 93:22 | **train**  22:24 |
| 81:16 91:25 | 99:16,19,22,25 | 98:7,8 105:11 | 57:11,13,20,21 |
| 92:6 105:7,15 | 100:1 | 105:12 107:20 | **trained**  15:7,9 |
| 105:16,17,19 | **tickets**  98:13,13 | 107:23 108:2 | 18:24 20:19 |
| 105:20,23 | 98:19 99:10 | 110:22 111:6 | 55:4 |
| 106:12,13 | 100:6,7,17 | 113:13 115:18 | **training**  2:12 |
| 109:12 | 101:6 | **timeframe** | 15:21,25 16:12 |
| **think**  9:23,25 | **tier**  47:7,9,13 | 115:8 | 18:9,14 19:4 |
| 10:11,14,17,18 | 47:17,17,17,17 | **timer**  74:9 | 19:12,19,22 |
| 12:13 29:19 | 47:19,20,21,23 | | 20:13,23 21:1 |

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

[training - veritext]

Page 26

| | | | |
|---|---|---|---|
| 23:1,8 26:8,9 54:12,13,18,19 54:20,22,24,25 55:17 58:1,7,9 58:10,12 59:3 59:6 | **twelve** 28:24 29:10,12 84:10 110:14 | **underneath** 72:25 73:1 | 51:7 57:20 60:5,7 67:2 75:22 82:7 98:10 115:19 |

**trainings** 55:5
55:19,21
**transcribed**
114:7
**transcript**
113:14 114:8
115:6,19 117:5
117:8
**transcription**
114:8
**transcripts**
113:14,23
**trash** 81:9,18
81:19
**trip** 64:12
**truck** 65:4
98:22
**true** 113:15
114:9 117:8
**try** 29:25 75:17
95:11,16,16
**trying** 25:14
**tunnel** 65:21
**turn** 34:9 67:11
71:25 80:10
**turned** 65:15
100:15

**twenty** 73:16
73:16,17 87:2
95:17
**twice** 87:17
88:23 90:5
**two** 30:19 32:2
43:9 46:20
47:1,2,17
48:14,17,24
49:19 52:23
58:4 71:11,21
71:21 72:7,9
72:17 73:22
80:16,17,21
81:3 84:6,9,21
84:22 85:12
87:20 100:9
**type** 68:9 84:10
**types** 37:3
51:13
**typical** 21:17
**typically** 46:4
**typo** 96:6

**u**

**uh** 77:1
**unclear** 7:25
**under** 72:5
75:24 86:17
**undergo** 54:13

**understand** 8:2
10:1 35:13
106:23
**understanding**
9:11 19:11
62:6 101:10
**underweight**
40:13,17,22
**unhealthy**
88:14
**united** 1:1
101:11
**unsure** 25:15
**update** 92:3
**upgrade** 52:20
106:8
**upgrades** 106:2
**uploaded**
113:24
**usda** 101:4,10
101:13,15,19
101:23 102:3,9
102:19 104:3,8
**use** 9:7,9,15
32:15 43:23
49:20 50:16
60:24 66:16,22
75:14 82:21
98:16
**used** 15:14
26:19 36:3
39:5 45:21,23

**using** 81:20
84:6
**usually** 9:17
30:13 45:4,5
45:23 48:7,22
52:19 55:6,13
56:14 80:17
81:23 82:18
91:14 96:9
106:4,5,17

**v**

**v** 115:4 116:1
117:1
**vary** 94:1
**vendor** 55:7
**ventilated**
73:24
**ventilation**
83:10,23 84:2
85:20
**verbal** 7:9
**verbatim**
112:23
**verified** 58:16
**verify** 58:23
73:2 115:9
**veritext** 3:25
112:16 113:6
115:14,23

Case 5:22-cv-00268-TES    Document 136-11    Filed 08/19/25    Page 144 of 148

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

[veritext.com. - wiring]

Page 27

**veritext.com.**
  115:15
**versus**  38:21
**video**  1:18 5:8
  11:6 15:10,12
  15:25 16:2,3,8
  16:9 20:7
  111:7
**videographer**
  3:24 5:13 6:4
  61:21,24
  107:20,23
  111:5
**videos**  15:19
**videotaped**
  1:15 5:15
**virginia**  3:16
  5:25 115:1
**virginia.woot...**
  115:2
**visit**  12:8 16:6
  28:25 34:16
  35:9,10
**visitation**  2:9
  2:24 12:7,9,13
  17:15,16 32:7
  35:21 79:24
  106:20
**visited**  31:22
  34:11 69:4
**visiting**  21:14
  21:16,18
**visitor**  34:13
  35:11,11,22

  81:9,21
**visitor's**  35:17
  35:20
**visits**  32:3,16
**visually**  86:7
  86:13
**vs**  1:10

| w |
|:-:|

**wait**  6:25 7:20
  72:16,17
**waiting**  7:19
**waived**  111:11
**wall**  23:19 63:4
  78:2 82:2
**walter**  3:23 6:3
**want**  9:8 21:4
  22:14 23:5
  38:1 44:12
  45:6 49:4,7
  55:12 63:14
  64:13,14 69:7
  72:16,17 104:3
**wanted**  11:15
  109:9
**wanting**  29:8
**wants**  20:21
  44:16
**warm**  22:18
**warmer**  93:11
**washington**
  3:14
**water**  23:10,12
  36:25 74:19

  75:6,8,9,10
  76:13,18 83:11
  87:2 105:16
**way**  27:25
  35:24 38:14
  42:24 44:22
  46:21 47:4
  75:2,17 76:5,7
  81:4 86:3
**ways**  56:4
**we've**  36:7
  54:10 62:1,15
**weather**  39:16
  40:15 64:15
  92:24 93:2
  95:8
**weed**  78:1
**week**  2:9,24
  17:17 21:14,17
  30:1 31:24,25
  45:9 58:3,4,4,5
  58:7,12 73:13
  79:23,23 80:12
  80:13,21,22,22
  80:24 81:2,3,3
  81:4,15 84:19
  84:21 92:13,15
**weekly**  14:8
  34:8 68:24
  106:20
**weeks**  31:18
  32:2 80:20
**weigh**  98:21
  99:3 100:22

**weighed**  46:24
**weight**  40:12
  40:23 41:17,18
  41:22 43:13,13
  43:18,20,20,21
  46:25 86:23
  98:23,24,25
  100:19,20,23
  100:24 101:2
**welfare**  14:1,2
  14:6,9 18:9
  22:6,8,10
  36:15 37:22,25
  39:18,25 40:2
  54:19 55:18
  56:10,14,16,19
  71:5 75:7 87:1
  87:4,7 93:5,13
**went**  28:4
  52:19
**wet**  72:12,23,23
  72:24
**wide**  96:9
**wife**  90:13
**wind**  66:14
**windows**  8:19
**windrow**  72:7
**winter**  38:15
  38:19,21 92:23
  93:23 109:4
**winterization**
  39:9
**wiring**  78:22

James Norris
Parker, Roger v. Perdue Foods, LLC

April 8, 2025

**[wise - zoom]**

Page 28

| | | |
|---|---|---|
| **wise** 29:19 | 67:12 96:16 | 55:23 67:24 |
| 68:10 | 99:7,12,25 | 68:7 70:15 |
| **witness** 5:10,18 | 100:1,18 | 71:19 78:3 |
| 6:5 11:13 32:8 | **worked** 18:18 | 79:1 81:17 |
| 33:9 61:18 | **working** 12:19 | 83:17 84:14 |
| 108:3 115:8,10 | 13:1 18:22 | 85:3 87:8 88:8 |
| 115:12,18 | 67:14,21 83:3 | 88:21 92:6 |
| **witnesses** | 104:15,19 | 97:25 101:2,13 |
| 113:21 | 106:7,14,16,17 | 101:13 106:25 |
| **wonder** 90:5 | **works** 41:16 | 110:6 |
| 91:20 | 47:14 | **year** 12:22 |
| **wooten** 2:5 | **write** 7:12 90:6 | 19:25 20:6,9 |
| 3:16 5:24,25 | 90:9,10 91:12 | 66:20,23 93:22 |
| 11:8,14 19:23 | 92:15 | **yearly** 20:5 |
| 21:23 23:2 | **writing** 88:3 | 54:21 |
| 24:15 25:5 | 89:25 90:17,21 | **years** 9:24 67:4 |
| 33:4,14 37:5 | 91:16,21 | 101:25 |
| 37:18 38:5,16 | **written** 23:13 | **yesterday** 11:4 |
| 39:23 51:9,17 | 23:18 38:22 | **yesterday's** |
| 51:22 53:2 | 88:1 89:1,21 | 90:11 |
| 54:4,16 57:22 | 91:24 | **young** 83:21 |
| 60:13 61:9 | **wrote** 89:16,20 | **z** |
| 62:4 63:9,22 | 90:16 | |
| 64:4 68:5 | **x** | **zero** 89:10,11 |
| 78:13 86:19 | | 89:12,13,14 |
| 89:3 93:18 | **x** 2:1 42:5 | **zeros** 89:15 |
| 94:3,18 96:17 | **y** | **zip** 28:19 |
| 97:7,17 103:22 | | **zoom** 6:24 |
| 104:5 107:18 | **yeah** 9:23 | 75:24 |
| 108:5 110:24 | 11:25 12:10 | |
| 115:1 | 16:3 24:17 | |
| **word** 98:16 | 25:17 28:2,16 | |
| **work** 12:18 | 30:3 33:2,19 | |
| 49:8 64:25 | 46:7 49:15 | |
| | 50:4,13 53:12 | |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.