# Exhibit S

**Parker_000969 Transcript**
James Norris, Dale Parker
08 min 23 sec

---

Parker: [laughs] Yeah, but now, Stockers & Packers–why, what do– why would they– why it upsets 'em so much? I don't get it, you know, I don't understand why they get so upset–

Norris: [unintelligible] It's like why– okay, you fill out your taxes every year, you don't want the IRS coming in and auditing you. Even if you've done your best job. That's kind of like saying the IRS is gonna come audit Perdue.

Parker: Yeah.

Norris: That's about the best analogy I can think of. I don't want the IRS coming down here to audit me.

Parker: Well, I mean, think of this. We don't know what the trailer is. We can't keep up with it. I've told them numerous times that there's nothing I can do to watch how many loads is going–

Norris: Short of you sitting here, with your phone, all night long, and getting every trailer and having Gail sitting down there at the gate of the chicken plant–

Parker: Yeah. And they comin' in.

Norris: Trailer number two just left, and she said, "Oh trailer number two just got here," and y'all mark it off, y'all compare notes. And then, "trailer number 34 got– is leaving"–

Parker: Yeah.

Norris: –hour later, she calls you, "Hey, trailer 34 got here"–

Parker: And we can't do that.

Norris: Can't do that!

Parker: No.

Norris: And I [unintelligible]

Parker: So– but now they get all– you know, like this one grower, you know, he gets a bad name, and then they rail him, you know? What was his name, you told– that grower that called Stockers & Packers–

Norris: Oh A. W. Levitt over there at Old Mill Farm, two-house farm–

1

Parker: Yeah. Uh huh.

Norris: He just said look, he said, "I've done all– I've waited on em, I've waited and waited, he kept saying to get back with me, get back with me." Finally, he was like "Look, this is wrong, I gotta get someone else to look at this. We need a third party to look at it."

Parker: Yeah.

Norris: And this has been years ago. He still– that's why he still was suffering for years from it. But he's kinda at the point now, his daughter runs the farm. And it's an old farm, and he's told her– he said, "Look" she makes, I don't know, twelve hundred dollars a month from it. He says, "Look, just shut it down and I'll give you twelve hundred dollars a month. And just go do something else, you know?"

Parker: Yeah.

Norris: And that way, he don't have to fool with it no more. He does like to litter off the place to spread on his hay pasture and all.

Parker: Yeah. But now, why would as big a company as Perdue go through years of something because a guy wanted to just check on his rightful due, you know?

Norris: Well, the thing is, you didn't even have him come in here.

Parker: No.

Norris: You just ask him, "Hey, if I want to do it, what's the process?"

Parker: I didn't know the process, and then honestly–

Norris: But, you was trying to figure out what your rights are and what you can do.

Parker: Until Kathryn told me the name and stuff, I didn't even know what to do.

Norris: Exactly, exactly yeah. That's right, I was telling my wife about it, she said, "How'd you find out?" I said, "Well, Kathryn told him – she's the one who got the info, and I don't know how she worded it."

Parker: Well, she didn't say it about this farm. She said it about another farm. She said, well they– Joe Blow whatever over here called Stockers & Packers, and I kept that name in the back of my head. I said, "what is that?" Well, I started to look it up then on the internet, see what Stockers & Packers did. Well actually, I think it's Stockyards & something like that. So I thought, "well, this is the people that actually will–" And then Clay called me, and I said, "Clay–" I said– I told Clay, I said, "Call these guys," and I said, "What would be better than me or you–either one–not looking at this, and letting someone look at it that has no dog in the hunt, and getting back and saying, 'this is what we got.'" And to me that's the best scenario. He didn't like that.

2

Norris: Yeah. Keep telling me the IRS is gonna audit me for the past ten– But see, it's kinda like– like you don't want to get the reputation for a bad farm or bad installer of equipment. Perdue doesn't want Stockers & Packers thinking that they already have that reputation. We better check them, they do wrong or they make mistakes, they wanna be– Let's fix it, between the grower and Perdue. They don't want Stockers & Packers ever even being mentioned or on the radar, you know. They don't wanna be on the radar– they want to make sure– and I understand that to a point. But if there's a mistake, I've told my wife, I said, "There have been for the past, I don't know, four–five months it seems like, every week there's a wild swing, hundred point swing between first and last."

Parker: It's crazy. I ain't never heard these numbers.

Norris. I can understand ten, twenty, thirty, forty points–

Parker: Man, I'm the same way.

Norris: –but almost every week, there's been swings. And that's great for the guy who's in first place. And if he deserves it and he digs it that's fine. But every week there's a big swing, I mean every week there's a big gap. Now I know there's–

Parker: And they're not looking into it.

Norris: Some of it is, you know, new farms comparing against old farms. No matter how much money you spend out there, try to keep up the competition, you're not gonna outpace them. You're just gonna– you gotta spend money just to keep up, keep treading water. You're not gonna pull ahead of them, you know. They got a brand new piece of equipment working with, you the old worn–out one you trying to keep it patched up, you gotta borrow money to do it. That's just, nature of the business.

Parker: Yeah. Hey, it ain't new.

Parker: Yeah. And they just– but they just don't get it. I mean– the hours that you put in just to do what you said. The hours I put in–

Norris: It's definitely challenging. I–

Parker: I say it like this though: Who would think that you'd flip the switch and none of your heaters work?

Norris: Yeah. I told em, "watch," said, I don't mind working at Perdue but I sure wouldn't want to own them chicken houses, trust. I mean, I can kind of forget about it for a few hours a day, or a whole weekend or something, but you babysit them twenty–four hours a day. And then once them chickens moves out–I've told people that don't know anything about chickens–I say, "well they move out of birds, and then they–"

3

Parker: And then you go to work.

Norris: –they got twenty days, fourteen, sixteen, days. They go, "Oh, they got a two–week vacation." I go, "No, that's when the real work starts!"

Parker: Uh–huh.

Norris: It's a never–ending cycle.

Parker: It is.

Norris: I mean– And you think– You know, I tell them– Well, they go, "How do you make money?" And I say, well, ideally, they sell it as, you can build equity in the farm. Every time you sell a flock of chickens, you made a bank payment, you building equity in the farm. Eventually, the place would be paid off. But you can't run down to Walmart and chip off a little bit of that equity and buy groceries or buy gas. That equity, if you're building equity, you know. But a lot of times you gotta go back and do improvements and make–

Parker: You know, if they hadn't have came in this time and gave us– you know, they gave us that, because they made a mistake again, Perdue did,–

Norris: Two flocks did.

Parker: Two flocks now.

Norris: And they paid the six–flock average again.

Parker: Right. But I would not have made enough money to even buy my grandchildren anything for Christmas. And I ain't lying.

Norris: Yeah. And that's the thing. Some businesses you spend a lot of time or–

Parker: I wouldn't even pay the bills.

Norris: –a lot of time, or a lot of money. On this one you gotta do both.

Parker: Yeah.

Norris: It's a lot– a lot to do.

Parker: And see, you can't get ahead because you keep getting beat down. I mean, you really can't. And then it looks like, you know by them calling me– and now they don't even have the numbers yet, but the disaster flock? Come on.

4

Norris: Well, [unintelligible], she said, "We're setting up a– it's a disaster flock out there." I thought, they're thirteen days old, you know, twelve days old.

Parker: Yeah.

Norris: Let's wait until the chickens– She thought, "well that chicken's already cooked"–in other words, once you– if you don't preheat the oven, you know, you throw them in there, that turkey's not gonna be ready in six hours or four hours, you know what I mean. So, in other words, that goose is already cooked. I think that's how she– she didn't say "goose" or "cook"– she might've heard Dan or Clay or somebody say that. "Goose is already cooked". You can't just put the goose into a cold oven and four hours later– or six hours later, it comes out and it's fully cooked. You gotta preheat the oven for an hour, stick it in there, and let it cook the full six hours at that temperature. So they're already saying that this goose is already cooked and you're gonna be below it.

Parker. Yeah. Well like, these birds you were just talking about yesterday, I didn't open them up til– actually pull the boards til late yesterday evening. So I mean, you're not going to have a bunch of birds in the back.

Norris: Yeah, let me run down here and look right quick–

[END TRANSCRIPT]

5