# Exhibit X

**Parker_000968 Transcript**
Dale Parker, A.W. Levitt
06 min 17 sec

Levitt: This is A.W. Levitt, I had a message to call you.

Parker: Yes, A.W. My name is Dale Parker. I grow chickens for Purdue, have for many years, and my field man James, had told me at one time that you had had the similar issues that I had, and so I got your number, and I was calling you. I've contacted the Packers and Stockyards or whatever it's called, and I'm getting all kind of grief over it. And I wanted to see– he's telling me you had a similar circumstance with him, and sort of see what happened, you know, with Tyrion [?].

Levitt: Okay, let me tell you what happened with mine. Okay, it was back in '94 when we had the flood. Can you remember back then?

Parker: Yeah.

Levitt: It affected Macon real bad. That's where the processing plant was. So they wound up selling my chickens to another company. The other company came in and harvested and I got– when I settled, I was missing a load of chickens, and they charged me twice for the same load of feed, and I couldn't get them to do anything about it, so I contacted Packers and Stockyards on it. And the guy, the guy that I dealt with, he's been retired for years, but he was very nice, and he told me to start with he said, Hey, now they had a guy named David Thompson. This was back with cable.

Parker: Yeah.

Levitt: They had a guy– [unintelligible] He was a low down Joker, and the guy's name was Steve Bright that I dealt with with Packers and Stockyards, and he told me then, he said, "I promise you that he is going to retaliate against you. And, you know, you need to call his hand." He said, "I will help you, I will come in on my time and work to help you if we can corner him in something." So he checked it all out. They paid me for the load of chickens and gave me credit for the load of feed. Okay.

Parker: But then what?

Levitt: Then four years, I got sorry, sorry chickens. I had to buy a backhoe to bury the chickens. I mean, you know, sometimes I was losing 300 per house per night, [unintelligible] 300 per house– and I found out most likely, what they did– they didn't even vaccinate these chickens. So they would die. He was a low down Joker. He would do anything.

Parker: Well, they still there, it's just different names.

Levitt: Different names.

Parker: I've gone through– Go ahead now, sorry, I thought you was done.

1

Levitt: That's just about my story. What has happened with you? If you don't mind sharing.

Parker: Well, they run me totally out of business, Mr. A.W. In 2017, I had a batch that they said weighed not even a good four pounds. And there's no way that– even my field man told me there's no way that that bird weighed four pounds because they they kept them for like, 48 days– less than a four pound bird, that's the little lesser run bird, there's no way. There's something wrong. And I have for, I don't know, two or three batches I've been telling them. They say, "keep up with the trailer number. You know, when they come in, they're gonna stamp your ticket, and then they're gonna take the trailer down there and load it, and then take it to the plant. And then when you get your settlement, your ticket should match the settlement." Well, they wasn't matching. And on this particular batch, they didn't leave not the first ticket. They took every ticket out of my box. Now, you ain't telling me every tractor trailer just didn't leave one that grow out. But somebody come got every one of them. But they– I lost– I mean, you know a growout that I was looking to do. I've never– I've grown since I was 19. I'm 64. I've grown since I was 19, I never rebelled against the batch of chickens at all. This is the first time ever, back when I did it. But it was in 2017, they start, like you, I started just getting terrible chickens. My feed was never right. I had to stay– I mean, I'd have feed that I thought was there, and they said they brought X amount of feed, and it just wasn't there. I then started having them come in, and they started taking pictures and everything. And it– when they started doing that, that told me they getting rid of me. And I've grown– now like I said, I've grown since a 19 year old. Had three different integrators, and I've been over two processing plants' maintenance. So I know the chickens inside and out, you know, I know how they're weighed. I mean, I know everything, you know, even processed them. But I couldn't get them– they wouldn't stop. I told them, you know, you're going to run me out of business. Then they went, you know how they give the free loans where you get interest. They wouldn't let me have a dime. And not only would they not let me have a dime, they had done something with the bank because my loan was more than half paid off and I didn't have bad credit, and the bank would not let me have a dime. So then I–

[END OF RECORDING]