# Exhibit Y

**Parker_000967 "695 Stembridge Rd SE" Transcript**

Dale Parker, Clay Copeland

48 min 10 sec

---

Dale Parker: Y'all doin' alright?

Clay Copeland: Pretty good, how about you? How's it going?

Parker: Do you know Robert?

Copeland: Clay.

Robert Taylor: Good to meet you.

Copeland: Oh really? Okay [unintelligible].

Parker: How'd you like the party the other night?

Copeland: Oh it was fun, how about you?

Parker: I had a good time.

Copeland: Good, good.

Parker: Real good time.

Copeland: Whatchall working on in here?

Parker: Well, he just got through doing a line of picking all the drops and– hey Ms. Kathryn.

Kathryn Mizell: Hey there Dale.

Parker: Have you lost a lot of weight?

Mizell: I have, about 25 pounds.

Parker: Boutta say, I can tell it.

Parker: I put some feed lines in, and drops and replacing all the metal drops that break with rope.

[0:54]

Copeland: How many different types of pans do you have in here?

Parker: Just two. The Shoretime and the Cumberland.

Copeland: Huh.

Parker: Oh uh, what's his name–

Copeland: Well that's two different types of Cumberland pans– no, it's just hanging down lower.

Parker: Yeah. That controller there is one off of a different one that– that's the only one I know I got, might even have four or five in all six houses.

Parker: Get on, Zeus. He'll lick you to death. Get, get, Zeus. Get on get. He'll bug you to death.

Copeland: I wanted to, you know, go over some of this stuff with you. I mean, these are– all these service reports and a few pictures that they took.

Parker: Uh-huh.

Copeland: Different various– birds flooded in that pan.

Parker: Uh-huh.

Copeland: We can go through a lot of this stuff. Lot of wet spots, lot of feed spills, wet spots, feed spills, wet spots. I mean, just terrible conditions. I mean, huge wet spot there, big feed spill. And just, I mean, it goes on and on. This is several, you know, flock's worth. I think it goes back multiple flock files, doesn't it?

Parker: I mean I know I need a water line. You know, I've asked for one and help with them.

[3:08]

Copeland: Well that's, you know, we'll get to that, but we're gonna have to have new water lines on correct spacing, but we're not gonna be able to loan you any money. So, I mean, you just have to talk to your banker or whatever. But we're gonna have to have new water lines out here. I mean, I agree with you. I see it now. You know, your weights showed that. All these pictures show that. Like you said, you've been telling us that. So we're gonna have to have some new

water lines. And then other, you know, equipment wise. I mean, I don't– I mean, we've also got to have some new feeders out here. I mean, this that you're doing here? It's just, it's not going to work. I mean, how are you going to have– you got two different style pans on the same line in some situations. I mean, not in there.

Parker: No, I got Shoretime on the line and I'll have Cumberland on the line.

[4:14]
Copeland: Uh-huh. Well, I mean, regardless of that, dude, you got feed pipe issues. We need pipes replaced. I mean, I don't know how old that control pan is but I mean, I have questions about it working. What– Why do we have all these feed spills?

Parker: Well, last two grow-outs I've had, like, chunks coming through.

Copeland: But that's not going to cause a feed spill.

Parker: It gets locked into the line. And the auger starts beating against the side. It wears it in two. I've got time after time it's happened. That ain't all of it. But it's some of it.

Copeland: I mean, I have not seen it that widespread. I mean I admit that we have, you know, sometimes chunks of concrete come through, but I have not seen it that widespread where you had 17 auger breaks. That's crazy there.

Parker: That's what I said.

Copeland: To me, the auger needs to be replaced or something like that, pipes and–

Parker: If I had 17 breaks in it, it's because something got in it. I mean–

[5:19]
Copeland: Well, I mean, you know, I only saw one chunk of concrete that was brought to me. Did you get any others Kathryn?

Parker: Well, I took pictures of them. And–

Copeland: Can you show me?

Parker: Well I gave them to– I gave the pictures to him.

Copeland: There's pictures of the actual concrete?

Parker: Uh-huh. Three in the pan!

Copeland: Okay. All right.

[Unknown]: I think I did see that picture, though. I did see that picture.

Copeland: But, I mean, Dale, the maintenance is way behind on this farm. I mean, the equipment's worn out, you got feed pan issues, you got drinker line issues. I mean, ultimately, I guess what we need to know is what is your plan? I mean, are you gonna continue to grow out here for as long as you can? Or is the farm up for sale, or what's the plan?

[6:06]
Parker: I was, I gotta get to the divorce before I can do anything on my own.

Copeland: Yeah.

Parker: You know, I can't get any money, you know, and stuff like that until everything's final. And I was gonna get what y'all needed done to sell the farm done, which would be water lines, that's to look at. And then I am going to sell it, eventually. Whenever I can get it to where it's sellable.

Copeland: Well, I mean, it's sellable now.

Parker: How?

Copeland: I mean, we have this all the time, where the buyer takes up and makes any repairs that are needed.

Parker: Well see, what see is, Clay, is this: I've gotta go– I've got to get to the point where it's either mine or hers.

Copeland: Mm-hm. Right?

Parker: And when I get there, then I can–

[7:05]
Copeland: What's the timeframe on that?

4

Parker: I don't know. I really don't. They keep telling us we're gonna meet this month, but this month ain't got here yet.

Copeland: See, I mean, again, you're putting us in the middle and expecting us to continue to grow out here when there's stuff that needs to be done. And we can't do that. I mean, we don't want to be in this situation any more than–

Parker: I'm supposed to be in court in two weeks.

Copeland: Yeah.

Parker: Supposed to be.

Copeland: And then what? Then you're saying you're gonna get money for drinker lines, you're gonna get money for, you know, to fix these feeders finally. Is that your plan?

Parker: That's my plan. Simon is going to get the other farm. And that way, the collateral is split on these two. And then I should be able to get the money then to get these. All 500 of them. On this–

Copeland: On this farm?

Parker: Uh-huh. And it's a million dollar farm. I should have collateral there. Shouldn't be an issue. These things that y'all have is exactly what we're working on. You know?

Copeland: Yeah, I mean, I think you just– I mean, I don't think you're working in the direction that we need it to go, though. I mean, this right here is not– I mean, if you– So, if you, when you finish doing this– and you're putting in two types [of] feeders– when you do sell this farm, we're going to require all new feeders. I can tell you that right now.

Parker: Yeah.

Copeland: So you're working in the wrong direction.

Parker: Well, I got these from–

Copeland: I understand that. You got it from somebody else that took them out, because, you know, there's better feeders out there and–

Parker: No it ain't what he told me. Now, I don't know if [unintelligible]

[9:00]
Copeland: Well, I mean, yeah. I mean, we still put that pan in there. But you're doing it piecemeal, and you're putting in pipes that are old pipes, right? You're not even replacing the feed pipes.

Parker: Well I'm replacing it with good pipes.

Copeland: And I don't even think they're on the right centers. Are they 409, or what are they?

Parker: As far as I know they are.

Copeland: Yeah.

Parker: I hadn't changed that.

Copeland: I don't think they are, but I mean–

Parker: Is that what y'all requiring?

Copeland: Yeah. I mean, I don't know. But I mean, you're just working in the wrong direction here.

Parker: Clay, let me ask you something, and I'm gonna be straight with it. Does this got to do with the deal with Stockers and Packers with me?

Copeland: No, Dale.

Parker: Because I was told that.

Copeland: Dale– Look Dale, I don't know who you told that, but–

Parker: I get you– [crosstalk]

Copeland: But I want you to look at this–

Parker: Oh I was told that by your people.

6

Copeland: This is– this is 2019–

Parker: By your field man.

Copeland: Nobody here told you that.

Parker: Your field man did.

Copeland: Well, I don't know where he got it from, because I've never talked to him about you calling them.

Parker: I'm just telling you what I–

Copeland: So how is that even possible?

Parker: Well, this is the word.

Copeland: So do you have a recording of that?

Parker: Yeah.

Copeland: Play it for me.

[10:00]
Parker: I ain't going to let you hear the guy.

Copeland: Why?

Parker: Why I'm gonna do that, Clay?

Copeland: Because you don't have a recording there–

Parker: I ain't going to get the guy in trouble.

Copeland: Because it was never said, because I've never discussed that with any flock advisor.

Parker: Look, how would I know that there's another grower that's done this that fell in the same category and eventually was an older guy that wound up having the same thing happen to him?

Copeland: Dale, we've never had anybody call!

Parker: He told me they did.

Copeland: Okay. Alright, alright.

Parker: Look, I don't care. I'm just asking–

Copeland: And I'm just telling you that has nothing to do with it.

Parker: I'm asking, straight up. I'm not mad.

Copeland: Straight up, that has nothing to do with it. You can go call him today, if you want to. That has nothing to do with it. What has to do with it is these pictures right here.

Parker: I get that, and I know–

Copeland: This is 2019 this is stuff like I used to see in 2000. You know, twenty years ago.

Parker: I know we need– I know we need repairs, Clay.

Copeland: Yeah.

Parker: I'm not– I'm not doubting your word. I'm not saying it ain't.

Copeland: And you've said yourself that we need drinkers out here.

Parker: We need drinker lines. You told me you would help me at one time.

Copeland: I cannot help you. I cannot loan you any money.

Parker: Why?

Copeland: I cannot loan you money because we loaned you money for tier four, and we don't have that.

Parker: You loaned–

Copeland: We loaned you money to run water out here, and we don't have that.

Parker: You've had it!

Copeland: You don't use it!

Parker: I can't, at the price of it!

Copeland: That does not– that does not change the fact that we loaned you money in good faith and we didn't get what we paid for. We wasted that money.

Parker: No, you didn't.

Copeland: They're not tier four.

Parker: The water lines–

Copeland: We're not using county water, and we know we know we've got water issues out here.

Parker: Because the price of $3,000 a batch– not a batch, if it's that I'd probably do it. It was a month.

Copeland: I'm sorry, Dale. I'm sorry, Dale. That's not– it's nothing you're gonna say that's gonna change the fact that I can't loan you money.

[11:44]
Parker: I did exactly what you told me to do with it.

Copeland: No sir. No sir.

Parker: Yes I did.

Copeland: Dan came out here. And I came out here with Dan. And he had his stuff written up from [unintelligible], where you needed to add fans and stuff. You came to us and said, "No, I want to do this."

Parker: Well, it worked.

Copeland: And, we went along with it.

9

Parker: Exactly.

Copeland: Yep. So we went along with it to try to save you money. But it didn't work. So that doesn't change the fact that we paid money.

Parker: Well that did work.

Copeland: We paid money.

Parker: Hold on. That did work, Clay. I wasn't expecting these motors to go out.

Copeland: Well, even if the motors are working they're not– you're not pulling the wind speed.

Parker: I did. I was.

Copeland: Are they working now?

Parker: Yeah.

Copeland: So if we go in there, you're pulling 700 feet a minute wind speed?

Parker: I won't miss it much.

Copeland: Well you won't– not missing it much–

[12:32]
Parker: I mean, I don't know, I may. I ain't tested it.

Copeland: Okay, well–

Parker: But I got [unintelligible] motors in there.

Copeland: Get your fans going, and we'll check it. But that's not going to change the fact that we've loaned you money, and we didn't get what we asked for.

Parker: But what I'm saying is, when I put down on the thing, I'm not gonna– I mean, I'm gonna buy parts with this and do the labor myself. And then I have a heart attack. And y'all hold it against me?

10

Copeland: We're not holding anything against you, Dale. The stuff is not done.

Parker: I get that.

Copeland: It's not done.

[13:04]
Parker: All my lights– I got the doors and all the lights extending [unintelligible]

Copeland: Okay, so it's not done.

Parker: And two houses are done.

Copeland: They're not pulling the wind speed.

Parker: They should.

Copeland: Okay, we'll check it. But that's not gonna change the fact that we can't loan you any money.

Parker: Okay. I mean, I get that. You're not going to loan me money. I–

Copeland: Well let's get past it then.

Parker: I am, but I don't understand it, but I get it.

Copeland: Let's move on.

Parker: Because I did what I said I would do. I did buy the stuff.

Copeland: And we loaned you money. And we're not getting what we paid for.

Parker: But you loaned me the money to buy the stuff.

Copeland: Are you using the water?

Parker: No.

11

Copeland: Okay.

Parker: I can't use the water.

Copeland: Are the cool cells finished?

Parker: Does it not make sense that I can't use the water because of the price of their water?

Copeland: Does it not make sense that we loaned you money, Dale?

Parker: I did what I said, I put in 38,000 feet of water line.

Copeland: And we loaned you money, and we expect to get something in return.

Parker: Do you want to see where I put it in the ground. I can show you. It goes right around the corner.

[14:01]
Copeland: We loaned you money, and we expect to get something in return.

Parker: I did it!

Copeland: But you're not using it.

Parker: I did thirty eight–

Copeland: It doesn't matter if you put water line in the ground that's not using it.

Parker: Yes I am using it. Because I got two wells–

Copeland: You just said you weren't using it.

Parker: My well was down right?

Copeland: You just said you weren't using it, because it cost $3000.

Parker: You told me– I'm just trying to say, my well was down, I didn't have a secondary, you said I had to have a secondary. I was going to the city instead of fixing the well. I got the well back up.

12

[14:29 ]

Copeland: The point was to run that water because we knew we had bacteria issues and well problems.

Parker: What– Do you require city water?

Copeland: No, we don't require city water.

Parker: You require two sources, though.

Copeland: But if we loan you money to put in city water, then we want you to use it.

Parker: I was putting in to get two water sources. That was the requirement.

Copeland: Well I guess we misunderstood each other because we were saying put it in and run it so that we had better well water. We had better water quality out here.

Parker: I didn't know I failed water quality.

[14:57]

Copeland: Okay. Let's get past that, because we're not going to agree on it.

Parker: I mean, you know, you hold all the cards, Clay, I don't have anything.

Copeland: That's right. That's right, I do. But I'm not gonna sit out here and argue with you about it. Because this farm is not being managed properly. I mean, you're missing a whole section of feed lines out there. And there's a water line–

Parker: Yeah, it's this house– I guarantee it's this house. And it's when that–

Copeland: I mean, keep turning–

Parker: When that feed line missing, I know when that was. I know what I did.

Copeland: We can't continue to do that. I mean–

Parker: I get it, I've had water leaks. I've had feed leaks. There ain't a farm out here that ain't had those, Clay.

Copeland: Not like this, Dale. Not to this, you know, to this extent.

Parker: I don't know. I've been in a bunch. I remember–

Copeland: I go in them every day. This is stuff that was like 20 years ago, Dale.

[16:01]
Parker: No, I disagree. I've seen it. I've seen it. I have seen it, Clay. I'm not– Maybe not this bad–

Copeland: This is not productive.

Parker: Why? I'm trying to understand.

Copeland: Because all we're doing is arguing.

Parker: I don't want to argue.

Copeland: And I don't want to either. So maybe we should just leave.

Parker: I just want a reason why or an understanding why.

Copeland: Okay, the reason why is right here.

Parker: Why what?

Copeland: We've got equipment issues, we've got management issues, and they're not being addressed. So bottom line is, I need some feed lines out here. I need water lines out here. And I will– then I will place you back.

Parker: I gotta– I mean, you know it's $6,000 a house just for water lines.

Copeland: I do know that.

Parker: And you know you're shutting me down.

Copeland: I'm not shutting you down.

Parker: Yes you are, Clay.

14

Copeland: No I'm not. But I'm fully within my rights to. I mean, I could come out here today, Dale, and say, do you see–

Parker: Clay, there's a hundred reasons–

Copeland: Do you see this right here? I could come in here today, and drop your contract. And not say, "You can put water lines in here." I could say, "We don't need this farm anymore." And you couldn't sell it.

Parker: Yeah.

Copeland: But the bottom line is, I'm not cutting you off. I'm giving you a chance.

[17:18]
Parker: I don't see it. But if you do–

Copeland: I mean, I'm giving you a chance to continue to grow.

Parker: Why can't–

Copeland: What?

Parker: Why can't I grow?

Copeland: Because this stuff has to be addressed.

Parker: I can address that stuff without having brand new water lines.

Copeland: No. Dale, you have said yourself you need brand new water lines.

Parker: Yeah. Because the centers of them–

Copeland: You have said yourself that that you need brand new water lines.

Parker: Because the centers, they're seventeen–

Copeland: And what about the water leaks?

15

Parker: I worked on tons of these already.

Copeland: Dale, you said that you needed new water lines.

Parker: Yes, but why?

Copeland: You said that you needed–

Parker: Why did I need new water lines?

Copeland: You obviously know you need new feed lines.

Parker: Seventeen inch centers in some? Yeah, I need water lines.

Copeland: Okay. So–

Parker: But for that reason, though.

Copeland: Now is the time to do it. We got to do it now

Parker: For that reason.

Copeland: For the reason that the chickens were a quarter pound light this time?

Parker: Yeah, I gotta get through that paperwork because I don't see that. I had a decent bird.

Copeland: So now it's our paperwork and we cheated you out of it.

Parker: No, I didn't say that.

Copeland: Well that is what you're saying.

Parker: No, I–

[18:28]
Copeland: I mean, the birds were a quarter pound light at 40 something days.

Parker: I've yet to have a good grow out that there ain't something wrong with the paperwork, Clay. Not the first. I can show you something in every one of them.

16

Copeland: Okay.

Parker: But I don't want to. I don't– I haven't been. But I haven't been, Clay.

Copeland: Just look over this. I mean, like I said, this is not productive. I told you what I needed to tell you. I mean, I'll be glad to grow out here. But we got to get some equipment fixed, the maintenance is behind, and as soon as you get it fixed, you can call me and we'll put birds back out here. As soon as you get it fixed.

[19:06]
Parker: In other words, you're out. I just didn't think–

Copeland: You've said yourself, you know this stuff needs to be fixed.

Parker: Clay– it's good, Clay, it's good. I just didn't think there would be sides taken on some of this stuff. And I'm divorcing and it's felt– falls right into what she [unintelligible] and there ain't nothing I can do about it.

Copeland: I have nothing to do with the divorce, I am not taking sides.

Parker: I mean you couldn't write a better script. So, I'm out, you know. The money I put in, I'm out.

Copeland: No.

Parker: Every bit of it I put in here.

Copeland: Not as soon as you get things fixed.

Parker: She took the dang money and I didn't have nothing to start with, Clay.

[20:01]
Copeland: I don't have anything to do with that.

Parker: I mean, I came in here, and she walks away, moves away.

Copeland: That has nothing to do with me. That has nothing to do with this situation.

17

Parker: Well, you know, you told me the other day–

Copeland: If this was her out here, I would be saying the same thing.

Parker: Now you told me the other day you wished it'd be me or her doing this, because y'all–

Copeland: Because I'm tired of going back and forth, being in the middle.

Parker: Being in the middle. Right, I get that.

Copeland: But that has nothing to do with these drinkers lines need to be fixed and these feed lines need to be fixed. As soon as they're fixed, we'll place birds back out here. But I'm telling you–

Parker: Fixed or replaced?

Copeland: Replaced, excuse me, replaced. But you're heading in the direction of, if we don't do something, Dale, and you continue to grow, then you would be cut off. You're heading in that direction. So if we don't do something now, then we're not– I mean, I know you don't see it that way, but if we don't do something now, everything's gonna get worse and it's gonna head in a direction you don't want it to go.

[21:20]
Parker: But I just– I do have, I do have– I don't get this one thing, though. Why would you tell me, the other day, if you was going to shut me off, you knew this was coming up, you got–

Copeland: No, back up. When I talked to you the other day, I did not see– I had not seen all that. Kathryn was gone. She had to get all her notes together. And that's what I told you.

Parker: Well you got– you got grow outs and grow outs you said. This ain't nothing new.

Copeland: I don't review these every flock or, you know, there's 132 of them.

Parker: Well, why did you and Kathryn–and after Kathryn came back–tell me to buy these motors?

Copeland: The birds were a quarter pound light.

Parker: Told me to buy motors. And get it going.

Copeland: Well, because that has to be done too. That has to be done too.

Parker: Well, I didn't– I mean, if I ain't gonna have money to do this other, how in the heck am I gonna have money to do everything?

[22:10]
Copeland: I don't know. You know, call your bank like most growers do.

Parker: They ain't gonna do a thing until divorce is final.

Copeland: I don't know about all that stuff, Dale. I've never been through it. I don't know what the bank's gonna do and what the bank's not gonna do. All I know is, is that we have to have motors out here, and we have to have equipment working, to raise chickens. We got to have equipment working to raise chickens. That's all I know.

Parker: I get– I mean, Clay I get that. But there is no sympathy when it comes to looking at this from–

Copeland: Well I mean there's sympathy and there's business you know.

Parker: I get that.

Copeland: This is business, you know. I might feel sympathy for you, Dale. But you know, there's a lot of people up the food chain that are saying, "Why were these birds a quarter pound light? Why did this happen? What are you doing about it?" You know.

Parker: Yeah. I didn't know– I didn't feel they were, but maybe they were. They looked good to me coming out, and, you know, I'll shut the doors. That's all I can do.

Copeland: I mean, that's not what I'm saying, but–

Parker: I mean, it's my only choice, Clay. I don't have a choice. If I don't grow birds– I don't have no money to do it. That's another loss for me, you know. It's been– in a year's time I lost my mama, I lost my son, I lost my wife, and now I lose my farm. Ain't nothing I can do about none of them.

Copeland: You can still have this farm. You just got to fix things.

19

Parker: I can fix things but I can't replace them. I don't have the money and you know that. I can fix things.

Copeland: Well, I'm sorry. I keep saying "fix." "Replace." That's the only way you're gonna get the drinkers on the right center. That's the only way you're gonna stop these feed leaks. This farm is worth something. It's got to be updated.

Parker: I agree.

Copeland: I am not cutting you off.

Parker: I appreciate it.

Copeland: I'm just saying–

Parker: I appreciate it.

[25:03]
Copeland: That things have to be fixed– replaced.

Parker: I know that. But from my standpoint, I mean, what I can do right now is nothing. I can't do anything. I'd like to say I could, I just didn't know what that is. If I had an out, I'd take it. If I had a place to go get the money I'd go get it today.

Copeland: Well–

Parker: I really would. It's not that I want to–

Copeland: The only other thing we can talk– we can consider doing is, I mean, if you– if you're serious about selling and you got an exit strategy, we have let people grow for a few flocks until they sell the farm.

Parker: That's– that'd be great.

Copeland: Well I mean, we're gonna have to come to an agreement on, you know, "we're gonna grow three flocks and we're gonna be out of here."

[26:01]
Parker: And like selling or something?

20

Copeland: Mm-hm.

Parker: Yeah. If I can sell it in three flocks. I mean– I'll try.

Copeland: But then, when we've done that before we had to come to an agreement, we had to come to a number. This is how many flocks. If you don't have it sold within that, then I'm sorry. But all this is still going to have to be done. Either the buyer is going to have to do it, or you're gonna have to do it. It's not going to change the fact that the equipment's gonna have to be done.

Parker: Right.

Copeland: But if you wanted to grow three more flocks, I mean, maybe we could do it, but then it's still going to have to be done.

Parker: Yeah. I don't know what the best option is, Clay. I don't know if I can sell it in three flocks. I don't know– I don't know anything!

Copeland: There's a lot of buyers out there, but I don't know what people would be interested in.

[27:00]
Parker: Yeah. Well, I had one guy ready to buy it. But I couldn't sell it.

Copeland: Why?

Parker: The judge said we couldn't sell nothing until we come back to court. I couldn't do it. And then of course her whole reason for leaving was to get me to sell it. The last few grow outs I had when she was here, she didn't even walk in them. And telling people she's doing it all and– you just don't know what I've gone through with– And stuff didn't make sense. What's going on with her, what is she wanting to do? Now come to find out she's living with this guy in Chattanooga, you know? I mean, I don't know. [unintelligible]

[28:07]
Copeland: Well, you think about it.

Parker: This is tough. I don't know. I don't know what to do. I worked since I was 19 in poultry. And this is where I'm at. I definitely can't do nothing without making money, I know that. I lose $800 a day when I don't grow. I really am trying. It may not look it, you know. You get out here and I pay Robert to help me out a good bit. What do you think is best for me?

21

[29:15]

Copeland: I don't– I don't know. I just know for this farm to be successful, that's to raise good chickens out here. You gotta catch up on stuff.

Parker: I agree with that. I don't doubt that at all. I don't doubt it.

[29:55]

Copeland: Think about it. Let us know what you want to do. If I need to talk to Alan or something just let me know. But I mean–

Parker: If Alan would do– I'd rather go that route if Alan– because I gotta do it either way.

Copeland: Mm-hm.

Parker: And I'd rather get, you know– My idea would be– what I've experienced here with the Ziggity and Plasson is when I put Plasson in, it like stands to where if you got anything in the waterline, the Ziggity leaks. I had a brand new house, house five, that's brand new water lines because it froze and busted, and that's my worst house.

Copeland: The only Plasson that's approved is gray with the tray.

Parker: Yeah. I knew that. But the Plasson don't leak, just like the– what is it he's got over there– not Plasson, but looks a lot like Ziggy but it ain't.

Copeland: Lubing?

Parker: No, it's the other one.

Mizell: Val?

Parker: Val, yeah. And the Val don't leak when it's set up with any kind of sediment in line. And this I found: I can take half a house that I've got Ziggity in and it'd be soaked, and the backside have the same– and the backside would be totally dry with Plasson. So, I mean, I know which one has to go in this farm. I mean, Ziggy's probably the better of the drinkers, I would say overall. I'm just saying this farm, it had to be that to work. Because my dry floor, the only dry floors I got is Plasson.

Copeland: Plasson would be fine.

22

Parker: That'd be all right. Gray with the tray. That plenty of trays, need to gray, that'd be– And I got railing already. I need the pipe, and just like– so stand in the pipe and the nipple, and you–

[32:05]
Copeland: I don't know if they'd need to be restrung.

Parker: Oh yeah, they would be. Well, house one wouldn't need to be–it's cable. Robert, which ones we got cables in? One, and–

Robert Taylor: Should be string in it [unintelligible]

Parker: Huh?

Taylor: We redone that, didn't we put strings in it?

Parker: Yeah, that's what we said, wouldn't have to do One. But we got the cable overhead in that. That's the only one, right?

Taylor: No, nuh uh, the rod.

Parker: That's what I meant, the rod. Yeah, anyway. It'd be the only one we wouldn't have to. But there, yeah, there's strings and rod in it, but it'd have to be right. I mean, I want it where you let it down and it's all even level. And that's another issue that I had for a while, is it was– this end would wrap up on the cable, and the end would be higher all the time than the rest of it, because it wrapped, you know, that cable twists. But I'll do the– I don't mind. I'll call Alan. Now I do have the right in the divorce to get a loan to fix it. I can do that, if I get the loan. And only way that's gonna happen is if you talk with Alan, you know.

Copeland: I'll tell Alan that's a requirement.

Parker: Okay. Alright.

Copeland: If he calls me. But you tell him to call me.

Parker: Alright. We'll do that right then. I'll try that. And if that don't work, could it be a possibility of growing and so I can have money to keep things up until I–

Copeland: Until you can sell it?

Parker: Yes sir.

[33:57]
Copeland: That's a possibility. But we got to come to an agreement on how many flocks. I wouldn't want to go over three flocks, and it would have to be–

Parker: What if I did– well no, if I got the money I'd do it all at once.

Copeland: I mean, that–

Parker: That's the best way, yeah.

Copeland: Yeah. The goal is just, we gotta get everything done, and we gotta get this farm where it's positive cash flow for you or whoever's buying it, and, you know–

Parker: Can I put the Stockers and Packers thing out of my mind so I can get–

Copeland: Yes, Dale, that has nothing to do with it. I mean, we had them come in the other day and they poured through our records, and nobody called them.

Parker: Really?

Copeland: Yes, they come check us all the time. Has nothing to do with it.

Parker: It wasn't me. I'm just telling you, I didn't do it.

Copeland: Nobody called them. It was just– they just come by and check things. They check scales at the mill on a quarterly basis. That's nothing.

Parker: I'm telling you it wasn't me.

Copeland: Nothing out of the ordinary, you know.

Parker: That's the only– I've never– I've grown since I was 19, it's only flock I've ever disputed.

Copeland: Well, I mean, that has nothing to do with it.

Parker: It's always bothered me.

Copeland: We pay people six flock for anytime we mess up–

Parker: After a guy told me that, it really shook me, you know.

Copeland: I mean, I wish you would show me who said that. Because I have no clue how they even knew about it.

Parker: But he said it was supposed to be an older guy that he– and they gave me their name.

Copeland: I've been here for 20 years. And in that 20 years–

Parker: And it was C.B., no, L.D., it was two initials for his first name. Something, something.

Copeland: First of all, first of all, the only other time in the 20 years I've been here that they've– that somebody's called, they didn't tell us who called. So, I mean–

Parker: Yeah, I told him he wouldn't–

[36:01]
Copeland: They check records at random for all I know.

Parker: Yeah I don't know.

Copeland: So, no, it does not matter.

Parker: Well, I want you to know I ain't said nothing else to them.

Copeland: It does not matter at all.

Parker: Yeah.

Copeland: That has nothing to do with it.

Parker: Well, I mean, I'll be honest, it shook me when the boy told me. And I been had it in the back of my mind now for a long time, because he– that person ain't been my grow out guy for a minute.

Copeland: Yeah, that has nothing to do with it.

25

Parker: You can see where it'd be back of your mind, if somebody told you that, you know?

Copeland: I don't know why– he's not in a position to know– to even know what, you know, that kind of stuff. That they were– they came, or they, you know, who called them or anything. I don't know where he got it from.

Parker: Was it Ledbetter? A.W.? Boy, that name's on the tip of my tongue. It was a grower.

Copeland: Dale do you know how many people we've cut off since I've been here? Maybe two or three.

Parker: Yeah.

Copeland: And it was, you know, it was equipment. I mean, you know, stuff like this.

Parker: Yeah. No, this guy wasn't cut off.

Copeland: Oh, I thought you said we cut him off.

Parker: No, you just gave him hell.

Copeland: Oh, no, I don't know who you're talking about. Again, they've never told us, other than when you called, they've never told us who called.

Parker: Yeah.

Copeland: And you told us they called too.

Parker: Yeah. I did. I didn't know what– actually didn't even know their name, until I heard it from one of your people. I didn't even know it existed. The only reason– the only way I could call, even, was that because I didn't even know such a thing existed. But you know, but that's neither here–

[38:24]
Copeland: That has nothing to do with this.

Parker: I'm glad.

26

Copeland: And it has everything to do with– I know you don't see it, but it has everything to do with just getting stuff fixed and getting ahead out here, because, again, like I said, it's headed in the wrong direction, and if it continues down this path then, you know, it'd be a different story. We wouldn't be willing to work with you.

Parker: Right, yeah.

Copeland: Right now we are.

Parker: Yeah. Well, I gotta secure some money to get some stuff going. That's all I know. And I'll do everything I can to do that. It's got to be done before sellers anyway, so why not go ahead and do it?

Copeland: And I mean, you know, to be honest with you, I don't know what else the farm would require before sale. But I can tell you that these things would be required.

Parker: Can you get Dan to do that?

Copeland: Dan would have to come out here and tell you that.

Parker: Get Dan to come do that then. And that way, if I need a fan, I get a fan.

Copeland: This right here is your list. The sale list would probably be different.

Parker: Yeah. Can you get that, get Dan to come do that?

Copeland: Sure can.

Parker: That way, you know, I'll have what I need, and I go to them, and I'll get somebody to come and– I won't do it through my deal, though. I mean, I may buy some of this stuff. I'd like to get that– Who is it? [unintelligible] Reckon he'll help me?

[39:59]
Copeland: I'm sure he would.

Parker: Someone like that to do it. That way I can just oversee and walk away. It's gonna be the best thing for me to, you know, to let them– but I will, I'll call the banker and I'll do my best. I guess we need to get with Dan first.

Copeland: For the sale list?

Parker: Yeah.

Copeland: Yeah, I can get him out here. I don't know what he's got going this week, but he'd probably get out here this week.

Parker: You know, I guess I could contact Alan first. And then, you know, from there– yeah, they, I do have a court order saying for me to get it repaired up and running type thing. But as far as her, you know, calling and whatever, I've got all the rights to this farm. She ain't got it.

Copeland: You got all the legal rights. But we have a contract. We do communicate with her. I have not talked with her about our meeting today, or told her anything that we were going to discuss today.

Parker: Right. Gotcha.

Copeland: But, you know.

Parker: That's good. The– you know, that's– I'll do all I can, you know. Do my best and I'll try to. Thank you for coming out. I don't know what else to do but get with them and do what I can. Robert we'll want to just shut these doors up.

Copeland: Alright.

Parker: Thank you guys.

[42:00]