# Exhibit CC

Message

| | |
|---|---|
| **From**: | Dale Parker [dale897@icloud.com] |
| on behalf of | Dale Parker <dale897@icloud.com> [dale897@icloud.com] |
| **Sent**: | 6/3/2019 1:10:51 PM |
| **To**: | Clay Copeland [walter.copeland@perdue.com] |
| **Subject**: | Growout |

Hello sir.
I wanted to email you before any of the last weeks flock numbers went out.
This was a very frustrating flock at best.  In a normal grow-out you might have an auger to break. This flock I had objects locking down my lines continually.  I have mandated 17 broken augers and reported many of them but never got a response of what was going on.  I had told Brad that I couldn' t be the only one having issues and that if I was they' re is a much bigger issue. While my worker and I were getting augers repaired I had told Brad that my list of things would have been done if I wasn' t fighting this. I never had anything written up about things in the auger causing issues.   I couldn' t see how the auger would be locked down and I many times could find nothing.  I would replace broken tubes, weld the auger back together and turn it manually to have it be locked down at first and then go free.  All this made no sense until I found the chunk of concrete that had broken two augers.  In house 5 I did my evening check to see both the front and rear lines of the house to be broken and hanging out on one end where it had broken at the motor also.  When I assemble it again it is still locking down.  First the front auger would lock and then the rear auger would. I went to the hopper to find a chunk of concrete.  When the motor locked up then ran backward it would throw the chunk in the hopper to fall on the other side which locked down the opposite end.
Then I find out that information is going from Perdue to Simon and Gail that in return is being used against me.
My only wish is to grow a good bird for Perdue. I have ask for assistance like other growers get but have been denied. At the time I was doing my upgrades I had a heart attack.  I was told that I would get no more assistance until I paid off the note or completed the upgrade. Although I borrowed the funds for material only and have all of it here, and I have paid off my loan I am still denied any help.  Last growout after starting out with 100% of the fans operating I had 13 to go out this flock.  This in itself should prove to you what I have been trying to say.  I got a Run of bad motors when I replaced them all at once while doing the upgrade. Hopefully you  will look at this and understand that although I have been looked upon as a lier and told so that I was being truthful.
When the spring meeting was set Simon  and Gail were offered different venues but I was offered only one. This is just one thing but It seems that Perdue as decided to get involved in our divorce by assisting and giving information.  Things have been said to you I' m sure. Things have been said to Simon And Gail. They tell their Attorney and so on.
I have not and will not involve Perdue in my personal life. I have talked to my divorce lawyer and they are willing to talk to you if you think this is bogus at all.

Bottom line is I just want to grow Purdue good bird.  I like being treated fairly and bias, while leaving my personal life personal.

Thanks
Dale Parker.


Sent from my iPhone