# Exhibit NN

September 29, 2019

The following must be completed before the placement of the next flock of birds.

- Install new drinkers in each house.  Ziggity or Valco preferred.
  The drinkers must be on an 8" spacing throughout the house.
  Ziggity – Max 3 Green Pin Nipple
  Valco – Val VR 150 Roaster Nipple or Val VQ 150 Quencher Nipple
- Install new feeders in each house.
  Install 4 – 240' feed lines.  Choretime or Cumberland preferred.
  4 pans per 9 foot section – Cable free suspension system (rope) on Rod and Strap system
- Replace the clear boot on the feed bin at 1&2 B.
- The houses currently do not meet the .15 static pressure requirement of tier 3.  The static pressure will be checked in each house at placement.  The tier payment will be adjusted accordingly.
- All existing equipment must be in good working condition.

A placement date will be scheduled after I inspect the farm and approve it for placement.

If you have any questions concerning any of the above items, give me a call at (478) 235-2588.

Sincerely,


Dan Roberts
Growout Manager / Housing Manager
Perdue Foods, LLC.