# Exhibit PP

September 29, 2019

We feel it is important for a producer to have the best opportunity to compete and be successful.  Upgrading houses to our tier four specifications removes one of the obstacles that could keep a producer from being successful.  We have performed an inspection of the Hazel Lee farm and have decided that we will offer to place birds on this farm to an approved buyer once the following conditions have been met:

**Tier Four Housing Specifications:**

- 700 feet per min. based on the CFM capacity ratings of 48" or larger fans at a .10 static pressure for tunnel ventilation.  **The farm needs 250,000 CFM to meet the requirement.**
- Tunnel ventilation with 6" recirculation pad sized correctly.  **The farm needs 400 ft2 of cool pad on each side.**
- Properly sized cool cell opening.
- 200 amp service or electrical service that draws no more than 75% of the main breaker capacity.
- Controller with static pressure alarm or controller with stand alone static pressure alarm. (6 sensor controller preferred)
- Water Meter
- Solid sidewall
- Auto transfer generator
- Must be able to pull .15 static pressure with one 48" fan or two 36" fans in negative ventilation.  **The houses currently do not meet the .15 static pressure requirement.**
- Forced air heat with stirring fans or radiant heat
- "Year round" use of 3 Migration fences (wood frame or plastic coated shelving)
- Box lids with Chick Mate feeders 9/1000 birds
- Control pan lights mounted at the control pan.  **The farm must install a feed pan light on each end control pan.**
- Brood light minimum of 3 f/c (measured bird height at the bulb)
- Ability to have at least .5 f/c for growout lights using LED Bulbs (may require a dimmer) (measured bird height at the bulb).

**In addition to the tier four requirements we will also require the following:**

- Install the Agralarm system.
- Install new drinkers in each house. Ziggity or Valco preferred.
  The drinkers must be on an 8" spacing throughout the house.
  Ziggity – Max 3 Green Pin Nipple
  Valco – Val VR 150 Roaster Nipple or Val VQ 150 Quencher Nipple
- Install new feeders in each house.
  Install 4 – 240' feed lines. Choretime or Cumberland preferred.
  4 pans per 9 foot section – Cable free suspension system (rope) on Rod and Strap system
- Replace the fill system pipe on each house.
- Install clear boots on the feed bins at 1&2 B&C, 3&4 B and 5&6 AB&C.
- Replace the tunnel fans on each house. Install 250,000 CFM's of fans on each house to meet the tier 4 requirements.
- Install two rows of brood lights on 20' centers in the brood section of each house. The brood lights and growout lights will alternate on 10' centers.
  LED Specs:
  A. Minimum of 900 lumens
  B. 5000 Kelvin light color
  C. Dimmer must be LED lighting approved
- The insulation has shifted in the attic of each house. Add enough insulation in the attic to meet a R21 value, blown fiberglass can be used or use fiberglass batts.
- Add R11 insulation, and 3/8" plywood or 7/16" OSB to the sidewall in each house, with a vaper barrier.
- Install tin over the old curtain material on each house.
- Screw down the roof metal on each house in areas where the nails are loose.
- Install the following windows in each house.
  22 – 46" x 36" Anderson Silverline 2950 Series Fixed Picture Window Low E Glass No Grilles
  4 - 46" x 23.75" Anderson Silverline 2950 Series Fixed Picture Window Low E Glass No Grilles
  Note: Perdue will supply a layout for the window installation. Windows must be installed with closures.
- Remove the old chicken litter in the courtyard.
- The courtyard and feed bin lane between the houses has several holes. Add dirt and rock to these areas.

- Add rock to the front entrance of each house.
- The feed bin lane between the houses must be graded so water drains off the lane and away from the houses.
- Install a Chlorine Dioxide water treatment system (Dutrion system) in each house.
- Electrical survey of the farm by a qualified electrician.
- Inspection of the electrical and generator system. Should not draw more than 75% of the main breaker capacity, the transfer switch capacity or the generator capacity.
- All existing equipment must be in good working condition.

Once the prospective buyer has meet with Perdue and completed the necessary required upgrades Perdue will sign a Poultry Producer Agreement and a Payment Schedule for our small straight run growing program. A placement date will be scheduled after I inspect the farm and approve it for placement.

If you have any questions concerning any of the above items, give me a call at (478) 235-2588.

Sincerely,


Dan Roberts
Growout Manager / Housing Manager
Perdue Foods, LLC.