# Exhibit WW

**PERDUE**

*A Family Commitment to Quality Since 1920*

# TOP BROILER PRODUCER AWARD
## PERRY COMPLEX

Presented To

# PARKER'S POULTRY

In Recognition Of Your Top Ten Performance During FY13

We Appreciate Your Time And Effort In Earning This Distinguished Award