IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ROGER PARKER,

   *Plaintiff*,

v.

PERDUE FOODS LLC,

   *Defendant*.

Case No. 5:22-cv-00268-TES

## DECLARATION OF JAMIE CROOKS

I, Jamie Crooks, declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am a member of the Bar of the District of Columbia, and I have been admitted to this Court *pro hac vice*. I am an attorney at Fairmark Partners, LLP, and counsel for Plaintiff in the above-captioned action.

2. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

3. I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the facts reported herein.

4. In connection with Plaintiff's Opposition to Defendant's Motion for Summary Judgment, Plaintiff has or will file certain discovery materials as exhibits.

5. Pursuant to Local Rule 5.1, I hereby certify that all discovery documents filed as exhibits to Plaintiff's Opposition to Defendant's Motion for Summary Judgment have been used in this proceeding and are being filed consistent with the requirements of the local rules.

1

6. The transcripts attached to Plaintiff's Statement of Disputed Facts are transcripts that I caused to be made of the recordings referenced in Dale Parker's declaration ("Parker Declaration") as follows:

    a. Exhibit S is a transcript of the recording referenced in Paragraph 35 of the Parker Declaration.

    b. Exhibit X is a transcript of the recording referenced in Paragraph 36.

    c. Exhibit Y is a transcript of the recording referenced in Paragraph 37.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 18, 2025, in New York, New York.

/s/ Jamie Crooks
Jamie Crooks