# **<u>Exhibit A – Part I</u>**

8 of 62

## Farm Damage Report

**\*\*Send to Courtney.  Indicate if you have contacted department head(s).**
***Farm damage report must be turned in within 24 hours of damage***

**Flock Advisor:** Bradley Bennett


**Farm Name: Hazel Lee        Farm #: 2158**

**Date of damage:**  7/2/19

**Date reported:**  7/2/19

**Department at Fault: (mark in box that applies)**

**Feed Mill:** [　]        **Feed Delivery:** [ X ]        **Live Haul:** [　]

**Type of damages:**

> The A bin the boot was broken on the bin, the grower said it was broken during feed recovery. And is leaking feed onto the ground.


**Estimated Cost of Repairs:**  $Click here to enter text.

**Grower Comments:**


**Flock Advisor Comments:**


\*\*\*NOTE: INDICATE IF ROBERT/ RICKY/ OR REGGIE PICTURES OF DAMAGES.\*\*\*

**Perdue 001252**


on log

# *Check Request*

| Special handling | ☐ Front Desk | | Date: | 6/10/14 |
|---|---|---|---|---|
| | ☐ UPS overnight | | | |
| | ☐ On Demand Check (must contact AP supervisor) | | | |
| | ☐ Attachment | | | |
| | ☐ Other_____ | | | |

**Payee \*** Roger Parker                                    **1099- NO**

**Address: \*** 215 Gordon Road

Hillsboro GA 31038

| | | **Account** | **Cost Ctr.** | **Amount** |
|---|---|---|---|---|
| **Corp :** | 1020 | 690060 | 11416503 | $500.00 |
| | | | | |
| | | **Total Check Request:** | | **$500.00** |

**Explanation**

Repairs to damaged feed bin @ Hazel Lee Farm houses 1 & 2 - bin A

## Policy and procedures regarding check requests:

Review the Corporate Purchasing Policy which is available on the Perdue Intranet to make sure you are within policy when using this form.    If the amount requested does not meet the Special Payments Exceptions and exceeds $ 1,000, it is probably required to be on a Purchase Order.    Contact your Purchasing agent for instructions.    If you have the original invoice, it is not necessary to complete this check request form.  On Demand check requests (Quick Checks) must be discussed with Accounts Payable Supervisor and approved prior to submitting to Corporate Accounts Payable.  You MUST complete the payee and address completely for this request to be processed.    If this is a new vendor you MUST submit a vendor request form which is available on the Perdue Intranet.

## This form REQUIRES a DIRECT INVOICE APPROVAL STAMP in order to be processed

Stamp # 787    Date 6/10/14
Grower Payments
Name:    TIMOTHY LITTLE
Acct# 690060  Comp  1020
CC 11416503  PC
Amt $500.00  Limit: $50,000.
Signature ✓

**Perdue 001253**

c Rose - 6/11



897 Ga Highway 24 E
Milledgeville GA 31061

# Invoice

Phone #    706-819-2260        poultryequipment@aol.com
Fax #      478-454-9032        parkerspoultryequipment.com

**Date**  5/13/2014
**Invoice #**  10143

Bill To

Roger D Parker
897 HWY 24 E
Milledgeville, GA 31061

**Due Date**          **Project**

5/13/2014

| Item | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| Feed Bin Repair | Repair damaged bin | | 500.00 | 500.00 |

*A bin e Hzel Lee 1+2*

Paid in full by Roger D Parker on 6/1/2014

| | |
|---|---|
| **Total** | $500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $500.00 |

**Perdue 001254**

# *Check Request*

| | |
|---|---|
| Special handling | ☐ **Front Desk** |
| | ☐ **UPS overnight** |
| | ☐ **On Demand Check (must contact AP supervisor)** |
| | ☐ **Attachment** |
| | ☐ **Other_____** |

**Date:**   5/13/14

**Payee \***     Parker's Poultry       1099-NO

**Address: \***     215 Gordon Road

Hillsboro GA  31038

| Corp : | 1020 | Account | Cost Ctr. | Amount |
|---|---|---|---|---|
| | | 690060 | 11416503 | $500.00 |
| | | **Total Check Request:** | | **$500.00** |

**Explanation**

Reimbursement for repairs to damaged "A" bin houses at 1&2 - hit by feed truck auger on 04.29.14

## Policy and procedures regarding check requests:

Review the Corporate Purchasing Policy which is available on the Perdue Intranet to make sure you are within policy when using this form.   If the amount requested does not meet the Special Payments Exceptions and exceeds $ 1,000, it is probably required to be on a Purchase Order.   Contact your Purchasing agent for instructions.   If you have the original invoice, it is not necessary to complete this check request form.  On Demand check requests (Quick Checks) must be discussed with Accounts Payable Supervisor and approved prior to submitting to Corporate Accounts Payable.  You MUST complete the payee and address completely for this request to be processed.   If this is a new vendor you MUST submit a vendor request form which is available on the Perdue Intranet.

### This form REQUIRES a DIRECT INVOICE APPROVAL STAMP in order to be processed

Stamp # 787    Date 5/14/14
Grower Payments
Name:   TIMOTHY LITTLE
Acct# 690060  Comp     1020
CC 11416503  PC
Amt $500.00    Limit: $50,000.
Signature

**Perdue 001255**

Check request form .xls



**Parker's** POULTRY EQUIPMENT

897 Ga Highway 24 E
Milledgeville GA 31061

# Invoice

| Phone # | 706-819-2260 | poultryequipment@aol.com |
| Fax # | 478-454-9032 | parkerspoultryequipment.com |

**Date** 4/29/2014

**Invoice #** 10138

**Bill To**

Perdue

| Due Date | Project |
|----------|---------|
| 4/29/2014 | |

| Item | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| Feed Bin Repair | Repair damaged bin that was hit by delivery truck when unloader auger broke into. | | 500.00 | 500.00 |

*hse 1 + 2*
*bin A*

| | |
|---|---|
| **Total** | $500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $500.00 |

**Perdue 001256**

# Farm Damage Report

Originator:     Flock Supervisor

Distribution:   Dept. at Fault
                Farm Damage By Live Haul or Feed Mill

Date: 4-29-14

Growers Name: Dale Parker (Hazel fee)

Full Address: 215 Gordon Rd
              Hillsboro GA 31038

Type of Damage:

Feed Mill

Who's Fault? Feed Truck Driver / Ryder

Est. Cost: $500 ⁰⁰

Growers Comment:
Boom Crushed Lid
House 1 & 2    Bin A

Flock Supervisor Comments:
Pictures were taken  Bin needs to
be taken down & rebuilt

Flock Supervisor Signature:
Date: 5-13-14

## NEGOTIABLE DEMAND PROMISSORY NOTE- MINOR (< $5,000 per house)

For: Lewis Windrow Machine purchased from Sarah Register dba New Beginning

$1,250.00
_____
Amount per house

03/19/2013
_____
Date

1,2,3,4,5,6
_____
House #(s)

FOR VALUE RECEIVED, Roger D. Parker dba Hazel Lee Farm ("Promisor"), hereby promises to pay to the order of Perdue Foods LLC, a Maryland corporation (hereinafter called "Promisee"), the principal sum of $7,500.00
[ Seven thousand five hundred dollars and 00/cents _____.] Principal shall be payable in lawful currency of the United States of America at the main office of Promisee, 31149 Old Ocean City Road, Salisbury, Maryland 21804, or at such other location as the holder of this Note may direct.  This Note may be prepaid at any time without penalty.

Unless sooner paid, principal payable hereunder shall be withheld by Promisee from the payments made by Promisee to Promisor for the growing of poultry by Promisor for Promisee as follows:

$1,500.00 _____ per flock for the next 5 consecutive flocks

The Promisor hereby agrees that this demand note is due and payable without notice, on demand, at the option of the Promisee.  At any time, without notice, any and all money or property of any nature whatsoever on deposit with or held by, or in the possession of the Promisor, as collateral or otherwise, to the credit of or for account of the Promisee, or in transit to or from the Promisee by mail or carrier, may be applied forthwith to pay or secure payment of this note, interest on this note, or any other indebtedness due the Promisee by the Promisor shall have and may exercise with respect thereto the remedies of a secured party under the Uniform Commercial Code.

The Promisor hereby authorizes any attorney of record to confess judgment to be entered by the proper official, at any time, at the sole discretion of the Promisee, for the amount of principal and interest then due hereunder, and fifteen per cent (15%) attorney's fees on said amount so confessed, and hereby waive all exemptions to the extent permitted by law.

If any amount hereunder is not paid when due, and such default continues for a period of fifteen (15) days after written notice to Promisor of such failure, then Promisor shall be deemed to be in default hereunder and interest on any amount then due and payable hereunder shall accrue at the rate of ten percent (10%) per annum, from the date the same shall become due and payable until the date paid.

No delay or omission of Promisee to exercise its rights hereunder shall impair any such right or power or shall be construed to be a waiver of any such default or any acquiescence therein.  Any acceptance by Promisee of a partial or late payment made hereunder shall not establish a custom, waiver, or acquiescence.

NEGOTIABLE DEMAND PROMISSORY NOTE
Perdue Foods LLC
2012
Page 1 of 2

Perdue 001258

No waiver of any default shall be construed, taken, or held to be a waiver of any other default, or waiver or acquiescence in, or consent to any further or succeeding default of the same nature. Promisor waives any defense by reason of extension of time for payment or other indulgence granted by the holder hereof.

This Note may be negotiated for value or may be pledged, hypothecated or collaterally assigned by Promisee to secure any indebtedness of Promisee, now or hereafter existing, to any lender to which Promisee is now or hereafter indebted. In such event, the holder of this Note shall succeed to all of Promisee's rights hereunder, references to Promisee shall mean such holder wherever the context so permits and Promisor agrees to recognize any such pledge, hypothecation or assignment.

Any notice to Promisor may be made by certified or registered mail addressed to Promisor at the address shown below or such other address as Promisor may designate by written notice to the holder of this Note.

In the case any provision (or any part of any provision) contained in this Note shall for any reason be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision (or remaining part of the affected provision) of this Note but this Note shall be construed as if such invalid, illegal or unenforceable provision (or part thereof) had never been contained herein, but only to the extent it is invalid, illegal or unenforceable.

Promisor hereby acknowledges, consents and agrees that the provisions of this Note and the rights of all parties mentioned herein shall be governed by the laws of the State of Maryland and interpreted and construed in accordance with such laws (without regard to principles of conflicts of laws).

IN WITNESS WHEREOF, Promisor has executed this Note as of the day and year first above written.

WITNESS:                                    Signature of Promisor(s):

_Prowitz L Van H_                           _Roy D Phfe_

_____                     _____


Witness:                                    PERDUE FOODS LLC
_Jo Turner_                                 _signature_
_____                     Live Production Manager

_____                     _____
                                            Director of Live Operations


NEGOTIABLE DEMAND PROMISSORY NOTE
Perdue Foods LLC
Page 2 of 2

Perdue 001259

No waiver of any default shall be construed, taken, or held to be a waiver of any other default, or waiver or acquiescence in, or consent to any further or succeeding default of the same nature. Promisor waives any defense by reason of extension of time for payment or other indulgence granted by the holder hereof.

This Note may be negotiated for value or may be pledged, hypothecated or collaterally assigned by Promisee to secure any indebtedness of Promisee, now or hereafter existing, to any lender to which Promisee is now or hereafter indebted. In such event, the holder of this Note shall succeed to all of Promisee's rights hereunder, references to Promisee shall mean such holder wherever the context so permits and Promisor agrees to recognize any such pledge, hypothecation or assignment.

Any notice to Promisor may be made by certified or registered mail addressed to Promisor at the address shown below or such other address as Promisor may designate by written notice to the holder of this Note.

In the case any provision (or any part of any provision) contained in this Note shall for any reason be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision (or remaining part of the affected provision) of this Note but this Note shall be construed as if such invalid, illegal or unenforceable provision (or part thereof) had never been contained herein, but only to the extent it is invalid, illegal or unenforceable.

Promisor hereby acknowledges, consents and agrees that the provisions of this Note and the rights of all parties mentioned herein shall be governed by the laws of the State of Maryland and interpreted and construed in accordance with such laws (without regard to principles of conflicts of laws).

IN WITNESS WHEREOF, Promisor has executed this Note as of the day and year first above written.

WITNESS:                                Signature of Promisor(s):

_____                 _____

_____                 _____


                                        PERDUE FOODS LLC

Witness:                                _____
_____                 Live Production Manager

_____                 _____
                                        Director of Live Operations


NEGOTIABLE DEMAND PROMISSORY NOTE
Perdue Foods LLC
Page 2 of 2

**Perdue 001260**

## Lawson-Turner, Mary

**From:** Kevin&Sarah Register [Angel100@windstream.net]
**Sent:** Tuesday, March 19, 2013 6:45 PM
**To:** Lawson-Turner, Mary
**Subject:** Re: test

I Sarah L. Register sold a Lewis Brothers windrow machine to Dale Parker on 3-18-2013 for the amount of $7500.00 .
 My billing address is
877 conners mill rd.
Ellaville Ga. 31806
Thanks Sarah Register

*Vendor id # 8611353*

*PO  9439078  GFG*

**From:** Lawson-Turner, Mary
**Sent:** Tuesday, March 19, 2013 12:08 PM
**To:** angel100@windstream.net
**Subject:** test

Jo Turner
Phone:  478.994.7820

This communication, including attachments, may contain confidential, privileged, copyrighted or other legally protected information. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please immediately re-send this communication to the sender and delete the original message and any copy of it, including all attachments, from your computer system.

*MPU 3/22*

1

**Perdue 001261**

*Marc*

## Farm Damage Report

*ok to pay MB*

Originator:    **Flock Supervisor**

Distribution:  **Dept. at Fault**
**Farm Damage By Live Haul or Feed Mill**

1099 _____ Yes _____    Date: 10/2/09

Growers Name: Hazel Lee

Full Address: _____

Type of Damage:  Bearing & broken auger
1/2 wrench was in feed

Who's Fault ?  Mill

Est. Cost:  ??

Growers Comment:  Found 1/2 wrench in fill
system. Had to replace bearing
and repair auga

Flock Supervisor Comments:  Turned wrench over to Marc

Flock Supervisor Signature: Brett S. Sms
Date: 10/2/09

**Perdue 001262**



Parker's Poultry Equipment
288 Gordon Road
Hillsboro, GA 31038

Date   11/24/2009
Invoice #   10053

**Bill To**

Perdue
*for* (Hazel Lee Farm)

*101 Harold G. Clarke PKwy*
*Forsyth GA   31029*

*PO*

*9082791 GFG*

| Item | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| Fill Auger | Replace broken auger and pipe wrench hung. | 1 | 350.00 | 350.00 |

*1020*
*11416503*
*690060*

*Parker's Poultry Equipment*

706-819-2260
Fax 706-468-7548

| | |
|---|---|
| Total | $350.00 |
| Payments/Credits | $0.00 |
| Balance Due | $350.00 |

**Perdue 001263**

*AP 11/30*



Grower No. _____2158_____        Date Oct 10 20 14

Name _____Hazel Lee_____

Address _____

| SOLD BY 8C | CASH SALE | CREDIT USE ADJUSTMENT FORM | CHARGE | RECEIPT OF CHECK OR CASH | MDSE RETD. | CONSIGNED TO | DATE OF FLOCK CHARGE |
|---|---|---|---|---|---|---|---|

| Quantity | If a sale, complete the description to appear on A/R details, the product code, and the general ledger code (optional) | Price | Amount |
|---|---|---|---|
| 6 | Credo | 49.50 | 297.00 |
| | | | |
| | | | |
| | | | |
| | 10.27.14 | | |
| | n/c | | |
| | per Clay | | |
| | | | |
| | | | |
| | | | |
| | Total | | 297.00 |

All claims and returned goods MUST be accompanied by this bill

Received by _____

white copy - accts. rec.   -   yellow copy - customer   -   pink copy - settlement   -   gold copy - file

9/07                                                                    FIN/003

**Perdue 001264**

## "ASSIGNMENT OF FUNDS"

This ASSIGNMENT is made by **Roger Dale Parker & Linda Gail Parker, dba Hazel Lee Farm** (the "Assignors") to **First Financial Bank, Attn: Agri Loan Department PO Box 1754, El Dorado, Arkansas 71731-1754** (the "Assignee"), to secure the prompt payment of indebtedness evidenced by the following promissory note or notes executed or assumed by the Assignors and payable to the order of the Assignee together with all extensions and renewals thereof from time to time.

| Date of Note | Face Amount | Maturity Date | Note # |
|---|---|---|---|
| 07/23/2010 | $935,000.00 | 07/23/2023 | 120031421 |
| 03/04/2010 | $ 92,000.00 | 03/04/2020 | 120031039 |

Escrow

*1 Flocks* (handwritten)

☒  In addition, if this provision is checked, said indebtedness includes all unpaid balances of any additional or other loan advances which the Assignee may have made and may make to the Assignors from time to time, whether made before or after the maturity date of the promissory note or notes described above and whether such advances be pursuant to said promissory note or notes or otherwise, together with interest thereon, and any other obligations of the Assignors to the Assignee, absolute or contingent.

1.  The Assignors, for value received, do hereby assign, transfer and set over unto the Assignee, its successors and assigns, the proceeds of certain contract (the "Contract") dated **August 3, 2015** aby and between the Assignors, as obligees, and **Perdue Foods, LLC** (the "Obligors"), including all extensions and renewals thereof.

2.  The proceeds which are the subject of this Assignment are

    ☒  **$18,730.00** from each payment made by the Obligors under the Contract, "Amortizing Proceeds".

    ☐  _____% of each payment made by Obligors under the Contract; **Egg and Bonus Pay; Excluding Pullet Pay.**

    All money due and payable and all money to become due and payable to the Assignors by Obligors due to settlements for Contract terminations; all of which shall be considered proceeds of the Contract for this purpose; or such lessor portion thereof as may be designated by the Assignee in writing from time to time.

3.  The Assignors hereby authorize and direct the Obligors to make payment of the proceeds of the Contract to the Assignee hereunder; and the Assignors hereby authorize the Assignee, on behalf of the Assignors, to endorse any check, draft, or other form of payment delivered by the Obligors hereunder, to receipt therefore, and to apply the same to said indebtedness in the following manner(check one or more):

**BANK USE ONLY:**
     120031421 - $14,220.00;        120031039 - $1,940.00;
     Property Insurance & Taxes - $2,570.00 to #120034177;     Total:    $18,730.00

Perdue 001265

☐ the payment of interest due and principal installments scheduled to mature under the promissory note or notes described above within _____ months following receipt;

☒ the payment of interest to date and unmatured principal under said promissory note or notes;

☒ the payment of any indebtedness of the Assignors to the Assignee, as the Assignee may determine; in that order, with the balance, if any, payable to the Assignors or their assigns.

**Assignors acknowledge that a change in interest rate may change the amount of the Amortizing Proceeds needed to retire the debt, in which events the Obligors are to accept Assignee's determination and direction as to increases in the amount of the Amortizing Proceeds, whether or not agreed to by Assignors;**

4.   Nothing contained herein shall be construed as a covenant or agreement on the part of the Assignee to perform the Contract for or on behalf of the Assignors, and the Assignee does not hereby and shall not assume any obligations or liabilities of the Assignors thereunder.

5.   The Assignors warrant that there has been no default under or breach of the Contract by any of the parties thereto, that the Assignors are in full compliance with all of the terms and conditions thereof, and that the Assignors' rights under the Contract have not been otherwise assigned or encumbered.

DATED: <u>August 3, 2015</u>

_____
Roger Dale Parker

_____
Linda Gail Parker

### Consent and Agreement of Obligors

The undersigned, the Obligors referred to in the foregoing assignment, acknowledge receipt of said assignment and consent to the provisions thereof. We agree to make payments of the proceeds of said Contract, as defined above, to the Assignee designated in said assignment addressed as follows: <u>First Financial Bank, Attention: Agri Loan Department, P. O. Box 1754, El Dorado, Arkansas  71731</u>. It is understood that said assignment may be terminated only upon written notice from said Assignee. Please complete and return to Assignee.

Dated: <u>10 | 22 | 15</u>

_____
Company Name & Complex Location

_____
Authorized Signature

Perdue 001266

DRAFTS:

Date:    08/03/2015
To:      Perdue Foods LLC-Forsyth, GA

Ladies and Gentlemen:

We have a banking relationship with First Financial Bank which provides financing for our (my) poultry operations. In order for that relationship to be fitted to our (my) needs, First Financial Bank needs to assess our (my) collateral and cash flow position, initially and from time to time.

Hence, you are fully authorized to release to First Financial Bank any and all information and documentation of whatever kind, financial and otherwise, which is in your possession and which concerns our (my) past and current relationships, upon the request of First Financial Bank. We (I) understand that such requests may be made more than once. We (I) also understand that you may charge us (me) a reasonable fee for providing such information and making copies.

We (I) release and indemnify you from any claim or expense which may arise as a result of your provision of this information to First Financial Bank.

We (I) also understand that this authorization shall remain in full force and effect unless and until you receive a communication in writing from First Financial Bank and us (me) revoking that authorization.

Yours,

**HAZEL LEE FARM**

_____            08/03/2015
Roger Dale Parker

_____            08/03/2015
Linda Gail Parker

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRANSMITTAL LETTER:

Dear Integrator:

Enclosed is an authorization executed by **Roger Dale Parker & Linda Gail Parker**, giving you permission to release his/her/their financial and related data to us, for the reasons and purposes set forth in the authorization, which we believe are self-explanatory.

By copy of this letter and of the authorization, we are letting **Roger Dale Parker & Linda Gail Parker** know to whom the authorization has been given.

Please contact the undersigned if you have any questions.

**Yours,**

FIRST FINANCIAL BANK

By: _____            Date: <u>08/03/2015</u>
    **Allen Ginn, Vice-President**

We, <u>Roger Dale Parker & Linda Gail Parker,</u> A CONTRACT GROWER FOR

_____<u>Perdue Foods LLC</u>_____, HEREBY CERTIFY THAT WE ARE
    (Name of Integrator)

OWNER/OPERATOR OF _____<u>Hazel Lee Farm</u>_____ .    ALL
                              (Name of Farm)

ASSIGNMENT PROCEEDS FROM THIS OPERATION WILL BE MADE

PAYABLE TO <u>FIRST FINANCIAL BANK</u> IN REFERENCE TO

<u>Hazel Lee Farm</u>   .
  (Name of Farm)


DATE:____<u>08/03/2015</u>____                    _____
                                                Roger Dale Parker

                                                _____
                                                Linda Gail Parker

Perdue 001268



**FIRST FINANCIAL BANK**
**Agriculture Loan Division**
P.O. Box 6058

June 24, 2013

**Perdue Farms, Inc**
Attn: Tim Little
101 Harold G Clarke Parkway
Forsyth, GA 31029

**Re:    Roger Dale & Linda Gail Parker**
**DBA Hazel Lee Farm**
**897 Hwy 24 E**
**Milledgeville, GA 31061**

To Whom It May Concern:

Enclosed you will find an assignment for **Roger Dale & Linda Gail Parker, DBA Hazel Lee Farm** poultry farm. First Financial Bank has financed the farm and we are requesting the **payment** be mailed to our office in Arkansas.

> First Financial Bank
> ATTENTION: AGRI-Loan Dept
> P O Box 1754
> El Dorado, AR 71731

The amount to be forwarded to First Financial Bank from each payment made by the Obligors under the Contract is **$21,440.00.** *This assignment REPLACES all prior HAZEL LEE FARM assignments of $21,620.00 dated April 3, 2012 only..*

Please forward the **acknowledged assignment form** to:

> First Financial Bank
> P O Box 6058
> Gainesville, GA 30504

We will forward the assignment to our office in El Dorado along with our other loan documents.

Thank you for your assistance concerning this matter.

Sincerely,

Phyllis Johnson
Ag Loan Assistant
pjohnson@ffb1.com
770-531-4343 (Phone)
770-531-7373 (Fax)
Enclosure

Perdue 001269
7-05
Ellen

## "ASSIGNMENT OF FUNDS"

This ASSIGNMENT is made by **Roger Dale Parker and Linda Gail Parker dba Hazel Lee Farm** (the "Assignors") to **First Financial Bank, Attn: Agri Loan Department PO Box 1754, El Dorado, Arkansas 71731-1754** (the "Assignee"), to secure the prompt payment of indebtedness evidenced by the following promissory note or notes executed or assumed by the Assignors and payable to the order of the Assignee together with all extensions and renewals thereof from time to time.

| Date of Note | Face Amount | Maturity Date | Note # |
|---|---|---|---|
| 07/23/2010 | $ 935,000.00 | 07/23/2023 | 120031421 |
| 03/04/2010 | $ 92,000.00 | 03/04/2020 | 120031039 |
| | $ | | |
| | $ | | |

☒  In addition, if this provision is checked, said indebtedness includes all unpaid balances of any additional or other loan advances which the Assignee may have made and may make to the Assignors from time to time, whether made before or after the maturity date of the promissory note or notes described above and whether such advances be pursuant to said promissory note or notes or otherwise, together with interest thereon, and any other obligations of the Assignors to the Assignee, absolute or contingent.

1.  The Assignors, for value received, do hereby assign, transfer and set over unto the Assignee, its successors and assigns, the proceeds of certain contract (the "Contract") dated **June 24, 2013** by and between the Assignors, as obligees, and
**PERDUE FARMS, LLC - FORSYTH, GA**  (the "Obligors"), including all extensions and renewals thereof.

2.  The proceeds which are the subject of this Assignment are

    ☒  **$21,440.00** from each payment made by the Obligors under the Contract, "Amortizing Proceeds".

    ☐  ___% of each payment made by Obligors under the Contract; **Egg and Bonus Pay; Excluding Pullet Pay**.

    All money due and payable and all money to become due and payable to the Assignors by Obligors due to settlements for Contract terminations; all of which shall be considered proceeds of the Contract for this purpose;  or such lessor portion thereof as may be designated by the Assignee in writing from time to time.

3.  The Assignors hereby authorize and direct the Obligors to make payment of the proceeds of the Contract to the Assignee hereunder; and the Assignors hereby authorize the Assignee, on behalf of the Assignors, to endorse any check, draft, or other form of payment delivered by the Obligors hereunder, to receipt therefore, and to apply the same to said indebtedness in the following manner(check one or more):

BANK USE ONLY:
120031421 - $ 16,600.00  ;  120031039 - $2,270.00  ; Esc -  prop ins- $1,120.00 > Prop tax - $700.00 >
Neg ins Esc - $750.00(for 1 yr)



Perdue 001270

☐ the payment of interest due and principal installments scheduled to mature under the promissory note or notes described above within _____ months following receipt;

☒ the payment of interest to date and unmatured principal under said promissory note or notes;

☒ the payment of any indebtedness of the Assignors to the Assignee, as the Assignee may determine; in that order, with the balance, if any, payable to the Assignors or their assigns.

**Assignors acknowledge that a change in interest rate may change the amount of the Amortizing Proceeds needed to retire the debt, in which events the Obligors are to accept Assignee's determination and direction as to increases in the amount of the Amortizing Proceeds, whether or not agreed to by Assignors;**

4.    Nothing contained herein shall be construed as a covenant or agreement on the part of the Assignee to perform the Contract for or on behalf of the Assignors, and the Assignee does not hereby and shall not assume any obligations or liabilities of the Assignors thereunder.

5.    The Assignors warrant that there has been no default under or breach of the Contract by any of the parties thereto, that the Assignors are in full compliance with all of the terms and conditions thereof, and that the Assignors' rights under the Contract have not been otherwise assigned or encumbered.

DATED: <u>JUNE 24, 2013</u>

_Roger Dale Parker_
Roger Dale Parker dba Hazel Lee Farm

_Linda Gail Parker_
Linda Gail Parker dba Hazel Lee Farm

### Consent and Agreement of Obligors

The undersigned, the Obligors referred to in the foregoing assignment, acknowledge receipt of said assignment and consent to the provisions thereof.  We agree to make payments of the proceeds of said Contract, as defined above, to the Assignee designated in said assignment addressed as follows:  <u>First Financial Bank, Attention: Agri Loan Department, P. O. Box 1754, El Dorado, Arkansas  71731</u>.  It is understood that said assignment may be terminated only upon written notice from said Assignee.  Please complete and return to Assignee.

Dated: <u>7|5|13</u>

_Perdue Foods  Perry GA_
Company Name & Complex Location

_[signature]_
Authorized Signature

**DRAFTS:**

**Date:    June 24, 2013**
**To:      PERDUE FARMS, LLC, FORSYTH, GA**

Ladies and Gentlemen:

We have a banking relationship with First Financial Bank which provides financing for our (my) poultry operations. In order for that relationship to be fitted to our (my) needs, First Financial Bank needs to assess our (my) collateral and cash flow position, initially and from time to time.

Hence, you are fully authorized to release to First Financial Bank any and all information and documentation of whatever kind, financial and otherwise, which is in your possession and which concerns our (my) past and current relationships, upon the request of First Financial Bank. We (I) understand that such requests may be made more than once. We (I) also understand that you may charge us (me) a reasonable fee for providing such information and making copies.

We (I) release and indemnify you from any claim or expense which may arise as a result of your provision of this information to First Financial Bank.

We (I) also understand that this authorization shall remain in full force and effect unless and until you receive a communication in writing from First Financial Bank and us (me) revoking that authorization.

Yours,

_____          _____
Roger Dale Parker dba Parker's Poultry    6/24/13        Linda Gail Parker dba Parker's Poultry    6/24/13
**********************************

TRANSMITTAL LETTER:

Dear Integrator:

Enclosed is an authorization executed by **Roger Dale Parker & Linda Gail Parker dba Parker's Poultry** related data to us, for the reasons and purposes set forth in the authorization, which we believe are self-explanatory.

By copy of this letter and of the authorization, we are letting **Roger Dale Parker & Linda Gail Parker dba Parker's Poultry** know to whom the authorization has been given.

Please contact the undersigned if you have any questions.

Yours,

**FIRST FINANCIAL BANK**

By:_____          Date: **06/24/2013**
    **Jody Murphey**

Perdue 001272

I(We), <u>Roger Dale Parker & Linda Gail Parker dba Parker's Poultry</u> A
CONTRACT GROWER FOR


<u>Perdue Farms, Inc. Forsyth, GA</u> , HEREBY CERTIFY THAT I(We) AM(are)
   (Name of Integrator)

OWNER/OPERATOR OF   <u>Hazel Lee Farm</u>   .   ALL
                     (Name of Farm)

PROCEEDS FROM THIS OPERATION WILL BE MADE PAYABLE TO <u>FIRST</u>


<u>FINANCIAL BANK</u> IN REFERENCE TO   <u>Hazel Lee Farm</u>  .
                               (Name of Farm)




DATE:    <u>06/24/2013</u>                                                      
                                                  Roger Dale Parker , Individually

                                                  Linda Gail Parker, Individually

# NEGOTIABLE DEMAND PROMISSORY NOTE

$1,547.68                                                              3/4/2015

_____                                          _____
Amount                                                           Date

                        Roger D. Parker dba Hazel Lee Farm
         FOR VALUE RECEIVED, _____
("Promisor"), hereby promises to pay to the order of Perdue Farms Incorporated, a
Maryland corporation (hereinafter called "Promisee"), the principal sum of  $ 1,547.68
One thousand five hundred forty-seven dollars and sixty-eight cents . ]
Principal shall be payable in lawful currency of the United States of America at the main
office of Promisee, 31149 Old Ocean City Road, Salisbury, Maryland, 21804, or at such
other location as the holder of this Note may direct. This Note may be prepaid at any time
without penalty.

         Unless sooner paid, principal payable hereunder shall be withheld by Promisee
from the payments made by Promisee to Promisor for the growing of poultry by Promisor
for Promisee as follows:
         $ 515.90  for the next 3 flock settlements.

         Promisor hereby represents and warrants to Promisee and any subsequent holder
hereof that the indebtedness evidenced by this Note is for commercial purposes, and that
no portion of the indebtedness evidenced by this Note relates to advances that have been
used, directly or indirectly, to make consumer purchases.

         If any amount hereunder is not paid when due, and such default continues for a
period of fifteen (15) days after written notice to Promisor of such failure, then Promisor
shall be deemed to be in default hereunder and interest on any amount then due and
payable hereunder shall accrue at the rate of _**ten percent (10%) per annum**_, from the
date the same shall become due and payable until the date paid.

         No delay or omission of Promisee to exercise its rights hereunder shall impair any
such right or power or shall be construed to be a waiver of any such default or any
acquiescence therein. Any acceptance by Promisee of a partial or late payment made
hereunder shall not establish a custom, waiver, or acquiescence. No waiver of any default
shall be construed, taken, or held to be a waiver of any other default, or waiver or
acquiescence in, or consent to any further or succeeding default of the same nature.
Promisor waives any defense by reason of extension of time for payment or other
indulgence granted by the holder hereof.

         This Note may be negotiated for value or may be pledged, hypothecated or
collaterally assigned by Promisee to secure any indebtedness of Promisee, now or
hereafter existing, to any lender to which Promisee is now or hereafter indebted. In such
event, the holder of this Note shall succeed to all of Promisee's rights hereunder,



**Perdue 001274**

references to Promisee shall mean such holder wherever the context so permits and Promisor agrees to recognize any such pledge, hypothecation or assignment.

Any notice to Promisor may be made by certified or registered mail addressed to Promisor at the address shown below or such other address as Promisor may designate by written notice to the holder of this Note.

In the case any provision (or any part of any provision) contained in this Note shall for any reason be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision (or remaining part of the affected provision) of this Note but this Note shall be construed as if such invalid, illegal or unenforceable provision (or part thereof) had never been contained herein, but only to the extent it is invalid, illegal or unenforceable.

Promisor hereby acknowledges, consents and agrees that the provisions of this Note, and the rights of all parties mentioned herein, shall be governed by the laws of the State of Maryland and interpreted and construed in accordance with such laws (without regard to principles of conflicts of laws).

IN WITNESS WHEREOF, Promisor has executed this Note as of the day and year first above written.

WITNESS:

*Sherie Cowart* (signature)

Signature of Promisor:

*Roger D Parker* (signature)

Name of Promisor:

Roger D. Parker

_____

Address of Promisor:

897 HWY 24 E

_____

Milledgeville GA  31061

_____

Perdue 001275

A Slip for demand note activity

| | | |
|---|---|---|
| 1 | Producer | *Hazel Lee Parks* |
| 2 | Co.'s vid # | Tims |
| 3 | What ? | repairs |
| 4 | Make po | 9652055 *sfs* |
| | | |
| 5 | Pcard | |
| 6 | Stamp | |
| 7 | $ amount | 1547.68 |
| 8 | Demand note | S.C.   3/06 |
| 9 | # of flks and $ | 3 X 515.90 |
| 10 | Rosetta receive | 3/16 |
| 11 | Invoice to AP | 3/16 |
| 12 | Tim Sign | |
| 13 | Terry sign | |
| 14 | scan Hilda | |
| 15 | send Ellen | 3/16 |
| 16 | Post in set deduct | |

Perdue 001276

Tim's Poultry Svc and Supply, Inc. 2011

4366 State Route 90 East
Montezuma, GA  31063

478-472-5774 (Office)
229-815-3243 (Tim's cell)

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/5/2015 | 7767 |

Bill To

Perdue Farms Inc.
101 Harold G. Clarke Pkwy
Forsyth, GA 31029

| | Terms | Project |
|---|-------|---------|

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | HSE 3, CLEANED AND TROUBLE SHOT #4 HEATER AND DIDN'T FIND ANY PROBLEMS AFTER CLEANING THE UNIT. RAN AND TESTED | | |
| | HSE 3, #5 HEATER NOT PRESENT | | |
| | HSE 4, HEATER #4 WAS LAYING ON THE FLOOR. COULD NOT TROUBLE SHOOT THE UNIT | | |
| | HSE 4, CLEANED AND TROUBLE SHOT #5 HEATER AND FOUND A BAD IGNITION CONTROL BOX AND REPLACED. RAN AND TESTED | | |
| | HSE 5, CLEANED AND TROUBLE SHOT #4 HEATER AND FOUND A BAD IGNITOR AND REPLACED. RAN AND TESTED | | |
| | HSE 5, CLEANED AND TROUBLE SHOT #5 HEATER AND DIDN'T FIND ANY PROBLEMS AFTER CLEANING THE UNIT. RAN AND TESTED, THE UNIT IS VERY FRAGILE AND MAY NEED TO BE REPLACED SOON | | |
| | HSE 6, CLEANED AND TROUBLE SHOT #4 HEATER AND FOUND A BAD GAS VALVE, IGNITOR AND REPLACED. RAN AND TESTED | | |
| | HSE 6, HEATER #5 NOT PRESENT | | |
| | PO 9652055GFG | | |

Received by: _____

E-Mail  tpss1@windstream.net

All services and goods listed on this invoice remain property of
Tim's Poultry Service &Supply, Inc. until invoice is paid in full.

Please supply a copy of your GATE card to
avoid sales tax charges. If you have
supplied a copy, disregard this note.

# Total

$1,547.68

No Return On Electrical Parts

Thanks for your
business!
Sincerely Tim

**Perdue 001277**

Tim's Poultry Svc and Supply, Inc. 2011

# Invoice

4366 State Route 90 East
Montezuma, GA  31063

478-472-5774 (Office)
229-815-3243 (Tim's cell)

| Date | Invoice # |
|------|-----------|
| 3/5/2015 | 7767 |

Bill To

Perdue Farms Inc.
101 Harold G. Clarke Pkwy
Forsyth, GA 31029

| | | Terms | Project |
|--|--|-------|---------|
| | | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 5 | 10A GLASS FUSE 250V | 2.00 | 10.00 |
| 2 | SS-225 BLOWER WHEEL MOTOR ASSY | 192.70 | 385.40 |
| 4 | L.B WHITE IGNITER | 17.10 | 68.40 |
| 1 | MALE 15A 125V PLUG | 6.69 | 6.69 |
| 1 | HSI, BLACK IGNITION CONTROL MODULE | 88.50 | 88.50 |
| 1 | GAS VALVE 24V LP  (VR8205M2906) | 88.69 | 88.69 |
| 1 | LABOR | 900.00 | 900.00 |

SERVICE CALL TO REPAIR THE BACK SPACE HEATERS IN ALL
6 HOUSES ON HAZEL LEE FARM (DALE PARKER)

ALL HEATERS WERE SEVERALLY DIRTY WHICH NEEDED TO
BE CLEANED, SWEPT, BRUSHED AND BLEW OUT TO BEGIN
WORKING ON THE UNITS.

HSE 1, CLEANED AND TROUBLE SHOT #4 HEATER AND
FOUND A BAD FUSE AND REPLACED. RAN AND TESTED
HSE 1, CLEANED AND TROUBLE SHOT #5 HEATER AND
FOUND A BAD MOTOR ASSEMBLY, IGNITOR, 110V MALE
PLUG, IGNITION CONTROL BOX AND REPLACED ALL PARTS.
ALSO REPAIRED SOME WIRING ISSUES. RAN AND TESTED
HSE 2, CLEANED AND TROUBLE SHOT #4 HEATER AND
FOUND SOME WIRING ISSUES AND REPAIRED. RAN AND
TESTED
HSE 2, CLEANED AND TROUBLE SHOT #5 HEATER AND
FOUND A BAD IGNITOR AND REPLACED. RAN AND TESTED

Received by: _____

# Total

E-Mail  tpss1@windstream.net

No Return On Electrical Parts

All services and goods listed on this invoice remain property of
Tim's Poultry Service &Supply, Inc. until invoice is paid in full.

Please supply a copy of your GATE card to
avoid sales tax charges. If you have
supplied a copy, disregard this note.

Thanks for your
business!
Sincerely Tim

**Perdue 001278**

Purchase agreement

We as Austin Farm  (Austin Tran and Tiffany Tran) agree to allow Roger Dale Parker
and Linda Gail Parker to produce chickens for Perdue Farms at least three grow outs
while the loan is being completed for purchase of farm.

Austin Tran

_____      8/25/09

Tiffany Tran

_____      8/25/09

Roger Dale Parker

_____      8/25/09

Linda Gail Parker

_____  8/25/09

Perdue 001279

**Lawson-Turner, Mary**

| | |
|---|---|
| **From:** | Dunn, Ellen |
| **Sent:** | Thursday, December 18, 2014 2:44 PM |
| **To:** | Lawson-Turner, Mary |
| **Subject:** | RE: 2158 Hazel Lee |

Called & left a message. The note indicates the loan was for $36,308 over 30 flocks. He's made 25 payments even though the end date was Nov. 2014 (someone didn't count correctly). I show he still has 5 more payments.

Ellen Dunn
DMVN & GA Settlement Coordinator
Perdue Foods LLC
410-543-3403
410-341-2106 (fax)



---

**From:** Lawson-Turner, Mary
**Sent:** Thursday, December 18, 2014 2:18 PM
**To:** Dunn, Ellen
**Subject:** 2158 Hazel Lee

He has left me a voice message stating: November should have been the last of his payments to Austin Tran. If this is not true, would you call him ? 706.819.2260

Jo Turner
Phone: 478.994.7820

Perdue 001280

A Slip for demand note activity 🜨

| | | |
|---|---|---|
| 1 | Producer | Hazel Lee #2158 |
| 2 | Co.'s vid # | TIMS |
| 3 | What ? | Cool cell pads |
| 4 | Make po | 9862637 |
| | | |
| 5 | Pcard | |
| 6 | Stamp | |
| 7 | $ amount | 2,010 |
| 8 | Demand note (1-6) | (M1) 435.00 |
| 9 | # of flks and $ | 7 - 372.86 |
| 10 | Receive | ✓ |
| 11 | Invoice to AP | ✓ |
| 12 | Tim Sign | ✓ |
| 13 | Terry sign | ✓ |
| 14 | scan Hilda | ✓ |
| 15 | send Ellen | √ |
| 16 | Post in set deduct | ✓ |

Perdue 001281

A Slip for demand note activity  #2158

| | | |
|---|---|---|
| 1 | Producer | Hazel Lee |
| 2 | Co.'s vid # | Ferrellgas |
| 3 | What ? | Propane |
| 4 | Make po | 9850258 |
| | | |
| 5 | Pcard | |
| 6 | Stamp | |
| 7 | $ amount | $4,710.35 |
| 8 | Demand note | |
| 9 | # of flks and $ | 1 - $4710.35 |
| 10 | Receive | ✓ |
| 11 | Invoice to AP | ✓ |
| 12 | Tim Sign | |
| 13 | Terry sign | |
| 14 | scan Hilda | ✓ |
| 15 | send Ellen | ✓ |
| 16 | Post in set deduct | ✓ |

Perdue 001282



## Ferrellgas

PO 9950258 GFG
This is a certified copy of invoice for December 28 2016:
Remaining amount for this invoice is $322.21

| Unit: | BILL1 | | Customer: | 81615086 | Parker's Poultry Equipment-Hazel L Farm | | | |
|-------|-------|--|-----------|----------|------|--|--|--|
| Item ID: | 1090283593 | | Line: | | Days Late: | 284 | Status: | Open |

Balance:  322.21  USD

| Item Activities | | | | | | Find \| View All  First  1-2 of 2  Last | | |
|---|---|---|---|---|---|---|---|---|
| Sequence: | 1 | | Accounting Date: | 01/07/2016 | Posted Date: | 01/07/2016 | | |
| Entry Type | IN | Reason: | | | Voucher ID: | | | |
| Document: | | | | | | Amount: | 899.59 | USD |
| Group Unit: | BILL1 | Group ID: | 48328567 | Billing | | | | |
| Sequence: | 2 | | Accounting Date: | 12/16/2016 | Posted Date: | 12/16/2016 | | |
| Entry Type | MT | Reason: | | Worksheet Reason: | Voucher ID: | | | |
| Document: | | | | | | Amount: | -577.38 | USD |
| Group Unit: | BILL1 | Group ID: | 51881275 | Maint | Match Group ID: | 99999 | | |

Remit Payment to:
Ferrellgas
23 N Poplar St
Butler, GA 31006

**Perdue 001283**



This is an Invoice

PO 985025 $GFG

This is a certified copy of invoice for December 28, 2016:

Header - Info t   Line - Info t

| Unit: | BILL1 | Bill To: | 81615086 | | Invoice Amt: | | 650.66 USD | |
|-------|-------|----------|----------|--|--------------|--|------------|--|
| Invoice: | 1090283596 | | Parker's Poultry Equipment-Hazel L Farm | | Max Rows: | | 5 | |

**Bill Line**                                                    Find | View All    First 1 of 2 Last

| Seq | Line | Identifier | Description | | Net Extended |
|-----|------|------------|-------------|--|--------------|
| 1 | 1 | PROPANE_FIXED | PROPANE FIXED | | 608.09 |

| | | | | |
|--|--|--|--|--|
| Quantity: | 511.0000 | Line Type: | REV | Accumulate |
| Unit of Measure: | GAL | From/To Dt: | | |
| Unit Price: | 1.1900 | Tax Code: | | Tax Exempt |
| Gross Extended: | 608.09 | Exempt Cert: | | |
| Less Discount: | 0.00 | | | |
| Plus Surcharge: | 0.00 | | | |
| Net Extended: | 608.09 | | | |
| VAT Amount: | 0.00 | | | |
| Tax Amount: | 42.57 | | | |
| Net Plus Tax: | 650.66 | | | |

Remit Payment to:
Ferrellgas
23 N Poplar St
Butler, GA 31006

Perdue 001284



## Ferrellgas

This is an Invoice

PO 98502S8GFG

This is a certified copy of invoice for December 28, 2016:

| Unit: | BILL1 | Bill To: | 81615086 | Invoice Amt: | 404.91  USD |
|-------|-------|----------|----------|--------------|-------------|
| Invoice: | 1090283602 | | Parker's Poultry Equipment-Hazel L Farm | Max Rows: | 5 |

**Bill Line**                                              Find | View All    First ◁ 2 of 2 ▷ Last

| Seq | Line | Identifier | Description | Net Extended |
|-----|------|-----------|-------------|--------------|
| 2 | 1 | PROPANE_FIXED | PROPANE FIXED | 378.42 |

| | | | |
|---|---|---|---|
| Quantity: | 318.0000 | Line Type: | REV |
| Unit of Measure: | GAL | From/To Dt: | |
| Unit Price: | 1.1900 | Tax Code: | |
| Gross Extended: | 378.42 | Exempt Cert: | |

☐ Accumulate
☐ Tax Exempt

| | |
|---|---|
| Less Discount: | 0.00 |
| Plus Surcharge: | 0.00 |
| Net Extended: | 378.42 |
| VAT Amount: | 0.00 |
| Tax Amount: | 26.49 |
| Net Plus Tax: | 404.91 |

Remit Payment to:
Ferrellgas
23 N Poplar St
Butler, GA 31006

**Perdue 001285**



**Ferrellgas**

This is an Invoice

PO 9880258 GFG
This is a certified copy of invoice for December 28, 2016:

| Unit: | BILL1 | Bill To: | 81615086 | Invoice Amt: | 398.40 USD |
| Invoice: | 1091719451 | | Parker's Poultry Equipment-Hazel L Farm | Max Rows: | 5 |

**Bill Line**

Find | View All    First ◀ 2 of 2 ▶ Last

| Seq | Line | Identifier | Description | Net Extended |
|---|---|---|---|---|
| 2 | 1 | PROPANE_INDEX | PROPANE INDEX | 372.34 |

| Quantity: | 375.0000 | Line Type: | REV | Accumulate |
| Unit of Measure: | GAL | From/To Dt: | | |
| Unit Price: | 0.9929 | Tax Code: | | Tax Exempt |
| Gross Extended: | 372.34 | Exempt Cert: | | |

| Less Discount: | 0.00 |
| Plus Surcharge: | 0.00 |

| Net Extended: | 372.34 |
| VAT Amount: | 0.00 |
| Tax Amount: | 26.06 |

| Net Plus Tax: | 398.40 |

Remit Payment to:
Ferrellgas
23 N Poplar St
Butler, GA 31006

**Perdue 001286**



**Ferrellgas**

This is an Invoice

PO 9960258 GFG

This is a certified copy of invoice for December 28, 2016:

| Unit: | BILL1 | | Bill To: | 81615086 | | Invoice Amt: | | 584.33 USD | |
| Invoice: | 1091720325 | | Parker's Poultry Equipment-Hazel L Farm | | | | Max Rows: | 5 | |

**Bill Line**                                          Find | View All    First 1 of 2 Last

| Seq | Line | Identifier | Description | | | Net Extended |
|---|---|---|---|---|---|---|
| 1 | 1 | PROPANE_INDEX | PROPANE INDEX | | | 546.10 |

| | | | | | |
|---|---|---|---|---|---|
| Quantity: | 550.0000 | | Line Type: | REV | Accumulate |
| Unit of Measure: | GAL | | From/To Dt: | | |
| Unit Price: | 0.9929 | | Tax Code: | | Tax Exempt |
| Gross Extended: | 546.10 | | Exempt Cert: | | |
| Less Discount: | 0.00 | | | | |
| Plus Surcharge: | 0.00 | | | | |
| Net Extended: | 546.10 | | | | |
| VAT Amount: | 0.00 | | | | |
| Tax Amount: | 38.23 | | | | |
| Net Plus Tax: | 584.33 | | | | |

Remit Payment to:
Ferrellgas
23 N Poplar St
Butler, GA 31006

Perdue 001287



This is an Invoice

PO 985025 8GFG

This is a certified copy of invoice for December 28, 2016:

| Unit: | BILL1 | Bill To: | 81615086 | | Invoice Amt: | | | 398.40 | USD |
|-------|-------|----------|----------|---|--------------|---|---|--------|-----|
| Invoice: | 1091720326 | | Parker's Poultry Equipment-Hazel L Farm | | Max Rows: | | 5 | | |

**Bill Line**                                   Find | View All    First 1 of 2 Last

| Seq | Line | Identifier | Description | Net Extended |
|-----|------|-----------|-------------|--------------|
| 1 | 1 | PROPANE_INDEX | PROPANE INDEX | 372.34 |

| | | |
|---|---|---|
| Quantity: | 375.0000 | Line Type: | REV |
| Unit of Measure: | GAL | From/To Dt: | |
| Unit Price: | 0.9929 | Tax Code: | |
| Gross Extended: | 372.34 | Exempt Cert: | |

Accumulate

Tax Exempt

| Less Discount: | 0.00 |
|----------------|------|
| Plus Surcharge: | 0.00 |
| Net Extended: | 372.34 |
| VAT Amount: | 0.00 |
| Tax Amount: | 26.06 |
| Net Plus Tax: | 398.40 |

Remit Payment to:
Ferrellgas
23 N Poplar St
Butler, GA 31006

Perdue 001288



This is an Invoice

PO9850258 GFG
This is a certified copy of invoice for December 28, 2016:

| Unit: | BILL1 | Bill To: | 81615086 | Invoice Amt: | 371.85 USD |
|---|---|---|---|---|---|
| Invoice: | 1091720327 | | Parker's Poultry Equipment-Hazel L Farm | Max Rows: | 1 of 2 |

**Bill Line**                                    Find | View All    First  1 of 2  Last

| Seq | Line | Identifier | Description | Net Extended |
|---|---|---|---|---|
| 1 | 1 | PROPANE_INDEX | PROPANE INDEX | 347.52 |

| | | | | |
|---|---|---|---|---|
| Quantity: | 350.0000 | Line Type: | REV | Accumulate |
| Unit of Measure: | GAL | From/To Dt: | | |
| Unit Price: | 0.9929 | Tax Code: | | Tax Exempt |
| Gross Extended: | 347.52 | Exempt Cert: | | |
| Less Discount: | 0.00 | | | |
| Plus Surcharge: | 0.00 | | | |
| Net Extended: | 347.52 | | | |
| VAT Amount: | 0.00 | | | |
| Tax Amount: | 24.33 | | | |
| Net Plus Tax: | 371.85 | | | |

Remit Payment to:
Ferrellgas
23 N Poplar St
Butler, GA 31006

Perdue 001289



This is an Invoice

PO 9850258 GFG

This is a certified copy of invoice for December 28, 2016:

| Unit: | BILL1 | Bill To: | 81615086 | | Invoice Amt: | | 637.44 USD |
|---|---|---|---|---|---|---|---|
| Invoice: | 1091720328 | | Parker's Poultry Equipment-Hazel L Farm | | | Max Rows: | 5 |

**Bill Line**

Find | View All    First 1 of 2 Last

| | Seq | Line | Identifier | Description | | Net Extended |
|---|---|---|---|---|---|---|
| | 1 | 1 | PROPANE_INDEX | PROPANE INDEX | | 595.74 |

| Quantity: | 600.0000 | Line Type: | REV | Accumulate |
|---|---|---|---|---|
| Unit of Measure: | GAL | From/To Dt: | | |
| Unit Price: | 0.9929 | Tax Code: | | Tax Exempt |
| Gross Extended: | 595.74 | Exempt Cert: | | |

| Less Discount: | 0.00 |
|---|---|
| Plus Surcharge: | 0.00 |

| Net Extended: | 595.74 |
|---|---|
| VAT Amount: | 0.00 |
| Tax Amount: | 41.70 |
| Net Plus Tax: | 637.44 |

Remit Payment to:
Ferrellgas
23 N Poplar St
Butler, GA 31006

Perdue 001290


**Ferrellgas**

This is an Invoice

PO 9950258GFG

This is a certified copy of invoice for December 28, 2016:

| | | | | | |
|---|---|---|---|---|---|
| Unit: | BILL1 | Bill To: | 81615086 | Invoice Amt: | 388.10 USD |
| Invoice: | 1091794078 | | Parker's Poultry | Max Rows: | 5 |
| | | | Equipment-Hazel L Farm | | |

**Bill Line**

Find | View All    First 1 of 2 Last

| Seq | Line | Identifier | Description | | | Net Extended |
|---|---|---|---|---|---|---|
| 1 | 1 | PROPANE_INDEX | PROPANE INDEX | | | 362.71 |
| Quantity: | | 365.3000 | Line Type: | REV | Accumulate | |
| Unit of Measure: | | GAL | From/To Dt: | | | |
| Unit Price: | | 0.9929 | Tax Code: | | Tax Exempt | |
| Gross Extended: | | 362.71 | Exempt Cert: | | | |
| Less Discount: | | 0.00 | | | | |
| Plus Surcharge: | | 0.00 | | | | |
| Net Extended: | | 362.71 | | | | |
| VAT Amount: | | 0.00 | | | | |
| Tax Amount: | | 25.39 | | | | |
| Net Plus Tax: | | 388.10 | | | | |

Remit Payment to:
Ferrellgas
23 N Poplar St
Butler, GA 31006

Perdue 001291


Ferrellgas

This is an Invoice

PO 9850258 GFG
This is a certified copy of invoice for December 28, 2016:

| Header - line 1 | | Line - line 1 | | | |
|---|---|---|---|---|---|
| Unit: | BILL1 | Bill To: | 81615086 | Invoice Amt: | 262.42 USD |
| Invoice: | 1091794082 | | Parker's Poultry | Max Rows: | 5 |
| | | | Equipment-Hazel L Farm | | |

**Bill Line**

Find | View All     First  2 of 2  Last

| Seq | Line | Identifier | Description | Net Extended |
|---|---|---|---|---|
| 2 | 1 | PROPANE_INDEX | PROPANE INDEX | 245.25 |

| | | | | |
|---|---|---|---|---|
| Quantity: | 247.0000 | Line Type: | REV | Accumulate |
| Unit of Measure: | GAL | From/To Dt: | | |
| Unit Price: | 0.9929 | Tax Code: | | Tax Exempt |
| Gross Extended: | 245.25 | Exempt Cert: | | |
| Less Discount: | 0.00 | | | |
| Plus Surcharge: | 0.00 | | | |
| Net Extended: | 245.25 | | | |
| VAT Amount: | 0.00 | | | |
| Tax Amount: | 17.17 | | | |
| Net Plus Tax: | 262.42 | | | |

Remit Payment to:
Ferrellgas
23 N Poplar St
Butler, GA 31006

Perdue 001292



## Ferrellgas

This is an Invoice

PO 9860258 GFG
This is a certified copy of invoice for December 29, 2016:

| Unit: | BILL1 | Bill To: | 81615086 | Invoice Amt: | | 291.63 USD |
|-------|-------|----------|----------|--------------|--|------------|
| Invoice: | 1091794085 | | Parker's Poultry Equipment-Hazel L Farm | Max Rows: | | 5 |

**Bill Line**

Find | View All    First 1 of 2 Last

| Seq | Line | Identifier | Description | | Net Extended |
|-----|------|-----------|-------------|--|--------------|
| 1 | 1 | PROPANE_INDEX | PROPANE INDEX | | 272.55 |
| Quantity: | | 274.5000 | Line Type: | REV | Accumulate |
| Unit of Measure: | | GAL | From/To Dt: | | |
| Unit Price: | | 0.9929 | Tax Code: | | Tax Exempt |
| Gross Extended: | | 272.55 | Exempt Cert: | | |
| Less Discount: | | 0.00 | | | |
| Plus Surcharge: | | 0.00 | | | |
| Net Extended: | | 272.55 | | | |
| VAT Amount: | | 0.00 | | | |
| Tax Amount: | | 19.08 | | | |
| Net Plus Tax: | | 291.63 | | | |

Remit Payment to:
Ferrellgas
23 N Poplar St
Butler, GA 31006

Perdue 001293



Perdue Foods LLC
101 Harold G. Clarke Pkwy
Forsyth, GA 31029
www.perdue.com®

December 12, 2016

   Perdue Farms, Inc. hereby agrees to pay Ferrellgas on behalf of Dale Parker with Hazel Lee Farm's account number 81615086, in the full amount of $4,710.35.

Thank you,

Courtney Justice

Forsyth Growout office

Administrative Assistant to Tim Little & Clay Copeland

Perdue 001294

emailed to Lindsey Welter ... Pendergus. 12/16/16

Perdue 001295

Tim's Poultry Svc and Supply, Inc. 2011

4366 State Route 90 East
Montezuma, GA  31063

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/14/2017 | 13011 |

Bill To

Perdue Foods
1 Ind. Park Court, Suite D
Forsyth, GA 31029

| P.O. No. | Terms | Project |
|----------|-------|---------|

| Qty | Description |
|-----|-------------|
| 180 | 48' X 12' X 6' MUNTERS COATED PAD |
| | Customers are responsible of loading the pads on to their vehicle and they will have to be on site the morning of the delivery or there will be an additional fee |
| | REFERENCE HAZEL LEE FARM - PICK UP LOCATION WILL BE PERDUE IN FORSYTH |
| | PO 9862637GFG |

Received:_____

E-Mail  tpss1@windstream.net

All services and goods listed on this invoice remain property of Tim's Poultry Service
& Supply, Inc. until invoice is paid in full.

**Total**          $2,610.00

No Return On Electrical Parts

Thanks For your business!
Sincerely Tim

**Perdue 001296**

## NEGOTIABLE DEMAND PROMISSORY NOTE- MINOR (< $5,000 per house)

For:  Cool Cell Pads

 $435.00    
Amount per house

 02/02/2017    
Date

 1,2,3,4,5,6    
House #(s)

FOR VALUE RECEIVED,  Roger D. Parker & Linda G. Parker dba Hazel Lee Farm  ("Promisor"), hereby promises to pay to the order of Perdue Foods LLC, a Maryland corporation (hereinafter called "Promisee"), the principal sum of  $2,610.00   [ two thousand six hundred ten dollars and 00/100 cents                      ]  (the "Principal Amount"), together with interest thereon as specified in this Negotiable Demand Promissory Note (the "Note"), in accordance with the following terms:

1.  **Payment of Principal <u>Amount</u>**. The Principal Amount shall be payable in lawful currency of the United States of America at the main office of Promisee, 31149 Old Ocean City Road, Salisbury, Maryland 21804, or at such other location as the holder of this Note may direct.  This Note may be prepaid at any time without penalty.

2.  **<u>Withholding of Amounts</u>.** Unless sooner paid, the Principal Amount payable hereunder shall be withheld by Promisee from the payments made by Promisee to Promisor for the growing of poultry by Promisor for Promisee as follows:

 $372.86   per flock for the next  7  consecutive flocks

| | |
|---|---|
| ROASTER | 5 flocks |
| LARGE BROILER | 6 flocks |
| SMALL BROILER | 7 flocks |
| CORNISH | 9 flocks |

3.  **<u>Payable Upon Demand</u>**.    The Promisor hereby agrees that this Note is due and payable without notice, on demand, at the option of the Promisee.  At any time, without notice, any and all money or property of any nature whatsoever on deposit with or held by, or in the possession of the Promisor, as collateral or otherwise, to the credit of or for account of the Promisee, or in transit to or from the Promisee by mail or carrier, may be applied forthwith to pay or secure payment of this Note, interest on this Note, or any other indebtedness due the Promisee by the Promisor shall have and may exercise with respect thereto the remedies of a secured party under the Uniform Commercial Code.

4.  **<u>Confession of Judgment</u>**.    The Promisor hereby authorizes any attorney of record to confess judgment to be entered by the proper official, at any time, at the sole discretion of the Promisee,

Perdue 001297

IN WITNESS WHEREOF, Promisor has executed this Note as of the day and year first above written.

WITNESS:

*Chas R*
_____

_____

Signature of Promisor(s):

*Linda B Parker*
_____

Address: *897 Hwy 24 East*
         *Milledgeville Ga. 31061*

WITNESS:

_____

_____

PERDUE FOODS LLC

Name:
Title: Live Production Manager

Name:
Title: Director of Live Operations

Perdue 001298

Tim's Poultry Svc and Supply, Inc. 2011

4366 State Route 90 East
Montezuma, GA  31063
Office 478-472-5774
Fax  478-472-5789
Email tpss1@windstream.net

# Estimate

| Date | Estimate # |
|------|-----------|
| 2/6/2017 | 1576 |

| Name / Address |
|----------------|
| Perdue Foods<br>1 Ind. Park Court, Suite D<br>Forsyth, GA 31029 |

| Project |
|---------|
|         |

| Description | Qty |
|-------------|-----|
| 48' X 12' X 6' MUNTERS COATED PAD | 180 |
| Customers are responsible of loading the pads on their vehicle and they will have to be on site the morning of the delivery or there will be an additional fee | |
| REFERENCE HAZEL LEE FARM - PICK UP LOCATION WILL BE PERDUE IN FORSYTH | |
| PO 9862637GFG | |

| Total | $2,610.00 |
|-------|-----------|

Perdue 001299

**Justice, Courtney**

| | |
|---|---|
| **From:** | Bailey, Chasidy |
| **Sent:** | Thursday, February 09, 2017 2:10 PM |
| **To:** | Justice, Courtney |
| **Subject:** | Hazel Damage |

I spoke with Richard he was the flock Advisor at the time the damage occurred. He still has the Farm Damage report but he already deleted the pictures. The damage occurred in October of 2015. He said a feed delivery truck caused the initial damage but it was compounded when Livehaul caught the houses a few days later.

Sent from my iPhone

1

**Perdue 001300**

## *Check Request*

| Special handling | | | | Date: | 1/6/2017 |
|---|---|---|---|---|---|

Special handling
- [ ] **Front Desk**
- [ ] **UPS overnight**
- [ ] **On Demand Check (must contact AP supervisor)**
- [ ] **Attachment**
- [ ] **Other**_____

**Payee \***     Roger Parker dba Hazel Lee Farm     **9800944**

**Address: \***     897 Hwy 24 East

Milledgeville, GA. 31061

| | | **Account** | **Cost Ctr.** | **Amount** |
|---|---|---|---|---|
| **Corp :** | 1020 | 690050 | 90188201 | $8,519.84 |
| | | | **Total Check Request:** | $8,519.84 |

**Explanation**

Reimbursement for minimum pay for flock #37.

## Policy and procedures regarding check requests:

Review the Corporate Purchasing Policy which is available on the Perdue Intranet to make sure you are within policy when using this form.    If the amount requested does not meet the Special Payments Exceptions and exceeds $ 1,000, it is probably required to be on a Purchase Order.    Contact your Purchasing agent for instructions.    If you have the original invoice, it is not necessary to complete this check request form. On Demand check requests (Quick Checks) must be discussed with Accounts Payable Supervisor and approved prior to submitting to Corporate Accounts Payable. You MUST complete the payee and address completely for this request to be processed.   If this is a new vendor you MUST submit a vendor request form which is available on the Perdue Intranet.

**This form REQUIRES a DIRECT INVOICE APPROVAL STAMP in order to be processed**

2016 check request.xlsx

**Perdue 001301**

Sent to Terry 1/10

## NEGOTIABLE DEMAND PROMISSORY NOTE- MINOR (< $5,000 per house)

For: Chlorine Dioxide system

$146.88
Amount per house

12/05/2016
Date

1,2,3,4,5,6
House #(s)

FOR VALUE RECEIVED, Roger D. Parker & Linda G. Parker dba Hazel Lee Farm ("Promisor"), hereby promises to pay to the order of Perdue Foods LLC, a Maryland corporation (hereinafter called "Promisee"), the principal sum of $881.25 [ eight hundred eighty-one dollars and 25/100 cents ] (the "Principal Amount"), together with interest thereon as specified in this Negotiable Demand Promissory Note (the "Note"), in accordance with the following terms:

1. **Payment of Principal Amount**. The Principal Amount shall be payable in lawful currency of the United States of America at the main office of Promisee, 31149 Old Ocean City Road, Salisbury, Maryland 21804, or at such other location as the holder of this Note may direct. This Note may be prepaid at any time without penalty.

2. **Withholding of Amounts.** Unless sooner paid, the Principal Amount payable hereunder shall be withheld by Promisee from the payments made by Promisee to Promisor for the growing of poultry by Promisor for Promisee as follows:

$62.95 per flock for the next 14 consecutive flocks

| | |
|---|---|
| ROASTER | 5 flocks |
| LARGE BROILER | 6 flocks |
| SMALL BROILER | 7 flocks |
| CORNISH | 9 flocks |

3. **Payable Upon Demand**. The Promisor hereby agrees that this Note is due and payable without notice, on demand, at the option of the Promisee. At any time, without notice, any and all money or property of any nature whatsoever on deposit with or held by, or in the possession of the Promisor, as collateral or otherwise, to the credit of or for account of the Promisee, or in transit to or from the Promisee by mail or carrier, may be applied forthwith to pay or secure payment of this Note, interest on this Note, or any other indebtedness due the Promisee by the Promisor shall have and may exercise with respect thereto the remedies of a secured party under the Uniform Commercial Code.

4. **Confession of Judgment**. The Promisor hereby authorizes any attorney of record to confess judgment to be entered by the proper official, at any time, at the sole discretion of the Promisee,

**Perdue 001302**

IN WITNESS WHEREOF, Promisor has executed this Note as of the day and year first above written.

WITNESS:

Signature of Promisor(s):

Linda S. Parker

Address: _____

_____

WITNESS:

PERDUE FOODS LLC

Name: _____
Title: Live Production Manager

Name: _____
Title: Director of Live Operations

Perdue 001303

A Slip for demand note activity

| | | |
|---|---|---|
| 1 | Producer | Hazel Lee #2158 |
| 2 | Co.'s vid # | Ag Cleaning |
| 3 | What ? | CD system |
| 4 | Make po | 9835559 |
| | | |
| 5 | Pcard | |
| 6 | Stamp | |
| 7 | $ amount | 881.25 |
| 8 | Demand note | (MI) 146.88 - CB |
| 9 | # of flks and $ | 14 - 62.95 |
| 10 | Receive | ✓ |
| 11 | Invoice to AP | ✓ |
| 12 | Tim Sign | ✓ |
| 13 | Terry sign | ✓ |
| 14 | scan Hilda | ✓ |
| 15 | send Ellen | ✓ |
| 16 | Post in set deduct | ✓ |

Perdue 001304

# AG Cleaning Solutions

## 410 Briarwood Rd
## Eastman, Ga 31023

Invoice# 060

Bill for          Hazel Lee Farm
                  Chlorine Dioxide System

P.O.# 9835559GFG
  11/10/2016
Bill to:  Perdue Farms
            101 Harold G Clarke Parkway
          Forsyth, Ga 31029

| | | |
|---|---|---|
| Delivery and instructions | $60.00 | $60.00 |
| Seko 800 pump | $360 | $360.00 |
| 1" water meter | $215 | $215.00 |
| 1/4" kynar tubing | $1.75 x 15ft | $26.25 |
| 3/4" tubing | $1.15 x 20ft | $23.00 |
| 55 gallon barrel | $75 | $75.00 |
| 55 gallon cover | $35 | $35.00 |
| Barrel Plastic kit | $60 | $60.00 |
| 55 gallon tape | $2 | $2.00 |
| Gas Mask | $25 | $25.00 |
| | **Total** | **$881.25** |

Thanks,
Alan Nowell

Perdue 001305

# NEGOTIABLE DEMAND PROMISSORY NOTE
## For: Propane

<u>$4,710.35</u>
Amount

<u>12/16/2016</u>
Date

    FOR VALUE RECEIVED, <u>Roger D. Parker & Linda G. Parker dba Hazel Lee Farm</u> ("Promisor"), hereby promises to pay to the order of Perdue Foods Incorporated, a Maryland corporation (hereinafter called "Promisee"), the principal sum of <u>$4,710.35</u> [<u>four thousand seven hundred ten dollars and 35/100 cents.</u> ]
Principal shall be payable in lawful currency of the United States of America at the main office of Promisee, 31149 Old Ocean City Road, Salisbury, Maryland, 21804, or at such other location as the holder of this Note may direct. This Note may be prepaid at any time without penalty.

    Unless sooner paid, principal payable hereunder shall be withheld by Promisee from the payments made by Promisee to Promisor for the growing of poultry by Promisor for Promisee as follows:  $ <u>4,710.35</u> for the next flock settlement.

    Promisor hereby represents and warrants to Promisee and any subsequent holder hereof that the indebtedness evidenced by this Note is for commercial purposes, and that no portion of the indebtedness evidenced by this Note relates to advances that have been used, directly or indirectly, to make consumer purchases.

    If any amount hereunder is not paid when due, and such default continues for a period of fifteen (15) days after written notice to Promisor of such failure, then Promisor shall be deemed to be in default hereunder and interest on any amount then due and payable hereunder shall accrue at the rate of ***ten percent (10%) per annum***, from the date the same shall become due and payable until the date paid.

    No delay or omission of Promisee to exercise its rights hereunder shall impair any such right or power or shall be construed to be a waiver of any such default or any acquiescence therein. Any acceptance by Promisee of a partial or late payment made hereunder shall not establish a custom, waiver, or acquiescence. No waiver of any default shall be construed, taken, or held to be a waiver of any other default, or waiver or acquiescence in, or consent to any further or succeeding default of the same nature. Promisor waives any defense by reason of extension of time for payment or other indulgence granted by the holder hereof.

    This Note may be negotiated for value or may be pledged, hypothecated or collaterally assigned by Promisee to secure any indebtedness of Promisee, now or hereafter existing, to any lender to which Promisee is now or hereafter indebted. In such event, the holder of this Note shall succeed to all of Promisee's rights hereunder, references to Promisee shall mean such holder wherever the context so permits and Promisor agrees to recognize any such pledge, hypothecation or assignment.

**Perdue 001306**

## Farm Damage Report

**\*\*Send to Courtney. Indicate if you have contacted department head(s).**
**_Farm damage report must be turned in within 24 hours of damage_**

**Flock Advisor:** Chasidy Bailey

**Farm Name:** Hazel Lee      **Farm #:** 2158

**Date of damage:** 1/17/2017

**Date reported:** 1/17/2017

**Department at Fault: (mark in box that applies)**

**Feed Mill:** [  ]        **Feed Delivery:** [ X ]        **Live Haul:** [  ]

**Type of damages:**

| |
|---|
| 5 damaged feed bin lids. |

**Estimated Cost of Repairs:** $Unknown

**Grower Comments:**

| |
|---|
| The lids were damaged by the feed truck drivers because they are using the boom to close the lids. |

**Flock Advisor Comments:**

| |
|---|
| The Grower said he would do the labor. He just needs the lids replaced. |

**\*\*\*NOTE: INDICATE IF ROBERT/ RICKY/ OR REGGIE PICTURES OF DAMAGES.\*\*\***

Perdue 001307

emailed 1/18 by CB

## DIVISION OF PAYMENT AUTHORIZATION

We/ I,      Roger D. Parker and Linda G. Parker dba Hazel Lee Farm      hereby authorize Perdue Foods LLC

Producer/Producers

to make division of monies due us/me under an agreement between Perdue Foods LLC and      _____

Roger D. Parker and Linda G. Parker dba Hazel Lee Farm      made on the _29th_____ day of

Producer/Producers

December    2014      as follows:

Payee:      Roger D. Parker

(must match the name on file with the IRS and attached to the TIN listed below)

Witness: _Chasidy Bg____     Producer Signature: _Roy D Par____

Witness: _Chasidy Bg____     Producer Signature: _Linda D Park____

---

| **Request for Taxpayer Identification Number and Certification** |
|---|

Name      Roger D. Parker

Business name, if different from above

Check appropriate box: [X] Individual / Sole proprietor     [ ] Corporation     [ ] Partnership

Address      897 Hwy 24 East

City, State, and Zip      Milledgeville GA. 31061

### Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security

number (SSN). For other entities, it is your employer identification number (EIN).

| **Social security number** |
|---|
| Redacted 4783 |

| **Employer identification number** |
|---|
| - |

### Certification

Under penalties of perjury, I certify that:

1.   The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**

2.   I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service

     that I am subject to withholding as a result of a failure to report all interest and dividends, or the IRS has notified me that I am no longer subject to backup withholding, **and**

3.   I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently

subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Sign Here >   _Roy D Par_          Date >  10/24/16    **Perdue 001308**

**1099 NO**

## DIRECT DEPOSIT

### REQUEST FOR CHECK

Date: _11/30/2017_

Pay to: ROGER PARKER
Address 897 HWY 24 EAST
MILLEDGEVILLE, GA  31061

Account # 90180001-139100
Amount $ **$6,222.39**

Explanation:

2158-48

Hazel Lee Farm

Grow-out wants to pay

6 flk average

Settlement 11/19/17

GR #9800944

Name of Issuing
Company: _____    Signed By: _____

Stamp # **787**    Date 12-1-17
**Grower Payments**
Name:    **TIMOTHY LITTLE**
Acct# 139100  Comp 1020
CC 90180001 PC
Amt $6,222.39    Limit: $50,000.
Signature



October 2, 2017

Dear Producer:

The Heating Fuel Supplement Payment Rate of $.00045 [per square foot of poultry housing] per Heating Fuel Supplemental Payment Period Production Day will be increased to $.00068 [per square foot of poultry housing] per Heating Fuel Supplemental Payment Period Production Day for the time period of November 1, 2017 through March 31, 2018.

As a reminder: in order to receive the full amount of the fuel supplement all pre-heat and temperature requirements must be met and bird migration must be done in accordance to the guidelines established for your particular style house or as otherwise instructed by your flock supervisor.

Sincerely,

Clay Copeland
Perry Live Production Manager
Perdue Foods, LLC

Farm Name and Number  Hazel Lee     2158

Producer Signature

Date  10/03/17

Flock Supervisor Signature  James Nams

A Family Commitment to Quality Since 1920®

Perdue 001310

## DIVISION OF PAYMENT AUTHORIZATION

2158

We/ I,  _Roger D. Parker & Linda G. Parker dba Hazel Lee Farm_  hereby authorize Perdue Foods LLC

Producer/Producers

to make division of monies due us/me under an agreement between Perdue Foods LLC and  _____

_Roger D. Parker & Linda G. Parker dba Hazel Lee Farm_  made on the _16th_ day of

Producer/Producers

_December, 2016_  as follows:

Payee:  _Roger D. Parker ~~& Linda G Parker~~ AAA Cred_

(must match the name on file with the IRS and attached to the TIN listed below)

Witness: _Chas B_                Producer Signature: _Roger D Parker_

Witness: _Chas B_                Producer Signature: _Linda Parker_

| Request for Taxpayer Identification Number and Certification | | |
|---|---|---|
| Name  _Roger D. Parker_ | | |
| Business name, if different from above | | |
| Check appropriate box: ☐ Individual / Sole proprietor | ☐ Corporation | ☐ Partnership |
| Address  897 Hwy. 24 East | | |
| City, State, and Zip  Milledgeville, GA  31061 | | |

### Taxpayer Identification Number (TIN)

| | |
|---|---|
| Enter your TIN in the appropriate box. For individuals, this is your social security | **Social security number**<br>Redacted  _-4783_ |
| number (SSN). For other entities, it is your employer identification number (EIN). | **Employer identification number** |

### Certification

Under penalties of perjury, I certify that:

1.  The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2.  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service

    that I am subject to backup withholding as a result of a failure to report all interest and dividends, or the IRS has notified me that I am no longer subject to backup withholding, and

3.  I am a U.S. person (including a U.S. resident alien).

Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently

subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Sign Here >  _Roger D Parker  Linda D Parker_        Date >  _12/16/16_

**Perdue 001311**

Every flock placed on your farm will be evaluated using the PVP Audit Bonus Form attached to the agreement as "Appendix 1". If all of the items listed on the PVP Audit Bonus Form are successfully completed then the flock will be eligible to receive the PVP Audit Bonus which is paid at the rate of $.000164 per square foot per day of production.

In the event that the farm fails to meet the PVP Audit Bonus standards then the bonus will not be paid for that flock.

IN WITNESS WHEREOF, the parties have hereunto set their hands and seals to this Producer Payment Schedule on the day and year first above written.

PERDUE FOODS LLC

By _____ (Seal)
Director of Live Operations

WITNESS:

_____

WITNESS:

_____ (Seal)
Producer

_____ (Seal)
Producer

12/16/16 _____ (Date)

Perdue 001312