# Exhibit A – Part II

## DIVISION OF PAYMENT AUTHORIZATION

We/ I,   ___Roger D. Parker & Linda G. Parker dba Hazel Lee Farm___   hereby authorize Perdue Foods LLC

Producer/Producers

to make division of monies due us/me under an agreement between Perdue Foods LLC and   _____

___Roger D. Parker & Linda G. Parker dba Hazel Lee Farm___   made on the _16th_ day of

Producer/Producers

_December, 2016_ as follows:

Payee:   ___Roger D. Parker + Linda G. Parker__ DBA

(must match the name on file with the IRS and attached to the TIN listed below)

Witness: _Chas B__      Producer Signature: _Roger D Parke___

Witness: _____      Producer Signature: _Linda Parker___

---

### Request for Taxpayer Identification Number and Certification

Name   _Roger D. Parker_

Business name, if different from above

Check appropriate box:   ☐ Individual / Sole proprietor   ☐ Corporation   ☐ Partnership

Address   897 Hwy. 24 East

City, State, and Zip   Milledgeville, GA  31061

### Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security

number (SSN). For other entities, it is your employer identification number (EIN).

| Social security number |
| --- |
| Redacted  -4783 |

| Employer identification number |
| --- |
| - |

### Certification

Under penalties of perjury, I certify that:

1.   The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**

2.   I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service

     that I am subject to withholding as a result of a failure to report all interest and dividends, or the IRS has notified me that I am no longer subject to backup withholding, **and**

3.   I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently

subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Sign Here >  _Roger D Park  Linda D Parker_   Date >  _12/_   **Perdue 001313**

## POULTRY PRODUCER AGREEMENT

This AGREEMENT, made _12/16/16_, between PERDUE FOODS LLC, a Maryland limited liability company, of Salisbury, Maryland, hereafter referred to as PERDUE, and Roger D. Parker & Linda G. Parker dba Hazel Lee Farm of 897 Hwy. 24 East Milledgeville, GA 31061 , hereafter referred to as PRODUCER. In consideration of the mutual promises of PERDUE and PRODUCER, it is agreed as follows:

**PURSUANT TO THE TERMS OF THIS AGREEMENT PRODUCER AGREES, AMONG OTHER THINGS, TO PROVIDE THE NECESSARY HOUSING AND EQUIPMENT, AND TO MAINTAIN SUCH HOUSING AND EQUIPMENT IN A STATE OF GOOD REPAIR AND OPERABLE CONDITION, TO COMPLY WITH ALL APPLICABLE LAWS, REGULATIONS, AND CODES, AND TO PERFORM ITS SERVICES IN ACCORDANCE WITH PERDUE PROCEDURES AND SOUND FARMING AND GROWING PRACTICES.**

_**ADDITIONAL CAPITAL INVESTMENTS. ADDITIONAL LARGE CAPITAL INVESTMENTS MAY BE REQUIRED OF PRODUCER DURING THE TERM OF THE AGREEMENT.**_

I. **PERDUE AGREES:**

   A. To consign available birds to PRODUCER to be raised for PERDUE.

   B. To provide and deliver to PRODUCER, or arrange to have provided and delivered to PRODUCER, feed, medications, vaccinations, and other supplies, which are necessary for the health and welfare of the birds consigned.

   C. To provide PRODUCER with an accounting of birds consigned and supplies provided under the terms of this Agreement.

   D. To compensate PRODUCER for services provided herein as provided for in the attached "PRODUCER PAYMENT SCHEDULE," set forth in **Attachment A**.

   E. To provide to PRODUCER upon request thereby statistical information and data regarding PRODUCER and used by PERDUE to determine compensation paid to PRODUCER by PERDUE under this Agreement, other than information that is or relates to a trade secret.

II. **PRODUCER AGREES:**

   A. To accept the birds when consigned and to raise the birds until removed at PERDUE's direction from the PRODUCER's farm.

   B. To feed, water, care for and otherwise manage the birds consigned, to provide the necessary housing, utilities, equipment, labor and supplies and to maintain such housing and equipment in a state of good repair and operable condition.

Perdue 001314

ATTACHMENT A

PRODUCER PAYMENT SCHEDULE
PERRY, GEORGIA STRAIGHT RUN BROILER PRODUCTION PROGRAM

Payment to PRODUCER for services rendered under the terms of the POULTRY PRODUCER
AGREEMENT between PERDUE FOODS LLC and
Roger D. Parker & Linda G. Parker dba Hazel Lee Farm                          (PRODUCER) dated
12/16/16                    (the "Agreement") shall be determined as set forth herein and shall be
applicable for the flocks of poultry moved from PRODUCER'S farm by PERDUE on or after
**December 26, 2016**.

This Producer Payment Schedule shall remain in effect from the latest date set forth below unless
otherwise terminated by either party in accordance with the Agreement. Any prior Producer Payment
Schedules to the Agreement are null and void.

A. **PRODUCER PAYMENT FORMULAS**
    1. Performance Payment
       Base Payment Rate       **(Base Rate per Pound  $.0510)**      $_____
       (Plus) PRODUCER'S Adjusted Prime Cost Rating      +  $_____
       (Equals) Total Performance Payment per Pound of Poultry Moved  =  $_____
       (Times) PRODUCERS' Pounds of Poultry Moved      x  _____
       (Equals) Total Performance Payment      =  $_____
       If Negative:  ENTER ZERO

    2. Minimum Performance Payment
       Minimum Payment Rate     **($.0410 per Pound of Poultry Moved)**  $_____
       (Times)  PRODUCERS' Pounds of Poultry Moved      $_____
       (Equals) Minimum Payment per Pound of Poultry Moved    $_____

    3. Housing Premium Payment
       Tier One Housing Square Footage _____ X  $.0000 per Sqft  = $_____
       Tier Two Housing Square Footage _____ X  $.0157 per Sqft  = $_____
       Tier Three Housing Square Footage _____ X  $.0275 per Sqft  = $_____
       Tier Four Housing Square Footage _____ X  $.0375 per Sqft  =$_____
       (Equals) Total Housing Premium Payment      = $_____

    4. Heating Fuel Supplement Payment
       Heating Fuel Supplemental Payment Rate.      $_____
       (Times) Heating Fuel Supplemental Payment Period Production Days.  x  _____
       (Equals) Total Heating Fuel Supplemental Payment per square foot.  =  $_____
       (Times) Square Feet of PRODUCERS' poultry housing.    x  _____
       (Equals) Total Heating Fuel Supplemental Payment.    =  $_____

       Heating Fuel Supplement Payment Rate:
  *   $.00045 [per square foot of poultry housing] per Heating Fuel Supplemental Payment Period
       Production Day.
  *   NOTE: The Heating Fuel Supplemental Payment Period is November 1 through March 31.

**Perdue 001315**

**ATTACHMENT A-1**

PRODUCER PAYMENT SCHEDULE
PERRY, GEORGIA SMALL STRAIGHT RUN BROILER PRODUCTION PROGRAM

Payment to PRODUCER for services rendered under the terms of the POULTRY PRODUCER
AGREEMENT between PERDUE FOODS LLC (PERDUE) and
Roger D.Parker & Linda G. Parker dba Hazel Lee Farm _____ (PRODUCER) dated
__12/16/16_____ (the "Agreement") shall be determined as set forth herein and shall be
applicable for the flocks of poultry moved on PRODUCER'S farm by PERDUE on or after
**December 26, 2016**.

This Producer Payment Schedule shall remain in effect from the latest date set forth below unless
otherwise terminated by either party in accordance with the Agreement. Any prior Producer Payment
Schedules to the Agreement are null and void.

A. **PRODUCER PAYMENT FORMULAS**
   1. Performance Payment
      Base Payment Rate     **(Base Rate per Pound $.0515)**        $ _____
      (Plus) PRODUCER'S Adjusted Prime Cost Rating    +   $ _____
      (Equals) Total Performance Payment per Pound of Poultry Moved   =  $ _____
      (Times) PRODUCERS' Pounds of Poultry Moved    x
      (Equals) Total Performance Payment    =  $ _____
      If Negative:  ENTER ZERO

   2. Minimum Performance Payment
      Minimum Payment Rate    **($.0415 per Pound of Poultry Moved)**   $ _____
      (Times)  PRODUCERS' Pounds of Poultry Moved    $ _____
      (Equals) Minimum Payment per Pound of Poultry Moved   $ _____

   3. Housing Premium Payment
          Tier One Housing Square Footage _____ X $.0000 per Sqft  = $ _____
          Tier Two Housing Square Footage _____ X $.0157 per Sqft  = $ _____
          Tier Three Housing Square Footage _____ X $.0275 per Sqft  = $ _____
          Tier Four Housing Square Footage _____ X $.0375 per Sqft  = $ _____
      (Equals) Total Housing Premium Payment    = $ _____

   4. Heating Fuel Supplement Payment
      Heating Fuel Supplemental Payment Rate.    $ _____
      (Times) Heating Fuel Supplemental Payment Period Production Days.  x _____
      (Equals) Total Heating Fuel Supplemental Payment per square foot.  = $ _____
      (Times) Square Feet of PRODUCERS' poultry housing.  x _____
      (Equals) Total Heating Fuel Supplemental Payment.  = $ _____

      Heating Fuel Supplement Payment Rate:
  *  $.00045 [per square foot of poultry housing] per Heating Fuel Supplemental Payment Period
     Production Day.
  *  NOTE: The Heating Fuel Supplemental Payment Period is November 1 through March 31.

**Perdue 001316**

## ATTACHMENT B

### PERFORMANCE IMPROVEMENT PROGRAM

The Producer is subject to the following requirements:

1.  Producer may be placed under the Performance Improvement Program ("PIP") if Producer's flocks fail to achieve Company's minimum standards of competitiveness.

2.  For purposes of evaluating Producer competitiveness, Company will use the average of the Producer's Adjusted Prime Cost ("APC") calculation from the Producer's last six (6) consecutive flocks (the "Six Flock Average"). For purposes of clarification a Six Flock Average is determined before a Producer settles six (6) consecutive flocks. Specifically a Producer must have settled a minimum of three (3) consecutive flocks before a Six Flock Average is calculated and the Six Flock Average calculation is based on the average of the Producer's APC for such three (3) consecutive flocks. Thereafter, and until the Producer settles its sixth flock, an additional flock will be added to the calculation of the Six Flock Average. After the Producer reaches six (6) settled flocks, and thereafter, the Six Flock Average will be calculated based on Producer's last six (6) consecutive flocks.

3.  When a Producer settles a flock and as a result reaches a Six Flock Average of a -0.0050 or worse (lower), the Producer will be placed in the PIP and be given a performance notice regarding Producer's placement into the PIP. Performance notices will be provided by Perdue's Grow Out staff at a meeting with the Producer and explaining Producer's current APC cost. Such meeting is an opportunity for the Producer in discussion with Perdue Grow Out to identify necessary actions for future flocks that may help to improve Producer's cost and flock performance and therefore may assist Producer in being removed from the PIP. These recommendations may include, if appropriate, new or upgraded equipment and other matters which may improve performance. After the meeting the Grow-out Manager and/or Live Production Manager will follow up with a certified letter to the Producer confirming Producer's placement into the PIP.

4.  When a Producer settles a flock and as a result reaches a Six Flock Average of -0.0075 or worse (lower), the Producer will receive notice by certified letter stating that the Producer must meet one or more of the following criteria in order to maintain a Poultry Producer Agreement with Perdue:

    a.  Settle the notice flock with an APC of -0.0025 or better (greater);

    b.  Settle the notice flock so as to improve the Six Flock Average to better (greater) than a -0.0075; or

    c.  Settle the notice flock so that at least three (3) of the flocks within Producer's Six Flock Average settled with an APC of zero or better (greater).

**Perdue 001317**

HOUSING PREMIUM for PERRY COMPLEX
TIER HOUSE DOCUMENTATION FORM

NEW _____          DATE: 5/25/17
CHANGE ___X___

( Please check either NEW or CHANGE)

Producer         Farm
Number: 2159     Name: Hazel Lee

| HOUSE NUMBER | HOUSE SQUARE FOOTAGE | TIER HOUSE TYPE |
|:---:|:---:|:---:|
| 1 | 20,000 | 3 |
| 2 | 20,000 | 3 |
| 3 | 20,000 | 3 |
| 4 | 20,000 | 3 |
| 5 | 20,000 | 3 |
| 6 | 20,000 | 3 |
|  |  |  |
|  |  |  |

Note:    Tier House Type must be either 1, 2, 3 or 4

Completed By: Chasin B

Flock Supervisor

Approved By: _____

Growout Manager or Live Production Manager

System Update Completed By: _____

Date Completed: _____

Perdue 001318

HOUSING PREMIUM for PERRY COMPLEX
TIER HOUSE DOCUMENTATION FORM

NEW to Perdue _____     DATE    11/14/2017
CHANGE    XXXX

Producer Number    2158    Farm Name:    HAZEL LEE FARM

| HOUSE NUMBER | HOUSE SQUARE FOOTAGE | TIER HOUSE TYPE |
|---|---|---|
| 1 | 20,000 | 3 |
| 2 | 20,000 | 3 |
| 3 | 20,000 | 3 |
| 4 | 20,000 | 3 |
| 5 | 20,000 | 3 |
| 6 | 20,000 | 4 |
| | | |
| | | |

Total sq footage    120,000

Completed By:    _James Nname_

Flock Advisor

Approved By:    _Kathy Myi_

Growout Manager or Live Production Manager

System Update Completed By:

_____

Date Completed:    _____

Perdue 001319

| 1099 NO | **DIRECT DEPOSIT** |
|---|---|

## REQUEST FOR CHECK

Date: 9/28/2017

Pay to: ROGER PARKER
Address: 897 HWY 24 EAST
MILLEDGEVILLE, GA 31061

Account # 90180001-139100
Amount $ $758.82

Explanation: 2158-47
Hazel Lee Farm

CAS - 9/24/17
Morgan Chicken had too many
lbs produced due to an error on
CAT2 ticket #56T17262027

GR #9800944

Name of Issuing
Company: _____    Signed By: _____

Stamp # 707   Date 9/28/17
Grower Payments
Name:   TIMOTHY LITTLE
Acct# 139100  Comp 1020
CC 90180001   PC
Amt # 758.82  Limit $50,000.
Signature

Perdue 001320

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. & Mrs. Roger D. Parker
897 Hwy 24 East
Milledgeville, GA. 31061

9590 9402 2985 7094 7965 16

2. Article Number (Transfer from service label)

7016 0910 0001 4083 8905

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Roger Parker*
☐ Agent
☐ Addressee

B. Received by (Printed Name)

Roger D. Parker

C. Date of Delivery

8-23-17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ... Mail Restricted Delivery
      ...00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

Perdue 001321



**Perdue Foods**

Perdue Foods LLC
101 Harold G. Clarke Pkwy
Forsyth, GA 31029
www.perdue.com®

August 15, 2017

Roger D. Parker & Linda G. Parker
897 Highway 24 East
Milledgeville, GA. 31061

Dear Mr. and Mrs. Parker,

This letter serves to inform you of your farm's current level of performance, and to make you aware of Perdue's Performance Improvement Plan (PIP).

Your farm, known to Perdue as the Hazel Lee Farm located in Baldwin County, currently has a six-flock adjusted prime cost rating of a -0.57 at the conclusion of flock 46. Our current level for contract termination is at a -.0075 six flock adjusted prime cost rating. If your six flock adjusted prime cost rating falls to a -.0075 cents per pound or worse, your farm will be placed on a one flock performance notice.

The notice flock will have to settle with an adjusted prime cost rating of -.0025 or better or the farm's six flock adjusted prime cost rating must improve to better than -.0075 or at least three of the flocks within the six flock average have a performance rating of zero or better. Failure to meet one or more of the above criteria, Perdue Farms will terminate the poultry producer agreement in accordance with the Perdue Performance Improvement Plan.

If you would like to schedule a meeting to discuss your farm's performance and plans for improvement, please contact me at 478-973-7821.

Sincerely,

Clay Copeland
Live Production Manager
Forsyth, Georgia
Perdue Foods, Inc

*Perdue Foods. A Heritage of Innovation.*

**Perdue 001322**

# DIVISION OF PAYMENT AUTHORIZATION

#2158

We/ I,  _Roger D. Parker & Linda G. Parker dba Hazel Lee Farm_  hereby authorize Perdue Foods LLC

Producer/Producers

to make division of monies due us/me under an agreement between Perdue Foods LLC and _____

_Roger D. Parker & Linda G. Parker dba Hazel Lee Farm_  made on the _7th_ day of _March_

Producer/Producers

_____ as follows:

Payee:  _Roger D Parker_ _____

(must match the name on file with the IRS and attached to the TIN listed below)

Witness: _____      Producer Signature: _Roger D Parker_

Witness: _____      Producer Signature: _Linda D Parker_

---

| Request for Taxpayer Identification Number and Certification |
|---|

Name  _Roger  D  Parker_

Business name, if different from above

Check appropriate box:  [✓]  Individual / Sole proprietor      [ ] Corporation      [ ] Partnership

Address      897 Hwy. 24 East

City, State, and Zip      Milledgeville, GA  31061

## Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security

number (SSN). For other entities, it is your employer identification number (EIN).

| Social security number |
|---|
| Redacted-4783- |

| Employer identification number |
|---|
| - |

## Certification

Under penalties of perjury, I certify that:

1.  The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2.  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service

    that I am subject to withholding as a result of a failure to report all interest and dividends, or the IRS has notified me that I am no longer subject to backup withholding, and

3.  I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently

subject to backup withholding because you have failed to report all interest and dividends on your tax return.      _3/7/2018_

Sign Here >  _Roger Dale Parker_      Date >

Perdue 001323

# 2158



## Farm Damage Report

**Send to Courtney. Indicate if you have contacted department head(s).
*Farm damage report must be turned in within 24 hours of damage*

**Flock Advisor:** Chasidy Bailey

**Farm Name:** Hazel Lee        **Farm #:** 2158

**Date of damage:** 1/17/2017

**Date reported:** 1/17/2017

**Department at Fault: (mark in box that applies)**

**Feed Mill:** [  ]        **Feed Delivery:** [ X ]        **Live Haul:** [  ]

**Type of damages:**

| |
|---|
| 5 damaged feed bin lids. |

**Estimated Cost of Repairs:** $Unknown

**Grower Comments:**

| |
|---|
| The lids were damaged by the feed truck drivers because they are using the boom to close the lids. |

**Flock Advisor Comments:**

| |
|---|
| The Grower said he would do the labor. He just needs the lids replaced. |

****NOTE: INDICATE IF ROBERT/ RICKY/ OR REGGIE PICTURES OF DAMAGES.***

wilke  Invoiced 3-16-17

**Perdue 001325**

Brant Bailey

brant804@gmail.com

# INVOICE

*9875722 GFG*

| BILL TO | SHIP TO | |
|---------|---------|---|
| Perdue Farms | Perdue Farms | INVOICE # 1011 |
| | | DATE 02/24/2017 |
| | | DUE DATE 03/11/2017 |
| | | TERMS Net 15 |

| ACTIVITY | QTY | RATE | AMOUNT |
|----------|-----|------|--------|
| Hazel Lee feed bins | | | |
| Services<br>Travel and labor | 1 | 800.00 | 800.00 |
| Services<br>Roof panel | 12 | 40.00 | 480.00 |
| Services<br>Feed bin lids | 2 | 260.00 | 520.00 |
| Services<br>Bin Collars | 3 | 72.00 | 216.00 |
| Services<br>Bin lid  for old 22 inch lid | 1 | 315.00 | 315.00 |

BALANCE DUE         **$2,331.00**

E-MAILED MAR 1 6 2017

RECEIVED MAR 1 6 2017

**Perdue 001326**
3/13/2017

# *Check Request*

| Special handling | | | | Date: | 1/23/2017 |
|---|---|---|---|---|---|

Special handling
- [ ] **Front Desk**
- [ ] **UPS overnight**
- [ ] **On Demand Check (must contact AP supervisor)**
- [ ] **Attachment**
- [ ] **Other**_____

**Payee** *    Roger Parker dba Hazel Lee Farm              **9800944**          **1099-NO**

**Address:** *    897 Hwy 24 East

Milledgeville, GA. 31062

**Corp :**        1020

| | Account | Cost Ctr. | Amount |
|---|---|---|---|
| | 690060 | 11416503 | $568.17 |
| | | **Total Check Request:** | **$568.17** |

**Explanation**

Reimbursement for gravel purchased to repair damaged road lane caused by feed delivery truck.

## Policy and procedures regarding check requests:

Review the Corporate Purchasing Policy which is available on the Perdue Intranet to make sure you are within policy when using this form.   If the amount requested does not meet the Special Payments Exceptions and exceeds $ 1,000, it is probably required to be on a Purchase Order.   Contact your Purchasing agent for instructions.   If you have the original invoice, it is not necessary to complete this check request form.  On Demand check requests (Quick Checks) must be discussed with Accounts Payable Supervisor and approved prior to submitting to Corporate Accounts Payable.  You MUST complete the payee and address completely for this request to be processed.   If this is a new vendor you MUST submit a vendor request form which is available on the Perdue Intranet.

This form **REQUIRES** a **DIRECT INVOICE APPROVAL STAMP** in order to be processed

Stamp # 787    Date 1 23 17
Grower Payments
Name:    TIMOTHY LITTLE
Acct# 690060    Comp 1020
CC 11416503    PE
Amt $ 568.17    Limit: $50,000.
Signature

**Perdue 001327**

## Farm Damage Report

**\*\*Send to Courtney.  Indicate if you have contacted department head(s).**
_**Farm damage report must be turned in within 24 hours of damage**_

**Flock Advisor:**  Chasidy Bailey

**Farm Name:** Hazel Lee        **Farm #:** 2158

**Date of damage:**   Damage to load out area and lane next to chicken house.

**Date reported:**  Producer dealt with Reggie

**Department at Fault: (mark in box that applies)**

**Feed Mill:** ☐        **Feed Delivery:** [X]        **Live Haul:** ☐

**Type of damages:**

Damage to load out and lane.

**Estimated Cost of Repairs:**  $Click here to enter text.

**Grower Comments:**

Truck driver backed in to an area that he should not have been.

**Flock Advisor Comments:**

Grower said he had several loads of gravel hauled in to repair the damage.

**\*\*\*NOTE: INDICATE IF ROBERT/ RICKY/ OR REGGIE PICTURES OF DAMAGES.\*\*\***

Perdue 001328



**INVOICE**

1020-1141-6503-690060

P.O. Box 923 - Milledgeville, GA 31059-0923
478-452-0541
Milledgeville - Madison - Monticello - Greensboro - Lake Oconee

Cash Sales-Milledgeville
Milledgeville GA 31061

| | |
|---|---|
| Customer No. | 000010 |
| Invoice Date | 1/20/2016 |
| Invoice Number | 2056525   Page 1 |
| Job Id | PARKER POULTRY |
| LOT# | parker poultry |
| PO# | 706-819-2260 |
| USAGE | |

DELV TO        parker poultry

| Date | Ticket | Qty | Prod ID | Description | Price | Amount |
|------|--------|-----|---------|-------------|-------|--------|
| 01/20/16 | 2056525 | 18.00 TN | 996.02 | Stone #4 18 Ton 10-15 Mi | 29.50 | 531.00 * |

| | | |
|---|---|---|
| Sub-Total | | 531.00 |
| Sales Tax- | BALD | 37.17 |
| **Invoice Total** | | **568.17** |

Poultry equipment @ msn.com

**Perdue 001329**
approved per Clay

**Brant Bailey**

brant804@gmail.com

# INVOICE

**BILL TO**
Perdue Farms

**SHIP TO**
Perdue Farms

**INVOICE #** 1036
**DATE** 08/15/2017
**DUE DATE** 08/15/2017
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hazel Lee feed bin lid repairs part 2<br>6 additional bin lids<br>P.O. 9923356gfg | | | |
| **Services**<br>Parts and shipping | 1 | 1,723.06 | 1,723.06 |
| **Services**<br>Travel | 5 | 75.00 | 375.00 |
| **Services**<br>Labor | 1 | 450.00 | 450.00 |

**BALANCE DUE**                    **$2,548.06**

**Perdue 001330**

Brant Bailey

brant804@gmail.com

1020-1141-6503-6900260

# INVOICE

**BILL TO**
Perdue Farms

**SHIP TO**
Perdue Farms

**INVOICE #** 1036
**DATE** 07/24/2017
**DUE DATE** 08/08/2017
**TERMS** Net 15

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hazel Lee feed bin lid repairs part 2<br>6 additional bin lids | | | |
| **Services**<br>Parts and shipping | 1 | 1,723.06 | 1,723.06 |
| **Services**<br>Travel | 5 | 75.00 | 375.00 |
| **Services**<br>Labor | 1 | 450.00 | 450.00 |

BALANCE DUE                **$2,548.06**

req # 443080
9923356

| 1099 | MAIL | 7/27/2018 |
|------|------|-----------|
| NO | | |

## REQUEST FOR CHECK

Date: _____ 7/26/2018

Pay to: **ROGER PARKER**
Address **897 HWY 24 EAST**
**MILLEDGEVILLE, GA 31061**

Account # 90180001-139100
Check Amount $ $1.50

Explanation: MEAT ADJUSTMENT
TURNED IN
LATE AFTER SETTLEMENT

HAZEL LEE FARM #2158-52
week ending 07/22/18

**VENDOR # 9800944**

Name of Issuing
Company: _____    Signed By: _____

Stamp # 285    Date 7/26/18
Grower Payments
Name:    W CLAY COPELAND
Acct# 139100    Comp 1020
CC 90180001    PC
Amt $1.50    Limit $50,000.
Signature

Perdue 001332

| 1099 NO | **MAIL** | 4/6/2018 |
| --- | --- | --- |

## REQUEST FOR CHECK

Date: _____ 4/5/2018

Pay to: **ROGER PARKER**
Address **897 HWY 24 EAST**
**MILLEDGEVILLE, GA 31061**

Account #       90180001-139100
Check Amount $      $258.14

Explanation:     MEAT ADJUSTMENT
TURNED IN
LATE AFTER SETTLEMENT

HAZEL LEE FARM  #2158-50
week ending 03/25/18

**VENDOR # 9800944**

Name of Issuing
Company: _____  Signed By: _____

Stamp # 285   Date 4/5/2018
Grower Payments
Name:   W CLAY COPELAND
Acct# 139100   Comp 1020
CC 90180001   PC
Amt $ 258.14   Limit: $10,000.
Signature



Perdue 001333

Appendix 1

**PVP Audit Bonus Check Off**

Farm Name / Farm # _Hazel Lee_  
_2158_      'Flock # _50_

| Date | Yes/No | |
|------|--------|---|
| 02/08/18 | YES | Use 4 inch black pipe at placement |
| | yes | All chicks left on farm at placement |
| | yes | 10 Bait stations / Mounted to sidewall with fresh bait inside |
| 3/16/18 | yes | Regular Culling using proper euthanasia technique |
| | yes | 2 Daily Checks with Culls and Mortality documented separately |
| | yes | Record water readings daily |
| 3/19/18 | yes | Grass Maintained |
| | | Clean and Organized Service Room |
| | | Clean and Organized Generator Room |
| | | Document weekly generator checks with hour readings |
| | | Meet current lighting requirements |
| | ✓ | Dead Bird system functioning properly |

Comments:

Flock Advisor Signature _James V(ams)_      Date _03/19/18_

Date of Grower notification that audit dollars would not be paid      Date _____

10/14

Growout/091

Scanned by CamScanner

## *Check Request*

Special handling

☐ Front Desk
☐ UPS overnight
☐ On Demand Check (must contact AP supervisor)
☐ Attachment
☐ Other_____

Date:    1/26/2018

**Payee ***     Roger Dale Parker dba Hazel Lee Farm      9800944      **1099-NO**

**Address: ***     897 Highway 24 East

Milledgeville, GA. 31062

| Corp : | 1020 | Account | Cost Ctr. | Amount |
|--------|------|---------|-----------|--------|
| | | 690060 | 10563490 | $2,312.00 |
| | | | | |
| | | | **Total Check Request:** | $2,312.00 |

**Explanation**

Reimbursement for repairs to damaged heaters caus~~

## Policy and procedures regarding check reque~~

Review the Corporate Purchasing Policy which is available on t~~
policy when using this form.   If the amount requested does no~~
exceeds $ 1,000, it is probably required to be on a Purchase Or~~
instructions.    If you have the original invoice, it is not necessa~~
Demand check requests (Quick Checks) must be discussed wit~~ ~~rior
to submitting to Corporate Accounts Payable.  You MUST cor~~ ~~is
request to be processed.   If this is a new vendor you MUST su~~ ~~on
the Perdue Intranet.

*[handwritten note:]* Who can I call to check on this? Parker does not show being deposited.

## This form REQUIRES a DIRECT INVOICE APPROVAL STAMP in order to be processed

*[handwritten:]* Voucher date 2/1

*[stamp:]*
Stamp # 285    Date 1/26/18
Grower Payments
Name: W CLAY COPELAND
Acct# 690060    Comp 1020
CC 10563490    PC_____
Amt $ 2,312.00    Limit: $50,000.
Signature *[signature]*

**Perdue 001335**

2016 check request.xlsx



# Invoice

897 Ga Highway 24 E
Milledgeville GA 31061

**Date** 12/20/2017
**Invoice #** 10193

Phone #    706-819-2260        poultryequipment@aol.com
Fax #      478-454-9032        parkerspoultryequipment.com

**Bill To**

Hazel Lee Farm
c/o Dale Parker
897 HWY 24 E
Milledgeville Ga 31061

| Due Date | Project |
|----------|---------|
| 12/20/2017 | |

| Item | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| Quad Radiant ... | replace crushed heaters | 2 | 1,006.00 | 2,012.00 |
| Installation | | 2 | 150.00 | 300.00 |



| | |
|---|---|
| **Total** | $2,312.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,312.00 |

Perdue 001336

## Farm Damage Report

**Send to Courtney.  Indicate if you have contacted department head(s).
_Farm damage report must be turned in within 24 hours of damage_**

**Flock Advisor:** James Norris

**Farm Name:** Hazel Lee      **Farm #:** 2158

**Date of damage:** 11/12/17

**Date reported:** 11/13/17

**Department at Fault: (mark in box that applies)**

**Feed Mill:** ☐        **Feed Delivery:** ☐        **Live Haul:** X

**Type of damages:**

House 4 damage to Quad radiant heater – ( knocked out of ceiling  and pulled gas line out

**Estimated Cost of Repairs:** $$800

**Grower Comments:**

Crew  561

**Flock Advisor Comments:**

Pictures  included

***NOTE: INDICATE IF ROBERT/ RICKY/ OR REGGIE PICTURES OF DAMAGES.***

Perdue 001337

## PERDUE FOODS PRODUCER DIRECT DEPOSIT AUTHORIZATION

PAYEE NAME   *Roger Dale Parker*

Farm Name   *Hazel Lee*        Producer #   *2158*

SOCIAL SECURITY NUMBER ___ **Redacted** . *4783*

Please Check Type of Authorization
- ❑ New Setup
- ☒ Change of Existing Setup
- ❑ To Stop Direct Deposit

### INSTRUCTIONS

Please fill in all required information.

1) To Stop Direct Deposit, fill in above information and sign below.
2) Obtain Transit & Routing Numbers from your bank.
3) Please attach a voided check.
4) Sign and date the form as indicated below (also the backside of this form).
5) Please state what type of account(i.e., checking or savings).

Bank Name *Magnolia State Bank* Bank Phone # *478-374-3418*

Account No. ___ **Redacted** _____

Type of Account  *checking* _____

Transit and Routing Number of Bank ___ **Redacted** _____

Signed _____*Roger D Park*_____         Date *3-9-2018*
          *(Signature Required)*



**Perdue 001338**

# PERDUE FOODS PRODUCER DIRECT DEPOSIT AUTHORIZATION INFORMATION

## *PLEASE READ CAREFULLY BEFORE COMPLETING OTHER SIDE*

This direct deposit form will authorize Perdue Foods LLC to automatically deposit the net payment as indicated on the opposite side of this form.

Full information and guidelines are listed below:

1. Direct deposit of the net payment will start up to two weeks after the authorization form is received by Perdue.

2. You will receive an Advice of Deposit each Flock Settlement giving full details of your gross to net payment calculations.

3. You may change your account at any time with prior notification to Perdue. Written notification must be sent to the local Perdue office or turned in to your Flock Supervisor at least one week prior to movements of the poultry from your farm.

4. The direct deposit will be in your account by the next Flock Settlement after notification.

5. Perdue reserves the right to reverse the entry when it reasonably determines that funds have been distributed in error. If this becomes necessary, you will be notified either by phone or your Flock Supervisor that your direct deposit will not be in effect for that particular settlement. Your next direct deposit will revert back to the normal process for the following statement.

6. For any further questions and/or additional information, you may contact your local Perdue office or your Flock Supervisor.

7. I have read and fully understand all information and guidelines listed above, and agree to them at all times.


Signed _____    Date _3 - 9 - 2018_
         *(Signature Required)*

GROWOUT/087 *(side 1)*

Hazel Lee

01/31/14

Austin Tran

3001 Newwall Rd. NE

Mill

31061

01-31-14  Ellen changed 14:45

٭

11.17.14

478. 363. 4465

Austin Tran

payment from
Dale Parker

01.28.16
Perdue 001340
Verified address

## NEGOTIABLE DEMAND PROMISSORY NOTE- MAJOR ($5,001-$10,000 per house)

For:  Cool Cells, Pan Light updates

$7,150.00
Amount per house

08/31/2016
Date

1,2,3,4,5,6
House #(s)

FOR VALUE RECEIVED,  Roger D. Parker and Linda G. Parker dba Hazel Lee Farm ("Promisor"), hereby promises to pay to the order of Perdue Foods LLC, a Maryland corporation (hereinafter called "Promisee"), the principal sum of  $42,900.00   [   forty-two thousand nine hundred dollars and 00/100 cents   ] (the "Principal Amount"), together with interest thereon as specified in this Negotiable Demand Promissory Note (the "Note"), in accordance with its terms:

1.  **Payment of Principal Amount**. Principal shall be payable in lawful currency of the United States of America at the main office of Promisee, 31149 Old Ocean City Road, Salisbury, Maryland 21804, or at such other location as the holder of this Note may direct.  This Note may be prepaid at any time without penalty.

2.  **Withholding of Amounts**. Unless sooner paid, Principal Amount payable hereunder shall be withheld by Promisee from the payments made by Promisee to Promisor for the growing of poultry by Promisor for Promisee as follows:

$3,575.00   per flock for the next  12  consecutive flocks

|  | ROASTER | LARGE BIRD | SMALL BIRD | CORNISH |
|---|---|---|---|---|
| MAJOR LOANS* | 10 flocks | 12 flocks | 14 flocks | 18 flocks |
| WINDROWER | 15 flocks | 17 flocks | 21 flocks | 26 flocks |

*Includes – Chlorine Dioxide Systems, LED Lights, Nipple Replacement

3.  **Payable Upon Demand**.     The Promisor hereby agrees that this Note is due and payable without notice, on demand, at the option of the Promisee.  At any time, without notice, any and all money or property of any nature whatsoever on deposit with or held by, or in the possession of the Promisor, as collateral or otherwise, to the credit of or for account of the Promisee, or in transit to or from the Promisee by mail or carrier, may be applied forthwith to pay or secure payment of this Note, interest on this Note, or any other indebtedness due the Promisee by the Promisor shall have and may exercise with respect thereto the remedies of a secured party under the Uniform Commercial Code.

4.  **Confession of Judgment**.     The Promisor hereby authorizes any attorney of record to confess judgment to be entered by the proper official, at any time, at the sole discretion of the Promisee,

**Perdue 001341**

A Slip for demand note activity    #2158

| | | |
|---|---|---|
| 1 | Producer | Hazel Lee |
| 2 | Co.'s vid # | |
| 3 | What ? | Cool cells, pan lights |
| 4 | Make po | Check request |
| | | |
| 5 | Pcard | |
| 6 | Stamp | 8/30 |
| 7 | $ amount | $42,900.00 |
| 8 | Demand note | ✓ Chasidy |
| 9 | # of flks and $ | 12 | $3,575.00 |
| 10 | Rosetta receive | |
| 11 | Invoice to AP | ✓ |
| 12 | Tim Sign | 9/2 ✓ |
| 13 | Terry sign | 9/2 ✓ |
| 14 | scan Hilda | 9/2 ✓ |
| 15 | send Ellen | 9/6 ✓ |
| 16 | Post in set deduct | ✓ |

Perdue 001342

Aug.22.2016 11:55 AM  Parker's Poultry Equipmen 4784549O321  PAGE.  1

# Invoice

**Parker's**
POULTRY EQUIPMENT

897 Ga Highway 24 E
Milledgeville GA 31061

**Date** 8/22/2016
**Invoice #** 10187

| | | |
|---|---|---|
| Phone # | 706-819-2260 | poultryequipment@aol.com |
| Fax # | 478-454-9032 | parkerspoultryequipment.com |

**Bill To**

Hazel Lee Farm
c/o Dale Parker
897 HWY 24 E
Milledgeville Ga 31061

| | Due Date | Project |
|---|---|---|
| | 8/22/2016 | |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| cool cell Extens... | Extend two sides of house 25ft and add a pump and reservoir. Extend the dog house 25' | 6 | 2,900.00 | 17,400.00 |
| Cool cell door e... | Tear out, Frame, and extend the door 25ft on each side. Move the winch up 25ft and replace cabling | 6 | 2,200.00 | 13,200.00 |
| replace motors,... | Raise the CFM to meet criteria. | 6 | 1,800.00 | 10,800.00 |
| Pan lights | Install 4 per house (Big Dutchman) | 6 | 250.00 | 1,500.00 |

| | |
|---|---|
| **Total** | $42,900.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $42,900.00 |

Perdue 001343

## *Check Request*

Special handling

☐ Front Desk
☐ UPS overnight
☐ On Demand Check (must contact AP supervisor)
☐ Attachment
☐ Other_____

Date: _____8/30/2016_____

Payee *  Roger Dale Parker dba Hazel Lee Farm                1099-NO

Address: *  897 HWY 24 E

Milledgeville, GA. 31061

| Corp : | 1020 | Account | Cost Ctr. | Amount |
|---|---|---|---|---|
| | | 125100 | 90180001 | $42,900.00 |
| | | | | |
| | | **Total Check Request:** | | $42,900.00 |

Explanation

Reimbursement for work done for cool cells and pan lights.

## Policy and procedures regarding check requests:

Review the Corporate Purchasing Policy which is available on the Perdue Intranet to make sure you are within policy when using this form.    If the amount requested does not meet the Special Payments Exceptions and exceeds $ 1,000, it is probably required to be on a Purchase Order.    Contact your Purchasing agent for instructions.    If you have the original invoice, it is not necessary to complete this check request form.  On Demand check requests (Quick Checks) must be discussed with Accounts Payable Supervisor and approved prior to submitting to Corporate Accounts Payable.  You MUST complete the payee and address completely for this request to be processed.    If this is a new vendor you MUST submit a vendor request form which is available on the Perdue Intranet.

**This form REQUIRES a DIRECT INVOICE APPROVAL STAMP in order to be processed**

Stamp # 787    Date  8/30/16
Grower Payments
Name:    TIMOTHY LITTLE
Acct#  125100    Corp  1020
CC  90180001    PC
Amt  $42,900.00    Limit: $50,000.
Signature

2016 check request.xlsx

**Perdue 001344**